# CONSENT OF THE BOARD OF DIRECTORS
## OF
## SVS HOLDINGS, INC.

The undersigned Directors, being all the directors of SVS Holdings, Inc., a Delaware corporation (the "Corporation"), DO HEREBY CERTIFY that the Corporation duly adopted the following resolutions on June 8, 2010.

RESOLVED, that the Corporation shall file a Voluntary Petition under Chapter 11 of Title 11 of the united States Code;

FURTHER RESOLVED, that Kevin Hurst is hereby appointed the Chief Executive Officer of SVS Holdings, Inc. and is authorized and empowered to execute on behalf of the Corporation any document necessary for such proceeding;

FURTHER RESOLVED, that the Corporation shall retain the law firm of Horowitz & Burnett, P.C., for the purpose of representing the Company in this matter;

FURTHER RESOLVED, that the Corporation shall provide Horowitz & Burnett, P.C. a retainer in the amount of $25,000.00,

Any and all notices pertaining to the adoption of the foregoing resolutions are hereby waived and the above resolutions are consented to and approved effective June 8, 2010.

_____
Jack Blaine

_____
Harris Miller

_____
Peter McManemy

## CONSENT OF THE BOARD OF DIRECTORS
## OF
## SVS HOLDINGS, INC.

The undersigned Directors, being all the directors of SVS Holdings, Inc., a Delaware corporation (the "Corporation"), DO HEREBY CERTIFY that the Corporation duly adopted the following resolutions on June 8, 2010.

RESOLVED, that the Corporation shall file a Voluntary Petition under Chapter 11 of Title 11 of the united States Code;

FURTHER RESOLVED, that Kevin Hurst is hereby appointed the Chief Executive Officer of SVS Holdings, Inc. and is authorized and empowered to execute on behalf of the Corporation any document necessary for such proceeding;

FURTHER RESOLVED, that the Corporation shall retain the law firm of Horowitz & Burnett, P.C., for the purpose of representing the Company in this matter;

FURTHER RESOLVED, that the Corporation shall provide Horowitz & Burnett, P.C. a retainer in the amount of $25,000.00,

Any and all notices pertaining to the adoption of the foregoing resolutions are hereby waived and the above resolutions are consented to and approved effective June 8, 2010.

_____
Jack Blaine


_____
Harris Miller

_____
Peter McManemy