UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: SVS Holdings, Inc.
      Debtor(s)

Case No.: 10-24238-HRT
Chapter: 11

Notice of Deficiency
Failure to File Statement of Financial Affairs and/or Schedules, Corporate Resolution, and/or Verification of Creditor Matrix
And Notice of U. S. Trustee's Standing Motion to Dismiss

This Notice refers to the following document filed with the court on : 6/8/2010
By : Kevin S. Neiman
- Voluntary Petition and/or Voluntary Petition Official Form 1 dated (01/08)

This Notice refers to the following missing documents which were NOT filed with the court and your case will be dismissed if you do not file the missing document(s):

- Other: Summary of Schedules
  Declaration Re Schedules
- Statement of financial affairs -
- Schedules - A, B, D, E, F, G, H
- List of Equity Security Holders for Chapter 11 corporate case. Fed. R. Bankr. P 1007(a)(3)

NOTICE IS HEREBY GIVEN that the Court cannot, or may not be able to administer your case effectively because of the missing document(s). If you do not timely file the missing documents, this case will be dismissed. (Pursuant to Local Bankruptcy Rule 1017-3, the United States Trustee's Standing Motion to Dismiss Deficient Case now applies to this deficient case. The rules and statutes that explain the document filing requirements and support dismissal when those requirements are not met are found in: (a) 11 U.S.C. § 521; (b) Fed.R.Bankr.P. 1007; and (c) Local Bankruptcy Rules 1007-1 and 1017-3. Under this Notice, your case may be dismissed no sooner than in fourteen days from the date that you filed the case pursuant to 11 U.S.C. §§ 707, 112, 1208 or 1307, as applicable, without any additional notice or a hearing. Moreover, the failure to timely file the missing documents will result in the dismissal of the case pursuant to 11 U.S.C. 521.)*

It appears that the debtor has filed a petition which is not accompanied by the statement of financial affairs and schedules required by 11 U.S.C. 521(1). Pursuant to Fed.R.Bankr.P. 1007(c), the debtor shall file said statement and schedules within 14 days after filing the petition. The deficiency cure date appears below.

**In any case in which the debtor files a statement, schedule or creditors address matrix after the receipt of a notice of deficiency issued by the clerk pursuant to Local Bankruptcy Rule 1017-3, the debtor shall serve a copy of such statement, list or schedule on the United States Trustee and any chapter 7, 11, 12, or 13 trustee serving in the case, and shall file an appropriate Certificate of Service as evidence thereof.**

DEFICIENCY CURE DATE: 6/22/2010

FOR THE COURT:
Bradford L. Bolton, Clerk

s/ A. Spresser_____
                Deputy Clerk

Dated__6/9/2010_____

UNLESS FILING ELECTRONICALLY, PLEASE INCLUDE THIS LETTER
WITH THE CURE TO THE DEFICIENCY

YOU ARE OBLIGATED TO INFORM THE COURT OF ANY CHANGES IN YOUR ADDRESS UNTIL THE CASE IS CLOSED.

ALL BANKRUPTCY FORMS REFERENCED ON THIS NOTICE ARE AVAILABLE FROM LINKS ON THE COURT'S WEB PAGE AT WWW.COB.USCOURTS.GOV

*If your case was filed electronically by an attorney, the attorney already has received this deficiency notice.

# CERTIFICATE OF NOTICE

```
District/off: 1082-1            User: spressera          Page 1 of 1              Date Rcvd: Jun 09, 2010
Case: 10-24238                  Form ID: pdf906          Total Noticed: 1

The following entities were noticed by first class mail on Jun 11, 2010.
db           +SVS Holdings, Inc.,    717 17th St.,    Suite 310,    Denver, CO 80202-3310

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 11, 2010**            **Signature:** _Joseph Speetjens_