IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

In re:

SVS HOLDINGS, INC.,                               Case No. 10-24238-HRT

EIN: 26-1850120,                                     Chapter 11

      Debtor.                   /

**ORDER APPROVING APPLICATION BY DEBTOR TO APPROVE (I)
EMPLOYMENT OF HOROWITZ & BURNETT, P.C. AS ITS
BANKRUPTCY COUNSEL; AND (II) PREPETITION RETAINER**

THIS MATTER came before the Court upon the *Application by Debtor to Approve (I) Employment of Horowitz & Burnett, P.C. as Its Bankruptcy Counsel; and (II) Prepetition Retainer* (the "**Application**"), filed by SVS Holdings, Inc., the debtor and debtor in possession (the "**Debtor**"), and the *Affidavit of Proposed Attorney for Debtor*, executed by Kevin S. Neiman and the law firm of Horowitz & Burnett, P.C. (collectively, the "**Applicant**"). Upon the representations that the Applicant is duly qualified to practice in this Court, that the Applicant holds no interest adverse to the estate in the matters upon which it is engaged, that the Applicant is a disinterested person as required by 11 U.S.C. § 327(a), and has disclosed any connections with parties as required by Fed. R. Bankr. P. 2014, and that the Applicant's employment is necessary and in the best interests of the Debtor and the Debtor's estate, the Court finds good cause to approve the Application. Accordingly, it is

ORDERED and ADJUDGED as follows:

1.      The Application is APPROVED.

2.      The Debtor is authorized to employ the Applicant as its counsel *nunc pro tunc* to June 8, 2010.

3. The Retainer, as such term is defined in the Application, is approved. No payments shall be made from the Retainer except pursuant to further Order of the Court.

Dated this __ day of _____, 2010.

BY THE COURT

_____
Honorable Howard R. Tallman
United States Bankruptcy Judge