**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

In re:

SVS HOLDINGS, INC.,                              Case No. 10-24238-HRT

EIN: 26-1850120,                                 Chapter 11

      Debtor.                            /

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1.1 OF APPLICATION
BY DEBTOR TO APPROVE (I) EMPLOYMENT OF HOROWITZ & BURNETT, P.C.
AS ITS BANKRUPTCY COUNSEL; AND (II) PREPETITION RETAINER**

**OBJECTION DEADLINE: <u>JUNE 30, 2010</u>**

      YOU ARE HEREBY NOTIFIED that debtor SVS Holdings, Inc. (the "**Debtor**") has filed its *Application by Debtor to Approve (I) Employment of Horowitz & Burnett, P.C. as Its Bankruptcy Counsel; and (II) Prepetition Retainer* (the "**Application**") with the Bankruptcy Court and requests the following relief: the Court's approval of the Debtor's retention of Horowitz & Burnett, P.C. as the Debtor's bankruptcy counsel in connection with this case. The Application also seeks the Court's approval of the remaining prepetition retainer paid on the Debtor's behalf in the amount of $23,033. A copy of the affidavit attached to the Application is **Exhibit A** hereto.

      If you oppose the Application or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

      In the absence of a timely, substantiated objection and request for hearing by an interested

party, the Court may approve or grant the requested relief without further notice to creditors or other interested parties.

Dated this 16th day of June, 2010.

HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:	(303) 996-8600
Fax:		(303) 996-8636
E-mail:		kneiman@hblegal.net

*Counsel for SVS Holdings, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

In re:

SVS HOLDINGS, INC.,

EIN: 26-1850120,

    Debtor.

Case No. 10-24238-HRT

Chapter 11

## AFFIDAVIT OF PROPOSED ATTORNEY FOR DEBTOR

STATE OF COLORADO )
                  ) ss
COUNTY OF DENVER  )

Kevin S. Neiman, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Colorado and the United States District Court for the District of Colorado and qualified to practice in the United States Bankruptcy Court for the District of Colorado.

2. I am employed by the law firm Horowitz & Burnett, P.C. (the "**Firm**") with offices located at 1660 Lincoln Street, Suite 1900, Denver, CO 80264.

3. The Firm has been retained to represent the debtor, SVS Holdings, Inc. (the "**Debtor**"), in connection with this instant case. The Firm has agreed to provide legal services to the Debtor on an hourly basis. The current hourly rates for the attorneys and paralegal who may be expected to work on this case are: (i) Bart B. Burnett, $360/hr; (ii) Kevin S. Neiman, $290/hr; and (iii) Debra Howell, $90/hr.

4. Neither I nor the Firm represent any interest adverse to the Debtor, or the estate and we are disinterested persons as required under 11 U.S.C. § 327(a).

5. Except as stated herein, other than the Firm's recent retention, neither I nor the Firm has any connections with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee as required by Fed. R. Bankr. P. 2014.

6. Neither I nor the Firm has or will represent any other entity in connection with this case and neither I nor the Firm accepted, or will accept, any fee from any other party or parties in this case.

7. Prepetition, the Firm represented Jack Blaine, individually, from March 2010 to June 8, 2010. Mr. Blaine is a shareholder of the Debtor. In addition, prepetition he was an officer of the Debtor, but resigned prior to the Debtor's bankruptcy filing. Further, prepetition he was, and remains, one of the Debtor's three directors. Mr. Blaine is also an unsecured creditor of the Debtor. Contemporaneous with the Debtor's retention of the Firm on June 8, 2010, the Firm and Mr. Blaine terminated their attorney-client relationship. Also on June 8, 2010, the Debtor and Mr. Blaine each waived in writing any potential or actual conflicts of interest that may arise out of the Firm's prior representation of Mr. Blaine.

8. On June 8, 2010, the Debtor's wholly owned subsidiary, Sequoia Voting Systems, Inc., funded a fee and cost retainer in favor of the Firm in the amount of $25,000. The aggregate prepetition amount charged against the $25,000 retainer was $1,967 ($928 in fees and $1,039 in

filing fee). Consequently, as of the June 8th petition date, the Firm holds $23,033 in its trust account.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kevin S. Neiman

STATE OF COLORADO    )
                     ) ss
COUNTY OF DENVER     )

SWORN to and subscribed before me this 16th day of June, 2010.

NOTARY PUBLIC
Sign _Debra D. Howell_
Print _DEBORA J. HOWELL_

State of Colorado
My Commission Expires: 10/6/13

-3-