IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

In re:

SVS HOLDINGS, INC.     Case No. 10-24238

EIN: 26-1850120,     Chapter 11

     Debtor.     /

**DISCLOSURE OF COMPENSATION BY HOROWITZ & BURNETT, P.C.
UNDER 11 U.S.C. § 329 AND BANKRUPTCY RULE 2016(b)**

     I certify that I am the attorney at the undersigned law firm with principal responsibility for the representation of the above-referenced debtor SVS Holdings, Inc. (the "Debtor"). The compensation paid or agreed to be paid to Horowitz & Burnett, P.C. (the "Firm") for services rendered or to be rendered on behalf of the Debtor made after one year before the date of the filing of the petition in this case, is as follows:

     1.    During the past twelve months, and specifically on June 8, 2010, the Firm received a $25,000 fee and cost retainer from Sequoia Voting Systems, Inc., the stock of which entity is 100% owned by the Debtor, for reimbursement of expenses and payment of legal services. Prepetition, the Firm drew down $1,967 of the retainer and applied it to prepetition services rendered ($928) and costs incurred (the $1,039 filing fee) in preparing the Debtor for its chapter 11 filing. $23,033, the balance of the $25,000 retainer, is an advance payment retainer to secure payment of the Firm's fees and expenses for postpetition services rendered to represent the Debtor in the above-captioned chapter 11 bankruptcy case.

     2.    Neither the Firm nor the undersigned have shared or agreed to share the foregoing compensation with any other entity. Further, neither the Firm nor the undersigned have agreed

with any entity to share any additional compensation paid to the Firm for its representation of the Debtor.

Dated this 16th day of June, 2010.

Respectfully submitted,

HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
1660 Lincoln Street, Suite 1900
Denver, CO 80264
Telephone: (303) 996-8600
Fax: (303) 996-8636
E-mail: kneiman@hblegal.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the foregoing via regular U.S. mail, postage prepaid, upon the parties and counsel on the attached Service List this 16th day of June, 2010.

*/s/ Debra J. Howell*
Debra J. Howell,
Legal Assistant to Kevin S. Neiman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Tue Jun 15 15:35:27 MDT 2010 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-0001 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Jack Blaine<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Jeffrey P. Bialos<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004-2415 | Lars Fuller<br>Baker & Hostetler LLP<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264 |
| Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264-1901 | SVS Holdings, Inc.<br>717 17th St.<br>Suite 310<br>Denver, CO 80202-3310 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 |
| Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 | Sequoia Voting Systems, Inc.<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Smartmatic Corporation<br>1001 Broken Sound Parkway, Suite D<br>Boca Raton, FL 33487-3532 |
| US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Howard R Tallman | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     1<br>Total                  13 |