**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

In re:

SVS HOLDINGS, INC.,                              Case No. 10-24238-HRT

EIN: 26-1850120,                                 Chapter 11

    Debtor.                              /

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on June 16, 2010, I caused the proposed Order to the *Application by Debtor to Approve (I) Employment of Horowitz & Burnett, P.C. as Its Bankruptcy Counsel; and (II) Prepetition Retainer* [attachment to D.N. 9], and the *Notice Pursuant to Local Bankruptcy Rule 9013-1.1 of Application by Debtor to Approve (I) Employment of Horowitz & Burnett, P.C. as Its Bankruptcy Counsel; and (II) Prepetition Retainer* [D.N. 10], to be served, via regular U.S. mail, postage prepaid, upon all parties and counsel on the attached Service List.

    Dated this 17th day of June, 2010.

        Respectfully submitted,

        HOROWITZ & BURNETT, P.C.

        */s/ Kevin S. Neiman*
        Kevin S. Neiman, # 36560
        1660 Lincoln Street, Suite 1900
        Denver, CO  80264
        Telephone:   (303) 996-8600
        Fax:   (303) 996-8636
        E-mail:   kneiman@hblegal.net

    *Counsel for SVS Holdings, Inc.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Tue Jun 15 15:35:27 MDT 2010 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-0001 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Jack Blaine<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Jeffrey P. Bialos<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004-2415 | Lars Fuller<br>Baker & Hostetler LLP<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264 |
| Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264-1901 | SVS Holdings, Inc.<br>717 17th St.<br>Suite 310<br>Denver, CO 80202-3310 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 |
| Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 | Sequoia Voting Systems, Inc.<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Smartmatic Corporation<br>1001 Broken Sound Parkway, Suite D<br>Boca Raton, FL 33487-3532 |
| US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Howard R Tallman | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     1<br>Total                  13 |