UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

SVS HOLDINGS, INC.,

Debtor.

)
)
)
)
)

Case No. 10-24238 HRT

Chapter 11

**ORDER GRANTING *EX PARTE* MOTION FOR AUTHORIZATION
TO CONDUCT RULE 2004 EXAMINATION OF SVS HOLDINGS, INC.
AND SEQUOIA VOTING SYSTEMS, INC.**

THIS MATTER comes before the Court on the Ex Parte Motion For Authorization to Conduct Rule 2004 Examination of SVS Holdings, Inc. And Sequoia Voting Systems, Inc. (the "Motion", docket #12) filed June 17, 2010 by Smartmatic Corporation, through counsel, Brent Cohen. Having reviewed the Motion and the file, and being advised in the premises, the Court

ORDERS that the Motion is GRANTED.

Dated: June  18th , 2010.

Howard R. Tallman,
U.S. Bankruptcy Court, Chief Judge

{00813602 / 1}