UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: )
) Case No. 10-24238 HRT
SVS HOLDINGS, INC., )
) Chapter 11
Debtor. )

ORDER GRANTING *EX PARTE* MOTION FOR AUTHORIZATION
TO CONDUCT RULE 2004 EXAMINATION OF SVS HOLDINGS, INC.
AND SEQUOIA VOTING SYSTEMS, INC.

THIS MATTER comes before the Court on the Ex Parte Motion For Authorization to Conduct Rule 2004 Examination of SVS Holdings, Inc. And Sequoia Voting Systems, Inc. (the "Motion", docket #12) filed June 17, 2010 by Smartmatic Corporation, through counsel, Brent Cohen. Having reviewed the Motion and the file, and being advised in the premises, the Court

ORDERS that the Motion is GRANTED.

Dated: June  18th , 2010.

_____
Howard R. Tallman,
U.S. Bankruptcy Court, Chief Judge

{00813602 / 1}

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: smottsm            Page 1 of 1              Date Rcvd: Jun 18, 2010
Case: 10-24238                Form ID: pdf904          Total Noticed: 1

The following entities were noticed by first class mail on Jun 20, 2010.
db            +SVS Holdings, Inc.,   717 17th St.,   Suite 310,   Denver, CO 80202-3310

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2010**          **Signature:**     _Joseph Speetjens_