## United States Bankruptcy Court
### District of Colorado

In re  SVS Holdings, Inc.
                              Debtor

Case No. __10-24238-HRT__

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Amy Stanford<br>717 17th Street, Suite 310<br>Denver, CO 80202 | | 1,000 (0.89%) | |
| Brian Lierman<br>407 Lenox<br>Exeter, CA 93221 | | 3,400 (3.04%) | |
| Caroline Keeling<br>6368 Mountford Drive<br>San Jose, CA 95123 | | 2,800 (2.50%) | |
| Douglas Weinel<br>340 Conifer Drive<br>Evergreen, CO 80439 | | 4,400 (3.93%) | |
| Eric Coomer<br>717 17th Street, Suite 310<br>Denver, CO 80202 | | 5,170 (4.62%) | |
| Howard Cramer<br>8610 Piney Creek Road<br>Parker, CO 80138 | | 1,600 (1.43%) | |
| Jack Blaine<br>717 17th Street, Suite 310<br>Denver, CO 80202 | | 67,322 (60.14%) | |
| Kevin Hurst<br>717 17th Street, Suite 310<br>Denver, CO 80202 | | 5,170 (4.62%) | |
| Lawrence Korb<br>591 Rheem Boulevard<br>Moraga, CA 94556 | | 2,200 (1.97%) | |
| Michelle Shafer<br>1614 Purple Sage Drive<br>Cedar Park, TX 78613 | | 2,701 (2.41%) | |
| Peter McManemy<br>3070 Cypress Creek Drive<br>Ponte Vedra Beach, FL 32082 | | 7,377 (6.59%) | |

__1__ continuation sheets attached to List of Equity Security Holders

In re    SVS Holdings, Inc.                                                           Case No.   10-24238-HRT
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Phil Foster<br>170 County Road 1000<br>Verbena, AL 36091 | | 1,600 (1.43%) | |
| Randall Elder<br>1705 Chitwood<br>Benton, AR 72015 | | 2,200 (1.97%) | |
| Waldeep Singh<br>2950 Allan Avenue<br>West Sacramento, CA 95691 | | 5,000 (4.47%) | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 22, 2010                            Signature   /s/ Kevin Hurst
                                                            Kevin Hurst
                                                            Chief Executive Officer

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet  1  of  1  continuation sheets attached to the List of Equity Security Holders