**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Howard R. Tallman**

In re:

SVS HOLDINGS, INC.,                          Case No. 10-24238-HRT

EIN: 26-1850120,                             Chapter 11

_____Debtor._____ /

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010, I caused a true and correct copy of the *Application by Debtor to Approve (I) Employment of Horowitz & Burnett, P.C. as Its Bankruptcy Counsel; and (II) Prepetition Retainer* [D.N. 9] to be served, via regular U.S. mail, postage prepaid, upon all parties and counsel on the attached Service List.

DATED this 2nd day of July, 2010.

Respectfully submitted,

HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:    (303) 996-8600
Fax:          (303) 996-8636
E-mail:       kneiman@hblegal.net

*Counsel for SVS Holdings, Inc.*

```
Label Matrix for local noticing        Colorado Department Of Revenue      (p)INTERNAL REVENUE SERVICE
1082-1                                  1375 Sherman St.                    CENTRALIZED INSOLVENCY OPERATIONS
Case 10-24238-HRT                       Room 504                            PO BOX 21126
District of Colorado                    Attention Bankruptcy Unit           PHILADELPHIA PA 19114-0326
Denver                                  Denver CO 80261-0001
Tue Jun 15 15:35:27 MDT 2010


Jack Blaine                             Jeffrey P. Bialos                   Lars Fuller
717 17th St, Suite 310                  Sutherland Asbill & Brennan LLP     Baker & Hostetler LLP
Denver, CO 80202-3310                   1275 Pennsylvania Avenue, NW        303 East 17th Avenue
                                        Washington, DC 20004-2415           Suite 1100
                                                                            Denver, CO 80203-1264



Kevin S. Neiman                         SVS Holdings, Inc.                  Securities and Exchange Commission
1660 Lincoln St.                        717 17th St.                        Midwest Regional Office
Ste. 1900                               Suite 310                           175 W. Jackson Blvd.
Denver, CO 80264-1901                   Denver, CO 80202-3310               Ste. 900
                                                                            Chicago IL 60604-2815



Security & Exchange Commission          Sequoia Voting Systems, Inc.        Smartmatic Corporation
Central Regional Office                 717 17th St, Suite 310              1001 Broken Sound Parkway, Suite D
1801 California St.                     Denver, CO 80202-3310               Boca Raton, FL 33487-3532
Ste. 1500
Denver CO 80202-2656


US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Howard R Tallman                     End of Label Matrix
                                        Mailable recipients    12
                                        Bypassed recipients     1
                                        Total                  13
```