**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

In re:

SVS HOLDINGS, INC.,                                           Case No. 10-24238-HRT

EIN: 26-1850120,                                              Chapter 11

      Debtor.                                                  /

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND
REQUEST FOR ENTRY OF ORDER**

On June 16, 2010, debtor and debtor in possession SVS Holdings, Inc. ("**Movant**") filed a motion or application pursuant to L.B.R. 9013-1 entitled: *Application by Debtor to Approve (I) Employment of Horowitz & Burnett, P.C. as Its Bankruptcy Counsel; and (II) Prepetition Retainer* ("**Application**"). Movant hereby certifies that the following is true and correct:

    1.    Service of the Application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules as is shown on the *Certificates of Service* filed on June 17, 2010 and July 2, 2010.

    2.    The docket numbers of each of the following relevant events are:

        a.    the Application and all documents attached thereto and served therewith [Docket No. 9];

        b.    the notice [Docket No. 10];

        c.    the certificates of service of the Application and the notice [Docket Nos. 13 and 20]; and

        d.    the proposed order [Docket No. 9-1].

    3.    No objections to or requests for hearing on the Application were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in this notice.

    WHEREFORE, Movant prays that Court forthwith enter an Order, a form of which is

submitted herewith, granting the requested relief.

Dated this 6th day of July, 2010.

           Respectfully submitted,

           HOROWITZ & BURNETT, P.C.

           *s/Kevin S. Neiman*
           Bart B. Burnett, #21258
           Kevin S. Neiman, #36560
           1660 Lincoln Street, Suite 1900
           Denver, Colorado 80264
           Telephone:   (303) 996-8600
           Fax:   (303) 996-8636
           E-mail:   bburnett@hblegal.net
                          kneiman@hblegal.net

           ***Attorneys for SVS Holdings, Inc.***