B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
District of  Colorado

In re SVS Holdings, Inc.   Case No. 10-24238-HRT

Debtor   Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of 5/31/10 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Sequoia Voting Systems, Inc. | 100% | 1 |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                                                    2

Date: <u>July 5, 2010</u>

                                                      _____
                                                      Signature of Authorized Individual

                                                      Kevin Hurst
                                                      Name of Authorized Individual

                                                      Chief Executive Officer
                                                      Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

                                                      Signature(s) of Debtor(s) (Individual/Joint)

                                                      _____
                                                      Signature of Debtor

                                                      _____
                                                      Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont.   3

# Exhibit A
## Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

As of May 31, 2010, the liabilities of Sequoia Voting Systems, Inc. ("Sequoia") exceeded its assets by approximately $8 million.

On June 4, 2010, Sequoia entered an Asset Purchase Agreement ("the APA") with Dominion Voting Systems ("Dominion"). Under the APA, Dominion has purchased substantially all of the assets of Sequoia. Sequoia is now engaged in fulfilling its obligations under the APA, including the assignment of its contracts to Dominion, which will result in payments to Sequoia. Sequoia will use the proceeds of the APA to pay off its creditors and wind down the operation.

Total payments to Sequoia under the APA may vary based on the successful assignment of contracts to Dominion, whether or not Sequoia is due certain commission payments related to activities in the State of New York, and the extent to which the escrowed portion of the APA proceeds ultimately are made available to Sequoia.

The value of Sequoia is currently indeterminate. 100% of the equity of Sequoia is owned by SVS Holdings.

B26 (Official Form 26) (12/08) – Cont. 4

# Exhibit B
## Financial Statements for [Insert Name of Entity]

Sequoia Voting Systems, Inc.

B26 (Official Form 26) (12/08) – Cont. 5

**Exhibit B-1**
**Balance Sheet for [Name of Entity]**
As of

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

Please see attached Balance Sheets for Sequoia Voting Systems, Inc.

B26 (Official Form 26) (12/08) – Cont.                                                                                                              6

## Exhibit B-2
### Statement of Income (Loss) for [Name of Entity]
Period ending

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

Please see attached Income Statements for Sequoia Voting Systems, Inc.

B26 (Official Form 26) (12/08) – Cont.                                              7

## Exhibit B-3
## Statement of Cash Flows for [Name of Entity]
For the period ending

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

Statement of Cash Flows for Sequoia Voting Systems are currently unavailable. Please reference the Income Statements and Balance Sheets provided.

B26 (Official Form 26) (12/08) – Cont. 8

## Exhibit B-4
## Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]
period ending

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]


Change in Shareholders' Equity/(Deficit) is included in the Balance Sheets provided for Sequoia Voting Systems, Inc.

B26 (Official Form 26) (12/08) – Cont.                                                                                     9

## Exhibit C
### Description of Operations for _____ . [Insert name of Entity].

[Describe the nature and extent of the estate's interest in the entity.
SVS Holdings owns 100% of the equity of Sequoia Voting Systems, Inc.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

Sequoia Voting Systems, Inc. ("Sequoia") was in the business of manufacturing and selling electronic voting systems, and providing related services, to state and local jurisdictions. Sequoia's election solutions are in use in seventeen states.

On June 4, 2010, Sequoia entered an Asset Purchase Agreement ("the APA") with Dominion Voting Systems ("Dominion"). Under the APA, Dominion has purchased substantially all of the assets of Sequoia. Sequoia is now engaged in fulfilling its obligations under the APA, including the assignment of its contracts to Dominion, which will result in payments to Sequoia. Sequoia will use the proceeds of the APA to pay off its creditors and wind down the operation.

Exhibit B-1 (i)
Balance Sheet for Sequoia Voting Systems, Inc.
As of December 31, 2009

| | Jan-2009 | Feb-2009 | Mar-2009 | Apr-2009 | May-2009 | Jun-2009 | Jul-2009 | Aug-2009 | Sep-2009 | Oct-2009 | Nov-2009 | Dec-2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash & Cash Equivalent | 3,415,395 | 1,548,286 | 2,429,158 | 1,368,802 | 1,804,531 | 1,215,319 | 546,657 | 109,974 | 1,489,332 | 847,980 | 621,429 | 581,101 |
| Accounts Receivable | 6,243,851 | 6,960,059 | 5,833,670 | 5,598,240 | 4,283,890 | 3,129,251 | 3,095,011 | 5,947,394 | 3,956,430 | 4,551,800 | 4,810,612 | 5,624,555 |
| Inventory | 5,568,924 | 5,597,657 | 5,546,888 | 5,451,716 | 5,272,800 | 5,196,571 | 5,485,182 | 5,564,302 | 5,236,842 | 5,207,653 | 4,971,853 | 4,518,288 |
| Prepaids | 109,941 | 166,841 | 591,658 | 166,298 | 183,321 | 178,416 | 207,998 | 126,752 | 245,156 | 178,705 | 157,648 | 588,234 |
| 12160 -Tax Receivable | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 |
| 14001 -Deferred COGS-Current-All Types | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -6,250,220 |
| 14200 -Deferred COGS-Current-Systems | 47,273,585 | 46,433,248 | 45,592,911 | 44,752,575 | 43,939,776 | 43,126,978 | 42,314,180 | 41,501,381 | 7,507,468 | 7,400,650 | 7,293,833 | 7,243,035 |
| 14240 -Deferred COGS-Current-Services | 1,801,600 | 1,766,877 | 1,732,155 | 1,697,433 | 1,662,711 | 1,627,988 | 1,593,266 | 1,558,544 | 527,109 | 513,593 | 500,078 | 511,507 |
| Other Current Assets | 50,375,184 | 49,500,126 | 48,625,067 | 47,750,008 | 46,902,487 | 46,054,966 | 45,207,446 | 44,359,925 | 9,334,577 | 9,214,244 | 9,093,911 | 2,804,323 |
| **CURRENT ASSETS** | 65,713,294 | 63,772,968 | 63,026,441 | 60,335,064 | 58,447,029 | 55,774,524 | 54,542,294 | 56,108,347 | 20,262,336 | 20,000,382 | 19,655,453 | 14,116,499 |
| Property & Equipment | 789,020 | 761,355 | 735,697 | 710,192 | 684,700 | 659,208 | 633,961 | 608,747 | 538,392 | 514,028 | 479,444 | 367,762 |
| Intangible Asset Net | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 |
| Deferred COGS-Non-Current-All Types | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,250,220 |
| Due To From Affiliate | 0 | 60,189 | 60,189 | 60,189 | 60,189 | 60,189 | 60,189 | 60,189 | 60,189 | 60,189 | 60,192 | 120,702 |
| **OTHER ASSETS** | 1,879,020 | 1,911,544 | 1,885,886 | 1,860,381 | 1,834,889 | 1,809,398 | 1,784,150 | 1,758,936 | 1,688,581 | 1,664,217 | 1,629,636 | 7,828,684 |
| **TOTAL ASSETS** | 67,592,314 | 65,684,513 | 64,912,327 | 62,195,445 | 60,281,918 | 57,583,922 | 56,326,444 | 57,867,282 | 21,950,918 | 21,664,599 | 21,285,088 | 21,945,184 |
| 20005 -Accts Payable: Vendors | 5,526,560 | 5,407,203 | 5,398,323 | 5,711,080 | 6,706,018 | 5,940,935 | 5,645,520 | 7,383,604 | 6,853,666 | 7,168,268 | 7,373,941 | 7,704,218 |
| 20006 -Accounts Payable Accrual | 501,026 | 367,237 | 367,737 | 813,541 | 687,001 | 822,276 | 579,090 | 727,795 | 716,403 | 497,718 | 329,487 | 331,952 |
| 20008 -T&E Reserve | 23,415 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36,798 |
| 20010 -Suspense - Received Not Invoiced | -28,179 | -30,644 | 4,920 | 108,842 | 51,057 | 60,801 | 58,712 | 79,293 | 89,586 | 18,329 | 1,709 | 0 |
| 20501 -Due To-From Parent-Subsidiary | 1,607,430 | 1,607,430 | 1,607,430 | 1,607,430 | 1,607,430 | 1,607,430 | 1,607,430 | 1,607,430 | 1,607,430 | 1,607,430 | 1,607,433 | 1,280,386 |
| 20620 -Short Term Borrowings-Related Parties | | | | | | | | | | | | 550,000 |
| 21801 -Current Short Term Obligations | 119,816 | 149,021 | 1,172,225 | 1,066,576 | 1,105,104 | 1,104,638 | 1,128,181 | 1,420,802 | 719,101 | 254,315 | 503,294 | 901,517 |
| 26001 -Federal Income Tax Payable | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 200,000 |
| 26002 -State Income Tax Payable | | | -305 | -305 | -305 | -305 | -305 | -305 | -305 | -305 | -305 | 4,370 |
| Accounts Payable | 7,750,068 | 7,500,246 | 8,550,329 | 9,307,164 | 10,156,305 | 9,535,775 | 9,018,628 | 11,218,618 | 9,985,881 | 9,545,754 | 9,815,558 | 11,009,241 |
| 20007 -Print Customer Pre-Paid And Deferred Revenue | 0 | 1,745,371 | 1,809,410 | 196,207 | 7 | 0 | 0 | 183,700 | 183,700 | 0 | 0 | 0 |
| 27001 -Deferred Revenue-Current-Non-Amort | 483,500 | 1,191,000 | 1,191,000 | 1,191,000 | 800,000 | 800,000 | -571,771 | -100,240 | -100,240 | -100,240 | -100,240 | -5,112,815 |
| 27200 -Deferred Revenue-Current-Systems | 57,284,863 | 56,278,332 | 55,271,802 | 54,265,271 | 53,319,178 | 52,373,085 | 51,617,391 | 50,663,365 | 9,118,461 | 9,028,070 | 8,937,679 | 3,119,203 |
| 27220 -Deferred Revenue-Current-License | 3,655,725 | 3,772,282 | 4,050,851 | 3,700,559 | 3,474,743 | 3,404,473 | 3,554,745 | 3,357,807 | 2,737,010 | 2,553,987 | 2,356,111 | 2,400,606 |
| 27230 -Deferred Revenue-Current-Warranty | 1,900,335 | 1,720,358 | 1,577,797 | 1,435,737 | 1,316,947 | 1,216,955 | 2,104,905 | 1,974,667 | 1,848,975 | 1,755,932 | 1,640,147 | 1,564,036 |
| 27240 -Deferred Revenue-Current-Services | 5,645,635 | 5,410,298 | 5,174,962 | 5,139,625 | 4,909,691 | 4,726,045 | 5,065,505 | 4,883,568 | 3,103,469 | 2,958,036 | 2,821,811 | 4,941,230 |
| Deferred Revenue Current | 68,970,058 | 70,117,641 | 69,075,821 | 65,928,379 | 63,820,565 | 62,520,557 | 61,790,775 | 60,962,866 | 16,891,375 | 16,195,786 | 15,655,508 | 6,912,260 |
| Warranty Reserve | 1,019,952 | 1,036,255 | 1,052,475 | 1,069,194 | 1,085,682 | 1,102,510 | 1,119,689 | 1,137,896 | 1,155,799 | 1,174,163 | 1,192,846 | 1,211,528 |
| Accrued Expenses | 1,341,386 | 1,196,254 | 1,016,302 | 1,072,287 | 999,186 | 981,366 | 968,489 | 859,422 | 878,759 | 880,573 | 1,137,814 | 1,084,798 |
| Plastic Credit | 139,539 | 139,539 | 139,539 | 139,539 | 117,607 | 117,607 | 117,607 | 117,607 | 91,205 | 91,205 | 91,205 | 91,205 |
| Accrued Taxes | -50,746 | -135,405 | -125,407 | -157,072 | 8,432 | 18,136 | -178,220 | -173,975 | -167,479 | -173,362 | -173,412 | -49,125 |
| **CURRENT LIABILITIES** | 79,170,257 | 79,854,530 | 79,709,058 | 77,359,490 | 76,187,779 | 74,275,952 | 72,836,968 | 74,122,434 | 28,835,540 | 27,714,119 | 27,719,519 | 20,259,907 |
| Deferred Revenue Non Current | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,635,683 |
| Long Term Obligations | 37,081 | 35,242 | 34,292 | 32,864 | 31,898 | 30,931 | 29,599 | 29,599 | 27,373 | 26,361 | 26,361 | 23,943 |
| Deferred Tax Liability | 423,000 | 423,000 | 423,000 | 423,000 | 423,000 | 423,000 | 423,000 | 423,000 | 423,000 | 423,000 | 423,000 | 423,000 |
| **LONG TERM LIABILITIES** | 460,081 | 458,242 | 457,292 | 455,864 | 454,898 | 453,931 | 452,599 | 452,599 | 450,373 | 449,361 | 449,361 | 9,082,626 |
| Common Stock | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Additional Paid In Capital | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 |
| Push Down Capital | -7,222,676 | -8,222,676 | -8,222,676 | -8,222,676 | -8,222,676 | -8,222,676 | -8,222,676 | -8,222,676 | -8,222,676 | -8,222,676 | -8,222,676 | -8,222,676 |
| RETAINED EARNINGS PY | -20,234,298 | -20,234,298 | -20,234,298 | -20,234,298 | -20,234,298 | -20,234,298 | -20,234,298 | -20,234,298 | -20,234,298 | -20,234,298 | -20,234,298 | -20,234,298 |
| RETAINED EARNINGS CY | -509,004 | -2,099,240 | -2,725,005 | -3,090,891 | -3,831,739 | -4,616,942 | -4,434,105 | -4,178,732 | 5,194,024 | 6,030,138 | 5,645,228 | 5,131,669 |
| **EQUITY** | -12,038,023 | -14,628,259 | -15,254,024 | -15,619,909 | -16,360,758 | -17,145,961 | -16,963,124 | -16,707,751 | -7,334,995 | -6,498,881 | -6,883,791 | -7,397,350 |
| **TOTAL LIABILITIES & EQUITY** | 67,592,314 | 65,684,513 | 64,912,327 | 62,195,445 | 60,281,918 | 57,583,922 | 56,326,444 | 57,867,282 | 21,950,918 | 21,664,599 | 21,285,088 | 21,945,184 |

Exhibit B-1 (ii)
**Balance Sheet for Sequoia Voting Systems, Inc.**
As of May 31, 2010

| | Jan-2010 | Feb-2010 | Mar-2010 | Apr-2010 | May-2010 |
|---|---:|---:|---:|---:|---:|
| Cash & Cash Equivalent | 148,861 | 1,154,939 | 798,256 | 479,513 | 236,510 |
| Accounts Receivable | 7,527,839 | 5,543,600 | 1,630,443 | 1,725,816 | 2,458,788 |
| Inventory | 4,542,597 | 4,543,482 | 4,457,964 | 4,414,057 | 4,386,615 |
| Prepaids | 83,620 | 69,273 | 66,993 | 95,895 | 69,436 |
| 12160 -Tax Receivable | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | 927,998 |
| 14200 -Deferred COGS-Current-Systems | 7,133,270 | 7,023,504 | 6,913,738 | 6,803,973 | 6,694,207 |
| 14230 -Deferred COGS-Current-Warranty | 63,232 | 57,483 | 51,735 | 45,987 | 40,238 |
| 14240 -Deferred COGS-Current-Services | 495,913 | 480,318 | 464,724 | 449,130 | 433,535 |
| Other Current Assets | 8,992,414 | 8,861,306 | 8,730,197 | 8,599,089 | 8,095,978 |
| **CURRENT ASSETS** | 21,295,331 | 20,172,600 | 15,683,854 | 15,314,370 | 15,247,327 |
| Property & Equipment | 334,568 | 302,686 | 284,525 | 266,472 | 249,128 |
| Intangible Asset Net | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 | 1,090,000 |
| Due To From Affilate | 120,702 | 120,702 | 120,702 | 150,732 | 150,732 |
| **OTHER ASSETS** | 1,545,270 | 1,513,389 | 1,495,227 | 1,507,204 | 1,489,861 |
| **TOTAL ASSETS** | 22,840,601 | 21,685,989 | 17,179,081 | 16,821,574 | 16,737,187 |
| 20005 -Accts Payable: Vendors | 7,774,713 | 7,493,177 | 4,570,457 | 4,808,131 | 4,571,385 |
| 20006 -Accounts Payable Accrual | 200,000 | 200,000 | 144,603 | 145,313 | 200,000 |
| 20009 -Other Payables - Customer Credits | 0 | 0 | 0 | 333,735 | 333,735 |
| 20501 -Due To-From Parent-Subsidiary | 1,280,386 | 1,280,386 | 1,280,386 | 1,280,386 | 1,280,386 |
| 20620 -Short Term Borrowings-Related Partie | 853,000 | 853,000 | 853,000 | 853,000 | 853,000 |
| 21801 -Current Short Term Obligations | 901,637 | 665,111 | 14,548 | 13,613 | 13,737 |
| 26001 -Federal Income Tax Payable | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 |
| 26002 -State Income Tax Payable | 4,370 | 4,370 | 4,370 | 4,370 | 4,370 |
| Accounts Payable | 11,214,105 | 10,696,044 | 7,067,364 | 7,638,548 | 7,456,614 |
| 27001 -Deferred Revenue-Current-Non-Amorl | 3,991,652 | 3,991,268 | 4,106,147 | 4,281,147 | 4,820,090 |
| 27200 -Deferred Revenue-Current-Systems | 3,028,813 | 2,938,422 | 2,848,031 | 2,757,640 | 2,667,249 |
| 27220 -Deferred Revenue-Current-License | 2,460,795 | 2,206,944 | 2,133,237 | 1,968,829 | 1,844,981 |
| 27230 -Deferred Revenue-Current-Warranty | 1,704,783 | 1,551,028 | 1,389,690 | 1,228,352 | 1,079,014 |
| 27240 -Deffered Revenue-Current-Services | 4,801,233 | 4,560,952 | 4,324,009 | 4,104,584 | 4,144,621 |
| Deferred Revenue Current | 15,987,275 | 15,248,614 | 14,801,114 | 14,340,553 | 14,555,955 |
| Warranty Reserve | 1,236,581 | 1,261,909 | 1,287,426 | 1,312,944 | 1,338,462 |
| Accrued Expenses | 1,122,449 | 1,142,879 | 1,074,414 | 1,002,347 | 998,836 |
| Plastic Credit | 91,205 | 91,205 | 91,205 | 91,205 | 91,205 |
| Accrued Taxes | -47,473 | -29,326 | -48,045 | -54,216 | -54,104 |
| **CURRENT LIABILITIES** | 29,604,142 | 28,411,324 | 24,273,479 | 24,331,382 | 24,386,968 |
| Long Term Obligations | 22,783 | 21,612 | 20,431 | 19,239 | 18,036 |
| Deferred Tax Liability | 423,000 | 423,000 | 423,000 | 423,000 | 423,000 |
| **LONG TERM LIABILITIES** | 445,783 | 444,612 | 443,431 | 442,239 | 441,036 |
| Common Stock | 1 | 1 | 1 | 1 | 1 |
| Additional Paid In Capital | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 | 15,927,954 |
| Push Down Capital | -8,222,676 | -8,222,676 | -8,222,676 | -8,222,676 | -8,222,676 |
| RETAINED EARNINGS PY | -15,102,629 | -15,102,629 | -15,102,629 | -15,102,629 | -15,102,629 |
| RETAINED EARNINGS CY | 188,026 | 227,402 | -140,479 | -554,696 | -693,466 |
| **EQUITY** | -7,209,324 | -7,169,948 | -7,537,829 | -7,952,046 | -8,090,816 |
| **TOTAL LIABILITIES & EQUITY** | 22,840,601 | 21,685,989 | 17,179,081 | 16,821,574 | 16,737,187 |

Exhibit B-2 (i)
**Statement of Income (Loss) for Sequoia Voting Systems, Inc.**
Period Ending December 31, 2009

| | Jan-2009 | Feb-2009 | Mar-2009 | Apr-2009 | May-2009 | Jun-2009 | Jul-2009 | Aug-2009 | Sep-2009 | Oct-2009 | Nov-2009 | Dec-2009 | YTD-2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Systems, Services and Other | 2,078,720 | 2,158,230 | 2,446,471 | 2,477,444 | 2,589,048 | 2,040,061 | 2,396,529 | 2,106,287 | 882,061 | 1,068,862 | 1,401,290 | 1,675,526 | 23,320,530 |
| Election Printing | 364,080 | 212,979 | 552,826 | 2,559,915 | 542,949 | 108,220 | 25,725 | 2,094,618 | 1,851,532 | 3,818,740 | 17,765 | 42,771 | 12,192,117 |
| **Total Sales** | **2,442,800** | **2,371,209** | **2,999,297** | **5,037,359** | **3,131,996** | **2,148,281** | **2,422,254** | **4,200,904** | **2,733,593** | **4,887,602** | **1,419,055** | **1,718,297** | **35,512,647** |
| | | | | | | | | | | | | | |
| Systems, Services and Other | 847,475 | 1,356,309 | 1,320,024 | 1,670,984 | 1,385,795 | 1,311,827 | 1,112,994 | 1,099,052 | 1,358,742 | 362,999 | 776,692 | 707,394 | 13,310,287 |
| Election Printing | 262,566 | 159,236 | 379,940 | 1,768,708 | 361,235 | 85,201 | 15,819 | 1,553,745 | 1,401,237 | 2,758,865 | -3,761 | 32,420 | 8,775,211 |
| **Total Cost Of Goods Sold** | **1,110,041** | **1,515,546** | **1,699,964** | **3,439,691** | **1,747,030** | **1,397,028** | **1,128,813** | **2,652,797** | **2,759,979** | **3,121,865** | **772,932** | **739,813** | **22,085,499** |
| | | | | | | | | | | | | | |
| **Total GROSS PROFIT** | **1,332,759** | **855,663** | **1,299,333** | **1,597,668** | **1,384,966** | **751,253** | **1,293,441** | **1,548,107** | **-26,386** | **1,765,737** | **646,123** | **978,483** | **13,427,148** |
| | | | | | | | | | | | | | |
| Total Selling, General and Administrative Expense | 1,984,858 | 2,384,624 | 1,861,388 | 1,882,893 | 2,051,822 | 1,431,423 | 1,053,621 | 1,237,542 | 1,084,877 | 1,371,148 | 1,019,124 | 1,260,987 | 18,624,307 |
| Total Depreciation Expense | 27,265 | 27,665 | 25,658 | 25,506 | 25,492 | 25,492 | 25,248 | 25,214 | 25,110 | 24,364 | 34,584 | 128,822 | 420,420 |
| Total Gain/Loss On Asset Disposal | -101,942 | | | | | | | | -10,334,908 | | | -17,141 | -10,453,990 |
| **TOTAL OPERATING EXPENSE** | **1,910,181** | **2,412,289** | **1,887,046** | **1,908,398** | **2,077,313** | **1,456,914** | **1,078,869** | **1,262,757** | **-9,224,921** | **1,395,513** | **1,053,708** | **1,372,669** | **8,590,737** |
| | | | | | | | | | | | | | |
| **Total PROFIT (LOSS) BEFORE TAX** | **-577,422** | **-1,556,626** | **-587,713** | **-310,730** | **-692,347** | **-705,661** | **214,572** | **285,350** | **9,198,535** | **370,225** | **-407,585** | **-394,186** | **4,836,412** |
| | | | | | | | | | | | | | |
| 82100 -Other Income | | | | | | | | | | -477,862 | -23,012 | -2,420 | -503,294 |
| 84000 -Prior Years Inventory Adjustment | | | | | | | | | | | | 456,699 | 456,699 |
| Total Other Income | | | | | | | | | | -477,862 | -23,012 | 454,279 | -46,595 |
| | | | | | | | | | | | | | |
| 65740 -Interest Expense | 29,204 | 34,455 | 38,715 | 55,838 | 48,934 | 49,984 | 33,220 | 30,001 | 52,375 | 12,024 | 359 | -258,924 | 126,185 |
| 65750 -Interest Expense-Related Parties | | | | | | | | | | | | 6,527 | 6,527 |
| Total Interest Expense | 29,204 | 34,455 | 38,715 | 55,838 | 48,934 | 49,984 | 33,220 | 30,001 | 52,375 | 12,024 | 359 | -252,396 | 132,713 |
| | | | | | | | | | | | | | |
| Total Interest Income | -1,391 | -845 | -664 | -682 | -433 | -472 | -364 | -23 | -37 | -86 | -22 | -15 | -5,035 |
| Total Royalty Income-Pes | -96,238 | | | | | | | | -226,559 | | | -257,140 | -579,937 |
| | | | | | | | | | | | | | |
| 81001 -Federal Income Tax Expense | | | | | | | | -1,120 | | | | 200,000 | 198,880 |
| 81006 -State Income Tax Expense | 7 | | | | | 30,030 | | | | 35 | | -25,355 | 4,717 |
| Total Tax Expense | 7 | | | | | 30,030 | -1,120 | | | 35 | | 174,645 | 203,597 |
| | | | | | | | | | | | | | |
| **TOTAL OTHER INCOME (LOSS)** | **-68,417** | **33,610** | **38,052** | **55,155** | **48,501** | **79,542** | **31,735** | **29,978** | **-174,221** | **-465,890** | **-22,675** | **119,373** | **-295,257** |
| | | | | | | | | | | | | | |
| **Total NET PROFIT (LOSS)** | **-509,004** | **-1,590,236** | **-625,765** | **-365,886** | **-740,848** | **-785,203** | **182,838** | **255,372** | **9,372,756** | **836,114** | **-384,910** | **-513,559** | **5,131,669** |

**Exhibit B-2 (ii)**
**Statement of Income (Loss) for Sequoia Voting Systems, Inc.**
Period Ending May 31, 2010

|  | Jan-2010 | Feb-2010 | Mar-2010 | Apr-2010 | May-2010 | YTD-2010 |
|---|---:|---:|---:|---:|---:|---:|
| Systems, Services and Other | 1,373,939 | 1,134,078 | 948,520 | 926,531 | 983,177 | 5,366,246 |
| Election Printing | 79,728 | 102 | 287,827 | 2,170 | 3,203 | 373,030 |
| **Total Sales** | **1,453,667** | **1,134,180** | **1,236,347** | **928,701** | **986,381** | **5,739,276** |
| Systems, Services and Other | 166,321 | 248,035 | 320,334 | 369,034 | 283,740 | 1,387,465 |
| Election Printing | -114,255 | 53,410 | 197,785 | 0 | 0 | 136,940 |
| **Total Cost Of Goods Sold** | **52,067** | **301,445** | **518,119** | **369,034** | **283,740** | **1,524,405** |
| **Total GROSS PROFIT** | **1,401,601** | **832,735** | **718,228** | **559,666** | **702,641** | **4,214,871** |
| Total Selling, General and Administrative Expense | 1,167,611 | 987,712 | 1,052,326 | 949,883 | 811,109 | 4,968,641 |
| Total Depreciation Expense | 33,194 | 31,881 | 18,162 | 18,053 | 17,344 | 118,634 |
| TOTAL OPERATING EXPENSE | 1,200,805 | 1,019,594 | 1,070,488 | 967,936 | 828,453 | 5,087,275 |
| **Total PROFIT (LOSS) BEFORE TAX** | **200,796** | **-186,859** | **-352,260** | **-408,270** | **-125,811** | **-872,404** |
| Total Other Income | -120 |  | 1,037 | -10,044 |  | -9,127 |
| 65740 -Interest Expense | 10,149 | 7,167 | 16,321 | 12,008 | 9,337 | 54,982 |
| 65750 -Interest Expense-Related Parties | 2,751 | 3,272 | 3,622 | 3,505 | 3,622 | 16,773 |
| Total Interest Expense | 12,899 | 10,439 | 19,944 | 15,514 | 12,959 | 71,754 |
| Total Interest Income | -9 | -26 | -34 | -22 |  | -92 |
| Total Royalty Income-Pes |  | -236,648 | -60,000 |  |  | -296,648 |
| 81001 -Federal Income Tax Expense |  |  |  | 50,000 |  | 50,000 |
| 81006 -State Income Tax Expense |  |  |  | 4,675 | 500 | 5,175 |
| Total Tax Expense |  |  |  | 54,675 | 500 | 55,175 |
| **TOTAL OTHER INCOME (LOSS)** | **12,770** | **-226,235** | **15,621** | **5,948** | **12,959** | **-178,938** |
| **Total NET PROFIT (LOSS)** | **188,026** | **39,377** | **-367,881** | **-414,217** | **-138,770** | **-693,466** |