IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

In re:

SVS HOLDINGS, INC.,                          Case No. 10-24238-HRT

EIN: 26-1850120,                            Chapter 11

     Debtor.                             /

**CERTIFICATE OF SERVICE**

     The undersigned certifies that on July 7, 2010, I caused a copy of the *Periodic Report Regarding Value, Operations and Profitability of Entities in Which the Estate of SVS Holdings, Inc. Holds a Substantial or Controlling Interest* [D.N. 22], to be served, via regular U.S. mail, postage prepaid, upon all parties and counsel on the attached Service List.

                                             Respectfully submitted,

                                             HOROWITZ & BURNETT, P.C.

                                             */s/ Kevin S. Neiman*
                                             Kevin S. Neiman, # 36560
                                             1660 Lincoln Street, Suite 1900
                                             Denver, CO  80264
                                             Telephone:    (303) 996-8600
                                             Fax:               (303) 996-8636
                                             E-mail:          kneiman@hblegal.net

                                             *Counsel for SVS Holdings, Inc.*

```
Label Matrix for local noticing      Brent R. Cohen                  Kevin S. Neiman
1082-1                                1200 17th St.                   1660 Lincoln St.
Case 10-24238-HRT                     Ste. 3000                       Ste. 1900
District of Colorado                  Denver, CO 80202-5855           Denver, CO 80264-1901
Denver
Wed Jul  7 11:57:08 MDT 2010

US Trustee                            End of Label Matrix
999 18th St.                          Mailable recipients    3
Ste. 1551                             Bypassed recipients    0
Denver, CO 80202-2415                 Total                  3
```