**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

In re:

SVS HOLDINGS, INC.,                               Case No. 10-24238-HRT

EIN: 26-1850120,                                  Chapter 11

      Debtor.                                       /

**ORDER APPROVING APPLICATION BY DEBTOR TO APPROVE (I)
EMPLOYMENT OF HOROWITZ & BURNETT, P.C. AS ITS
BANKRUPTCY COUNSEL; AND (II) PREPETITION RETAINER**

THIS MATTER came before the Court upon the *Application by Debtor to Approve (I) Employment of Horowitz & Burnett, P.C. as Its Bankruptcy Counsel; and (II) Prepetition Retainer* (the "**Application**"), filed by SVS Holdings, Inc., the debtor and debtor in possession (the "**Debtor**"), and the *Affidavit of Proposed Attorney for Debtor*, executed by Kevin S. Neiman and the law firm of Horowitz & Burnett, P.C. (collectively, the "**Applicant**"). Upon the representations that the Applicant is duly qualified to practice in this Court, that the Applicant holds no interest adverse to the estate in the matters upon which it is engaged, that the Applicant is a disinterested person as required by 11 U.S.C. § 327(a), and has disclosed any connections with parties as required by Fed. R. Bankr. P. 2014, and that the Applicant's employment is necessary and in the best interests of the Debtor and the Debtor's estate, the Court finds good cause to approve the Application. Accordingly, it is

ORDERED and ADJUDGED as follows:

1.     The Application is APPROVED.

2.     The Debtor is authorized to employ the Applicant as its counsel *nunc pro tunc* to June 8, 2010.

3. The Retainer, as such term is defined in the Application, is approved. No payments shall be made from the Retainer except pursuant to further Order of the Court.

Dated this 8th day of _____ July _____, 2010.

BY THE COURT

*Howard Tallman*

Honorable Howard R. Tallman
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: hoelscher              Page 1 of 1           Date Rcvd: Jul 08, 2010
Case: 10-24238                 Form ID: pdf904              Total Noticed: 1

The following entities were noticed by first class mail on Jul 10, 2010.
db           +SVS Holdings, Inc.,   717 17th St.,   Suite 310,   Denver, CO 80202-3310

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**            **Signature:**       _Joseph Speetjens_