```
                 UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF COLORADO
```

In Re:                                )
                                      )
SVS Holdings, Inc.                    ) CASE NO. 10-24238 HRT
EIN: 26-1850120                       )
                                      )
                                      )
                                      ) CHAPTER 11

Debtor(s).

             STATEMENT OF UNITED STATES TRUSTEE
                REGARDING CREDITORS' COMMITTEE

   The United States Trustee makes the following statement:

   There were too few unsecured creditors who are willing to serve on Creditors' Committees for the above-captioned case(s).

DATED: July 19, 2010

                           Respectfully submitted,

                           CHARLES F. McVAY
                           UNITED STATES TRUSTEE

                           By:
                           _S/Leo M. Weiss_
                           Leo M. Weiss, Esq.
                           Staff Attorney #15294
                           999 18th Street, Suite 1551
                           Denver, CO 80202
                           (303) 312-7244
                           (303) 312-7259 (Fax)
                           Leo.m.weiss@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing **STATEMENT OF UNITED STATES TRUSTEE REGARDING CREDITORS'COMMITTEE** was mailed, postage prepaid, to the following:

Kevin S. Neiman, Esw.
Horowitz & Burnett, P.C.
1660 Lincoln Street, Suite 1900
Denver, CO 80264

SVS Holdings, Inc.
Kevin Hurst, Chief Executive Officer
717 17th Street, Suite 310
Denver, CO 80202

Dated: July 19, 2010

S/Beverly R. Smith
Beverly R. Smith, Legal Clerk
Office of the U.S. Trustee