# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO CONDUCT RULE 2004 EXAMINATION OF FORMER EMPLOYEES OF SVS HOLDING, INC. AND SEQUOIA VOTING SYSTEMS, INC.

THIS MATTER comes before the Court on the *Ex Parte* Motion for Order to Conduct Rule 2004 Examination of Former Employees of SVS Holdings, Inc. and Sequoia Voting Systems, Inc. (the "Motion") filed by Smartmatic Corporation ("Smartmatic") through Brent Cohen. Having reviewed the Motion and the file and being otherwise advised in the premises, the Court

ORDERS that the Motion shall be, and hereby, is GRANTED.

Dated: August _____, 2010.

_____
Howard R. Tallman,
U.S. Bankruptcy Court, Chief Judge

{00828262 / 1}