UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                     )
                                           )   Case No. 10-24238 HRT
SVS HOLDINGS, INC.,                        )
                                           )   Chapter 11
         Debtor.                           )

ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO CONDUCT
RULE 2004 EXAMINATION OF DOMINION VOTING SYSTEMS CORPORATION

THIS MATTER comes before the Court on the *Ex Parte* Motion for Order to Conduct Rule 2004 Examination of Dominion Voting Systems Corporation (the "Motion") filed by Smartmatic Corporation ("Smartmatic") through Brent Cohen. Having reviewed the Motion and the file and being otherwise advised in the premises, the Court

ORDERS that the Motion shall be, and hereby, is GRANTED.

Dated: August _____, 2010.

                                    _____
                                    Howard R. Tallman,
                                    U.S. Bankruptcy Court, Chief Judge

{00828261 / 1}