## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Howard R. Tallman

In re:

SVS HOLDINGS, INC.,                           Case No. 10-24238-HRT

EIN: 26-1850120,                              Chapter 11

_____Debtor._____/

## NOTICE OF FILING AFFIDAVIT CONCERNING SEQUOIA VOTING SYSTEMS HEALTH AND WELFARE BENEFIT PLAN

SVS Holdings, Inc. (the "**Debtor**") notices the filing of the *Affidavit Concerning Sequoia Voting Systems Health and Welfare Benefit Plan*, a copy of which is **Exhibit A** attached hereto.

Dated this 6th day of August, 2010.

HOROWITZ & BURNETT, P.C.

*s/ Kevin S. Neiman*_____
Kevin S. Neiman, # 36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:     (303) 996-8600
Fax:              (303) 996-8637
E-mail:         kneiman@hblegal.net

*Attorneys for SVS Holdings, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of August, 2010, a true and correct copy of the foregoing, including Exhibit A, was served via regular U.S. mail, postage prepaid, upon the following:

Jerry Meyer, Bankruptcy Specialist  
IRS  
1999 Broadway MS 5012 DEN  
Denver, CO 80202-3025

US Trustee  
999 18th Street  
Ste 1551  
Denver, CO 80202-2415

*s/ Kevin S. Neiman*  
Kevin S. Neiman

-2-

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Howard R. Tallman**

In re:

SVS HOLDINGS, INC.,                Case No. 10-24238-HRT

EIN: 26-1850120,                 Chapter 11

_____Debtor._____/

**AFFIDAVIT CONCERNING SEQUOIA VOTING SYSTEMS**
**HEALTH AND WELFARE BENEFIT PLAN**

STATE OF COLORADO         )
                             ) ss
COUNTY OF DENVER         )

      Kevin Hurst, being duly sworn, says:

1.      I am the Chief Executive Officer of SVS Holdings, Inc. (the "Debtor").

2.      I have personal knowledge of the facts set forth herein.

3.      I confirm that the Sequoia Voting Systems Health and Welfare Benefit Plan has never been an obligation of the Debtor; rather it relates to Sequoia Voting Systems, Inc.  The

Debtor has never had any employees nor any Health and Welfare Benefit Plan.

FURTHER AFFIANT SAYETH NAUGHT.


_____
Kevin Hurst

STATE OF COLORADO            )
                             ) ss
COUNTY OF DENVER             )

SWORN to and subscribed before me this 4 day of August, 2010.

NOTARY PUBLIC

Sign _Wanda Gurule_

Print _Wanda Gurule_

State of Colorado
My Commission Expires: 11/24/2013

-2-