# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re:

SVS HOLDINGS, INC.,

Debtor.

Case No. 10-24238 HRT

Chapter 11

## ORDER GRANTING AMENDED *EX PARTE* MOTION FOR ORDER TO CONDUCT RULE 2004 EXAMINATION OF DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC.

THIS MATTER comes before the Court on the *Ex Parte* Motion for Order to Conduct Rule 2004 Examination of Dominion Voting Systems Corporation (the "Motion") filed by Smartmatic Corporation ("Smartmatic") through Brent Cohen. Having reviewed the Motion and the file and being otherwise advised in the premises, the Court

ORDERS that the Motion shall be, and hereby, is GRANTED.

Dated: August 6th , 2010.

Howard R. Tallman,
U.S. Bankruptcy Court, Chief Judge

{00828261 / 1}