## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re: )
) Case No. 10-24238 HRT
SVS HOLDINGS, INC., )
) Chapter 11
Debtor. )

**ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO CONDUCT RULE 2004 EXAMINATION OF FORMER EMPLOYEES OF SVS HOLDING, INC. AND SEQUOIA VOTING SYSTEMS, INC.**

THIS MATTER comes before the Court on the *Ex Parte* Motion for Order to Conduct Rule 2004 Examination of Former Employees of SVS Holdings, Inc. and Sequoia Voting Systems, Inc. (the "Motion") filed by Smartmatic Corporation ("Smartmatic") through Brent Cohen. Having reviewed the Motion and the file and being otherwise advised in the premises, the Court

ORDERS that the Motion shall be, and hereby, is GRANTED.

Dated: August __6th__, 2010.

_____
Howard R. Tallman,
U.S. Bankruptcy Court, Chief Judge

{00828262 / 1}

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: hoelscher           Page 1 of 1              Date Rcvd: Aug 06, 2010
Case: 10-24238                Form ID: pdf904           Total Noticed: 1

The following entities were noticed by first class mail on Aug 08, 2010.
db            +SVS Holdings, Inc.,    717 17th St.,    Suite 310,    Denver, CO 80202-3310
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2010**               **Signature:**          _Joseph Speetjens_