**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO CONDUCT RULE 2004 EXAMINATION OF PRODUCUMENTSOLUTIONS, INC.**

THIS MATTER comes before the Court on the *Ex Parte* Motion for Order to Conduct Rule 2004 Examination of ProDocumentSolutions, Inc. (the "Motion") filed by Smartmatic Corporation ("Smartmatic") through Brent R. Cohen. Having reviewed the Motion and the file and being otherwise advised in the premises, the Court

ORDERS that the Motion shall be, and hereby, is GRANTED.

Dated: August  6th , 2010.

*/s/ Howard Tallman*

Howard R. Tallman,
U.S. Bankruptcy Court, Chief Judge

{00828890 / 1}

# CERTIFICATE OF NOTICE

```
District/off: 1082-1           User: hoelscher           Page 1 of 1              Date Rcvd: Aug 06, 2010
Case: 10-24238                 Form ID: pdf904           Total Noticed: 1

The following entities were noticed by first class mail on Aug 08, 2010.
db           +SVS Holdings, Inc.,    717 17th St.,   Suite 310,    Denver, CO 80202-3310

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2010**          **Signature:**           *Joseph Speetjens*