UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| SVS HOLDINGS, INC. | ) | 10-24238 HRT |
| | ) | Chapter 11 |
| Debtor(s). | ) | |
| | ) | |
| Address:   717 17th Street, Suite 310 | ) | |
| Denver, CO 80202 | ) | |
| | ) | |
| Employer's Tax Identification | ) | |
| No. [if any]: 26-1850120 | ) | |

ORDER AND NOTICE OF
CHAPTER 11 STATUS CONFERENCE

THIS MATTER comes before the Court *sua sponte*. The Court has conducted a review of the file and has determined that a status conference should be set. At the conference the Debtor shall be prepared to discuss the Debtor's intended plan for reorganization.

**IT IS THEREFORE ORDERED** that:

a) The Debtor shall appear on **Wednesday, December 15, 2010, at 11:15 A.M.** in **Courtroom B,** United States Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado, for a status conference. Failure of the Debtor to appear shall result in the setting of a hearing to show cause why appropriate sanctions should not be imposed for failing to appear, which sanctions may include dismissal of the case.

b) Rules 9014 and 9016, Federal Rules of Bankruptcy Procedure, are applicable to this case.

c) The Clerk shall serve a copy of this Order on the Debtor, Debtor's counsel, the United States Trustee, all creditors and other parties-in-interest.

Dated this 19th day of November, 2010.

BY THE COURT:

_Howard Tallman_
_____
Howard R. Tallman, Chief Judge
United States Bankruptcy Court