## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| SVS HOLDINGS, INC. | ) | 10-24238 HRT |
| | ) | Chapter 11 |
| Debtor(s). | ) | |
| | ) | |
| Address:   717 17th Street, Suite 310 | ) | |
| Denver, CO 80202 | ) | |
| | ) | |
| Employer's Tax Identification | ) | |
| No. [if any]: 26-1850120 | ) | |

### ORDER AND NOTICE OF
### CHAPTER 11 STATUS CONFERENCE

THIS MATTER comes before the Court *sua sponte*. The Court has conducted a review of the file and has determined that a status conference should be set. At the conference the Debtor shall be prepared to discuss the Debtor's intended plan for reorganization.

**IT IS THEREFORE ORDERED** that:

a)  The Debtor shall appear on **Wednesday, December 15, 2010, at 11:15 A.M.** in **Courtroom B,** United States Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado, for a status conference. Failure of the Debtor to appear shall result in the setting of a hearing to show cause why appropriate sanctions should not be imposed for failing to appear, which sanctions may include dismissal of the case.

b)  Rules 9014 and 9016, Federal Rules of Bankruptcy Procedure, are applicable to this case.

c)  The Clerk shall serve a copy of this Order on the Debtor, Debtor's counsel, the United States Trustee, all creditors and other parties-in-interest.

Dated this 19th day of November, 2010.

**BY THE COURT**:

_Howard Tallman_
_____
Howard R. Tallman, Chief Judge
United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: hoelscher          Page 1 of 1           Date Rcvd: Nov 19, 2010
Case: 10-24238                Form ID: pdf904          Total Noticed: 1

The following entities were noticed by first class mail on Nov 21, 2010.
db            +SVS Holdings, Inc.,    717 17th St.,    Suite 310,    Denver, CO 80202-3310
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2010**                    **Signature:**         _Joseph Speetjens_