UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### *Minutes of Proceeding*

Date:   12/15/10                              HONORABLE HOWARD TALLMAN, Presiding

| In re: | SVS Holdings, Inc., | | Debtor | Case No: 10-24238-HRT |
| --- | --- | --- | --- | --- |
| | | | | Chapter 11 |

Appearances:

| Debtor(s) | by Kevin Hurst | Counsel | Kevin Neiman |
| --- | --- | --- | --- |
| Trustee | | Counsel | |
| Creditor | Sequoia Voting Systems, Inc. | Counsel | Lars Fuller |
| Creditor | Smartmatic Voting Systems, Inc. | Counsel | Brent Cohen |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:            [] **Evidentiary Hearing**            [XXX] **Non-evidentiary Hearing**

Status Hearing.

[] Witnesses Sworn      [] See List Attached      [] Exhibits Admitted      [] See List Attached

[X]   The Court heard statements from the parties.

Orders:

[] Continued to @ in Courtroom B, U.S. Bankruptcy Court, U.S. Customs House, 721 19th Street, Denver, Colorado.

[X]   The Court issued no orders.

Date:   12/15/10

FOR THE COURT:
*Bradford L. Bolton, Clerk of the Bankruptcy Court*

             /s/ Tom Lane
By: _____
      Tom Lane, Judicial Law Clerk