UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date:   12/15/10                              HONORABLE HOWARD TALLMAN, Presiding

| In re: | SVS Holdings, Inc., | | Debtor | Case No: 10-24238-HRT |
| --- | --- | --- | --- | --- |
| | | | | Chapter 11 |

Appearances:

| Debtor(s) | by Kevin Hurst | Counsel | Kevin Neiman |
| --- | --- | --- | --- |
| Trustee | | Counsel | |
| Creditor | Sequoia Voting Systems, Inc. | Counsel | Lars Fuller |
| Creditor | Smartmatic Voting Systems, Inc. | Counsel | Brent Cohen |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:   [] **Evidentiary Hearing**          [XXX] **Non-evidentiary Hearing**

Status Hearing.


[] Witnesses Sworn       [] See List Attached       [] Exhibits Admitted       [] See List Attached

[X]   The Court heard statements from the parties.

Orders:

[] Continued to @ in Courtroom B, U.S. Bankruptcy Court, U.S. Customs House, 721 19th Street, Denver, Colorado.

[X]   The Court issued no orders.

Date:   12/15/10                              FOR THE COURT:
                                              *Bradford L. Bolton, Clerk of the Bankruptcy Court*

                                                        /s/ Tom Lane
                                              By: _____
                                                  Tom Lane, Judicial Law Clerk

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: hoelscher           Page 1 of 1              Date Rcvd: Dec 15, 2010
Case: 10-24238                Form ID: pdf904          Total Noticed: 1

The following entities were noticed by first class mail on Dec 17, 2010.
db            +SVS Holdings, Inc.,    717 17th St.,    Suite 310,    Denver, CO 80202-3310
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2010**          **Signature:**   _Joseph Speetjens_