**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC., | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION BY DEBTOR'S COUNSEL FOR
APPROVAL OF POSTPETITION RETAINER**

THIS MATTER came before the Court upon the *Motion by Debtor's Counsel for Approval of Postpetition Retainer* (the "**Motion**"), filed by Horowitz & Burnett, P.C. (the "**Firm**"), bankruptcy counsel for debtor and debtor-in-possession SVS Holdings, Inc.  The Court, having considered the Motion and being otherwise duly advised in the premises, finds good cause to grant the Motion.  Accordingly, it is –

ORDERED as follows:

1. The Motion is GRANTED.

2. The Retainer, as such term is defined in the Motion, is approved.  No payments

-2-

shall be made from the Retainer except pursuant to further Order of the Court.

Dated this _____ day of _____, 2011.

**BY THE COURT**:

_____
Honorable Howard R. Tallman
United States Bankruptcy Judge

-2-