# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC., | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2011, I caused, via prepaid first class mail, a true and correct copy of the (i) *Motion by Debtor's Counsel for Approval of Postpetition Retainer* [D.E. 54] and proposed order [D.E. 54-1]; and (ii) *Notice of Motion by Debtor's Counsel for Approval of Postpetition Retainer* [D.E. 55], to be served on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth on the attached Service List.

Dated this 12th day of April, 2011.

                HOROWITZ & BURNETT, P.C.

                */s/ Kevin S. Neiman*
                Kevin S. Neiman, #36560
                1660 Lincoln Street, Suite 1900
                Denver, CO  80264
                Telephone: (303) 996-8600
                Fax: (303) 996-8636
                E-mail: kneiman@hblegal.net

                *Counsel for SVS Holdings, Inc.*

```
Label Matrix for local noticing      Brent R. Cohen                    Colorado Department Of Revenue
1082-1                               1200 17th St.                     1375 Sherman St.
Case 10-24238-HRT                    Ste. 3000                         Room 504
District of Colorado                 Denver, CO 80202-5855             Attention Bankruptcy Unit
Denver                                                                 Denver CO 80261-0001
Tue Apr 12 13:17:05 MDT 2011

(p)INTERNAL REVENUE SERVICE          Jack Blaine                       Jeffrey P. Bialos
CENTRALIZED INSOLVENCY OPERATIONS    717 17th St, Suite 310            Sutherland Asbill & Brennan LLP
PO BOX 7346                          Denver, CO 80202-3310             1275 Pennsylvania Avenue, NW
PHILADELPHIA PA 19101-7346                                             Washington, DC 20004-2415


Lars Fuller                                                            SVS Holdings, Inc.
Baker & Hostetler LLP                                                  717 17th St.
303 East 17th Avenue                                                   Suite 310
Suite 1100                                                             Denver, CO 80202-3310
Denver, CO 80203-1264

Securities and Exchange Commission   Security & Exchange Commission    Sequoia Voting Systems, Inc.
Midwest Regional Office              Central Regional Office           717 17th St, Suite 310
175 W. Jackson Blvd.                 1801 California St.               Denver, CO 80202-3310
Ste. 900                             Ste. 1500
Chicago IL 60604-2815                Denver CO 80202-2656

Smartmatic Corporation               US Trustee
1001 Broken Sound Parkway, Suite D   999 18th St.
Boca Raton, FL 33487-3532            Ste. 1551
                                     Denver, CO 80202-2415
```