**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC., | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

___

**<u>AMENDED</u> NOTICE OF MOTION BY DEBTOR'S COUNSEL
FOR APPROVAL OF POSTPETITION RETAINER**
___

# OBJECTION DEADLINE: MAY 6, 2011

     **YOU ARE HEREBY NOTIFIED** that Horowitz & Burnett, P.C. (the "**Firm**"), bankruptcy counsel for debtor and debtor-in-possession SVS Holdings, Inc., has filed its *Motion by Debtor's Counsel for Approval of Postpetition Retainer* (the "**Motion**") with the Bankruptcy Court and requests the following relief: entry of an order approving the transfer of a $15,000 postpetition retainer from Sequoia Voting Systems, Inc. to the Firm.

     If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Bankruptcy Court will not consider general objections.

     In the absence of a timely, substantiated objection and request for hearing by an interested

party, the Bankruptcy Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 22nd day of April, 2011.

HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Bart B. Burnett, # 21258
Kevin S. Neiman, # 36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:    (303) 996-8600
Fax:              (303) 996-8636
E-mail:         bburnett@hblegal.net
                   kneiman@hblegal.net

*Attorneys for SVS Holdings, Inc.*