# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Howard R. Tallman

| | |
|---|---|
| In re: ) | |
| ) | |
| SVS HOLDINGS, INC., ) | Case No. 10-24238-HRT |
| ) | |
| EIN: 26-1850120, ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2011, I caused, via prepaid first class mail, a true and correct copy of the (i) *Motion by Debtor's Counsel for Approval of Postpetition Retainer* [D.E. 54] and proposed order [D.E. 54-1]; and (ii) *Amended Notice of Motion by Debtor's Counsel for Approval of Postpetition Retainer* [D.E. 58], to be served on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth on the attached Service List.

Dated this 22[th] day of April, 2011.

HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Kevin S. Neiman, #36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:   (303) 996-8600
Fax:             (303) 996-8636
E-mail:         kneiman@hblegal.net

*Counsel for SVS Holdings, Inc.*

```
Label Matrix for local noticing          Brent R. Cohen                          Colorado Department Of Revenue
1082-1                                   1200 17th St.                           1375 Sherman St.
Case 10-24238-HRT                        Ste. 3000                               Room 504
District of Colorado                     Denver, CO 80202-5855                   Attention Bankruptcy Unit
Denver                                                                           Denver CO 80261-0001
Tue Apr 12 13:17:05 MDT 2011

(p)INTERNAL REVENUE SERVICE              Jack Blaine                             Jeffrey P. Bialos
CENTRALIZED INSOLVENCY OPERATIONS        717 17th St, Suite 310                  Sutherland Asbill & Brennan LLP
PO BOX 7346                              Denver, CO 80202-3310                   1275 Pennsylvania Avenue, NW
PHILADELPHIA PA 19101-7346                                                       Washington, DC 20004-2415


Lars Fuller                              Kevin S. Neiman                         SVS Holdings, Inc.
Baker & Hostetler LLP                    1660 Lincoln St.                        717 17th St.
303 East 17th Avenue                     Ste. 1900                               Suite 310
Suite 1100                               Denver, CO 80264-1901                   Denver, CO 80202-3310
Denver, CO 80203-1264


Securities and Exchange Commission       Security & Exchange Commission          Sequoia Voting Systems, Inc.
Midwest Regional Office                  Central Regional Office                 717 17th St, Suite 310
175 W. Jackson Blvd.                     1801 California St.                     Denver, CO 80202-3310
Ste. 900                                 Ste. 1500
Chicago IL 60604-2815                    Denver CO 80202-2656


Smartmatic Corporation                   US Trustee
1001 Broken Sound Parkway, Suite D       999 18th St.
Boca Raton, FL 33487-3532                Ste. 1551
                                         Denver, CO 80202-2415
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Smartmatic Corporation                (u)Howard R Tallman                     End of Label Matrix
                                                                                 Mailable recipients    13
                                                                                 Bypassed recipients     2
                                                                                 Total                  15
```