IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC., | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND
REQUEST FOR ENTRY OF ORDER**

On April 12, 2011, Horowitz & Burnett, P.C., bankruptcy counsel for debtor and debtor-in-possession SVS Holdings, Inc. ("**Movant**"), filed a motion pursuant to Local Bankruptcy Rule 9013-1 entitled: *Motion by Debtor's Counsel for Approval of Postpetition Retainer (*the "**Motion**"). Movant hereby certifies that the following is true and correct:

1. Service of the Motion, amended notice, and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules as is shown on the *Certificate of Service*, L.B. Form 9013-1.2, previously filed on April 22, 2011.

2. The docket numbers of each of the following relevant documents are:

   a. the Motion and all documents attached thereto and served therewith (if any) [Docket No. 54];

   b. the proposed order [Docket No. 54-1];

   c. the amended notice [Docket No. 58]; and

   d. the *Certificate of Service* of the Motion, the amended notice, and the proposed order [Docket No. 59].

3. No objections to or requests for hearing on the Motion were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the amended notice (May 6, 2011).

-2-

WHEREFORE, Movant prays that the Court forthwith enter an Order, a form of which was previously filed with the Motion [Docket No. 54-1], granting the requested relief.

Dated this 10th day of May, 2011.

    Respectfully submitted,

    HOROWITZ & BURNETT, P.C.

    */s/ Kevin S. Neiman*
    Kevin S. Neiman, # 36560
    1660 Lincoln Street, Suite 1900
    Denver, CO 80264
    Telephone: (303) 996-8637
    Fax: (303) 996-8636
    E-mail: kneiman@hblegal.net

    *Counsel for SVS Holdings, Inc.*