IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC., | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION BY DEBTOR'S COUNSEL FOR
APPROVAL OF POSTPETITION RETAINER**

THIS MATTER came before the Court upon the *Motion by Debtor's Counsel for Approval of Postpetition Retainer* (the "**Motion**"), filed by Horowitz & Burnett, P.C. (the "**Firm**"), bankruptcy counsel for debtor and debtor-in-possession SVS Holdings, Inc. The Court, having considered the Motion and being otherwise duly advised in the premises, finds good cause to grant the Motion. Accordingly, it is –

ORDERED as follows:

1. The Motion is GRANTED.

2. The Retainer, as such term is defined in the Motion, is approved. No payments shall be made from the Retainer except pursuant to further Order of the Court.

Date: May 13, 2011.

BY THE COURT:

*Howard Tallman*

Howard R. Tallman, Chief Judge
United States Bankruptcy Court