United States Bankruptcy Court
District of Colorado

In re:                                                                      Case No. 10-24238-HRT
SVS Holdings, Inc.                                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: helmersl          Page 1 of 1              Date Rcvd: May 13, 2011
                              Form ID: pdf904         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2011.
db          +SVS Holdings, Inc.,   717 17th St.,   Suite 310,   Denver, CO 80202-3310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2011**                        **Signature:**        _Joseph Speetjens_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

In re: )
)
SVS HOLDINGS, INC., )  Case No. 10-24238-HRT
)
EIN: 26-1850120, )  Chapter 11
)
    Debtor. )
)
_____

**ORDER GRANTING MOTION BY DEBTOR'S COUNSEL FOR
APPROVAL OF POSTPETITION RETAINER**
_____

THIS MATTER came before the Court upon the *Motion by Debtor's Counsel for Approval of Postpetition Retainer* (the "**Motion**"), filed by Horowitz & Burnett, P.C. (the "**Firm**"), bankruptcy counsel for debtor and debtor-in-possession SVS Holdings, Inc. The Court, having considered the Motion and being otherwise duly advised in the premises, finds good cause to grant the Motion. Accordingly, it is –

    ORDERED as follows:

    1.    The Motion is GRANTED.

    2.    The Retainer, as such term is defined in the Motion, is approved. No payments shall be made from the Retainer except pursuant to further Order of the Court.

Date: May 13, 2011.

BY THE COURT:

*/s/ Howard Tallman*

Howard R. Tallman, Chief Judge
United States Bankruptcy Court