**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238-HRT |
| SVS HOLDINGS, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

  PLEASE TAKE NOTICE that Chad S. Caby, Esq., of Rothgerber Johnson & Lyons LLP, enters his appearance on behalf of Smartmatic Corporation. Pursuant to FED. R. BANKR. P. 2002 and 9007, 11 U.S.C. §§ 102(1) and 342 and L.B.R. 9009-1(f) the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following attorney:

  Chad S. Caby, Esq.
  Rothgerber Johnson & Lyons LLP
  1200 17th Street, Suite 3000
  Denver, CO 80202
  Phone: 303-623-9000
  Fax: 303-623-9222
  Email: ccaby@rothgerber.com

  PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Trustee reports, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether filed, transmitted or conveyed electronically, by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect, in any way, any rights or interests of creditors with respect to (a) the Debtor(s), or (b) property or proceeds thereof in which the Debtor(s) may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment, or other conduct by Creditor.

  Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) this party's right to have final orders in non-core matters entered only after *de novo* review by a U.S. District Court judge; (ii) this party's right to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) this party's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this party is or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments this party expressly reserves.

{00930362 / 1}

Dated this 24th day of May, 2011.

Respectfully submitted,

ROTHGERBER JOHNSON & LYONS, LLP

*/s/ Chad S. Caby*
Chad S. Caby, No. 30927
1200 17th Street, Suite 3000
Denver, CO 80202-5855
Tel: (303) 623-9000
Fax: (303) 623-9222
E-mail: ccaby@rothgerber.com

*Attorneys for Smartmatic Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2011 I served the foregoing ENTRY OF APPEARANCE AND REQUEST FOR NOTICES upon the following parties by depositing a true and correct copy thereof in the United States Mail, postage prepaid:

Kevin S. Neiman
1660 Lincoln St., Suite 1900
Denver, CO 80264-1901

*/s/ Kimberly Means*
OF: ROTHGERBER JOHNSON & LYONS LLP