IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC., | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF CHANGE OF ADDRESS

Please check one box below that applies to you:

■ Debtor(s)   □ Attorney for Debtor

□ Creditor(s)   □ Attorney for Creditor(s)

□ Entry of Appearance by Attorney

SVS Holdings, Inc.
(Print or Type the Name of the Person of Business whose Address is Being Changed or Entered)

PO Box 815
(New Street, Rural Route, or Post Office Box)

Broomfield, CO 80038
(New City, State, and Zip Code)

Dated this 25th day of May, 2011.

Respectfully submitted,

HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:   (303) 996-8637
Fax:         (303) 996-8636
E-mail:      kneiman@hblegal.net

*Counsel for SVS Holdings, Inc.*