**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC., | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on May 25, 2011, I caused, via prepaid first class mail, a true and correct copy of the *Notice of Change of Address* [D.E. 65] to be served on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth on the attached Service List.

 Dated this 25th day of May, 2011.

<div style="margin-left: 50%;">

HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Kevin S. Neiman, #36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:    (303) 996-8600
Fax:              (303) 996-8636
E-mail:         kneiman@hblegal.net

*Counsel for SVS Holdings, Inc.*

</div>

# SERVICE LIST

```
Label Matrix for local noticing      CIT Communications Finance Corporation    Chad S. Caby
1082-1                                aka Avaya Financial Services              One Tabor Center
Case 10-24238-HRT                     1162 E. Sonterra Blvd                     Suite 3000
District of Colorado                  San Antonio, TX 78258-4047                Denver, CO 80202-5855
Denver
Wed May 25 09:37:45 MDT 2011

Brent R. Cohen                        Colorado Department Of Revenue            (p)INTERNAL REVENUE SERVICE
1200 17th St.                         1375 Sherman St.                          CENTRALIZED INSOLVENCY OPERATIONS
Ste. 3000                             Room 504                                  PO BOX 7346
Denver, CO 80202-5855                 Attention Bankruptcy Unit                 PHILADELPHIA PA 19101-7346
                                      Denver CO 80261-0001

Jack Blaine                           Jeffrey P. Bialos                         Lars Fuller
717 17th St, Suite 310                Sutherland Asbill & Brennan LLP           Baker & Hostetler LLP
Denver, CO 80202-3310                 1275 Pennsylvania Avenue, NW              303 East 17th Avenue
                                      Washington, DC 20004-2415                 Suite 1100
                                                                                Denver, CO 80203-1264

Kevin S. Neiman                       SVS Holdings, Inc.                        Securities and Exchange Commission
1660 Lincoln St.                      717 17th St.                              Midwest Regional Office
Ste. 1900                             Suite 310                                 175 W. Jackson Blvd.
Denver, CO 80264-1901                 Denver, CO 80202-3310                     Ste. 900
                                                                                Chicago IL 60604-2815

Security & Exchange Commission        Sequoia Voting Systems, Inc.              Smartmatic Corporation
Central Regional Office               717 17th St, Suite 310                    1001 Broken Sound Parkway, Suite D
1801 California St.                   Denver, CO 80202-3310                     Boca Raton, FL 33487-3532
Ste. 1500
Denver CO 80202-2656

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Smartmatic Corporation             (u)Howard R Tallman                       End of Label Matrix
                                                                                Mailable recipients    15
                                                                                Bypassed recipients     2
                                                                                Total                  17
```