## BIOGRAPHY

**Neiman, Kevin S.** Originally from Michigan, Mr. Neiman graduated from Bradley University in Peoria, Illinois with a BS in marketing in 1993. In 1996, he graduated with honors from the University of Miami School of Law in Coral Gables, Florida with a Juris Doctorate. He is admitted to the Florida and Colorado Bars, and has spent the majority of his time practicing with the insolvency and creditor rights departments of various law firms, including Stroock LLP; Bilzin Sumberg Baena Price & Axelrod LLP; and Horowitz & Burnett, P.C. During this practice, Mr. Neiman has counseled, and advocated on behalf of a diverse group of clients ranging from corporate and individual debtors, creditor committees, secured and unsecured creditors, liquidating trustees, chapter 7 trustees, assignees for the benefit of creditors, disbursing agents, and defendants in fraudulent and preferential transfer actions brought pursuant to state and federal law. In engaging in these representations, Mr. Neiman has been exposed to a wide range of business and litigation matters in both *de minimus* and billion dollar bankruptcy proceedings and cases related thereto, and has successfully resolved complex issues in favor of his clients.