Horowitz & Burnett, P.C.
1660 Lincoln Street, Suite 1900
Denver, CO 80264
(303) 996-8600
Federal Tax ID #27-0892802

SVS Holdings, Inc.
PO Box 815
Broomfield CO 80038

Attn: Kevin Hurst, CEO

Page: 1
05/31/2011
Account No:  3727-10005
Statement No:        13

Re: Case Administration

**Payments received after 05/31/2011 are *not* included on this statement.**

Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/2010 | KSN | Emails to and from Mr. Hurst regarding schedules, statement of financial affairs, and related documents, meeting tomorrow, and operational issues and further attention to same (1.4); review corporate documents (.2); and attention to pending lawsuit and arbitration (.2). | 1.80 | 522.00 |
| 06/09/2010 | KSN | Prepare for and attend meeting with client representatives regarding schedules and statement of financial affairs and case background (3.0); receipt and review notice of deficiency and email same to Mr. Hurst (.1); and continue to draft bankruptcy schedules and statement of financial affairs and email to Mr. Hurst regarding same (.7). | 3.80 | 1,102.00 |
| 06/10/2010 | KSN | Research management issues (.9); receipt and review US Trustee packet (.5); telephone conferences with Messrs. Fuller and Hurst regarding management issues (.9); receipt and review executory contracts and prepetition litigation pleadings (1.3); and emails to and from Mr. Ladig regarding same and suggestion of bankruptcy and receipt and review same (.1). | 3.70 | 1,073.00 |
| 06/11/2010 | DH | Briefly review Notice of Chaptery 11 Bankruptcy Case, Meeting of Creditors, & Deadlines; calendar the 7/16/10 Meeting of Creditors. | 0.10 | n/c |
| 06/14/2010 | KSN | Telephone conferences with US Trustee's office regarding IDI; and emails to and from Mr. Hurst regarding same. | 0.30 | 87.00 |
| 06/15/2010 | KSN | Emails to and from Messrs. Fuller and Ladig regarding prepetition litigation (.3); telephone conference with US Trustee's office regarding | | |

SVS Holdings, Inc.

Page: 2
05/31/2011
Account No: 3727-10005
Statement No: 13

Re: Case Administration

| Date | | Description | Hours | |
|---|---|---|---|---|
| | | scheduling IDI (.1); and e-mail to Mr. Hurst regarding IDI, schedules, statement of financial affairs, and initial financial report (.2) | 0.60 | 174.00 |
| 06/16/2010 | KSN | Receipt and review letters from US Trustee regarding initial debtor interview and creditor committee formation, email same to Mr. Hurst, and further attention to same (.3); and emails to and from client representative regarding schedules, statement of financial affairs, and initial financial report (.1). | 0.40 | 116.00 |
| 06/17/2010 | KSN | Receipt and review motion and order concerning 2004 examinations and emails to and from Mr. Hurst regarding same. | 0.50 | 145.00 |
| 06/18/2010 | KSN | Prepare for and attend conference call regarding 2004 examination and receipt and review order granting 2004 examination motion (.9); and email to Mr. Hurst regarding same (.1). | 1.00 | 290.00 |
| 06/19/2010 | KSN | Receipt and review SOFA and schedule information from Mr. Hurst (.2); email to Mr. Hurst regarding same (.1); and update SOFA and Schedules (.3). | 0.60 | 174.00 |
| 06/21/2010 | KSN | Prepare for and attend conference call with client representatives regarding schedules, statement of financial affairs, initial financial report, and 2004 examinations (1.0); continue to draft schedules and statement of financial affairs (.5); and review documents (.4). | 1.90 | 551.00 |
| | DH | Calendar 7/2/10 Initial Debtor Interview and 6/24/10 deadline to file initial financial report. | 0.10 | 9.00 |
| 06/22/2010 | KSN | Receipt and review email from Mr. Hurst (.1); review arbitration and SFIUS documents (.9); prepare for and attend telephone conferences with Mr. Hurst regarding schedules, statement of financial affairs, equity list, and 2004 examination (1.3); telephone conferences with Mr. Fuller's office regarding litigation background (.2); revise and finalize and cause filing of schedules, statement of financial affairs, and equity list (1.4); and telephone conference with Mr. Cohen regarding 2004 examination and draft response to 2004 request (1.3). | 5.20 | 1,508.00 |
| 06/23/2010 | KSN | Telephone conference with Mr. Hurst regarding 2004 examination responses (.2); research scope of 2004 examinations (1.7); and continue to draft response (2.7). | 4.60 | 1,334.00 |
| 06/24/2010 | KSN | Telephone conference with Mr. Hurst regarding initial financial report (.1); receipt and review same (.5); telephone conference with Mr. Bunch | | |

| | | | Page: 3 |
|---|---|---|---|
| SVS Holdings, Inc. | | | 05/31/2011 |
| | | Account No: | 3727-10005 |
| | | Statement No: | 13 |
| Re: Case Administration | | | |

| Date | | Description | Hours | |
|---|---|---|---|---|
| | | regarding same (.1); and email to Messrs. Fuller and Hurst regarding 2004 document request and continue to draft response (1.5). | 2.20 | 638.00 |
| 06/25/2010 | KSN | Prepare for and attend conference call with Messrs. Hurst and Fuller regarding 2004 request (1.4); prepare for and attend telephone conferences with Messrs. Hermanson and Cohen regarding same (.8); receipt and review draft NDA from Dominion (.7); and review initial financial report documents and email same to US Trustee's office (.4). | 3.30 | 957.00 |
| 06/28/2010 | KSN | Telephone conferences with Messrs. Hermanson and Schuster regarding 2004 document request and further attention to same (.5); emails to and from Smartmatic, Dominion, and Sequoia counsel regarding same (.2); and receipt and review insurance certificate and email same to US Trustee's office (.1). | 0.80 | 232.00 |
| 06/29/2010 | KSN | Emails to and from Smartmatic, Dominion, and Sequoia counsel regarding 2004 notice and conference call on 6/30 (.2); review documents related to same (1.3); and receipt and review email from Mr. Hurst regarding insurance and email to Mr. Hurst regarding same (.1). | 1.60 | 464.00 |
| 06/30/2010 | KSN | Prepare for and attend conference call with Mr. Hurst regarding insurance (.1); prepare for and attend conference call with Smartmatic, Dominion, and Sequoia counsel regarding 2004 notice (1.3); receipt and review draft confidentiality agreement (.4); and telephone conference with Mr. Hurst regarding conference call with counsel (.2). | 2.00 | 580.00 |
| 07/01/2010 | KSN | Prepare for initial debtor interview, including reviewing documents (1.5); and telephone conference with Mr. Cohen regarding 2004 deadline and email confirming same (.1). | 1.60 | 464.00 |
| 07/02/2010 | KSN | Prepare for and attend initial debtor interview (4.0); telephone conference with Dominion counsel regarding review of documents (.1); attention to 2004 examination request (.5); and telephone conference with Mr. Hurst regarding Form 26 (.2). | 4.80 | 1,392.00 |
| 07/05/2010 | KSN | Emails to and from Mr. Hurst regarding Form 26 and discovery issues. | 0.10 | 29.00 |
| 07/06/2010 | KSN | Telephone conference with, and emails to and from, Mr. Shulter regarding access to server (.3); receipt and review emails from Mr. Hurst regarding tax returns and accounting entries (.2); and receipt and review Form 26 and emails to and from Mr. Hurst regarding same (.8). | 1.30 | 377.00 |

| | | | Page: 4 |
|---|---|---|---|
| SVS Holdings, Inc. | | | 05/31/2011 |
| | | Account No: | 3727-10005 |
| | | Statement No: | 13 |
| Re: Case Administration | | | |

| Date | | Description | Hours | |
|---|---|---|---|---|
| 07/07/2010 | KSN | Finalize and cause filing and service of Form 26 and related documents and email same to Mr. Hurst (.2); email to Mr. Bunch regarding same and inquiries (.2); receipt and review email from Mr. Hurst regarding 2004 examination, and respond to same (.4); and emails to and from Smartmatic and Dominion counsel regarding 2004 examination (.1). | 0.90 | 261.00 |
| | DH | Prepare Certificate of Service and service list for Periodic Report; and discuss the same with Kevin Neiman. | 0.20 | 18.00 |
| 07/12/2010 | KSN | Emails to and from Mr. Hurst regarding claims; emails to and from Mr. Hurst regarding status of production; and telephone conference with Mr. Fuller regarding same. | 0.30 | 87.00 |
| 07/13/2010 | KSN | Emails to and from Mr. Hurst regarding documents and scheduled meeting; and continue to draft 2004 response. | 1.40 | 406.00 |
| 07/14/2010 | KSN | Revise 2004 response and email same to Messrs. Hurst and Fuller. | 0.80 | 232.00 |
| 07/15/2010 | KSN | Prepare for and meet with Messrs. Hurst and Fuller regarding case status and responding to 2004 examination request (1.4); revise 2004 response and email same to Messrs. Hurst and Fuller (2.1); and telephone conference with Mr. Cohen regarding status of production (.1). | 3.60 | 1,044.00 |
| 07/16/2010 | KSN | Review and revise 2004 examination response and email same to Smartmatic counsel and emails to and from Smartmatic counsel regarding status of discovery (.8); and receipt and review letter from IRS and email same to Mr. Hurst (.1). | 0.90 | 261.00 |
| 07/19/2010 | KSN | Receipt and review USTE statement regarding creditors committee; and emails to and from Mr. Hurst regarding 2004 document production and monthly operating report. | 0.30 | 87.00 |
| 07/20/2010 | KSN | Emails to and from Mr. Hurst regarding monthly operating report, 2004 response, and amending the schedules and statement of financial affairs. | 0.50 | 145.00 |
| 07/21/2010 | KSN | Telephone conference with Mr. Fuller regarding document production (.2); and receipt and review draft monthly operating report, telephone conference with Mr. Hurst regarding same, and cause filing of same (.8). | 1.00 | 290.00 |
| 07/22/2010 | KSN | Email to Mr. Hurst regarding monthly operating statement; and receipt and review emails to and from Messrs. Fuller and Hurst. | 0.20 | 58.00 |

|  |  |
|---|---|
| SVS Holdings, Inc. | Page: 5<br>05/31/2011<br>Account No: 3727-10005<br>Statement No: 13 |
| Re: Case Administration |  |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 07/23/2010 | KSN | Emails to and from Mr. Hurst regarding 2004 document response (.2); and emails to and from Messrs. Cohen and Fuller regarding conference call on Monday, and prepare for same (.4). | 0.60 | 174.00 |
| 07/26/2010 | KSN | Telephone conference with Mr. Hurst regarding status of document review (.1); telephone conferences with Mr. Fuller regarding same (.1); and prepare for and attend conference call with Messrs. Fuller, Cohen, and Bialos regarding same (.5). | 0.70 | 203.00 |
|  | DH | E-mail to Kevin Hurst requesting executed original June 2010 Monthly Operating Report. | 0.10 | 9.00 |
| 07/27/2010 | KSN | Emails to and from Mr. Hurst regarding document review, and further attention to same (.6); and receipt and review letter from Mr. Bialos (.2). | 0.80 | 232.00 |
| 07/28/2010 | KSN | Draft response to Mr. Bialos letter (.5); emails to and from Mr. Hurst regarding documents (.2); and receipt and review original monthly operating report and cause same to be forwarded to US Trustee (.1). | 0.80 | 232.00 |
| 07/29/2010 | KSN | Emails to and from Mr. Hurst regarding IRS inquiry and response to creditor letter (.2); and continue to draft response letter to Mr. Bialos (.5). | 0.70 | 203.00 |
| 07/30/2010 | KSN | Draft response to Mr. Bialos letter and finalize and issue same (1.0); prepare for and attend telephone conference with Messrs. Fuller and Hurst regarding same (.8); and emails to and from Messrs. Fuller and Hurst regarding same (.2). | 2.00 | 580.00 |
| 08/02/2010 | KSN | Draft letter to IRS regarding health and benefit plan of subsidiary; email to Mr. Hurst regarding same; and telephone conference with IRS agent regarding same. | 0.30 | 87.00 |
| 08/03/2010 | KSN | Telephone conference with Mr. Cohen regarding discovery; receipt and review email from Mr. Cohen; and emails to and from Mr. Bialos regarding same. | 0.50 | 145.00 |
| 08/04/2010 | KSN | Prepare for and attend conference call with Messrs. Hurst and Fuller (.4); receipt and review motions for 2004 examinations, and email same to Mr. Hurst (.5); and draft IRS affidavit (.5). | 1.40 | 406.00 |
|  | DH | Prepare Notice of Filing of Affidavit Concerning Sequoia Voting Systems Health and Welfare Benefit Plan, including Certificate of Service and |  |  |

|  |  |  | Page: 6 |
|---|---|---|---|
| SVS Holdings, Inc. |  |  | 05/31/2011 |
|  |  | Account No: | 3727-10005 |
|  |  | Statement No: | 13 |
| Re: Case Administration |  |  |  |

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | service list. | 0.30 | 27.00 |
| 08/05/2010 | KSN | Telephone conference with Mr. Cohen regarding 2004 examinations, and email to Mr. Cohen regarding same (.1); emails to and from Mr. Fuller regarding document production (.1); and receipt and review amended 2004 request and email same to Mr. Hurst (.1). | 0.30 | 87.00 |
| 08/06/2010 | KSN | Emails to and from Mr. Bialos regarding discovery inquiries (.3); emails to and from Mr. Hurst regarding same, and review attachments (.3); receipt and review 2004 motion (.1); telephone conferences with Mr. Cohen regarding examination (.1); receipt and review entered 2004 examination orders and email same to Mr. Hurst (.1); and cause filing of notice regarding IRS inquiry and email to Mr. Hurst regarding same (.2). | 1.10 | 319.00 |
| 08/09/2010 | KSN | Telephone conference with Mr. Cohen regarding 2004 request, and email to Mr. Hurst, and from Messrs. Hurst and Fuller regarding same. | 0.60 | 174.00 |
| 08/11/2010 | KSN | Emails to and from Messrs. Hurst and Fuller regarding document production. | 0.10 | 29.00 |
| 08/12/2010 | KSN | Receipt and review second Sequoia 2004 examination motion; and emails to and from Mr. Hurst regarding same. | 0.30 | 87.00 |
| 08/13/2010 | KSN | Emails to and from Messrs. Hurst and Fuller regarding discovery; and receipt and review order on motion for 2004 examination, and email same to Mr. Hurst. | 0.30 | 87.00 |
| 08/16/2010 | KSN | Telephone conference with Messrs. Fuller and Hurst regarding discovery. | 0.80 | 232.00 |
| 08/17/2010 | KSN | Telephone conference with Mr. Cohen regarding service of subpoenas; email to Mr. Cohen regarding same; and emails to and from Mr. Hurst regarding same. | 0.30 | 87.00 |
| 08/18/2010 | KSN | Attention to waiver of service of subpoenas, including emails to and from Messrs. Cohen and Hurst regarding same. | 0.30 | 87.00 |
| 08/23/2010 | KSN | Review and revise monthly operating report (.7); emails to and from Mr. Hurst regarding same (.1); and cause filing and service of same and email to Mr. Hurst regarding same (.1). | 0.90 | 261.00 |
|  | TH | Finalize and file monthly operating report. | 0.10 | n/c |

SVS Holdings, Inc.

Re: Case Administration

Page: 7
05/31/2011
Account No: 3727-10005
Statement No: 13

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/31/2010 | KSN | Receipt and review updated insurance information, and email to Mr. Hurst regarding same. | 0.10 | 29.00 |
| 09/01/2010 | KSN | Emails to and from US Trustee's Office regarding updated insurance information. | 0.10 | 29.00 |
| 09/02/2010 | KSN | Receipt and review produced documents. | 0.20 | 58.00 |
| 09/03/2010 | KSN | Receipt and review emails Messrs. Hurst and Fuller regarding discovery. | 0.20 | 58.00 |
| 09/20/2010 | KSN | Receipt and review monthly operating report, emails to and from Mr. Hurst regarding same, and cause same to be filed. | 0.40 | 116.00 |
| 09/24/2010 | KSN | Emails from Messrs. Fuller and Cohen regarding discovery. | 0.10 | 29.00 |
| 10/20/2010 | KSN | Emails to and from Mr. Hurst regarding monthly operating report, and receipt and review draft of same. | 0.70 | 203.00 |
| 10/21/2010 | KSN | Finalize and cause filing of monthly operating report. | 0.20 | 58.00 |
| | TH | Finalize and file monthly operating report. | 0.10 | n/c |
| 11/19/2010 | KSN | Telephone conference with Mr. Hurst regarding status of case and monthly operating report; and receipt and review status conference order and email same to Mr. Hurst. | 0.40 | 116.00 |
| 11/22/2010 | KSN | Receipt and review monthly operating report and cause same to be filed and served. | 0.30 | 87.00 |
| | TH | Finalize and e-file monthly operating report. | 0.10 | n/c |
| 11/30/2010 | KSN | Telephone conference with Mr. Bunch regarding insurance certificates, and email to Mr. Hurst regarding same. | 0.10 | 29.00 |
| 12/02/2010 | KSN | Receipt and review insurance certificate and email same to Mr. Bunch. | 0.10 | 29.00 |
| 12/09/2010 | KSN | Receipt and review emails from Messrs. Hurst and Fuller regarding | | |

|  |  |  |
|---|---|---|
| SVS Holdings, Inc. | | Page: 8<br>05/31/2011 |
| | Account No: | 3727-10005 |
| | Statement No: | 13 |
| Re: Case Administration | | |

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | status. | 0.20 | 58.00 |
| 12/13/2010 | KSN | Prepare for hearing, including emails to and from Mr. Hurst regarding same. | 1.10 | 319.00 |
| | TH | Create hearing binder. | 0.40 | 32.00 |
| 12/14/2010 | KSN | Prepare for hearing tomorrow, including telephone conference with Mr. Hurst regarding same and draft outline. | 1.00 | 290.00 |
| 12/15/2010 | KSN | Prepare for and attend hearing (2.0); and receipt and review minutes and email same to Mr. Hurst (.1). | 2.10 | 609.00 |
| 12/16/2010 | KSN | Review and cause filing of monthly operating report; and email to Mr. Hurst regarding same. | 0.40 | 116.00 |
| | TH | Finalize and file monthly operating report. | 0.10 | n/c |
| 01/07/2011 | KSN | Attention to additional requested discovery, including receipt and review document request and emails from Messrs. Hurst and Fuller regarding same. | 0.40 | 116.00 |
| 01/19/2011 | KSN | Attention to Smartmatic document request. | 0.10 | 29.00 |
| 01/21/2011 | KSN | Receipt and review monthly operating report and cause same to be filed and served. | 0.30 | 87.00 |
| | TH | Finalize and file monthly operating report. | 0.10 | n/c |
| 01/31/2011 | KSN | Emails to and from Mr. Hurst regarding quarterly fee. | 0.10 | 29.00 |
| 02/21/2011 | KSN | Review monthly operating report and emails to and from Mr. Hurst regarding same. | 0.50 | 145.00 |
| 02/22/2011 | KSN | Receipt and review email from Mr. Bialos. | 0.10 | 29.00 |
| | TH | Finalize and file monthly operating report. | 0.10 | n/c |
| 03/18/2011 | KSN | Email to Mr. Hurst regarding monthly operating report. | 0.10 | 29.00 |

|  |  |  | Page: | 9 |
|---|---|---|---|---|
| SVS Holdings, Inc. |  |  | 05/31/2011 | |
|  |  | Account No: | 3727-10005 | |
|  |  | Statement No: | 13 | |
| Re: Case Administration |  |  |  |  |

|  |  |  | Hours |  |
|---|---|---|---:|---:|
| 03/21/2011 | | | | |
| | KSN | Receipt and review monthly operating report, and cause same to be filed, and email same to Mr. Hurst. | 0.30 | 87.00 |
| 04/06/2011 | | | | |
| | KSN | Emails to and from Mr. Caby regarding examination of Mr. Hurst. | 0.10 | 29.00 |
| 04/07/2011 | | | | |
| | KSN | Telephone conference with Mr. Caby regarding examination date and email to Mr. Caby regarding same. | 0.10 | 29.00 |
| 04/11/2011 | | | | |
| | KSN | Receipt and review emails from Messrs. Caby and Fuller regarding examination of Mr. Hurst. | 0.10 | 29.00 |
| 04/14/2011 | | | | |
| | KSN | Attention to scheduling examinations. | 0.10 | 29.00 |
| 04/21/2011 | | | | |
| | KSN | Review and cause filing of monthly operating report. | 0.20 | 58.00 |
| | TH | Review and file monthly operating report; and calendar/tickle next report deadline. | 0.10 | n/c |
| 04/22/2011 | | | | |
| | KSN | Attention to monthly operating reports, including emails to and from Mr. Hurst, and telephone conference with Mr. Bunch at USTE's office regarding same. | 0.30 | 87.00 |
| | DH | Briefly review Kevin Hurst's email with attached 04/07/11 Statement from US Trustee's Office and discuss with Kevin Neiman; and telephone conference with Lanch Bunch, US Trustee Bankruptcy Analyst, regarding Statement and email to Kevin Neiman regarding the same. | 0.40 | 36.00 |
| 04/26/2011 | | | | |
| | KSN | Receipt and review emails from Messrs. Fuller and Caby regarding scheduling examinations. | 0.10 | 29.00 |
| 04/29/2011 | | | | |
| | KSN | Emails to and from counsel regarding scheduling examinations. | 0.10 | 29.00 |
| 05/12/2011 | | | | |
| | KSN | Emails to and from Mr. Caby regarding examinations. | 0.10 | 29.00 |
| 05/18/2011 | | | | |
| | KSN | Email from lessor of equipment and emails to and from Mr. Hurst regarding same. | 0.30 | 87.00 |
| 05/19/2011 | | | | |
| | KSN | Email to lessor of equipment. | 0.10 | 29.00 |

|  |  | Page: | 10 |
|---|---|---|---|
| SVS Holdings, Inc. |  |  | 05/31/2011 |
|  |  | Account No: | 3727-10005 |
|  |  | Statement No: | 13 |
| Re: Case Administration |  |  |  |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/23/2011 |  |  |  |  |
|  | TH | Finalize and file monthly operating report. | 0.10 | n/c |
|  | KSN | Review and cause monthly operating report to be filed and emails to and from Mr. Hurst regarding same. | 0.70 | 203.00 |
| 05/25/2011 |  |  |  |  |
|  | KSN | Draft notice of change of address and cause filing of same, and emails to and from Mr. Hurst regarding same; and receipt and review letter from purported creditor and emails to and from purported creditor regarding same. | 0.50 | 145.00 |
|  | TH | Draft notice of change of address and certificate of service regarding same; prepare service list; and finalize, file and serve same. | 0.10 | 8.00 |
| 05/27/2011 |  |  |  |  |
|  | KSN | Emails to and from Messrs. Fuller and Cohen regarding examinations. | 0.20 | 58.00 |
|  |  | For Current Services Rendered | 79.00 | 22,585.00 |
|  |  | Total Non-billable Hours | 0.90 |  |

### Expenses

| 06/30/2010 | Postage | 13.75 |
|---|---|---|
| 06/30/2010 | Photocopy charges | 39.60 |
| 07/31/2010 | Photocopy charges | 6.00 |
| 07/31/2010 | Postage | 2.17 |
| 08/31/2010 | Photocopy charges | 2.40 |
| 08/31/2010 | Postage | 1.66 |
| 12/31/2010 | Photocopy charges | 12.80 |
| 12/31/2010 | Postage | 1.22 |
| 03/31/2011 | Photocopy charges | 2.60 |
| 04/30/2011 | Photocopy charges | 12.00 |
| 04/30/2011 | Postage | 5.28 |
| 05/31/2011 | Postage | 6.60 |
|  | Total Expenses | 106.08 |
|  | Total Current Work | 22,691.08 |
|  | Balance Due | $22,691.08 |

### Client Funds

| 06/30/2010 | Deposit to client funds. | 23,033.00 |
|---|---|---|
| 05/25/2011 | Deposit to client funds | 15,000.00 |
|  | Ending Client Funds Balance | $38,033.00 |

SVS Holdings, Inc.

Page: 11
05/31/2011
Account No: 3727-10005
Statement No: 13

Re: Case Administration

Finance Charges shall accrue on
unpaid balances at the rate of 1.5% per month
Visa, Mastercard, Discover, American Express Accepted