Horowitz & Burnett, P.C.
1660 Lincoln Street, Suite 1900
Denver, CO 80264
(303) 996-8600
Federal Tax ID #27-0892802

SVS Holdings, Inc.  
PO Box 815  
Broomfield  CO  80038

Attn: Kevin Hurst, CEO

Page: 1
05/31/2011
Account No: 3727-10006
Statement No: 12

Re: Claims Administration

**Payments received after 05/31/2011 are <u>not</u> included on this statement.**

## Fees

|  |  | Hours |  |
|---|---|---|---|
| 05/24/2011 KSN | Receipt and review proofs of claim and email same to Mr. Hurst; and telephone conference with claimant regarding same. | 0.40 | 116.00 |
|  | For Current Services Rendered | 0.40 | 116.00 |
|  | Previous Balance |  | $58.00 |
|  | Total Current Work |  | 116.00 |
|  | Balance Due |  | $174.00 |

Finance Charges shall accrue on
unpaid balances at the rate of 1.5% per month
Visa, Mastercard, Discover, American Express Accepted