Horowitz & Burnett, P.C.
1660 Lincoln Street, Suite 1900
Denver, CO 80264
(303) 996-8600
Federal Tax ID #27-0892802

|  |  |
|---|---|
| SVS Holdings, Inc.<br>PO Box 815<br>Broomfield  CO  80038 | Page: 1<br>05/31/2011<br>Account No:  3727-10007<br>Statement No:  13 |

Attn: Kevin Hurst, CEO

Re: Fee/Employment Applications

**Payments received after 05/31/2011 are <u>not</u> included on this statement.**

Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/2010 | KSN | Draft retention disclosure statement. | 0.30 | 87.00 |
| 06/10/2010 | KSN | Draft Horowitz & Burnett retention application, affidavit, proposed order, and notice, and email to Mr. Hurst regarding same. | 1.60 | 464.00 |
| 06/15/2010 | KSN | Receipt and review executed retention application, and revise retention documents. | 0.70 | 203.00 |
| 06/16/2010 | KSN | Finalize and cause filing and service of retention documents. | 0.50 | 145.00 |
| 06/17/2010 | KSN | Email Mr. Hurst regarding retention documents; and attention to certificate regarding service of notice and proposed order. | 0.20 | 58.00 |
| | DH | Prepare certificate of service for notice regarding retention documents. | 0.50 | n/c |
| 06/21/2010 | DH | Calendar 6/30/10 objection deadline for Horowitz & Burnett, P.C. approval of employment and prepetition retainer. | 0.10 | 9.00 |
| 07/06/2010 | KSN | Revise certificate of no response and cause filing of same. | 0.10 | 29.00 |
| 07/08/2010 | KSN | Receipt and review retention order and email same to Mr. Hurst. | 0.10 | 29.00 |
| 04/11/2011 | KSN | Research and draft motion to approve postpetition retainer. | 1.60 | 464.00 |

SVS Holdings, Inc.

Page: 2
05/31/2011
Account No: 3727-10007
Statement No: 13

Re: Fee/Employment Applications

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/12/2011 | KSN | Finalize and cause filing and service of motion to approve postpetition retainer. | 0.70 | 203.00 |
| | DH | Finalize postpetition retainer motion documents, and prepare certificate of service and service list, all for efiling with the court. | 0.60 | 54.00 |
| 05/06/2011 | TH | Draft certificate of non-contested matter regarding motion to approve postpetition retainer. | 0.30 | 24.00 |
| 05/10/2011 | KSN | Revise and cause certificate of non-contested matter to be filed, and email same to client. | 0.40 | 116.00 |
| 05/13/2011 | KSN | Receipt and review order authorizing postpetition retainer and email same to Mr. Hurst. | 0.10 | 29.00 |
| | | For Current Services Rendered | 7.30 | 1,914.00 |
| | | Total Non-billable Hours | 0.50 | |
| | | Total Current Work | | 1,914.00 |
| | | Balance Due | | $1,914.00 |

Finance Charges shall accrue on
unpaid balances at the rate of 1.5% per month
Visa, Mastercard, Discover, American Express Accepted