Horowitz & Burnett, P.C.
1660 Lincoln Street, Suite 1900
Denver, CO 80264
(303) 996-8600
Federal Tax ID #27-0892802

SVS Holdings, Inc.
PO Box 815
Broomfield CO 80038

Attn: Kevin Hurst, CEO

Page: 1
05/31/2011
Account No: 3727-10012
Statement No: 13

Re: Meetings of Creditors

*Payments received after 05/31/2011 are not included on this statement.*

### Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 06/09/2010 | KSN | Prepare for and attend telephone conference with Mr. Weiss regarding scheduling 341 meeting and case background (.3); and emails to and from Mr. Hurst regarding same and receipt and review 341 meeting notice and email same to client (.3). | 0.60 | 174.00 |
| 07/15/2010 | KSN | Prepare for 341 meeting. | 1.20 | 348.00 |
| 07/16/2010 | KSN | Prepare for and attend 341 meeting. | 4.10 | 1,189.00 |
| | | For Current Services Rendered | 5.90 | 1,711.00 |
| | | Total Current Work | | 1,711.00 |
| | | Balance Due | | $1,711.00 |

Finance Charges shall accrue on
unpaid balances at the rate of 1.5% per month
Visa, Mastercard, Discover, American Express Accepted