Horowitz & Burnett, P.C.<br>
1660 Lincoln Street, Suite 1900<br>
Denver, CO 80264<br>
(303) 996-8600<br>
Federal Tax ID #27-0892802

|  |  |
|---|---|
| SVS Holdings, Inc.<br>PO Box 815<br>Broomfield CO 80038 | Page: 1<br>05/31/2011<br>Account No:  3727-10013<br>Statement No:  10 |

Attn: Kevin Hurst, CEO

Re: Plan and Disclosure

**Payments received after 05/31/2011 are _not_ included on this statement.**

### Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/27/2010 | KSN | Attention to exclusivity deadline. | 0.10 | 29.00 |
| | | For Current Services Rendered | 0.10 | 29.00 |
| | | Total Current Work | | 29.00 |
| | | Balance Due | | $29.00 |

Finance Charges shall accrue on<br>
unpaid balances at the rate of 1.5% per month<br>
Visa, Mastercard, Discover, American Express Accepted