**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**COVER SHEET FOR FIRST INTERIM APPLICATION BY HOROWITZ & BURNETT, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | HOROWITZ & BURNETT, P.C. |
| Authorized to Provide Professional Services to: | SVS HOLDINGS, INC. (DEBTOR) |
| Date of Order Authorizing Employment: | July 8, 2010 *(Nunc Pro Tunc to June 8, 2010)* |
| Period for Which Employment is Sought: | June 8, 2010 – May 31, 2010 |
| Amount of Fees Sought: | $26,355.00 |
| Amount of Expense Reimbursement Sought: | $106.08 |
| Total Fees and Expenses Sought: | $26,461.08 |

This is the first interim application filed by Horowitz & Burnett, P.C.

Dated this 30th day of June, 2011.

> HOROWITZ & BURNETT, P.C.
>
> *s/ Kevin S. Neiman*
> Kevin S. Neiman, # 36560
> 1660 Lincoln Street, Suite 1900
> Denver, CO  80264
> Telephone:   (303) 996-8600
> Fax:               (303) 996-8637
> E-mail:          kneiman@hblegal.net
>
> *Attorneys for SVS Holdings, Inc.*