**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FIRST INTERIM APPLICATION BY HOROWITZ & BURNETT, P.C.
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

# OBJECTION DEADLINE: JULY 21, 2011

**YOU ARE HEREBY NOTIFIED** that Horowitz & Burnett, P.C. ("**HB**"), bankruptcy counsel for SVS Holdings, Inc., the debtor and debtor in possession, has filed its *First Interim Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* ("**Application**"), seeking an aggregate interim award in the amount of $26,461.08, which amount consists of legal fees in the amount of $26,355, for services rendered from June 8, 2010 through May 31, 2011 (the "**Application Period**"), and reimbursement for actual and necessary expenses in the amount of $106.08 incurred by HB during the Application Period.

If you oppose the Application or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an

interested party, the Court may approve or grant the Application without further notice to creditors or other interested parties.

  Dated this 30th day of June, 2011.

              HOROWITZ & BURNETT, P.C.

              */s/ Kevin S. Neiman*
              Kevin S. Neiman, # 36560
              1660 Lincoln Street, Suite 1900
              Denver, CO  80264
              Telephone: (303) 996-8600
              Fax: (303) 996-8637
              E-mail: kneiman@hblegal.net

              *Attorneys for SVS Holdings, Inc.*