**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC., | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on June 30, 2011, I caused, via prepaid first class mail, true and correct copies of the *First Interim Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* [D.E. 68], *Exhibits A-F attached thereto* [D.E. 68-1 through D.E. 68-6], *Cover Sheet for First Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* [D.E. 69] and *Notice of First Interim Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* [D.E. 70] to be served on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth on the attached Service List.

     Dated this 1st day of July, 2011.

                                                       HOROWITZ & BURNETT, P.C.

                                                       */s/ Kevin S. Neiman*
                                                       Kevin S. Neiman, #36560
                                                       1660 Lincoln Street, Suite 1900
                                                       Denver, CO  80264
                                                       Telephone:    (303) 996-8600
                                                       Fax:             (303) 996-8636
                                                       E-mail:       kneiman@hblegal.net

                                                       *Counsel for SVS Holdings, Inc.*

# SERVICE LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Thu Jun 30 07:28:28 MDT 2011 | CIT Communications Finance Corporation<br>aka Avaya Financial Services<br>1162 E. Sonterra Blvd<br>San Antonio, TX 78258-4047 | Chad S. Caby<br>One Tabor Center<br>Suite 3000<br>Denver, CO 80202-5855 |
| | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-0001 | |
| Jack Blaine<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Jeffrey P. Bialos<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004-2415 | Lars Fuller<br>Baker & Hostetler LLP<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264 |
| | SVS Holdings, Inc.<br>PO Box 815<br>Broomfield, CO 80038-0815 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 |
| Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 | Sequoia Voting Systems, Inc.<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Smartmatic Corporation<br>1001 Broken Sound Parkway, Suite D<br>Boca Raton, FL 33487-3532 |
| US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Robertson B. Cohen, Esq.<br>1720 S. Bellaire St., Suite 205<br>Denver, CO 80222 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Smartmatic Corporation | (u)Howard R Tallman | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     2<br>Total                  17 |