## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF JEFFREY P. BIALOS

Pursuant to L.B.R. 9010-1, Brent R. Cohen of the law firm of Rothgerber Johnson & Lyons LLP moves for the admission *pro hac vice* of Jeffrey P. Bialos, Esq. to participate in the conduct of the case and related proceedings as counsel for Smartmatic Corporation ("Smartmatic"), and states as follows:

1.  Smartmatic has engaged the law firm of Sutherland Asbill & Brennan, LLP to provide legal counsel in the above-referenced Chapter 11 bankruptcy proceeding. The law firm of Rothgerber Johnson & Lyons LLP was selected by Smartmatic to serve as local counsel.

2.  Jeffrey P. Bialos, Esq. is an attorney with the Sutherland firm and practices in its Washington, D.C. office located at 1275 Pennsylvania Avenue Northwest, Washington, DC 2004-2415.

3.  As indicated by the attached Affidavit, Mr. Bialos is an attorney licensed to practice in the District of Columbia, Bar No. 375550. He has been a member in good standing of the Bar of the District of Columbia since 1983. He is admitted to practice before the United States District Court for the District of Columbia. Mr. Bialos is in good standing in that jurisdiction.

4.  The undersigned, Brent R. Cohen, is a member in good standing of the Bar of the United States District Court for the District of Colorado and this Court and maintains an office in this district for the practice of law. He will meaningfully participate in the subject case.

WHEREFORE, the undersigned requests the Court allow the admission of Jeffrey P. Bialos, Esq. *pro hac vice* to participate in the subject case and related proceedings.

{00946165 / 1}

DATED: July 11, 2011.

ROTHGERBER JOHNSON & LYONS LLP

/s/ Brent R. Cohen
Brent R. Cohen, No. 11297
Chad S. Caby, No. 30927
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5839
Tel: (303) 623-9000
Fax: (303) 623-9222
E-mail: bcohen@rothgeber.com
ccaby@rothgerber.com

*Counsel for Smartmatic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2011, a true and correct copy of the foregoing **MOTION FOR ADMISSION *PRO HAC* VICE OF JEFFREY P. BIALOS** was mailed by depositing the same in the United States mail, first-class postage prepaid, addressed to the following:

Kevin S. Neiman
1660 Lincoln Street, Suite 1900
Denver, CO 80264

SVS Holdings, Inc.
717 17th Street, suite 310
Denver, CO 80202

U.S. Trustee
999 18th Street, suite 1551
Denver, CO 80202

/s/ Kim Means
OF: Rothgerber Johnson & Lyons LLP

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### AFFIDAVIT OF JEFFREY P. BIALOS IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

DISTRICT OF COLUMBIA ) ss.

I, Jeffrey P. Bialos, having been duly sworn, state as follows:

1. My name and address is:

    Jeffrey P. Bialos, Esq.
    Sutherland Asbill & Brennan, LLP
    1275 Pennsylvania Avenue Northwest
    Washington, DC 20004-2415
    Tel: (202) 383-0363
    Fax: (202) 637-3594
    Email: jeff.bialos@sutherland.com

2. I have been a member in good standing with the Bar of the District of Columbia since 1983, Bar No. 375550.

3. I have been admitted to practice before the Superior Court for the District of Columbia and the United States District Court for the District of Columbia.

4. I have never been suspended, disbarred or resigned as a result of a disciplinary charge, investigation or proceeding from the practice of law in the District of Columbia since my licensure in 1983.

5. I will be working with Brent R. Cohen as local counsel, whose contact information is as follows:

> Brent R. Cohen, Esq.
> Rothgerber Johnson & Lyons LLP
> 1200 17th Street, Suite 3000
> Denver, CO 80202-5844
> Tel: (303) 623-9000
> Fax: (303) 623-9222
> Email: bcohen@rothgerber.com

6. I believe that Mr. Cohen is an active member in good standing of the Bar of the United States District Court for the District of Colorado and this Court and maintains an office in this district for the practice of law. He will meaningfully participate in the subject case.

7. I consent to this Court's exercise of disciplinary jurisdiction over me in connection with this application and any alleged misconduct related to my *pro hac vice* admission before the Bar of this Court.

8. I have read and am familiar with the Local Rules of this Court and I will comply with all of the provisions thereof.

Dated: July 8, 2011.

_____
Jeffrey P. Bialos, (DC Bar # 3 7 8 5 5 0)
Sutherland Asbill & Brennan, LLP
1275 Pennsylvania Avenue Northwest
Washington, DC 20004-2415
Tel: (202) 383-0363
Fax: (202) 637-3594
Email: jeff.bialos@sutherland.com

Subscribed and sworn to before me on July 8, 2011 by Jeffrey P. Bialos.

Witness my hand and official seal. My commission expires: 11/14/2013

_____
Candice Alba
Notary Public

CANDICE ALBA
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2013

2

{00823825 / 1}