# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR JAMES J. BRIODY

The above-entitled matter, having come before the Court on a Motion for Admission *Pro Hac Vice* of James J. Briody as counsel for Smartmatic Corporation; the Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that James J. Briody is admitted *pro hac vice* in this proceeding.

DATED this _____ day of July, 2011.

BY THE COURT:

_____
Honorable Howard R. Tallman
United States Bankruptcy Judge

{00945486 / 1}                              D-1