UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                                )
                                      )   Case No. 10-24238 HRT
SVS HOLDINGS, INC.,                   )
                                      )   Chapter 11
        Debtor.                       )

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR JEFFREY P. BIALOS

The above-entitled matter, having come before the Court on a Motion for Admission *Pro Hac Vice* of Jeffrey P. Bialos as counsel for Smartmatic Corporation; the Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that Jeffrey P. Bialos is admitted *pro hac vice* in this proceeding.

DATED this  12th  day of July, 2011.

BY THE COURT:

_____
Honorable Howard R. Tallman
United States Bankruptcy Judge

{00823845 / 1}                       D-1