UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:                              )
                                    )      Case No. 10-24238 HRT
SVS HOLDINGS, INC.,                 )
                                    )      Chapter 11
                                    )
         Debtor.                    )

ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
FOR JAMES J. BRIODY

The above-entitled matter, having come before the Court on a Motion for Admission *Pro Hac Vice* of James J. Briody as counsel for Smartmatic Corporation; the Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that James J. Briody is admitted *pro hac vice* in this proceeding.

DATED this  12th  day of July, 2011.

BY THE COURT:

_____
Honorable Howard R. Tallman
United States Bankruptcy Judge

{00945486 / 1}                           D-1