United States Bankruptcy Court
District of Colorado

In re:  
SVS Holdings, Inc.  
      Debtor

Case No. 10-24238-HRT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1    User: nguyent    Page 1 of 1    Date Rcvd: Jul 12, 2011  
                   Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2011.  
db        +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty          Rothgerber Johnson & Lyons LLP  
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2011**                        **Signature:** _/s/ Joseph Speetjens_

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re: )
) Case No. 10-24238 HRT
SVS HOLDINGS, INC., )
) Chapter 11
Debtor. )

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR JEFFREY P. BIALOS

The above-entitled matter, having come before the Court on a Motion for Admission *Pro Hac Vice* of Jeffrey P. Bialos as counsel for Smartmatic Corporation; the Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that Jeffrey P. Bialos is admitted *pro hac vice* in this proceeding.

DATED this 12th day of July, 2011.

BY THE COURT:

_Howard Tallman_
Honorable Howard R. Tallman
United States Bankruptcy Judge