United States Bankruptcy Court
District of Colorado

In re:                                          Case No. 10-24238-HRT
SVS Holdings, Inc.                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1        User: nguyent        Page 1 of 1        Date Rcvd: Jul 12, 2011
                           Form ID: pdf904       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2011.
db           +SVS Holdings, Inc.,    PO Box 815,   Broomfield, CO 80038-0815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Rothgerber Johnson & Lyons LLP
                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2011**                  **Signature:**   *Joseph Speetjens*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re:                                    )
                                          )        Case No. 10-24238 HRT
SVS HOLDINGS, INC.,                       )
                                          )        Chapter 11
          Debtor.                         )

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***
**FOR JAMES J. BRIODY**

The above-entitled matter, having come before the Court on a Motion for Admission *Pro Hac Vice* of James J. Briody as counsel for Smartmatic Corporation; the Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that James J. Briody is admitted *pro hac vice* in this proceeding.

DATED this   12th   day of July, 2011.

BY THE COURT:

_Howard Tallman_
_____
Honorable Howard R. Tallman
United States Bankruptcy Judge

{00945486 / 1}                          D-1