# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC., | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## AMENDED CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on June 30, 2011, I caused, via prepaid first class mail, true and correct copies of the *First Interim Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* [D.E. 68], *Exhibits A-F attached thereto* [D.E. 68-1 through D.E. 68-6], *Cover Sheet for First Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* [D.E. 69], *Notice of First Interim Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* [D.E. 70] and proposed order [D.E. 68-7] to be served on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth on the attached Service List.

     Dated this 25th day of July, 2011.

                                                           HOROWITZ & BURNETT, P.C.

                                                           */s/ Kevin S. Neiman*
                                                           Kevin S. Neiman, #36560
                                                           1660 Lincoln Street, Suite 1900
                                                           Denver, CO  80264
                                                           Telephone:   (303) 996-8600
                                                           Fax:            (303) 996-8636
                                                           E-mail:       kneiman@hblegal.net

                                                           *Counsel for SVS Holdings, Inc.*

## SERVICE LIST

```
Label Matrix for local noticing      CIT Communications Finance Corporation   Chad S. Caby
1082-1                                aka Avaya Financial Services             One Tabor Center
Case 10-24238-HRT                     1162 E. Sonterra Blvd                    Suite 3000
District of Colorado                  San Antonio, TX 78258-4047               Denver, CO 80202-5855
Denver
Thu Jun 30 07:28:28 MDT 2011
                                      Colorado Department Of Revenue
                                      1375 Sherman St.
                                      Room 504
                                      Attention Bankruptcy Unit
                                      Denver CO 80261-0001


Jack Blaine                           Jeffrey P. Bialos                        Lars Fuller
717 17th St, Suite 310                Sutherland Asbill & Brennan LLP          Baker & Hostetler LLP
Denver, CO 80202-3310                 1275 Pennsylvania Avenue, NW             303 East 17th Avenue
                                      Washington, DC 20004-2415                Suite 1100
                                                                               Denver, CO 80203-1264


                                      SVS Holdings, Inc.                       Securities and Exchange Commission
                                      PO Box 815                               Midwest Regional Office
                                      Broomfield, CO 80038-0815                175 W. Jackson Blvd.
                                                                               Ste. 900
                                                                               Chicago IL 60604-2815


Security & Exchange Commission        Sequoia Voting Systems, Inc.             Smartmatic Corporation
Central Regional Office               717 17th St, Suite 310                   1001 Broken Sound Parkway, Suite D
1801 California St.                   Denver, CO 80202-3310                    Boca Raton, FL 33487-3532
Ste. 1500
Denver CO 80202-2656


US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service              Robertson B. Cohen, Esq.
P.O. Box 21126                        1720 S. Bellaire St., Suite 205
Philadelphia, PA 19114                Denver, CO 80222
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Smartmatic Corporation             (u)Howard R Tallman                      End of Label Matrix
                                                                               Mailable recipients   15
                                                                               Bypassed recipients    2
                                                                               Total                 17
```