IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On June 30, 2011, Horowitz & Burnett, P.C. ("**Movant**"), bankruptcy counsel for SVS Holdings, Inc., the debtor and debtor in possession (the "**Debtor**"), filed an application pursuant to Local Bankruptcy Rule 9013-1 entitled: *First Interim Application By Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses (*the "**Application**").  Movant hereby certifies that the following is true and correct:

1. Except as set forth in paragraph 2, service of the Application, notice, and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules as is shown on the *Amended Certificate of Service*, L.B. Form 9013-1.2, previously filed on July 25, 2011.

2. Movant inadvertently omitted Brent Cohen, local counsel to one of the Debtor's creditors, from service of the Application, notice and proposed order.  Undersigned counsel learned of the omission on July 5, 2011, and on July 6, 2011 spoke with Mr. Cohen.  Mr. Cohen confirmed that he received the Application, notice and proposed order via PACER, and waived any deficient notice.  Movant appreciates Mr. Cohen's consideration.

3. The docket numbers of each of the following relevant documents are:

    a. the Application and all documents attached thereto and served therewith (if any) [Docket Nos. 68, and 68-1 through 6];

    b. the notice [Docket No. 70];

    c. the *Amended Certificate of Service* of the Application, the notice, and the proposed order [Docket No. 79]; and

      d.    the proposed order [Docket No. 68-7].

4. No objections to or requests for hearing on the Application were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the notice (July 21, 2011).

WHEREFORE, Movant prays that the Court forthwith enter an Order, a form of which was previously filed with the Application [Docket No. 68-7], granting the requested relief.

Dated this 25th day of July, 2011.

                              HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:     (303) 996-8600
Fax:                 (303) 996-8636
E-mail:           kneiman@hblegal.net

*Attorneys for SVS Holdings, Inc.*