IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING FIRST INTERIM APPLICATION BY HOROWITZ & BURNETT, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER came before the Court on the *First Interim Application By Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* (the "**Application**"), dated June 30, 2011, filed by Horowitz & Burnett, P.C. ("**HB**"), counsel for debtor and debtor in possession SVS Holdings, Inc.  The Court, having considered the Application, proper notice having been provided, no objections to or requests for a hearing on the Application having been filed, and the Court being otherwise advised in the premises, finds good cause to approve the Application. Accordingly it is –

ORDERED as follows:

1. The Application is approved.

2. HB is awarded an aggregate interim award in the amount of $26,461.08, which amount consists of legal fees in the amount of $26,355, for services rendered from June 8, 2010 through May 31, 2011 (the "**Application Period**"), and reimbursement for actual and necessary expenses in the amount of $106.08 incurred by HB during the Application Period.

      3.    This interim award is subject to HB's final fee application and an order related thereto.

DATED this __26th__ day of ____July_____ 2011.

**BY THE COURT**:

_/s/ Howard Tallman_
Howard R. Tallman
United States Bankruptcy Judge