United States Bankruptcy Court
District of Colorado

In re:                                                                   Case No. 10-24238-HRT
SVS Holdings, Inc.                                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: nguyent           Page 1 of 1              Date Rcvd: Jul 26, 2011
                            Form ID: pdf904         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2011.
db          +SVS Holdings, Inc.,   PO Box 815,   Broomfield, CO 80038-0815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Rothgerber Johnson & Lyons LLP
                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2011**                    **Signature:** _/s/ Joseph Speetjens_

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Howard R. Tallman**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING FIRST INTERIM APPLICATION BY HOROWITZ & BURNETT, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER came before the Court on the *First Interim Application By Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* (the "**Application**"), dated June 30, 2011, filed by Horowitz & Burnett, P.C. ("**HB**"), counsel for debtor and debtor in possession SVS Holdings, Inc.  The Court, having considered the Application, proper notice having been provided, no objections to or requests for a hearing on the Application having been filed, and the Court being otherwise advised in the premises, finds good cause to approve the Application. Accordingly it is –

ORDERED as follows:

1. The Application is approved.

2. HB is awarded an aggregate interim award in the amount of $26,461.08, which amount consists of legal fees in the amount of $26,355, for services rendered from June 8, 2010 through May 31, 2011 (the "**Application Period**"), and reimbursement for actual and necessary expenses in the amount of $106.08 incurred by HB during the Application Period.

   3. This interim award is subject to HB's final fee application and an order related thereto.

   DATED this   26th   day of   July   2011.

          **BY THE COURT**:

          _____
          Howard R. Tallman
          United States Bankruptcy Judge