IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                              )
                                    )   Case No. 10-24238-HRT
SVS HOLDINGS, INC.                  )
                                    )   Chapter 11
       Debtor.                      )

## MOTION FOR ADMISSION PRO HAC VICE OF IRA S. GREENE

Pursuant to L.B.R.9010-1, Brent R. Cohen of the law firm of Rothgerber Johnson & Lyons LLP moves for the admission *pro hac vice* of Ira S. Greene, Esq. to participate in the conduct of the case and related proceedings as counsel for Smartmatic Corporation ("Smartmatic"), and states as follows:

1. Smartmatic has engaged the law firm of Hogan Lovells US LLP to provide legal counsel in the above-references Chapter 11 bankruptcy proceeding. The law firm of Rothgerber Johnson & Lyons LLP was selected by Smartmatic to serve as local counsel.

2. Ira S. Greene, Esq. is an attorney with Hogan Lovells US LLP and practices in its New York office located at 875 Third Avenue, New York, NY 10022.

3. As indicated by the attached Affidavit, Mr. Greene is an attorney licensed to practice in the State of New York. He has been a member in good standing of the Bar of the State of New York since 1972. He is admitted to practice before the United States District Court for the Southern and Eastern Districts of New York, the Western District of Wisconsin and the District of Connecticut. Mr. Greene is in good standing in those jurisdictions.

4. The undersigned, Brent R. Cohen, is a member in good standing of the Bar of the United States District Court for the District of Colorado and this Court and maintains an office in this district for the practice of law. He will meaningfully participate in the subject case.

WHEREFORE, the undersigned requests the Court allow the admission of Ira S. Greene, Esq. pro hac vice to participate in the subject case and related proceedings.

DATED: November 10, 2011.

ROTHGERBER JOHNSON & LYONS LLP

/s/   Brent R. Cohen
Brent R. Cohen, No. 11297
Chad S. Caby, No. 30927
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5839
Tel:  (303) 623-9000
Fax:  (303 623-9222
E-mail: bcohen@rothgerber.com
         ccaby@rothgerber.com

*Counsel for Smartmatic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2011, a true and correct copy of the foregoing **MOTION FOR ADMISSION PRO HAC VICE OF IRA S. GREENE** was mailed by depositing the same in the United States mail, first-class postage prepaid, addressed to the following:

Kevin S. Neiman
1660 Lincoln Street, Suite 1900
Denver, CO 80264

SVS Holdings, Inc.
717 17th Street, Suite 310
Denver, CO 80202

U.S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202

/s/     Carol Ealey
OF:  Rothgerber Johnson & Lyons LLP

2

{00995034 / 1}

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238-HRT |
| SVS HOLDINGS, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**AFFIDAVIT OF IRA S. GREENE IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

STATE OF NEW YORK )
                            ) ss.
COUNTY OF NEW YORK )

I, Ira S. Greene, having been duly sworn, state as follows:

1. My name and address is:

   Ira S. Greene
   Hogan Lovells US LLP
   875 Third Avenue
   New York, NY 10022
   Tel: (212) 918-3000
   Fax: (212) 918-3100
   Email: Ira.Greene@hoganlovells.com

2. I have been a member in good standing of the Bar of the State of New York since 1972, Bar No. 1230010.

3. I am admitted to practice before the United States District Court for the Southern and Eastern Districts of New York, the Western District of Wisconsin and the District of Connecticut.

4. I have never been suspended, disbarred or resigned as a result of a disciplinary charge, investigation or proceeding from the practice of law in the State of New York since my licensure in 1972.

5. I will be working with Brent R. Cohen as local counsel, whose contact information is as follows:

   Brent R. Cohen, Esq.
   Rothgerber Johnson & Lyons LLP
   1200 17th Street, Suite 3000
   Denver, CO 80202-5844
   Tel: (303) 623-9000

Fax: (303) 623-9222
Email: bcohen@rothgerber.com

6. I believe that Mr. Cohen is an active member in good standing of the Bar of the United States District Court for the District of Colorado and this Court and maintains an office in this district for the practice of law. He will meaningfully participate in the subject case.

7. I consent to this Court's exercise of disciplinary jurisdiction over me in connection with this application and any alleged misconduct related to my *pro hac vice* admission before the Bar of this Court.

8. I have read and am familiar with the Local Rules of this Court and I will comply with all of the provisions thereof.

Dated: November 9, 2011

_____
Ira S. Greene (NY Bar # 1230010)
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
Email: ira.greene@hoganlovells.com

Subscribed and sworn to before me on November 9, 2011 by Ira S. Greene.

Witness my hand and official seal. My commission expires: May 12, 2015

_____
Notary Public

ANNETTE LUSARDI
Notary Public, State of New York
No. 01LU5077646
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 12, 20 15

\\NY - 037575/000002 - 2361811 v1