# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR IRA S. GREENE

The above-entitled matter, having come before the Court on a Motion for Admission *Pro Hac Vice* of Ira S. Greene as counsel for Smartmatic Corporation; the Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that Ira S. Greene is admitted *pro hac vice* in this proceeding.

DATED this _____ day of November, 2011.

BY THE COURT:

Honorable Howard R. Tallman
United States Bankruptcy Judge

{00995037 / 1}