### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### MOTION FOR ADMISSION OF KHANG V. TRAN, ESQ.

Pursuant to 9010-1(b) of the Local Bankruptcy Rules, Brent R. Cohen, of Rothgerber Johnson Lyons LLP, moves for the admission, *pro hac vice*, of Khang V. Tran, to participate in the above-captioned Chapter 11 case and any related proceedings as an attorney for Smartmatic Corporation, and states as follows:

1. On June 8, 2010, Debtor SVS Holdings, Inc. (the "Debtor") filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. As set forth in the attached Affidavit of Khang V. Tran in Support of Motion for Admission *Pro Hac Vice*, attached hereto, Mr. Tran is an attorney with the law firm of Hogan Lovells US LLP, located at 555 Thirteenth Street, NW, Washington, DC 20004.

3. Mr. Tran is a member in good standing of the Bart of the State of Virginia. Mr. Tran's Virginia bar number is 75522. Mr. Tran is also admitted to the U.S. District Court for the District of Columbia, and the Eastern District of Virginia.

4. Mr. Tran has associated with Brent R. Cohen, Esq., who is a member in good standing of the State Bar of Colorado and is admitted in the United States District Court for the District of Colorado, the Tenth Circuit Court of Appeals, and the United States District Court for the District of Wyoming. Mr. Tran and Mr. Cohen will represent Smartmatic Corporation in the above-captioned case, and Mr. Cohen will meaningfully participate in hearings and the review and preparation of any and all pleadings filed in these cases.

WHEREFORE, the undersigned counsel respectfully requests that the Court enter its Order authorizing the admission of Khang V. Tran *pro hac vice* in the above-captioned bankruptcy case and any related proceedings, and for such other and further relief as is appropriate.

{00995235 / 1}

- 2 -

DATED November 10, 2011.

          ROTHGERBER JOHNSON & LYONS LLP

          */s/ Brent R. Cohen*
          Brent R. Cohen, No. 11297
          One Tabor Center, Suite 3000
          1200 Seventeenth Street
          Denver, CO 80202-5855
          Tel: (303) 623-9000
          Fax: (303) 623-9222
          E-mail: bcohen@rothgerber.com

          *Attorneys for Smartmatic Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2011 I served the foregoing MOTION FOR ADMISSION OF KHANG V. TRAN, ESQ. PRO HAC VICE upon the following parties by depositing a true and correct copy thereof in the United States Mail, postage prepaid:

    Kevin S. Neiman
    1660 Lincoln Street, Suite 1900
    Denver, CO 80264-1901

          */s/ Carol Ealey*
          OF: ROTHGERBER JOHNSON & LYONS LLP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238-HRT |
| SVS HOLDINGS, INC. ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### AFFIDAVIT OF KHANG V. TRAN IN SUPPORT OF MOTION
### FOR ADMISSION PRO HAC VICE

DISTRICT OF COLUMBIA ) ss.

I, Khang V. Tran, having been duly sworn, state as follows:

1. My name and address is:

    Khang V. Tran, Esq.
    Hogan Lovells US LLP
    Columbia Square
    555 Thirteenth Street, NW
    Washington, DC 20004
    Tel: (202) 637- 5600
    Fax: (202) 637-5910
    Email:Khang.Tran@hoganlovells.com

2. I have been a member in good standing of the Bar of the State of Virginia since 2007, Bar No. 75522.

3. I am admitted to practice before the United States District Court for the District of Columbia and the Eastern District of Virginia.

4. I have never been suspended, disbarred or resigned as a result of a disciplinary charge, investigation or proceeding from the practice of law in the State of Virginia since my licensure in 2007.

5. I will be working with Brent R. Cohen as local counsel, whose contact information is as follows:

    Brent R. Cohen, Esq.
    Rothgerber Johnson & Lyons LLP
    1200 17th Street, Suite 3000
    Denver, CO 80202-5844

Tel: (303) 623-9000
Fax: (303) 623-9222
Email: bcohen@rothgerber.com

6. I believe that Mr. Cohen is an active member in good standing of the Bar of the United States District Court for the District of Colorado and this Court and maintains an office in this district for the practice of law. He will meaningfully participate in the subject case.

7. I consent to this Court's exercise of disciplinary jurisdiction over me in connection with this application and any alleged misconduct related to my *pro hac vice* admission before the Bar of this Court.

8. I have read and am familiar with the Local Rules of this Court and I will comply with all of the provisions thereof.

Dated: November 9, 2011

_____
Khang V. Tran (VA Bar #75522)
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Tel:  (202) 637- 5600
Fax:  (202) 637-5910
Email:Khang.Tran@hoganlovells.com

Subscribed and sworn to before me on November 9, 2011 by Khang V. Tran.

Witness my hand and official seal. My commission expires: 10/31/2014

_____
Notary Public