## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR KHANG V. TRAN

The above-entitled matter, having come before the Court on a Motion for Admission *Pro Hac Vice* of Khang V. Tran as counsel for Smartmatic Corporation; the Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that Khang V. Tran is admitted *pro hac vice* in this proceeding.

DATED this __14th__ day of November, 2011.

BY THE COURT:

_Howard Tallman_
Honorable Howard R. Tallman
United States Bankruptcy Judge

{00995233 / 1}