United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 10-24238-HRT
SVS Holdings, Inc.                                              Chapter 11
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 1082-1         User: nguyent           Page 1 of 1              Date Rcvd: Nov 14, 2011
                             Form ID: pdf904         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2011.
db          +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Rothgerber Johnson & Lyons LLP
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2011**                          **Signature:** _Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR IRA S. GREENE

The above-entitled matter, having come before the Court on a Motion for Admission *Pro Hac Vice* of Ira S. Greene as counsel for Smartmatic Corporation; the Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that Ira S. Greene is admitted *pro hac vice* in this proceeding.

DATED this __14th__ day of November, 2011.

BY THE COURT:

*/s/ Howard Tallman*

Honorable Howard R. Tallman
United States Bankruptcy Judge

{00995037 / 1}