United States Bankruptcy Court
District of Colorado

In re:  
SVS Holdings, Inc.  
    Debtor

Case No. 10-24238-HRT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1    User: nguyent    Page 1 of 1    Date Rcvd: Nov 14, 2011  
                    Form ID: pdf904    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2011.  
db        +SVS Holdings, Inc.,  PO Box 815,  Broomfield, CO 80038-0815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty        Rothgerber Johnson & Lyons LLP  
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2011**                          **Signature:** _/s/ Joseph Speetjens_

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* FOR KHANG V. TRAN

The above-entitled matter, having come before the Court on a Motion for Admission *Pro Hac Vice* of Khang V. Tran as counsel for Smartmatic Corporation; the Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that Khang V. Tran is admitted *pro hac vice* in this proceeding.

DATED this 14th day of November, 2011.

BY THE COURT:

*/s/ Howard Tallman*

Honorable Howard R. Tallman
United States Bankruptcy Judge

{00995233 / 1}