**DEBTOR:** SVS Holdings, Inc.

**CASE NUMBER** 10-24238-HRT

**MONTHLY OPERATING REPORT**
CHAPTER 11

**Form 2-A**
**COVER SHEET**

For Period Ending:  February 29, 2012

**Accounting Method:**    [x] Accrual Basis        [ ] Cash Basis

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|:---|
| [x] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [x] | [ ] | 2. Balance Sheet (Form 2-C) |
| [x] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts   IMPORTANT: Redact account numbers and remove check images |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any*
*attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on:  Mar.  20, 2012    **Print Name:**        Kevin Hurst

**Signature:**

**Title:**            CEO, SVS Holdings, Inc.

Rev. 12/10/2009

**DEBTOR:**  SVS Holdings, Inc.                    **CASE NO:**    10-24238-HRT

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  02/01/2012 to 02/29/2012

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| **1. Beginning Cash Balance** | $ 208 (1) | $ 100 (1) |
| 2. Cash Receipts | | |
| Operations | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Loans/advances | 0 | 0 |
| Other | 0 | 2,525 |
| Total Cash Receipts | $ 0 | $ 2,525 |
| 3. Cash Disbursements | | |
| Operations | 3 | 18 |
| Debt Service/Secured loan payment | 0 | 0 |
| Professional fees/U.S. Trustee fees | 0 | 2,275 |
| Other | 0 | 127 |
| Total Cash Disbursements | $ 3 | $ 2,419 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | -3 | 106 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 206 (2) | $ 206 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 100 |
| DIP Operating Account | Wells Fargo | 106 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | | 0 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 206 (2) |

*(1)  Accumulated beginning cash balance is the cash available at the commencement of the case.
Current month beginning cash balance should equal the previous month's ending balance.
(2)  All cash balances should be the same.*

Page 1 of 3

Rev. 12/10/2009

**DEBTOR:**   SVS Holdings, Inc.                    **CASE NO:**        10-24238-HRT

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  02/01/2012 to 02/29/2012

**CASH RECEIPTS DETAIL**                    **Account No:**        7259276409
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |

| | | | |
|---|---|---|---|
| | **Total Cash Receipts** | $ | 0 (1) |

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** SVS Holdings, Inc.             **CASE NO:** 10-24238-HRT

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  02/01/2012 to 02/29/2012

**CASH DISBURSEMENTS DETAIL**      **Account No:**     7259276409
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 2/29/2012 | NA | Wells Fargo | Monthly service fee | $2.50 |

**Total Cash Disbursements**     $        2.5 (1)

*(1)  Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Form 2-C
## COMPARATIVE BALANCE SHEET
**For Period Ended:** 02/29/2012

|  |  | Current Month | | Petition Date (1) |
|---|---|---|---|---|
| ***ASSETS*** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | | $ 206 | $ | 100 |
| Accounts Receivable (from Form 2-E) | | 0 | | 0 |
| Receivable from Officers, Employees, Affiliates | | 0 | | 0 |
| Inventory | | 0 | | 0 |
| Other Current Assets :(List) | Investments in subsidiary | 486,803 | | 486,803 |
| | | 0 | | 0 |
| Total Current Assets | | $ 487,009 | $ | 486,903 |
| Fixed Assets: | | | | |
| Land | | $ 0 | $ | 0 |
| Building | | 0 | | 0 |
| Equipment, Furniture and Fixtures | | 0 | | 0 |
| Total Fixed Assets | | 0 | | 0 |
| Less: Accumulated Depreciation | | ( 0 ) | ( | 0 ) |
| Net Fixed Assets | | $ 0 | $ | 0 |
| Other Assets (List): | Intangible Assets, Net | 6,822,146 | | 6,822,146 |
| | Deferred Tax Asset | 1,304,000 | | 1,304,000 |
| | Due from subsidiary | 1,280,386 | | 1,280,386 |
| **TOTAL ASSETS** | | $ 9,893,541 | $ | 9,893,435 |
| ***LIABILITIES*** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ 0 | $ | 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 0 | | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0 | | 0 |
| Post-petition Notes Payable | | 0 | | 0 |
| Other Post-petition Payable(List): | | 0 | | 0 |
| | | 0 | | 0 |
| Total Post Petition Liabilities | | $ 0 | $ | 0 |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 0 | | 0 |
| Priority Debt | | 0 | | 0 |
| Unsecured Debt | | 12,887,876 | | 12,813,022 |
| Total Pre Petition Liabilities | | $ 12,887,876 | $ | 12,813,022 |
| **TOTAL LIABILITIES** | | $ 12,887,876 | $ | 12,813,022 |
| ***OWNERS' EQUITY*** | | | | |
| Owner's/Stockholder's Equity | | $ 8,345,893 | $ | 8,345,893 |
| Retained Earnings - Prepetition | | -11,265,479 | | -11,265,479 |
| Retained Earnings - Post-petition | | -74,747 | | 0 |
| **TOTAL OWNERS' EQUITY** | | $ -2,994,333 | $ | -2,919,586 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 9,893,543 | $ | 9,893,436 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 12/10/2009

DEBTOR:     SVS Holdings, Inc.                          CASE NO:  10-24238-HRT

## Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period   02/01/2012 to  02/29/2012

|  | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 0 | $ | 0 |
| Less:  Discounts, Returns and Allowances | ( | 0 ) | ( | 0 ) |
| **Net Operating Revenue** | $ | 0 | $ | 0 |
| Cost of Goods Sold | | 0 | | 0 |
| **Gross Profit** | $ | 0 | $ | 0 |
| Operating Expenses | | | | |
| Officer Compensation | $ | 0 | $ | 0 |
| Selling, General and Administrative | | 3 | | 74,717 |
| Rents and Leases | | 0 | | 0 |
| Depreciation, Depletion and Amortization | | 0 | | 0 |
| Other (list): _____ | | 0 | | 0 |
| | | 0 | | 0 |
| Total Operating Expenses | $ | 3 | $ | 74,717 |
| **Operating Income (Loss)** | $ | -3 | $ | -74,717 |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | 0 | $ | 0 |
| Gains (Losses) on Sale of Assets | | 0 | | 0 |
| Interest Income | | 0 | | 0 |
| Interest Expense | | 0 | | 0 |
| Other Non-Operating Income | | 0 | | 0 |
| Net Non-Operating Income or (Expenses) | $ | 0 | $ | 0 |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | 0 | $ | 0 |
| Other Reorganization Expense | | 0 | | 0 |
| Total Reorganization Expenses | $ | 0 | $ | 0 |
| **Net Income (Loss) Before Income Taxes** | $ | -3 | $ | -74,717 |
| Federal and State Income Tax Expense (Benefit) | | 0 | | 0 |
| **NET INCOME (LOSS)** | $ | -3 | $ | -74,717 |

*(1)  Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:**  SVS Holdings, Inc.                                          **CASE NO:**  10-24238-HRT

### Form 2-E
### SUPPORTING SCHEDULES
**For Period:**  02/01/2012  **to**  02/29/2012

### *POST PETITION TAXES PAYABLE SCHEDULE*

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $      0 | $      0 | $      0 | | $ | 0 |
| State | 0 | 0 | 0 | | | 0 |
| FICA Tax Withheld | 0 | 0 | 0 | | | 0 |
| Employer's FICA Tax | 0 | 0 | 0 | | | 0 |
| Unemployment Tax | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0 |
| Property Taxes | 0 | 0 | 0 | | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | 0 | 0 | 0 | | | 0 |
| State | 0 | 0 | 0 | | | 0 |
| Other: | 0 | 0 | 0 | | | 0 |
| TOTALS | $      0 | $      0 | $      0 | | $ | 0 |

*(1)  For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### *INSURANCE SCHEDULE*

|  | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Comp | Pinnacol Assurance | $    163,223 | 5/1/2012 | 3/31/2012 |
| General Liability | | $ | | |
| Property (Fire, Theft) | | $ | | |
| Vehicle | | $ | | |
| Other (list): | | $ | | |
| Excess/Umbrella | | $ | | |

**DEBTOR:** SVS Holdings, Inc.         **CASE NO:** 10-24238-HRT

**Form 2-E**
**SUPPORTING SCHEDULES**
For Period:  02/01/2012 to 02/29/2012

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | | Accounts Receivable | | Post Petition Accounts Payable |
|---|---|---|---|---|
| Under 30 days | $ | 0.00 | $ | 0.00 |
| 30 to 60 days | | 0.00 | | 0.00 |
| 61 to 90 days | | 0.00 | | 0.00 |
| 91 to 120 days | | 0.00 | | 0.00 |
| Over 120 days | | 0.00 | | 0.00 |
| **Total Post Petition** | | 0.00 | | |
| **Pre Petition Amounts** | | 0.00 | | |
| Total Accounts Receivable | $ | 0.00 | | |
| Less:  Bad Debt Reserve | | 0.00 | | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 0.00 | | |
| Total Post Petition Accounts Payable | | | $ | 0.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | | Month-end Balance Due * |
|---|---|---|---|---|---|---|---|
| Debtor's Counsel | $ | 11,572 $ | 119 $ | 0 | 7/8/2010 | $ | 12,408 |
| Counsel for Unsecured | | | | | | | 0 |
|    Creditors' Committee | | 0 | 0 | 0 | | | 0 |
| Trustee's Counsel | | 0 | 0 | 0 | | | 0 |
| Accountant | | 0 | 0 | 0 | | | 0 |
| Other: | | 0 | 0 | 0 | | | 0 |
| Total | $ | 11,572 $ | 119 $ | 0 | | $ | 12,408 |

*Balance due to include fees and expenses incurred but not yet paid.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | | Amount |
|---|---|---|---|---|
| | | | $ | |
| | | | | |
| | | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

| DEBTOR: | SVS Holdings, Inc. | CASE NO: | 10-24238-HRT |

**Form 2-F**
**QUARTERLY FEE SUMMARY ***
**For the Month Ended:**  02/29/2012

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| July | 2010 | $ 0 | 325 | 1002 | 7/29/2010 |
| August | 2010 | 325 | Payment mailed in July; check cleared account on August 2, 2010 | | |
| September | 2010 | 0 | | | |
| TOTAL 3rd Quarter | | $ 325 | $ 325 | | |
| October | 2010 | $ 0 | 325 | 1003 | 11/01/11 |
| November | 2010 | 325 | Payment mailed in Oct.; check cleared account on November 1, 2010 | | |
| December | 2010 | 0 | | | |
| TOTAL 4th Quarter | | $ 325 | $ 325 | | |
| January | 2011 | $ 0 | 325 | 1004 | 02/28/11 |
| February | 2011 | 325 | Payment mailed in Jan; check cleared account in February | | |
| March | 2011 | 0 | | | |
| TOTAL 1st Quarter | | $ 325 | $ 325 | | |
| April | 2011 | $ 0 | Payment mailed in April; check cleared account May 10, 2011 | | |
| May | 2011 | 325 | | | |
| June | 2011 | 0 | | | |
| TOTAL 2nd Quarter | | $ 325 | $ 325 | | |
| July | 2011 | $ 0 | 325 | 1006 | 08/02/11 |
| August | 2011 | 325 | Payment mailed in July; check cleared account on August 2, 2011 | | |
| September | 2011 | 0 | | | |
| TOTAL 3rd Quarter | | $ 325 | $ 325 | | |
| October | 2011 | $ 325 | 325 | 1007 | 10/31/11 |
| November | 2011 | 0 | | | |
| December | 2011 | 0 | | | |
| TOTAL 4th Quarter | | $ 325 | $ 325 | | |
| January | 2012 | $ 325 | 325 | 1008 | 01/17/12 |
| February | 2012 | 0 | | | |
| March | 2012 | 0 | | | |
| TOTAL 1st Quarter | | $ 325 | $ 325 | | |

**FEE SCHEDULE (as of JANUARY 1, 2008)**
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999............ | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999.......... | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999......... | $1,625 | $5,000,000 to $14,999,999 ....... | $13,000 |
| $225,000 to $299,999........ | $1,950 | $15,000,000 to $29,999,999…. | $20,000 |
| $300,000 to $999,999........ | $4,875 | $30,000,000 or more ............. | $30,000 |

* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period
** Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

**DEBTOR:** SVS Holdings, Inc.                    **CASE NO:** 10-24238-HRT

### Form 2-G
## NARRATIVE
### For Period Ending: February 29, 2012

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

**DEBTOR:**   SVS Holdings, Inc.                        **CASE NO:** 10-24238-HRT

## BANK RECONCILIATION
### For Period Ending:  February 29, 2012

## COMPARATIVE BALANCE SHEET
    Petty Cash                                              $100
    Cash in Banks                                                          $106
    Total Cash                                              $206

## CASH AS PER BANK STATEMENT
    Wells Fargo Account 7529276409                                         $106

## ADJUSTING ENTRIES
                                                                            $0

## VARIANCE
                                                                            $0

Page 1 of 1
Rev. 12/10/2009

# Wells Fargo Simple Business Checking

Account number:  **7529276409**  ■  February 1, 2012 - February 29, 2012  ■  Page 1 of 3



SVS HOLDINGS INC
1604 PRAIRIE FALCON LN
BROOMFIELD CO 80020-0618

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

Access Wells Fargo/Gallup's Small Business Index reports, press releases and podcasts at wellsfargobusinessinsights.com/small-business-index. The quarterly index reflects small business owner optimism, perceptions of current conditions (past 12 months) and future expectations (next 12 months) relating to financial situation, revenues, cash flow, capital spending, jobs and credit availability.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |



# ☑ IMPORTANT ACCOUNT INFORMATION

As a reminder, Wells Fargo may assess the following fees to your checking account for international transactions made with your debit card.

- Non-Wells Fargo ATM Withdrawal: $5 each per international transaction
- Non-Wells Fargo ATM Transfer: $2 each per transaction when you transfer available funds between your primary linked checking and savings accounts at select non-Wells Fargo ATMs

(Please note that the ATM owner or operator may also charge a fee.)

- International Purchase Transaction: 3% of the transaction amount is charged for each purchase made with your debit card in a foreign currency that has been converted into a U.S. dollar amount by a network
- Over-the-Counter Cash Disbursement: 3% of the transaction amount is charged for each cash withdrawal at a non-Wells Fargo Bank outside the U.S.

Account number:  **7529276409**  ■  February 1, 2012 - February 29, 2012  ■  Page 2 of 3



For fee waiver details, refer to your applicable Wells Fargo Account Fee & Information Schedule.

If you have questions, please contact your local banker or call the phone number at the top of your statement. Thank you. We appreciate your business.

## Activity summary

| | |
|---|---:|
| Beginning balance on 2/1 | $108.46 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 2.50 |
| **Ending balance on 2/29** | **$105.96** |
| Average ledger balance this period | $108.46 |

Account number:  **7529276409**

**SVS HOLDINGS INC**

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN):  102000076

For Wire Transfers use
Routing Number (RTN):  121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 2/29 | | Monthly Service Fee | | 2.50 | 105.96 |
| **Ending balance on 2/29** | | | | | **105.96** |
| **Totals** | | | **$0.00** | **$2.50** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*



# IMPORTANT ACCOUNT INFORMATION

For customers with Wells Fargo debit, check or ATM cards issued in IN, MN, OH and SD: Starting February 1, 2012, you can begin to use your card to make purchases where you enter your Personal Identification Number (PIN) to authorize your purchase. Refer to the applicable account agreement for more information, or contact the customer service number on your statement.

Account number:  **7529276409**  ■  February 1, 2012 - February 29, 2012  ■  Page 3 of 3



**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801