**DEBTOR:** SVS Holdings, Inc.

**MONTHLY OPERATING REPORT**
CHAPTER 11

**CASE NUMBER** 10-24238-HRT

**Form 2-A**
**COVER SHEET**

For Period Ending:   July 31, 2012

**Accounting Method:**   [x] Accrual Basis   [ ] Cash Basis

## THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

Mark One Box for Each
Required Document:

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [x] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [x] | [ ] | 2. Balance Sheet (Form 2-C) |
| [x] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [x] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [x] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [x] | [ ] | 6. Narrative (Form 2-G) |
| [x] | [ ] | 7. Bank Statements for All Bank Accounts    IMPORTANT: Redact account numbers and remove check images |
| [x] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** Aug 20, 2012   **Print Name:** Kevin Hurst

**Signature:** _Kevin Hurst_

**Title:** CEO, SVS Holdings, Inc.

Rev. 12/10/2009

**DEBTOR:**   SVS Holdings, Inc.                    **CASE NO:**   10-24238-HRT

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   7/1/2012   to   7/31/2012

### CASH FLOW SUMMARY

|  | Current Month | Accumulated |
|---|---|---|
| **1. Beginning Cash Balance** | $        196 (1) | $        100 (1) |
| **2. Cash Receipts** | | |
| Operations | 0 | 0 |
| Sale of Assets | 0 | 0 |
| Loans/advances | 0 | 0 |
| Other | 325 | 3,175 |
| Total Cash Receipts | $        325 | $        3,175 |
| **3. Cash Disbursements** | | |
| Operations | 3 | 355 |
| Debt Service/Secured loan payment | 0 | 0 |
| Professional fees/U.S. Trustee fees | 325 | 2,600 |
| Other | 0 | 127 |
| Total Cash Disbursements | $        328 | $        3,082 |
| **4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements)** | -3 | 93 |
| **5 Ending Cash Balance (to Form 2-C)** | $        193 (2) | $        193 (2) |

### CASH BALANCE SUMMARY

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $        100 |
| DIP Operating Account | Wells Fargo | 93 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | | 0 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $        193 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case. Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 12/10/2009

**DEBTOR:**    SVS Holdings, Inc.                    **CASE NO:**    10-24238-HRT

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  07/01/2012 to 07/31/2012

**CASH RECEIPTS DETAIL**              **Account No:**    7259276409
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 7/20/2012 | Sequoia Voting Systems | Funding from affiliate | 325.00 |

**Total Cash Receipts**                $        325 (1)

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 12/10/2009

**DEBTOR:** SVS Holdings, Inc.

**CASE NO:** 10-24238-HRT

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 07/01/2012 to 07/31/2012

**CASH DISBURSEMENTS DETAIL**
*(attach additional sheets as necessary)*

**Account No:** 7259276409

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 7/30/2012 | 1010 | US Trustee | Quarterly fee | $325.00 |
| 7/31/2012 | NA | Wells Fargo | Monthly service fee | $2.50 |

**Total Cash Disbursements** $ 327.5 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

Form 2-C
## COMPARATIVE BALANCE SHEET
### For Period Ended: 7/31/2012

| | | Current Month | | Petition Date (1) |
|---|---|---:|---|---:|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | $ | 193 | $ | 100 |
| Accounts Receivable (from Form 2-E) | | 0 | | 0 |
| Receivable from Officers, Employees, Affiliates | | 0 | | 0 |
| Inventory | | 0 | | 0 |
| Other Current Assets :(List)   Investments in subsidiary | | 486,803 | | 486,803 |
| | | 0 | | 0 |
| Total Current Assets | $ | 486,996 | $ | 486,903 |
| Fixed Assets: | | | | |
| Land | $ | 0 | $ | 0 |
| Building | | 0 | | 0 |
| Equipment, Furniture and Fixtures | | 0 | | 0 |
| Total Fixed Assets | | 0 | | 0 |
| Less: Accumulated Depreciation | ( | 0 ) | ( | 0 ) |
| Net Fixed Assets | $ | 0 | $ | 0 |
| Other Assets (List):   Intangible Assets, Net | | 6,822,146 | | 6,822,146 |
| Deferred Tax Asset | | 1,304,000 | | 1,304,000 |
| Due from subsidiary | | 1,280,386 | | 1,280,386 |
| **TOTAL ASSETS** | $ | 9,893,528 | $ | 9,893,435 |
| **LIABILITIES** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 0 | $ | 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 0 | | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0 | | 0 |
| Post-petition Notes Payable | | 0 | | 0 |
| Other Post-petition Payable(List): | | 0 | | 0 |
| | | 0 | | 0 |
| Total Post Petition Liabilities | $ | 0 | $ | 0 |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 0 | | 0 |
| Priority Debt | | 0 | | 0 |
| Unsecured Debt | | 12,888,526 | | 12,813,022 |
| Total Pre Petition Liabilities | $ | 12,888,526 | $ | 12,813,022 |
| **TOTAL LIABILITIES** | $ | 12,888,526 | $ | 12,813,022 |
| **OWNERS' EQUITY** | | | | |
| Owner's/Stockholder's Equity | $ | 8,345,893 | | 8,345,893 |
| Retained Earnings - Prepetition | | -11,265,479 | | -11,265,479 |
| Retained Earnings - Post-petition | | -75,410 | | 0 |
| **TOTAL OWNERS' EQUITY** | $ | -2,994,996 | $ | -2,919,586 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 9,893,531 | $ | 9,893,436 |

(1) *Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:**   SVS Holdings, Inc.                              **CASE NO:** 10-24238-HRT

**Form 2-D**
**PROFIT AND LOSS STATEMENT**
**For Period** 7/1/2012 **to** 7/31/2012

| | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 0 | $ 0 |
| Less: Discounts, Returns and Allowances | ( 0 ) | ( 0 ) |
| **Net Operating Revenue** | $ 0 | $ 0 |
| Cost of Goods Sold | 0 | 0 |
| **Gross Profit** | $ 0 | $ 0 |
| Operating Expenses | | |
| Officer Compensation | $ 0 | $ 0 |
| Selling, General and Administrative | 328 | 75,379 |
| Rents and Leases | 0 | 0 |
| Depreciation, Depletion and Amortization | 0 | 0 |
| Other (list): | 0 | 0 |
| | 0 | 0 |
| Total Operating Expenses | $ 328 | $ 75,379 |
| **Operating Income (Loss)** | $ -328 | $ -75,379 |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ 0 | $ 0 |
| Gains (Losses) on Sale of Assets | 0 | 0 |
| Interest Income | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Non-Operating Income | 0 | 0 |
| Net Non-Operating Income or (Expenses) | $ 0 | $ 0 |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ 0 | $ 0 |
| Other Reorganization Expense | 0 | 0 |
| Total Reorganization Expenses | $ 0 | $ 0 |
| **Net Income (Loss) Before Income Taxes** | $ -328 | $ -75,379 |
| Federal and State Income Tax Expense (Benefit) | 0 | 0 |
| **NET INCOME (LOSS)** | $ -328 | $ -75,379 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** SVS Holdings, Inc.                    **CASE NO:** 10-24238-HRT

## Form 2-E
## SUPPORTING SCHEDULES
**For Period:** 7/1/2012 to 7/31/2012

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | $ | 0 $ | 0 $ | 0 | $ | 0 |
| Federal | | | | | | |
| State | | 0 | 0 | 0 | | 0 |
| FICA Tax Withheld | | 0 | 0 | 0 | | 0 |
| Employer's FICA Tax | | 0 | 0 | 0 | | 0 |
| Unemployment Tax | | | | | | |
| Federal | | 0 | 0 | 0 | | 0 |
| State | | 0 | 0 | 0 | | 0 |
| Sales, Use & Excise Taxes | | 0 | 0 | 0 | | 0 |
| Property Taxes | | 0 | 0 | 0 | | 0 |
| Accrued Income Tax: | | | | | | |
| Federal | | 0 | 0 | 0 | | 0 |
| State | | 0 | 0 | 0 | | 0 |
| Other: _____ | | 0 | 0 | 0 | | 0 |
| TOTALS | $ | 0 $ | 0 $ | 0 | $ | 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Comp | Pinnacol Assurance | $ 163,223 | 5/1/2013 | 10/31/2012 |
| General Liability | | $ | | |
| Property (Fire, Theft) | | $ | | |
| Vehicle | | $ | | |
| Other (list): | | $ | | |
| Excess/Umbrella | | $ | | |

Page 1 of 2
Rev. 12/10/2009

DEBTOR: SVS Holdings, Inc.                          CASE NO:   10-24238-HRT

## Form 2-E
## SUPPORTING SCHEDULES
For Period:  07/01/2012 to 07/31/2012

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | | Accounts Receivable | | Post Petition Accounts Payable |
|---|---|---|---|---|
| Under 30 days | $ | 0.00 | $ | 0.00 |
| 30 to 60 days | | 0.00 | | 0.00 |
| 61 to 90 days | | 0.00 | | 0.00 |
| 91 to 120 days | | 0.00 | | 0.00 |
| Over 120 days | | 0.00 | | 0.00 |
| **Total Post Petition** | | 0.00 | | |
| **Pre Petition Amounts** | | 0.00 | | |
| Total Accounts Receivable | $ | 0.00 | | |
| Less:  Bad Debt Reserve | | 0.00 | | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 0.00 | | |
| | | | Total Post Petition Accounts Payable | $ 0.00 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | | Month-end Balance Due * |
|---|---|---|---|---|---|---|---|
| Debtor's Counsel | $ | 11,572 | $     58 | $     0 | 7/8/2010 | $ | 13,211 |
| Counsel for Unsecured Creditors' Committee | | 0 | 0 | 0 | | | 0 |
| Trustee's Counsel | | 0 | 0 | 0 | | | 0 |
| Accountant | | 0 | 0 | 0 | | | 0 |
| Other: | | 0 | 0 | 0 | | | 0 |
| Total | $ | 11,572 | $     58 | $     0 | | $ | 13,211 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | | Amount |
|---|---|---|---|---|
| | | | $ | |
| | | | | |
| | | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended: 7/31/2012

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| July | 2010 | $ 0 | 325 | 1002 | 7/29/2010 |
| August | 2010 | 325 | Payment mailed in July; check cleared account on August 2, 2010 | | |
| September | 2010 | 0 | | | |
| TOTAL 3rd Quarter | | $ 325 | $ 325 | | |
| October | 2010 | $ 0 | 325 | 1003 | 11/01/11 |
| November | 2010 | 325 | Payment mailed in Oct.; check cleared account on November 1, 2010 | | |
| December | 2010 | 0 | | | |
| TOTAL 4th Quarter | | $ 325 | $ 325 | | |
| January | 2011 | $ 0 | 325 | 1004 | 02/28/11 |
| February | 2011 | 325 | Payment mailed in Jan; check cleared account in February | | |
| March | 2011 | 0 | | | |
| TOTAL 1st Quarter | | $ 325 | $ 325 | | |
| April | 2011 | $ 0 | Payment mailed in April; check cleared account May 10, 2011 | | |
| May | 2011 | 325 | | | |
| June | 2011 | 0 | | | |
| TOTAL 2nd Quarter | | $ 325 | 325 | | |
| July | 2011 | $ 0 | 325 | 1006 | 08/02/11 |
| August | 2011 | 325 | Payment mailed in July; check cleared account on August 2, 2011 | | |
| September | 2011 | 0 | | | |
| TOTAL 3rd Quarter | | $ 325 | $ 325 | | |
| October | 2011 | $ 325 | 325 | 1007 | 10/31/11 |
| November | 2011 | 0 | | | |
| December | 2011 | 0 | | | |
| TOTAL 4th Quarter | | $ 325 | 325 | | |
| January | 2012 | $ 325 | 325 | 1008 | 01/17/12 |
| February | 2012 | 0 | | | |
| March | 2012 | 0 | | | |
| TOTAL 1st Quarter | | $ 325 | 325 | | |
| April | 2012 | $ 325 | 325 | 1009 | 04/25/12 |
| May | 2012 | 0 | | | |
| June | 2012 | 0 | | | |
| TOTAL 2nd Quarter | | $ 325 | 325 | | |
| July | 2012 | $ 325 | 325 | 1010 | 07/30/12 |
| August | 2012 | 0 | | | |
| September | 2012 | 0 | | | |
| TOTAL 3rd Quarter | | $ 325 | 325 | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999............ | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999.......... | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999........ | $1,625 | $5,000,000 to $14,999,999 ........ | $13,000 |
| $225,000 to $299,999........ | $1,950 | $15,000,000 to $29,999,999.... | $20,000 |
| $300,000 to $999,999........ | $4,875 | $30,000,000 or more............. | $30,000 |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period
\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

**DEBTOR:** SVS Holdings, Inc.                    **CASE NO:** 10-24238-HRT

Form 2-G
**NARRATIVE**
**For Period Ending:** July 31, 2012

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:**   SVS Holdings, Inc.                    **CASE NO:** 10-24238-HRT

## BANK RECONCILIATION
### For Period Ending:  7/31/2012

## COMPARATIVE BALANCE SHEET
    Petty Cash                               $100
    Cash in Banks                                $93
    Total Cash                               $193

## CASH AS PER BANK STATEMENT
    Wells Fargo Account 7529276409          $93

## ADJUSTING ENTRIES
                                                 $0

## VARIANCE
                                                 $0

# Wells Fargo Simple Business Checking

**Account number:** **7529276409** ■ July 1, 2012 - July 31, 2012 ■ Page 1 of 3



SVS HOLDINGS INC
DEBTOR IN POSSESSION
CH 11 CASE #10-24238 (CO)
1604 PRAIRIE FALCON LN
BROOMFIELD CO 80020-0618

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (163)
P.O. Box 5247
Denver, CO 80274

## Your Business and Wells Fargo

For nine years running, Wells Fargo has loaned more money to small businesses than any other bank.* Let us help you find the right credit solutions for your business. To learn more, talk to a banker, call the number at the top of your statement, or visit us at wellsfargo.com/biz.

*2002-2010 Community Reinvestment Act government data. Equal Housing Lender.

## Account options

*A check mark in the box indicates you have these convenient services with your account.  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $95.96 |
| Deposits/Credits | 325.00 |
| Withdrawals/Debits | - 327.50 |
| **Ending balance on 7/31** | **$93.46** |
| Average ledger balance this period | $200.79 |

Account number: **7529276409**

**SVS HOLDINGS INC**
**DEBTOR IN POSSESSION**
**CH 11 CASE #10-24238 (CO)**

*Colorado account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 102000076

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

Account number:  **7529276409**  ■  July 1, 2012 - July 31, 2012  ■  Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 7/20 | | Online Transfer Ref #Ibejx25S5C From Business Checking Account Funding | 325.00 | | 420.96 |
| 7/30 | 1010 | Check | | 325.00 | 95.96 |
| 7/31 | | Monthly Service Fee | | 2.50 | 93.46 |
| **Ending balance on 7/31** | | | | | 93.46 |
| **Totals** | | | **$325.00** | **$327.50** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount |
|------|------|------|
| 1010 | 7/30 | 325.00 |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Paid and Deposited Items | 1 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Account number:  **7529276409**  ■  July 1, 2012 - July 31, 2012  ■  Page 3 of 3



## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your        $ _____
   register or transfers into           $ _____
   your account which are not           $ _____
   shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801