**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC., | ) | Case No. 10-24238 HRT |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF SMARTMATIC CORPORATION'S MOTION FOR**
**CONVERSION OF CHAPTER 11 CASE TO CASE UNDER CHAPTER 7**

**OBJECTION DEADLINE:  FRIDAY, October 5, 2012**

        **YOU ARE HEREBY NOTIFIED** that Smartmatic Corporation, by its successor in interest, Smartmatic USA Corporation (Smartmatic Corporation and Smartmatic USA Corporation are collectively referred to herein as "Smartmatic) has filed with the Court a Motion for Conversion of Chapter 11 Case to Case Under Chapter 7 (the "Motion"), a copy of which is herewith served on you.

        A hearing on the Motion has been set for **Tuesday, October 16, 2012 at 1:30 p.m..** at the Byron Rogers Courthouse, 1929 Stout Street, **Courtroom C203**, Denver, Colorado 80202.  The hearing will be conducted in accordance with the provisions of L.B.R. 2081-3(c).

        If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

        In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

\\NY - 038124/000002 - 2453229 v1

DATED this 21st day of September, 2012.

ROTHGERBER JOHNSON & LYONS LLP

/s/ *Brent R. Cohen*
Brent R. Cohen, No. 11297
1200 17th Street, Suite 3000
Denver, CO   80202-5839
Tel:       (303) 623-9000
Fax:       (303) 623-9222
E-mail:   bcohen@rothgerber.com

*Attorneys for Smartmatic*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2012, a true and correct copy of SMARTMATIC CORPORATION'S MOTION FOR CONVERSION OF CHAPTER 11 CASE TO CASE UNDER CHAPTER 7 and NOTICE OF SMARTMATIC CORPORATION'S MOTION FOR CONVERSION OF CHAPTER 11 CASE TO CASE UNDER CHAPTER 7 were mailed by depositing same in the United States mail, first class postage prepaid, addressed to the CM/ECF registered attorneys and parties in interest at the addresses of record on the Court's electronic database ("Mailing Matrix") as of the date of service on the attached Service List.

*/s/ Carol Ealey*
OF:  ROTHGERBER JOHNSON & LYONS LLP

Label Matrix for local noticing
1082-1
Case 10-24238-HRT
District of Colorado
Denver
Fri Sep 21 11:16:04 MDT 2012

Avaya, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

CIT Communications Finance Corporation
aka Avaya Financial Services
1162 E. Sonterra Blvd
San Antonio, TX 78258-4047

Chad S. Caby
One Tabor Center
Suite 3000
Denver, CO 80202-5855

Brent R. Cohen
1200 17th St.
Ste. 3000
Denver, CO 80202-5855

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jack Blaine
717 17th St, Suite 310
Denver, CO 80202-3310

Jeffrey P. Bialos
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

Lars Fuller
Baker & Hostetler LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203-1264

Kevin S. Neiman
1660 Lincoln St.
Ste. 1900
Denver, CO 80264-1901

SVS Holdings, Inc.
PO Box 815
Broomfield, CO 80038-0815

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Security & Exchange Commission
Central Regional Office
1801 California St.
Ste. 1500
Denver CO 80202-2656

Sequoia Voting Systems, Inc.
717 17th St, Suite 310
Denver, CO 80202-3310

Smartmatic Corporation
1001 Broken Sound Parkway, Suite D
Boca Raton, FL 33487-3532

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ira S. Greene

(u)Rothgerber Johnson & Lyons LLP

(u)Smartmatic Corporation

(u)Howard R Tallman

(u)Khang V. Tran

End of Label Matrix
Mailable recipients      16
Bypassed recipients       5
Total                    21