## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SVS HOLDINGS, INC.,   ) | Case No. 10-24238 HRT |
| ) | Chapter 11 |
| ) | |
| Debtor.   ) | |

## NOTICE OF SMARTMATIC CORPORATION'S MOTION FOR AUTHORITY AND STANDING TO PROSECUTE CAUSES OF ACTION ON BEHALF OF THE DEBTOR OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A TRUSTEE

### OBJECTION DEADLINE:  FRIDAY, OCTOBER 5, 2012

**YOU ARE HEREBY NOTIFIED** that Smartmatic Corporation, by its successor in interest, Smartmatic USA Corporation (Smartmatic Corporation and Smartmatic USA Corporation are collectively referred to herein as "Smartmatic) has filed a Motion for Authority and Standing to Prosecute Causes of Action on Behalf of the Debtor, or, In the Alternative, For Appointment of a Trustee (the "Motion"), a copy of which is herewith served on you.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

\\NY - 038124/000002 - 2453228 v1

DATED this 21st day of September, 2012.

                                                  ROTHGERBER JOHNSON & LYONS LLP

                                                 /s/ *Brent R. Cohen*
                                                 Brent R. Cohen, No. 11297
                                                 1200 17th Street, Suite 3000
                                                 Denver, CO  80202-5839
                                                 Tel:    (303) 623-9000
                                                 Fax:   (303) 623-9222
                                                 E-mail:  bcohen@rothgerber.com

                                               *Attorneys for Smartmatic*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2012, a true and correct copy of  SMARTMATIC CORPORATION'S MOTION FOR AUTHORITY AND STANDING TO PROSECUTE CAUSES OF ACTION ON BEHALF OF THE DEBTOR OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A TRUSTEE <u>and</u> NOTICE OF SMARTMATIC CORPORATION'S MOTION FOR AUTHORITY AND STANDING TO PROSECUTE CAUSES OF ACTION ON BEHALF OF THE DEBTOR OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A TRUSTEE were mailed by depositing same in the United States mail, first class postage prepaid, addressed to the CM/ECF registered attorneys and parties in interest at the addresses of record on the Court's electronic database ("Mailing Matrix") as of the date of service on the attached Service List.

                                               */s/ Carol Ealey*
                                               OF:  ROTHGERBER JOHNSON & LYONS LLP

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Fri Sep 21 11:16:04 MDT 2012 | Avaya, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | CIT Communications Finance Corporation<br>aka Avaya Financial Services<br>1162 E. Sonterra Blvd<br>San Antonio, TX 78258-4047 |
| Chad S. Caby<br>One Tabor Center<br>Suite 3000<br>Denver, CO 80202-5855 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-0001 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jack Blaine<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Jeffrey P. Bialos<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004-2415 |
| Lars Fuller<br>Baker & Hostetler LLP<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264 | Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264-1901 | SVS Holdings, Inc.<br>PO Box 815<br>Broomfield, CO 80038-0815 |
| Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 | Sequoia Voting Systems, Inc.<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 |
| Smartmatic Corporation<br>1001 Broken Sound Parkway, Suite D<br>Boca Raton, FL 33487-3532 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ira S. Greene | (u)Rothgerber Johnson & Lyons LLP | (u)Smartmatic Corporation |
| (u)Howard R Tallman | (u)Khang V. Tran | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     5<br>Total                   21 |