UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

**SMARTMATIC CORPORATION'S MOTION FOR EXPEDITED HEARING ON MOTION FOR AUTHORITY AND STANDING TO PROSECUTE CAUSES OF ACTION ON BEHALF OF THE DEBTOR OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A TRUSTEE**

Smartmatic Corporation, by its successor in interest, Smartmatic USA Corporation (Smartmatic Corporation and Smartmatic USA Corporation are collectively referred to herein as "Smartmatic), by and through its undersigned attorneys, hereby moves for the setting of an expedited hearing on Smartmatic Corporation's Motion for Authority and Standing to Prosecute Causes of Action on Behalf of the Debtor or, in the Alternative, for Appointment of a Trustee ("Standing Motion"), and states as follows:

1. Contemporaneously with the filing of this Motion, Smartmatic has filed its Standing Motion, in which it seeks authority to assert avoidance actions on behalf of the Debtor's estate for the benefit of unsecured creditors. Alternatively, Smartmatic seeks appointment of a Chapter 11 Trustee.

2. Smartmatic has also filed a Motion for Conversion of Chapter 11 Case to Case Under Chapter 7 ("Conversion Motion"). Pursuant to Local Rule 2081-3, a

\\NY - 038124/000002 - 2453233 v1

preliminary hearing on the Conversion Motion will take place on October 16, 2012, at 1:30 p.m.

3. Smartmatic believes that it is necessary that the Standing Motion be considered on a expedited basis. As explained in the Standing Motion, the deadline for filing avoidance actions in the Debtor's bankruptcy proceeding is currently December 9, 2012. It is imperative that the Standing Motion is considered and decided sufficiently in advance of that deadline so that available avoidance actions can be initiated in a timely fashion. In addition, it will be more convenient and efficient for all parties and the Court if the Standing Motion and the Conversion Motion are heard at the same time.

4. Smartmatic further requests that a preliminary hearing be scheduled on the Standing Motion at the same date and time as the Conversion Motion, which is October 16, 2012, at 1:30 p.m.

5. Setting the date for the preliminary hearing to correspond with that of the Conversion Motion will avoid confusion and make administration and disposition of the motions more efficient. Given the relatively small number of parties in interest involved, an expedited hearing will not prejudice the rights of any party.

WHEREFORE, Smartmatic respectfully requests that the Court enter its Order setting an expedited hearing on the Standing Motion to coincide with the Conversion Motion, and for such other and further relief as is appropriate.

\\NY - 038124/000002 - 2453233 v1

DATED: September 21, 2012

      ROTHGERBER JOHNSON & LYONS LLP

      */s/ Brent R. Cohen*
      Brent R. Cohen, No. 11297
      Chad S. Caby, No. 30927
      One Tabor Center, Suite 3000
      1200 Seventeenth Street
      Denver, CO  80202-5855
      Tel:  (303) 623-9000
      Fax:  (303) 623-9222
      E-mail: bcohen@rothgeber.com
            ccaby@rothgerber.com

      —and—

      HOGAN LOVELLS US LLP
      Ira S. Greene
      Khang V. Tran
      876 Third Avenue
      New York, NY 10022
      Tel:  (212) 918-3000
      Fax:  (212) 918-3100
      Email: Ira.Greene@hoganlovells.com
            Khang.Tran@hoganlovells.com

      *Counsel for Smartmatic*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 21, 2012, a true and correct copy of SMARTMATIC CORPORATION'S MOTION FOR EXPEDITED HEARING ON MOTION FOR AUTHORITY AND STANDING TO PROSECUTE CAUSES OF ACTION ON BEHALF OF THE DEBTOR OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A TRUSTEE were mailed by depositing same in the United States mail, first class postage prepaid, addressed to the CM/ECF registered attorneys and parties in interest at the addresses of record on the Court's electronic database ("Mailing Matrix") as of the date of service on the attached Service List.

      */s/ Carol Ealey*
      OF: ROTHGERBER JOHNSON & LYONS LLP

\\NY - 038124/000002 - 2453233 v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Fri Sep 21 11:16:04 MDT 2012 | Avaya, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | CIT Communications Finance Corporation<br>aka Avaya Financial Services<br>1162 E. Sonterra Blvd<br>San Antonio, TX 78258-4047 |
| Chad S. Caby<br>One Tabor Center<br>Suite 3000<br>Denver, CO 80202-5855 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-0001 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jack Blaine<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Jeffrey P. Bialos<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004-2415 |
| Lars Fuller<br>Baker & Hostetler LLP<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264 | Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264-1901 | SVS Holdings, Inc.<br>PO Box 815<br>Broomfield, CO 80038-0815 |
| Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 | Sequoia Voting Systems, Inc.<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 |
| Smartmatic Corporation<br>1001 Broken Sound Parkway, Suite D<br>Boca Raton, FL 33487-3532 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ira S. Greene | (u)Rothgerber Johnson & Lyons LLP | (u)Smartmatic Corporation |
| (u)Howard R Tallman | (u)Khang V. Tran | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     5<br>Total                  21 |