**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | )    Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | ) |
| | )    Chapter 11 |
| Debtor. | ) |

**ORDER GRANTING MOTION TO SET EXPEDITED HEARING ON SMARTMATIC CORPORATION'S MOTION FOR AUTHORITY AND STANDING TO PROSECUTE CAUSES OF ACTION ON BEHALF OF THE DEBTOR OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A TRUSTEE**

The above-entitled matter having come before the Court on Smartmatic's Motion for Expedited Hearing on Motion for Authority and Standing to Prosecute Causes of Action on Behalf of the Debtor or, in the Alternative, for Appointment of a Trustee ("Motion"); the Court, having reviewed the pleadings filed herein and being otherwise fully advised in the premises, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED;

IT IS FURTHER ORDERED that a hearing on the Standing Motion shall be held on October 16, 2012, at 1:30 p.m., in Courtroom C-203, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

DATED this 24th day of September, 2012.

BY THE COURT:

_Howard Tallman_

Howard R. Tallman, Chief Judge

\\NY - 038124/000002 - 2453235 v1