United States Bankruptcy Court
District of Colorado

In re:  
SVS Holdings, Inc.  
    Debtor

Case No. 10-24238-HRT  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: nguyent     Page 1 of 2     Date Rcvd: Sep 24, 2012  
                  Form ID: pdf904     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2012.  
db        +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty          Rothgerber Johnson & Lyons LLP  
                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 26, 2012**                       **Signature:**    _Joseph Speetjens_

```
District/off: 1082-1          User: nguyent              Page 2 of 2              Date Rcvd: Sep 24, 2012
                              Form ID: pdf904            Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2012 at the address(es) listed below:
              Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com,   cealey@rothgerber.com
              Chad S. Caby    on behalf of Creditor  Smartmatic Corporation ccaby@rothgerber.com,
               kmeans@rothgerber.com
              Kevin S. Neiman    on behalf of Debtor  SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER GRANTING MOTION TO SET EXPEDITED HEARING ON SMARTMATIC CORPORATION'S MOTION FOR AUTHORITY AND STANDING TO PROSECUTE CAUSES OF ACTION ON BEHALF OF THE DEBTOR OR, IN THE ALTERNATIVE, FOR APPOINTMENT OF A TRUSTEE

The above-entitled matter having come before the Court on Smartmatic's Motion for Expedited Hearing on Motion for Authority and Standing to Prosecute Causes of Action on Behalf of the Debtor or, in the Alternative, for Appointment of a Trustee ("Motion"); the Court, having reviewed the pleadings filed herein and being otherwise fully advised in the premises, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED;

IT IS FURTHER ORDERED that a hearing on the Standing Motion shall be held on October 16, 2012, at 1:30 p.m., in Courtroom C-203, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

DATED this 24th day of September, 2012.

BY THE COURT:

_____
Howard R. Tallman, Chief Judge

\\NY - 038124/000002 - 2453235 v1