```
Label Matrix for local noticing          SVS Holdings, Inc.                       US Bankruptcy Court
1082-1                                    PO Box 815                               US Custom House
Case 10-24238-HRT                         Broomfield, CO 80038-0815                721 19th St.
District of Colorado                                                               Denver, CO 80202-2508
Denver
Fri Oct  5 19:35:36 MDT 2012

Avaya, Inc                                CIT Communications Finance Corporation   Colorado Department Of Revenue
c/o RMS Bankruptcy Recovery Services      aka Avaya Financial Services             1375 Sherman St.
P.O. Box 5126                             1162 E. Sonterra Blvd                    Room 504
Timonium, Maryland 21094-5126             San Antonio, TX 78258-4047               Attention Bankruptcy Unit
                                                                                    Denver CO 80261-0001

Internal Revenue Service                  Jack Blaine                              Jeffrey P. Bialos
P.O. Box 7346                             717 17th St, Suite 310                   Sutherland Asbill & Brennan LLP
Philadelphia, PA 19101-7346               Denver, CO 80202-3310                    1275 Pennsylvania Avenue, NW
                                                                                    Washington, DC 20004-2415

Lars Fuller                               Securities and Exchange Commission       Security & Exchange Commission
Baker & Hostetler LLP                     Midwest Regional Office                  Central Regional Office
303 East 17th Avenue                      175 W. Jackson Blvd.                     1801 California St.
Suite 1100                                Ste. 900                                 Ste. 1500
Denver, CO 80203-1264                     Chicago IL 60604-2815                    Denver CO 80202-2656

Sequoia Voting Systems, Inc.              Smartmatic Corporation                   US Trustee
717 17th St, Suite 310                    1001 Broken Sound Parkway, Suite D       999 18th St.
Denver, CO 80202-3310                     Boca Raton, FL 33487-3532                Ste. 1551
                                                                                    Denver, CO 80202-2415

Jack Blaine                               Kevin S. Neiman
c/o Onsager, Staelin & Guyerson           1660 Lincoln St.
1873 S. Bellaire St.                      Ste. 1900
Suite 1401                                Denver, CO 80264-1901
Denver, CO 80222-4359
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Dominion Voting Systems Corporation    (du)Dominion Voting Systems, Inc.        (u)Rothgerber Johnson & Lyons LLP



(u)Smartmatic Corporation                 (u)Ira S. Greene                         (u)Khang V. Tran
```

End of Label Matrix
Mailable recipients    16
Bypassed recipients     6
Total                  22