**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

In re:

SVS HOLDINGS, LLC,

EIN: 26-1850120,

Debtor

Case No. 10-24238-HRT
Chapter 11

_____

**CERTIFICATE OF SERVICE**
_____

I HEREBY CERTIFY that on October 5, 2012, I caused, via prepaid first class mail, a true and correct copy of the *Debtor's Objection to Smartmatic's Motions for Authority and Standing to Prosecute Causes of Action, or Alternatively, Appointment of a Chapter 11 Trustee, or Alternatively, Conversion to Chapter 7* [D.E. 113], to be served on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth as follows:

Brent R. Cohen
Chad S. Caby
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 17th Street
Denver, CO 80202

Eric E. Johnson
David B. Wilson
1700 Lincoln Street Suite 4100
Denver, Colorado 80203

Ira S. Greene
876 Third Avenue
New York, NY 10022

US Trustee
999 18th Street
Suite 1551
Denver, CO 80202

SVS Holdings, Inc.
PO Box 815
Broomfield, CO 80038

-2-

Dated this 8th day of October, 2012.

                HOROWITZ & BURNETT, P.C.

                */s/ Kevin S. Neiman*
                Kevin S. Neiman, #36560
                1660 Lincoln Street, Suite 1900
                Denver, CO 80264
                Telephone: (303) 996-8600
                Fax: (303) 996-8636
                E-mail: kneiman@hblegal.net

                *Counsel for SVS Holdings, Inc.*