UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

| | | |
|---|---|---|
| Date: October 16, 2012 | | HONORABLE HOWARD TALLMAN, Presiding |

| | | | |
|---|---|---|---|
| In re: | SVS HOLDINGS, INC., | Debtor | Case No:10-24238-HRT<br>Chapter 11 |
| | Smartmatic Corporation, | Movant | |
| | | v. | |
| | SVS Holdings, Inc. | Respondent | |

Appearances:

| | | | |
|---|---|---|---|
| Movant | | Counsel | Brent Cohen, Ira Greene, Khang Tran |
| US Trustee | | | Leo Weiss |
| Respondent | | Counsel | Kevin Neiman |
| Creditors | Sequoia Voting Systems<br>Dominion Voting Systems<br>Jack Blaine | | Lars Fuller<br>Richard Johnston and Eric Johnson<br>Michael Guyerson |

Proceedings:   [ ] **Evidentiary Hearing**   [X] **Non-evidentiary Hearing**

Smartmatic Corporation's Motion for Authority and Standing to Prosecute Causes of Action on Behalf of the Debtor Or, in the Alternative, For Appointment of a Trustee (docket #106 and #107) and the Objections filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (#112), SVS Holdings, Inc. (#113), Jack Blaine (#114), and Sequoia Voting Systems, Inc. (#115).

[] Witnesses Sworn:   [] See List Attached   [] Exhibits Admitted:   [] See List Attached

Orders:

[] Relief from stay   [] Granted   [] Denied   [] Dismissed   [] by Default

[] Matter taken under advisement

[] Oral findings of fact and conclusions of law made of record

[] Continued for final hearing to **@** in Courtroom C203, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

[X]   For the reasons stated on the record, this case is CONVERTED to Chapter 7.  Smartmatic's Motion for Authority and Standing is DENIED as MOOT.

| | |
|---|---|
| Date: October 16, 2012 | FOR THE COURT:<br>*Bradford L. Bolton, Clerk of the Bankruptcy Court*<br>    /s/ Kathryn Plonsky<br>By: _____<br>    Judicial Law Clerk |