## UNITED STATED BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| SVS Holdings, Inc. | )  Case No. 10-24238- HRT |
| | )  Chapter 11 |
| Debtor. | ) |
| | ) |

## JUDGMENT

The above-captioned matter came before the Court on the motions filed by creditor Smartmatic Corporation, by its successor in interest Smartmatic USA Corporation, filed on September 21, 2012: the Motion to Convert Case from Chapter 11 to Chapter 7 (docket #103); and Motion for Authority and Standing to Prosecute Causes of Action on Behalf of the Debtor, or in the alternative, to Appoint Trustee (docket #106, #107); as well as the Objections filed by Debtor (docket #113), Dominion Voting Systems (docket #112), Jack Blaine (docket #114) and Sequoia Voting Systems, Inc. (Docket #115). The issues have been determined and a decision has been rendered. In accordance with the Order issued by this Court concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Debtor's case is hereby CONVERTED to one under Chapter 7, and Smartmatic's Motion for Authority and Standing, or in the Alternative, for Appointment of Trustee, is DENIED as MOOT.

Dated this 16th day of October, 2012.

FOR THE COURT:

Bradford L. Bolton, Clerk

By: *Kathryn Allensky*
        Deputy

APPROVED AND ACCEPTED:

By: *Howard Tallman*
        Howard R. Tallman, Judge
        United States Bankruptcy Court