```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                        Case No. 10-24238-HRT
SVS Holdings, Inc.                                            Chapter 7
       Debtor               CERTIFICATE OF NOTICE
District/off: 1082-1          User: patutoj             Page 1 of 2         Date Rcvd: Oct 17, 2012
                              Form ID: 770              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2012.
db           +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815
aty          +Brent R. Cohen,    1200 17th St.,    Ste. 3000,    Denver, CO 80202-5855
aty           Chad S. Caby,    One Tabor Center,    Suite 3000,    Denver, CO  80202-5855
aty          +Christian C. Onsager,    1873 S. Bellaire St.,    Ste. 1401,    Denver, CO 80222-4359
aty          +Eric E. Johnson,    1700 Lincoln St.,    Ste. 4100,    Denver, CO 80203-4541
aty           Lars H. Fuller,    303 E. 17th Ave.,    Ste. 1100,    Denver, CO 80203-1264
cr           +Jack Blaine,    c/o Onsager, Staelin & Guyerson,    1873 S. Bellaire St.,    Suite 1401,
               Denver, CO 80222-4359
13699301     +Avaya, Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
13287360     +CIT Communications Finance Corporation,    aka Avaya Financial Services,    1162 E. Sonterra Blvd,
               San Antonio, TX 78258-4047
12129183     +Jack Blaine,    717 17th St, Suite 310,    Denver, CO 80202-3310
12129184     +Jeffrey P. Bialos,    Sutherland Asbill & Brennan LLP,    1275 Pennsylvania Avenue, NW,
               Washington, DC 20004-2415
12129185     +Lars Fuller,    Baker & Hostetler LLP,    303 East 17th Avenue,    Suite 1100,
               Denver, CO 80203-1264
12133579      Security & Exchange Commission,    Central Regional Office,    1801 California St.,    Ste. 1500,
               Denver CO 80202-2656
12129187     +Smartmatic Corporation,    1001 Broken Sound Parkway, Suite D,    Boca Raton, FL 33487-3532

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: kneiman@hblegal.net Oct 17 2012 23:44:27     Kevin S. Neiman,    1660 Lincoln St.,
               Ste. 1900,    Denver, CO  80264
tr           +EDI: QTHCONNOLLY.COM Oct 17 2012 23:43:00     Tom H. Connolly,    950 Spruce St.,    Suite 1C,
               Louisville, CO 80027-1977
ust           E-mail/Text: ustp.region19@usdoj.gov Oct 17 2012 23:45:34     US Trustee,    999 18th St.,
               Ste. 1551,    Denver, CO 80202-2415
12133577     +EDI: CODEPREV.COM Oct 17 2012 23:43:00     Colorado Department Of Revenue,    1375 Sherman St.,
               Room 504,    Attention Bankruptcy Unit,    Denver CO 80261-0001
12129182      EDI: IRS.COM Oct 17 2012 23:43:00     Internal Revenue Service,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
12133578     +E-mail/Text: bankruptcynoticeschr@sec.gov Oct 17 2012 23:45:45
               Securities and Exchange Commission,    Midwest Regional Office,    175 W. Jackson Blvd.,
               Ste. 900,    Chicago IL 60604-2815
                                                                                             TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Rothgerber Johnson & Lyons LLP
12129186     ##+Sequoia Voting Systems, Inc.,    717 17th St, Suite 310,    Denver, CO 80202-3310
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 19, 2012**                                 **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 1082-1          User: patutoj              Page 2 of 2               Date Rcvd: Oct 17, 2012
                              Form ID: 770               Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2012 at the address(es) listed below:
              Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com, cealey@rothgerber.com
              Chad S. Caby    on behalf of Creditor   Smartmatic Corporation ccaby@rothgerber.com,
               kmeans@rothgerber.com
              Christian C. Onsager    on behalf of Creditor Jack Blaine consager@comcast.net,
               agarcia@osglaw.com;bmoss@osglaw.com
              Eric E. Johnson    on behalf of Interested Party  Dominion Voting Systems Corporation
               eric.johnson@bryancave.com, alicia.berry@bryancave.com
              Kevin S. Neiman    on behalf of Debtor   SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              Lars H. Fuller    on behalf of Creditor   Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;MHerschberger@bakerlaw.com
              Tom H. Connolly    tconnolly@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**FORM B9B_7bna** (Chapter 7 Corporation/Partnership No Asset Case #770)   Case Number **10−24238−HRT**
(12/11)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) Corporation listed below was originally filed under chapter 11 on 6/8/10 and was converted to a case under chapter 7 on 10/16/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### Read All Pages of this Document for Important Information and Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
SVS Holdings, Inc.
PO Box 815
Broomfield, CO 80038

| Case Number:<br>10−24238−HRT | Taxpayer ID/Employer ID/Other Nos.:<br>26−1850120 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264<br>Telephone number:  303−996−8637 | Bankruptcy Trustee (name and address):<br>Tom H. Connolly<br>950 Spruce St.<br>Suite 1C<br>Louisville, CO 80027<br>Telephone number:  (303) 661−9292 |

### Meeting of Creditors

Date:  **November 14, 2012**                    Time:  **11:00 AM**

Location:  **U.S. Trustee 341 Meeting Room, 1999 Broadway, 8th Floor, Suite 830, Room A, Denver, CO 80202**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202−2508<br>Telephone number:  720−904−7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Bradford L. Bolton |
|---|---|
| Hours Open:  Monday − Friday 8:00 AM − 5:00 PM | Date:  10/17/12 |

## EXPLANATIONS

FORM b9b_7bna (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate, if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 15 days of the meeting. |
| −− Refer to Other Side for Important Deadlines and Notices −− | |