```
                          United States Bankruptcy Court
                                District of Colorado
In re:                                                          Case No. 10-24238-HRT
SVS Holdings, Inc.                                              Chapter 11
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1082-1          User: nguyent              Page 1 of 2          Date Rcvd: Oct 17, 2012
                              Form ID: pdf904            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2012.
db           +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815
cr           +Jack Blaine,   c/o Onsager, Staelin & Guyerson,    1873 S. Bellaire St.,    Suite 1401,
               Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Rothgerber Johnson & Lyons LLP
                                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2012**          **Signature:**  *Joseph Speetjens*

```
District/off: 1082-1          User: nguyent              Page 2 of 2              Date Rcvd: Oct 17, 2012
                              Form ID: pdf904            Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2012 at the address(es) listed below:
              Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com, cealey@rothgerber.com
              Chad S. Caby    on behalf of Creditor  Smartmatic Corporation ccaby@rothgerber.com,
               kmeans@rothgerber.com
              Christian C. Onsager    on behalf of Creditor Jack Blaine consager@comcast.net,
               agarcia@osglaw.com;bmoss@osglaw.com
              Eric E. Johnson    on behalf of Interested Party  Dominion Voting Systems Corporation
               eric.johnson@bryancave.com, alicia.berry@bryancave.com
              Kevin S. Neiman    on behalf of Debtor  SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              Lars H. Fuller    on behalf of Creditor  Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;MHerschberger@bakerlaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

| | | |
|---|---|---|
| Date: October 16, 2012 | | HONORABLE HOWARD TALLMAN, Presiding |
| In re: SVS HOLDINGS, INC., | Debtor | Case No:10-24238-HRT Chapter 11 |
| Smartmatic Corporation, | Movant | |
| | v. | |
| SVS Holdings, Inc. | Respondent | |

Appearances:

| | | | |
|---|---|---|---|
| Movant | | Counsel | Brent Cohen, Ira Greene, Khang Tran |
| US Trustee | | | Leo Weiss |
| Respondent | | Counsel | Kevin Neiman |
| Creditors | Sequoia Voting Systems | | Lars Fuller |
| | Dominion Voting Systems | | Richard Johnston and Eric Johnson |
| | Jack Blaine | | Michael Guyerson |

Proceedings:   [ ] **Evidentiary Hearing**        [X] **Non-evidentiary Hearing**

Smartmatic Corporation's Motion for Authority and Standing to Prosecute Causes of Action on Behalf of the Debtor Or, in the Alternative, For Appointment of a Trustee (docket #106 and #107) and the Objections filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (#112), SVS Holdings, Inc. (#113), Jack Blaine (#114), and Sequoia Voting Systems, Inc. (#115).

[] Witnesses Sworn:      [] See List Attached       [] Exhibits Admitted:       [] See List Attached

Orders:
[] Relief from stay         [] Granted     [] Denied      [] Dismissed       [] by Default
[] Matter taken under advisement
[] Oral findings of fact and conclusions of law made of record
[] Continued for final hearing to **@** in Courtroom C203, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

[X]   For the reasons stated on the record, this case is CONVERTED to Chapter 7. Smartmatic's Motion for Authority and Standing is DENIED as MOOT.

Date:   October 16, 2012

FOR THE COURT:
*Bradford L. Bolton, Clerk of the Bankruptcy Court*
          /s/ Kathryn Plonsky
By: _____
          Judicial Law Clerk