United States Bankruptcy Court
District of Colorado

In re:                                                          Case No. 10-24238-HRT
SVS Holdings, Inc.                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1          User: nguyent          Page 1 of 2          Date Rcvd: Oct 17, 2012
                              Form ID: pdf904        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2012.
db           +SVS Holdings, Inc.,   PO Box 815,   Broomfield, CO 80038-0815
cr           +Jack Blaine,   c/o Onsager, Staelin & Guyerson,   1873 S. Bellaire St.,   Suite 1401,
              Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Rothgerber Johnson & Lyons LLP
                                                                 TOTALS: 1, * 0, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Oct 19, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 1082-1          User: nguyent          Page 2 of 2          Date Rcvd: Oct 17, 2012
                              Form ID: pdf904        Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2012 at the address(es) listed below:
```
          Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com,   cealey@rothgerber.com
          Chad S. Caby    on behalf of Creditor  Smartmatic Corporation ccaby@rothgerber.com,
           kmeans@rothgerber.com
          Christian C. Onsager    on behalf of Creditor Jack Blaine consager@comcast.net,
           agarcia@osglaw.com;bmoss@osglaw.com
          Eric E. Johnson    on behalf of Interested Party  Dominion Voting Systems Corporation
           eric.johnson@bryancave.com,  alicia.berry@bryancave.com
          Kevin S. Neiman    on behalf of Debtor  SVS Holdings, Inc. kneiman@hblegal.net,
           dhowell@hblegal.net;thoy@hblegal.net
          Lars H. Fuller    on behalf of Creditor  Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
           icruz@bakerlaw.com;MHerschberger@bakerlaw.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                   TOTAL: 7
```

UNITED STATED BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Howard R. Tallman

In re:                                          )
                                                )
SVS Holdings, Inc.                              )   Case No. 10-24238 HRT
                                                )   Chapter 11
Debtor.                                         )
                                                )
_____             )

### ORDER ON MOTION TO CONVERT AND MOTION FOR AUTHORITY AND STANDING, OR IN THE ALTERNATIVE, FOR APPOINTMENT OF TRUSTEE

THIS MATTER came before the Court on the motions filed by creditor Smartmatic Corporation, by its successor in interest Smartmatic USA Corporation, filed on September 21, 2012: the Motion to Convert Case from Chapter 11 to Chapter 7 (docket #103); and Motion for Authority and Standing to Prosecute Causes of Action on Behalf of the Debtor, or in the alternative, to Appoint Trustee (docket #106, #107); as well as the Objections filed by Debtor (docket #113), Dominion Voting Systems (docket #112), Jack Blaine (docket #114) and Sequoia Voting Systems, Inc. (Docket #115). For the reasons stated on the record at the hearing held on October 16, 2012, the Debtor's case is hereby CONVERTED to one under Chapter 7, and Smartmatic's Motion for Authority and Standing, or in the Alternative, for Appointment of Trustee, is DENIED as MOOT.

Dated this 16th day of October, 2012.

BY THE COURT:

_____
Howard R. Tallman, Chief Judge
United States Bankruptcy Court