United States Bankruptcy Court
District of Colorado

In re:                                                      Case No. 10-24238-HRT
SVS Holdings, Inc.                                          Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1          User: nguyent          Page 1 of 2          Date Rcvd: Oct 17, 2012
                              Form ID: pdf904        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2012.
db          +SVS Holdings, Inc.,    PO Box 815,   Broomfield, CO 80038-0815
cr          +Jack Blaine,   c/o Onsager, Staelin & Guyerson,   1873 S. Bellaire St.,   Suite 1401,
             Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Rothgerber Johnson & Lyons LLP
                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2012**                **Signature:** _Joseph Speetjens_

District/off: 1082-1          User: nguyent          Page 2 of 2          Date Rcvd: Oct 17, 2012
                              Form ID: pdf904        Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2012 at the address(es) listed below:
              Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com,  cealey@rothgerber.com
              Chad S. Caby    on behalf of Creditor  Smartmatic Corporation ccaby@rothgerber.com,
               kmeans@rothgerber.com
              Christian C. Onsager    on behalf of Creditor Jack Blaine consager@comcast.net,
               agarcia@osglaw.com;bmoss@osglaw.com
              Eric E. Johnson    on behalf of Interested Party  Dominion Voting Systems Corporation
               eric.johnson@bryancave.com,  alicia.berry@bryancave.com
              Kevin S. Neiman    on behalf of Debtor  SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              Lars H. Fuller    on behalf of Creditor  Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;MHerschberger@bakerlaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                           TOTAL: 7

**UNITED STATED BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SVS Holdings, Inc.** | ) | **Case No. 10-24238- HRT** |
| | ) | **Chapter 11** |
| **Debtor.** | ) | |
| | ) | |

**JUDGMENT**

The above-captioned matter came before the Court on the motions filed by creditor Smartmatic Corporation, by its successor in interest Smartmatic USA Corporation, filed on September 21, 2012: the Motion to Convert Case from Chapter 11 to Chapter 7 (docket #103); and Motion for Authority and Standing to Prosecute Causes of Action on Behalf of the Debtor, or in the alternative, to Appoint Trustee (docket #106, #107); as well as the Objections filed by Debtor (docket #113), Dominion Voting Systems (docket #112), Jack Blaine (docket #114) and Sequoia Voting Systems, Inc. (Docket #115). The issues have been determined and a decision has been rendered. In accordance with the Order issued by this Court concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Debtor's case is hereby CONVERTED to one under Chapter 7, and Smartmatic's Motion for Authority and Standing, or in the Alternative, for Appointment of Trustee, is DENIED as MOOT.

Dated this 16th day of October, 2012.

FOR THE COURT:

Bradford L. Bolton, Clerk

By: _Kathryn a Pleasly_____
             Deputy

APPROVED AND ACCEPTED:

By: _Howard Tallman_____
       Howard R. Tallman, Judge
       United States Bankruptcy Court