**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238 HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

**AMENDED SCHEDULE OF UNPAID DEBTS**

---

SVS Holdings, Inc. notices the filing of its amended schedule of unpaid debts, a copy of which is **Exhibit A** hereto, pursuant to Fed.R.Bankr.P. 1019(5)(A)(i).

Dated: November 1, 2012.

HOROWITZ & BURNETT, P.C.

*s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:    (303) 996-8600
Fax:          (303) 996-8636
E-mail:       kneiman@hblegal.net

*Attorneys for SVS Holdings, Inc.*

# EXHIBIT A

**In re:   SVS Holdings, Inc.**
**Case No. 10-24238-HRT**

| | **UNPAID DEBTS INCURRED AFTER FILING OF CASE** |
|---|---|
| Sequoia Voting Systems, Inc.<br>717 17th St, Suite 310 -<br>Denver, CO 80202 | $16,712.69 |
| Horowitz & Burnett, P.C.<br>1660 Lincoln Street, Suite 1900<br>Denver, CO 80264 | $22,188.68 |
| Delaware Secretary of State<br>Registered Agent 9000010<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, De 19801 | $132,866.99 |
| **TOTAL** | **$171,768.36** |