## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### The Honorable Howard R. Tallman

In re:

SVS HOLDINGS, LLC,

EIN: 26-1850120,

Case No. 10-24238-HRT
Chapter 11

Debtor

___

## CERTIFICATE OF SERVICE
___

I HEREBY CERTIFY that on November 1, 2012, I caused, via prepaid first class mail, a true and correct copy of the *Schedule of Unpaid Debts* [D.E. 126] and *Amended Schedule of Unpaid Debts* [D.E. 127], to be served on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth on the attached Service List.

Dated this 1st day of November, 2012.

HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Kevin S. Neiman, #36560
1660 Lincoln Street, Suite 1900
Denver, CO 80264
Telephone: (303) 996-8600
Fax: (303) 996-8636
E-mail: kneiman@hblegal.net

*Counsel for SVS Holdings, Inc.*

# SERVICE LIST

```
Label Matrix for local noticing      Chad S. Caby                    Brent R. Cohen
1082-1                               One Tabor Center                1200 17th St.
Case 10-24238-HRT                    Suite 3000                      Ste. 3000
District of Colorado                 Denver, CO 80202-5855           Denver, CO 80202-5855
Denver
Wed Oct 31 16:47:03 MDT 2012

Tom H. Connolly                      Lars H. Fuller                  Eric E. Johnson
950 Spruce St.                       303 E. 17th Ave.                1700 Lincoln St.
Suite 1C                             Ste. 1100                       Ste. 4100
Louisville, CO 80027-1977            Denver, CO 80203-1264           Denver, CO 80203-4541


                                     Christian C. Onsager            US Trustee
                                     1873 S. Bellaire St.            999 18th St.
                                     Ste. 1401                       Ste. 1551
                                     Denver, CO 80222-4359           Denver, CO 80202-2415



End of Label Matrix
Mailable recipients     8
Bypassed recipients     0
Total                   8
```