IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238 HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

_____

**AMENDED CERTIFICATE OF SERVICE**
_____

I HEREBY CERTIFY that I caused, via prepaid first class mail, true and correct copies of the *Schedule of Unpaid Debts* [D.E. 126] and the *Amended Schedule of Unpaid Debts* [D.E. 127] to be served on October 31, 2012 and November 1, 2012, respectively, on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth on the attached Service List.

Dated this 1st day of November, 2012.

HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Kevin S. Neiman, #36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:     (303) 996-8600
Fax:                (303) 996-8636
E-mail:           kneiman@hblegal.net

*Counsel for SVS Holdings, Inc.*

# SERVICE LIST

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Wed Oct 31 16:47:03 MDT 2012 | Chad S. Caby<br>One Tabor Center<br>Suite 3000<br>Denver, CO 80202-5855 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 |
| Tom H. Connolly<br>950 Spruce St.<br>Suite 1C<br>Louisville, CO 80027-1977 | Lars H. Fuller<br>303 E. 17th Ave.<br>Ste. 1100<br>Denver, CO 80203-1264 | Eric E. Johnson<br>1700 Lincoln St.<br>Ste. 4100<br>Denver, CO 80203-4541 |
| | Christian C. Onsager<br>1873 S. Bellaire St.<br>Ste. 1401<br>Denver, CO 80222-4359 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |

End of Label Matrix
Mailable recipients   8
Bypassed recipients   0
Total                 8