## Kevin S. Neiman Biography

Originally from Michigan, Kevin graduated from Bradley University in Peoria, Illinois with a BS in marketing in 1993. In 1996, he graduated law school with honors from the University of Miami School of Law in Coral Gables, Florida. He is admitted to the Florida and Colorado Bars, as well as the United States Court of Appeals for the Eleventh Circuit, and the United States District Courts for the Districts of Colorado and Southern District of Florida. From 1996 to 2005, Kevin practiced with the insolvency and creditor rights departments of New York-based Stroock LLP, Florida-based Bilzin Sumberg Baena Price & Axelrod LLP, and his own Florida firm. Thereafter, he moved to Colorado and began working with Horowitz & Burnett, P.C. (and a former entity with the same principals as Horowitz & Burnett, P.C.), also focusing on insolvency and creditor rights, but expanding his practice to include complex commercial and intellectual property litigation, and commercial transactions.

During his practice, Kevin has predominantly practiced bankruptcy law, representing chapter 7 and 11 trustees, liquidating trustees, disbursing agents, chapter 7 individual and corporate debtors, chapter 11 corporate debtors, and unsecured and secured creditors in chapter 7 and 11 corporate cases. His practice also includes representing receivers, and attending to commercial and intellectual property litigation, assignments for the benefit of creditors, and commercial transactions.

Professionally, Kevin actively participates in The Faculty of Federal Advocates *Pro Bono* Program and the DBA Mentoring Program. In addition, he is a member of the Bankruptcy Section for the Colorado Bar Association, the American Bankruptcy Institute, the Southern District of Florida Bankruptcy Bar Association, and the CBA/DBA Professionalism Coordinating Council. He has also periodically judged the local high school moot court competition.