Horowitz & Burnett, P.C.
1660 Lincoln Street, Suite 1900
Denver, CO 80264
(303) 996-8600
Federal Tax ID #27-0892802

SVS Holdings, Inc.
PO Box 815
Broomfield  CO  80038

Attn: Kevin Hurst, CEO

Page: 1
10/24/2012
Account No:   3727-10005
Statement No:   30

Re: Case Administration

Interim Statement

**Payments received after 10/24/2012 are not included on this statement.**

Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/01/2011 | KSN | Emails to and from Mr. Hurst regarding postpetition vendor. | 0.10 | 29.00 |
| 06/08/2011 | KSN | Emails to and from Mr. Cohen regarding 2004 examination dates. | 0.30 | 87.00 |
| 06/14/2011 | KSN | Receipt and review letter and attachments from Smartmatic counsel, emails to and from Mr. Cohen regarding same, and emails to and from Mr. Hurst regarding waiver (.4); and draft email to Mr. Cohen regarding scope of examination and defense of same (.3). | 0.70 | 203.00 |
| 06/15/2011 | KSN | Email to Mr. Cohen regarding examinations. | 0.20 | 58.00 |
| 06/20/2011 | KSN | Emails to and from US Trustee regarding status of case and further attention to same. | 0.20 | 58.00 |
| 06/21/2011 | KSN | Review and file May monthly operating report and email same to Mr. Hurst (.5); and email to Mr. Cohen regarding examinations (.1). | 0.60 | 174.00 |
| 06/22/2011 | KSN | Emails to and from Mr. Cohen regarding examinations. | 0.10 | 29.00 |
| 07/06/2011 | KSN | Telephone conference with Mr. Cohen regarding examinations; emails to and from Mr. Hurst regarding same. | 0.10 | 29.00 |
|  | KSN | Telephone conference with Mr. Cohen regarding discovery. | 0.10 | 29.00 |

SVS Holdings, Inc.

Page: 2
10/24/2012
Account No: 3727-10005
Statement No: 30

Re: Case Administration

| Date | | Description | Hours | |
|---|---|---|---|---|
| 07/11/2011 | KSN | Emails to and from Messrs. Fuller and Hurst regarding examination (.1); and receipt and review pro hac vice motions and email same to Mr. Hurst (.1). | 0.20 | 58.00 |
| 07/12/2011 | KSN | Receipt and review discovery letters from Mr. Cohen and pro hac vice orders, and email same to Mr. Hurst. | 0.40 | 116.00 |
| 07/13/2011 | KSN | Receipt and review third discovery letter from Mr. Cohen, and emails to and from Mr. Hurst regarding same (.1); and review discovery (.3). | 0.40 | 116.00 |
| 07/14/2011 | KSN | Emails to and from Mr. Hurst regarding examinations and further attention to same. | 0.20 | 58.00 |
| 07/15/2011 | KSN | Telephone conference with Mr. Cohen regarding documents and email to Mr. Hurst regarding same. | 0.30 | 87.00 |
| 07/18/2011 | KSN | Prepare for examinations, including reviewing subpoenas and responses to same and meet with client regarding same (1.9); telephone conference with Mr. Cohen regarding same (.1); email to Mr. Cohen regarding same (.2); and receipt and review additional Mr. Hurst documents and email same to Mr. Cohen (.6). | 2.80 | 812.00 |
| 07/19/2011 | KSN | Examination preparation. | 2.20 | 638.00 |
| 07/20/2011 | KSN | Prepare for and attend Jack Blaine examination. | 8.20 | 2,378.00 |
| 07/21/2011 | KSN | Prepare for and attend Kevin Hurst examination (4.9); and review and cause June monthly operating report to be filed (.2). | 5.10 | 1,479.00 |
| 07/22/2011 | KSN | Prepare for and attend Peter McManely examination. | 3.90 | 1,131.00 |
| 08/02/2011 | KSN | Receipt and review Blaine deposition transcript. | 0.60 | 174.00 |
| 08/03/2011 | KSN | Telephone conference with Messrs. Cohen and Fuller regarding creditor inquiry. | 0.10 | 29.00 |
| 08/04/2011 | KSN | Email to Mr. Cohen regarding requested information. | 0.10 | 29.00 |

SVS Holdings, Inc.

Re: Case Administration

Page: 3
10/24/2012
Account No: 3727-10005
Statement No: 30

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/05/2011 | KSN | Receipt and review Mr. Hurst transcript (1.1); emails to and from court reporter regarding same (.1); and email to Mr. Hurst regarding same (.1). | 1.30 | 377.00 |
| 08/09/2011 | KSN | Receipt and review Mr. Hurst edits to transcript (.4); receipt and review letter and related documents from court reporter (.2); and email to Mr. Hurst regarding same (.1). | 0.70 | 203.00 |
| 08/10/2011 | KSN | Emails to and from Mr. Hurst regarding examination. | 0.10 | 29.00 |
| 08/22/2011 | KSN | Review and cause monthly operating report to be filed. | 0.20 | 58.00 |
| 08/26/2011 | KSN | Receipt and review documents. | 0.10 | 29.00 |
| 09/21/2011 | KSN | Review and cause monthly operating report to be filed (.2); and receipt and review status of settlement and accounts for subsidiary (.2). | 0.40 | 116.00 |
| 09/22/2011 | KSN | Email monthly operating report to Mr. Hurst. | 0.10 | 29.00 |
| 10/06/2011 | KSN | Receipt and review notices of deposition. | 0.10 | 29.00 |
| 10/07/2011 | KSN | Email from Mr. Fuller regarding examination and privilege. | 0.10 | 29.00 |
| 10/14/2011 | KSN | Telephone conference with Mr. Hurst regarding deposition notices; and draft email to Mr. Cohen. | 0.20 | 58.00 |
| 10/18/2011 | KSN | Email to Mr. Cohen regarding depositions. | 0.20 | 58.00 |
| 10/21/2011 | KSN | Finalize and cause filing of monthly operating report. | 0.10 | 29.00 |
| | TH | Finalize and efile monthly operating report; calendar/tickle next month's report deadline; email filed copy to client. | 0.20 | 16.00 |
| 11/02/2011 | KSN | Emails to and from Mr. Hurst regarding examinations (.1); email to Mr. Cohen regarding same (.1); and receipt and review emails to and from Dominion and Sequoia counsel regarding same (.2). | 0.40 | 116.00 |
| 11/03/2011 | KSN | Emails from Mr. Fuller regarding examinations. | 0.10 | 29.00 |

| | | | Page: 4 |
|---|---|---|---|
| SVS Holdings, Inc. | | | 10/24/2012 |
| | | Account No: | 3727-10005 |
| | | Statement No: | 30 |
| Re: Case Administration | | | |

| | | | Hours | |
|---|---|---|---|---|
| 11/04/2011 KSN | Receipt and review examination emails from Messrs. Hurst and Fuller. | | 0.20 | 58.00 |
| 11/08/2011 KSN | Email to Mr. Cohen regarding examinations. | | 0.10 | 29.00 |
| 11/09/2011 KSN | Emails to and from counsel for Smartmatic regarding examinations (.1); and telephone conference with Mr. Fuller regarding same (.2). | | 0.30 | 87.00 |
| 11/10/2011 KSN | Receipt and review pro hac vice motions and email same to Mr. Hurst. | | 0.20 | 58.00 |
| 11/14/2011 KSN | Receipt and review pro hac vice orders and email same to Mr. Hurst. | | 0.10 | 29.00 |
| 11/16/2011 KSN | Receipt and review email from Smartmatic counsel regarding Dominion examinations (.1); research and draft response and email same (.7); and receipt and review emails to and from Dominion counsel (.1). | | 0.90 | 261.00 |
| 11/21/2011 KSN | Emails to and from Mr. Hurst regarding MOR (.1); and receipt and review monthly operating report and cause same to be filed (.3). | | 0.40 | 116.00 |
| 12/02/2011 KSN | Attention to moving for authorization to attend 2004 examinations. | | 0.10 | 29.00 |
| 12/05/2011 KSN | Further research regarding who may attend 2004 examinations. | | 0.80 | 232.00 |
| 12/07/2011 KSN | Receipt and review notices of cancellation of examinations and email to Mr. Hurst regarding same. | | 0.10 | 29.00 |
| 12/08/2011 KSN | Attention to scheduling of examinations. | | 0.10 | 29.00 |
| 12/21/2011 KSN | Review monthly operating report and cause same to be filed. | | 0.10 | 29.00 |
| 01/03/2012 KSN | Emails to and from Mr. Weiss regarding status and email to Mr. Hurst regarding same. | | 0.10 | 29.00 |
| 01/04/2012 KSN | Emails to and from Mr. Weiss regarding status. | | 0.10 | 29.00 |
| 01/20/2012 KSN | Review and finalize monthly operating report. | | 0.30 | 87.00 |

SVS Holdings, Inc.

Page: 5
10/24/2012
Account No: 3727-10005
Statement No: 30

Re: Case Administration

| Date | | Description | Hours | |
|---|---|---|---:|---:|
| 01/23/2012 | | | | |
| | TH | Finalize and efile monthly operating report, and calendar/tickle next report deadline. | 0.10 | 8.00 |
| | KSN | Cause monthly operating report to be filed and email same to Mr. Hurst. | 0.10 | 29.00 |
| 02/21/2012 | | | | |
| | KSN | Review and cause filing of monthly operating report and emails to and from Mr. Hurst regarding same. | 0.40 | 116.00 |
| 03/21/2012 | | | | |
| | KSN | Review and cause filing of monthly operating report and email same to Mr. Hurst. | 0.20 | 58.00 |
| 03/30/2012 | | | | |
| | KSN | Email to Mr. Weiss regarding status. | 0.20 | 58.00 |
| 04/02/2012 | | | | |
| | KSN | Email to Mr. Weiss regarding status and calendar date to provide further status report (.1); and telephone conference with Messrs. Fuller and Onsager regarding tolling agreement. (.5). | 0.60 | 174.00 |
| 04/19/2012 | | | | |
| | KSN | Receipt and review emails from Messrs. Onsager and Fuller regarding tolling agreement. | 0.10 | 29.00 |
| 04/20/2012 | | | | |
| | TH | Finalize and e-file monthly operating report and email copy to Mr. Hurst. | 0.10 | 8.00 |
| | KSN | Review and cause filing of monthly operating report. | 0.10 | 29.00 |
| 04/23/2012 | | | | |
| | KSN | Receipt and review draft tolling agreement. | 0.20 | 58.00 |
| 04/30/2012 | | | | |
| | KSN | Email to Mr. Weiss regarding status. | 0.10 | 29.00 |
| 05/21/2012 | | | | |
| | KSN | Emails to and from Mr. Hurst regarding status (.1); and receipt and review monthly operating report and cause same to be filed (.2). | 0.30 | 87.00 |
| | TH | Finalize and e-file monthly operating report. | 0.10 | 8.00 |
| 06/01/2012 | | | | |
| | KSN | Email to Mr. Weiss regarding status report. | 0.20 | 58.00 |
| 06/19/2012 | | | | |
| | TH | Finalize and efile monthly operating report. | 0.20 | 16.00 |

SVS Holdings, Inc.

Re: Case Administration

| | | | | Page: 6 |
|---|---|---|---|---|
| | | | | 10/24/2012 |
| | | | Account No: | 3727-10005 |
| | | | Statement No: | 30 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 06/22/2012 | KSN | Emails to and from Mr. Weiss regarding status (.1); and email to Messrs. Hurst and Fuller regarding same (.2). | 0.30 | 87.00 |
| 06/25/2012 | KSN | Email to Mr. Weiss regarding status of case. | 0.20 | 58.00 |
| 07/20/2012 | KSN | Receipt and review June monthly operating report and cause same to be filed, and email same to Mr. Hurst. | 0.20 | 58.00 |
| 08/20/2012 | KSN | Receipt and review draft monthly operating report and cause same to be filed. | 0.20 | 58.00 |
| 08/28/2012 | KSN | Emails to and from Mr. Weiss regarding status. | 0.10 | 29.00 |
| 09/21/2012 | TH | Finalize and efile monthly operating report. | 0.10 | 8.00 |
| | KSN | Review monthly operating report and cause same to be filed. | 0.20 | 58.00 |
| 09/24/2012 | KSN | Review filed Smartmatic documents (.5); prepare for and attend conference call with Messrs. Fuller and Hurst regarding same (1.5); and telephone conference with Mr. Cohen regarding same (.1). | 2.10 | 609.00 |
| 09/27/2012 | KSN | Prepare for and telephone conference with Smartmatic counsel (.5); and telephone conferences with Messrs. Fuller and Hurst regarding same (.5). | 1.00 | 290.00 |
| 10/04/2012 | KSN | Review Smartmatic motions and research and draft objection to same. | 3.30 | 957.00 |
| 10/05/2012 | KSN | Continue to research and draft objection to motions, and cause filing and service of same. | 5.50 | 1,595.00 |
| 10/10/2012 | KSN | Begin to prepare for hearing, including begin to draft hearing outline and assemble relevant documents. | 1.30 | 377.00 |
| 10/11/2012 | KSN | Continue to prepare for hearing and draft outline. | 1.20 | 348.00 |
| 10/12/2012 | KSN | Continue to prepare for hearing and draft outline. | 2.90 | 841.00 |
| 10/13/2012 | KSN | Continue to prepare for hearing and draft outline. | 1.00 | 290.00 |

SVS Holdings, Inc.

Re: Case Administration

|  |  | Page: 7 |
|---|---|---|
|  |  | 10/24/2012 |
|  | Account No: | 3727-10005 |
|  | Statement No: | 30 |

|  |  |  | Hours |  |
|---|---|---|---|---|
| 10/14/2012 |  |  |  |  |
| KSN | Continue to prepare for hearing and draft outline. |  | 1.30 | 377.00 |
| 10/15/2012 |  |  |  |  |
| KSN | Research standing issues (2.7); and continue to prepare for hearing and draft outline (1.5). |  | 4.20 | 1,218.00 |
| 10/16/2012 |  |  |  |  |
| KSN | Finalize preparation for hearing and attend same. |  | 7.20 | 2,088.00 |
|  | For Current Services Rendered |  | 70.40 | 20,248.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin S Neiman | 69.60 | $290.00 | $20,184.00 |
| Trulee Hoy | 0.80 | 80.00 | 64.00 |

### Expenses

| 06/30/2011 | Photocopy charges | 60.00 |
|---|---|---|
| 08/31/2011 | Photocopy charges | 0.80 |
| 08/31/2011 | Postage | 1.08 |
| 09/30/2011 | Photocopy charges | 2.80 |
| 02/29/2012 | Photocopy charges | 2.80 |
|  | Total Expenses | 67.48 |
|  | Previous Balance | $22,691.08 |
|  | Total Current Work | 20,315.48 |

### Payments

| 07/27/2011 | Client fund payment. | -22,691.08 |
|---|---|---|
|  | Balance Due | $20,315.48 |

### Client Funds

|  | Beginning Client Funds Balance | $38,033.00 |
|---|---|---|
| 07/27/2011 | Client fund payment. | -22,691.08 |
| 07/27/2011 | Client fund payment for matter 3727.10006 - Claims Administration | -116.00 |
| 07/27/2011 | Client fund payment for matter 3727.10007 - Fee/Employment Application | -1,914.00 |
| 07/27/2011 | Client fund payment for matter 3727.10012 - Meetings of Creditors | -1,711.00 |
| 07/27/2011 | Client fund payment for matter 3727.10013 - Plan & Disclosure | -29.00 |
|  | Ending Client Funds Balance | $11,571.92 |