Horowitz & Burnett, P.C.
1660 Lincoln Street, Suite 1900
Denver, CO 80264
(303) 996-8600
Federal Tax ID #27-0892802

SVS Holdings, Inc.
PO Box 815
Broomfield  CO  80038

Attn: Kevin Hurst, CEO

Page: 1
10/24/2012
Account No: 3727-10007
Statement No: 30

Re: Fee/Employment Applications

Interim Statement

**Payments received after 10/24/2012 are _not_ included on this statement.**

Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/13/2011 | KSN | Draft first interim fee application. | 1.50 | 435.00 |
| 06/29/2011 | KSN | Draft first interim fee application, proposed order, notice, and cover sheet. | 1.60 | 464.00 |
| 06/30/2011 | KSN | Finalize and cause filing and service of first interim fee application and email same to Mr. Hurst. | 1.20 | 348.00 |
| | TH | Review fee application and calculations for same (1.3); prepare certificate of service regarding same (.1); and prepare exhibits (.4). | 1.80 | 144.00 |
| 07/01/2011 | TH | Finalize and efile Certificate of Service regarding first interim fee application. | 0.20 | 16.00 |
| 07/22/2011 | KSN | Review and revise certificate of non-contested matter on first interim fee application. | 0.20 | 58.00 |
| | TH | Draft certificate of non-contested matter regarding first interim fee application. | 0.20 | 16.00 |
| 07/25/2011 | KSN | Finalize and cause filing of amended certificate of service and certificate of non-contested matter. | 0.10 | 29.00 |
| | TH | Finalize and efile amended certificate of service and certificate of non-contested matter. | 0.20 | 16.00 |

SVS Holdings, Inc.

Page: 2
10/24/2012
Account No: 3727-10007
Statement No: 30

Re: Fee/Employment Applications

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 07/26/2011 |  |  |  |  |  |
|  | KSN | Receipt and review fee application order. |  | 0.10 | 29.00 |
|  |  | For Current Services Rendered |  | 7.10 | 1,555.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kevin S Neiman | 4.70 | $290.00 | $1,363.00 |
| Trulee Hoy | 2.40 | 80.00 | 192.00 |

| Previous Balance | $1,914.00 |
|---|---|
| Total Current Work | 1,555.00 |

Payments

| 07/27/2011 | Client fund payment. | -1,914.00 |
|---|---|---|

| Balance Due | $1,555.00 |
|---|---|