IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | |
|---|---|
| In re: ) | |
| ) | |
| SVS HOLDINGS, INC. ) | Case No. 10-24238 HRT |
| ) | |
| EIN: 26-1850120, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

**COVER SHEET TO FINAL FEE APPLICATION BY HOROWITZ & BURNETT, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | HOROWITZ & BURNETT, P.C. |
| Authorized to Provide Professional Services to: | SVS HOLDINGS, INC. |
| Date of Order Authorizing Employment: | June 8, 2010 |
| Period for Which Compensation Is Sought: | June 1, 2011 to October 16, 2012 |
| Amount of Fees Sought: | $21,803 |
| Amount of Expense Reimbursement Sought: | $67.48 |
| Total Fees and Expenses Sought: | $21,870.48 |

This is a(n):  Interim Application [ ] or Final Application [X]

Dated: November 2, 2012.

HOROWITZ & BURNETT, P.C.

*/s/ Kevin S. Neiman*
Kevin S. Neiman, # 36560
1660 Lincoln Street, Suite 1900
Denver, CO  80264
Telephone:   (303) 996-8600
Fax:              (303) 996-8636
E-mail:         kneiman@hblegal.net

***Attorneys for SVS Holdings, Inc.***