IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238 HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF FINAL FEE APPLICATION BY HOROWITZ & BURNETT, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

# OBJECTION DEADLINE: NOVEMBER 23, 2012

**YOU ARE HEREBY NOTIFIED** that Horowitz & Burnett, P.C. ("**HB**"), has filed its *Final Fee Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* (the "**Application**") with the Bankruptcy Court and requests the following relief: entry of an Order allowing an aggregate final award in the amount of $48,331.56, which amount consists of (i) legal fees in the amount of $21,803 for services rendered from June 1, 2011 to through and including October 16, 2012 (the "**Application Period**"); (ii) costs in the amount of $67.48 incurred by HB during the Application Period; and (iii) a final award of amounts previously awarded to HB on an interim basis in the amount of $26,461.08 (for services rendered and costs incurred from June 8, 2010 to through and including May 31, 2011).

If you oppose the Application or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Bankruptcy Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Bankruptcy Court may approve or grant the requested relief without any further notice

to creditors or other interested parties.

    Dated: November 2, 2012.

                                                                HOROWITZ & BURNETT, P.C.

                                                                */s/ Kevin S. Neiman*
                                                                 Kevin S. Neiman, # 36560
                                                                1660 Lincoln Street, Suite 1900
                                                                Denver, CO  80264
                                                                Telephone:    (303) 996-8600
                                                                Fax:               (303) 996-8636
                                                                E-mail:           kneiman@hblegal.net

                                                               ***Attorneys for SVS Holdings, Inc.***