**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238 HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 2, 2012, I caused, via prepaid first class mail, a true and correct copy of the *Final Fee Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* (Dkt. No. 130) (with Exhibits A-C), proposed order (Dkt. No. 130-4), *Cover Sheet to Final Fee Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* (Dkt. No. 131), and *Notice of Final Fee Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* (Dkt. No. 132) to be served on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, which and who are set forth on the attached Service List.

    Dated: November 2, 2012.

                              Respectfully submitted,

                              HOROWITZ & BURNETT, P.C.

                              */s/ Kevin S. Neiman*
                              Kevin S. Neiman, # 36560
                              1660 Lincoln Street, Suite 1900
                              Denver, CO  80264
                              Telephone:    (303) 996-8600
                              Fax:             (303) 996-8636
                              E-mail:          kneiman@hblegal.net

                              ***Attorneys for SVS Holdings, Inc.***

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Fri Nov  2 13:17:07 MDT 2012 | SVS Holdings, Inc.<br>PO Box 815<br>Broomfield, CO 80038-0815 | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2508 |
| Avaya, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | CIT Communications Finance Corporation<br>aka Avaya Financial Services<br>1162 E. Sonterra Blvd<br>San Antonio, TX 78258-4047 | Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-0001 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jack Blaine<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Jeffrey P. Bialos<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004-2415 |
| Lars Fuller<br>Baker & Hostetler LLP<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 |
| Sequoia Voting Systems, Inc.<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Smartmatic Corporation<br>1001 Broken Sound Parkway, Suite D<br>Boca Raton, FL 33487-3532 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |
| Jack Blaine<br>c/o Onsager, Staelin & Guyerson<br>1873 S. Bellaire St.<br>Suite 1401<br>Denver, CO 80222-4359 | | Tom H. Connolly<br>950 Spruce St.<br>Suite 1C<br>Louisville, CO 80027-1977 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Dominion Voting Systems Corporation | (du)Dominion Voting Systems, Inc. | (u)Rothgerber Johnson & Lyons LLP |
| (u)Sequoia Voting Systems, Inc. | (u)Smartmatic Corporation | (u)Ira S. Greene |
| (u)Khang V. Tran | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     7<br>Total                  24 | |