UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re | |
| SVS HOLDINGS, INC. | Case No. 10-24238 HRT<br>Chapter 7 |
| Debtor. | |

### APPLICATION TO EMPLOY FOSTER GRAHAM MILSTEIN & CALISHER LLP AS COUNSEL FOR CHAPTER 7 TRUSTEE

Tom Connolly, Chapter 7 Trustee (the "Trustee") for the bankruptcy case of SVS Holdings, Inc. (the "Debtor"), requests that the Court enter an order approving the employment of Foster Graham Milstein & Calisher LLP ("FGMC") pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a), as his counsel, effective as of the date of this Application, and in support thereof, states as follows:

1. On June 8, 2010 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). On October 16, 2012, the Court entered its Order converting the case to a Chapter 7 proceeding.

2. Mr. Connolly is the duly appointed Chapter 7 Trustee.

3. The Trustee desires pursuant to Bankruptcy Code § 327(a) to employ FGMC as his counsel to perform the following professional services:

   a. To investigate any and all legal proceedings for the purpose of collecting assets for the bankruptcy estate.

   b. To investigate and prosecute all proceedings concerning the Debtor.

   c. To investigate and prosecute all contested matters and adversary proceedings (except as provided herein).

   d. To assist in the investigation and liquidation of the Debtor's bankruptcy estate.

   e. Any other legal services necessary to assist the Trustee with carrying out his duties under the Bankruptcy Code.

4. It is necessary for the Trustee to employ counsel for the foregoing professional services.

5. FGMC will act as "general counsel" for the Trustee and will generally handle all legal matters for the Trustee that require counsel. However, the Trustee intends to pursue

avoidance claims against Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. ("collectively, "Dominion") with respect to certain pre-petition transfers of the Debtor's assets. The Trustee intends to employ separate special counsel to prosecute claims against Dominion, and FGMC will not assist the Trustee with those claims, other than for occasional strategic advice with respect to those claims.

6. The attorneys of the firm of FGMC are duly admitted to practice law before this Court and are qualified to represent the Trustee in this bankruptcy case and related proceedings. FGMC has agreed to serve as counsel for the Trustee, with all interim and final fee applications subject to review by this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

7. To the best of the Trustee's knowledge, FGMC does not hold or represent an interest adverse to the Debtor's bankruptcy estate. Except as explained in this Application and the Verified Statement of Daniel J. Garfield of FGMC, attached hereto as Exhibit 1, pursuant to Bankruptcy Code § 327(a), FGMC does not hold or represent any interest adverse to the Debtor's estate or any other party in interest, and its attorneys and employees have no connection with the estate, the Debtors, its creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee's Office, except that FGMC may from time to time represent other Chapter 7 panel trustees in the District of Colorado in unrelated cases and Chapter 7 debtors in which the Trustee has been appointed Chapter 7 trustee.

8. FGMC has conducted an examination using the firm's internal conflict checking procedure of all of the creditors of the Debtors and any other party in interest to determine whether FGMC represents or has represented them in connection with the Debtors or in other matters. As described in more detail in Mr. Garfield's verified statement, from time to time in matters wholly unrelated to the Debtors, FGMC, attorneys represent or have represented entities that are creditors or affiliates of creditors of the Debtors. The attorneys and employees of FGMC are "disinterested persons" as that term is defined in the Bankruptcy Code.

9. FGMC will bill for its services at the firm's hourly rates as follows:

| | |
|---|---|
| Daniel J. Garfield (attorney) | $325 |
| Olga Brusilovskaya (paralegal) | $125 |

Where appropriate, FGMC will use the services of other attorneys, paralegals and other FGMC personnel to represent the Trustee's interests efficiently and effectively.

**WHEREFORE**, the Trustee requests that the Court enter an Order authorizing the employment of FGMC to represent him in this Chapter 7 case and related proceedings, with all fees and expenses subject to review and approval by the Court under applicable law, nunc pro tunc, November 7, 2012, and that the Court grant such other relief as is just and equitable.

DATED: November 7, 2012

**FOSTER GRAHAM MILSTEIN & CALISHER, LLP**

_/s/ Daniel J Garfield_
Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado 80209
Tel: (303) 333-9810
Fax: (303) 333-9786
dgarfield@fostergraham.com

*Proposed attorneys for Chapter 7 Trustee Tom Connolly*

## CERTIFICATE OF MAILING

I hereby certify that on this 7th day of November, 2012, a true and correct copy of the **APPLICATION TO EMPLOY FOSTER GRAHAM MILSTEIN & CALISHER LLP AS COUNSEL FOR CHAPTER 7 TRUSTEE** was sent via U.S. mail, postage prepaid, and properly addressed to the following:

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202

Khang V. Tran
Ira S. Green
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Brent R. Cohen
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, CO 80202

_/s/ Olga Brusilovskaya_

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re

SVS HOLDINGS, INC.

Debtor.

Case No. 10-24238 HRT
Chapter 7

### VERIFIED STATEMENT OF DANIEL J. GARFIELD IN SUPPORT OF APPLICATION TO EMPLOY FOSTER GRAHAM MILSTEIN & CALISHER LLP AS COUNSEL FOR CHAPTER 7 TRUSTEE

I, Daniel J. Garfield, hereby declare under penalty of perjury:

1. I am senior counsel at the law firm of Foster Graham Milstein & Calisher LLP ("FGMC").

2. This declaration is submitted pursuant to Fed. R. Bankr. P. 2014(a) in connection with the Application to Employ Foster Graham Milstein & Calisher LLP as Counsel for Chapter 7 Trustee (the "Application") in the above-captioned case.

3. FGMC attorneys are duly admitted to practice law in the State of Colorado and before this Court.

4. FGMC's office is located at 360 S. Garfield St., 6th Floor, Denver, Colorado 80209.

5. Except as disclosed herein, neither I nor any attorney or employee of FGMC represents any entity in this case, nor has any connection with the Debtor, any creditor, or any other party in interest in this case, or their respective attorneys or accountants, or the United States Trustee or any person employed in the Office of the United States Trustee, nor represents any interest adverse to the estate. To the best of my knowledge, FGMC is a disinterested person as that term is used in the Bankruptcy Code. In the event that a relationship is discovered or develops in the future that is required to be disclosed pursuant to Rule 2014(a), FGMC will supplement this Verified Statement.

6. To the best of its ability in the circumstances, FGMC has conducted an examination, using the firm's internal conflict checking procedures, of actual and potential creditors and parties in interest to determine if FGMC represents or has represented any of them in this case or on other matters. FGMC has not discovered any actual or potential creditors or parties in interest that it has represented in this or other cases or matters. If and to the extent additional connections are discovered upon comprehensive review, FGMC will submit a supplemental statement.

7. FGMC will bill for its services at the firm's hourly rates as follows:



EXHIBIT 1

| | |
|---|---|
| Daniel J. Garfield (attorney) | $325 |
| Olga Brusilovskaya (paralegal) | $125 |

8. Where appropriate, FGMC will use the services of other attorneys, paralegals and other FGMC personnel to represent the Trustee's interests efficiently and effectively.

9. FGMC will submit requests for reimbursement of its fees and expenses to the Court for approval under applicable law.

DATED: November 7, 2012

                                                                               /s/ Daniel J. Garfield
                                                                               Daniel J. Garfield