# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

## ORDER APPROVING APPLICATION TO EMPLOY FOSTER GRAHAM MILSTEIN & CALISHER, LLP AS COUNSEL FOR CHAPTER 7 TRUSTEE

Before the Court is the Application to Employ Foster Graham Milstein & Calisher, LLP ("FGMC") as Counsel for Chapter 7 Trustee (the "Application") pursuant to 11 U.S.C. § 327(a).

Good cause being shown therefor, the Application is approved and employment of FGMC as counsel for Chapter 7 Trustee Tom Connolly is approved, nunc pro tunc, November 7, 2012.

Dated: _____, 2012.

BY THE COURT

_____
United States Bankruptcy Judge

11642\8\1117823.1