United States Bankruptcy Court
District of Colorado

In re:  
SVS Holdings, Inc.  
    Debtor

Case No. 10-24238-HRT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: nguyent     Page 1 of 2     Date Rcvd: Nov 09, 2012  
                      Form ID: pdf904     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2012.  
db        +SVS Holdings, Inc.,   PO Box 815,   Broomfield, CO 80038-0815  
cr        +Jack Blaine,   c/o Onsager, Staelin & Guyerson,   1873 S. Bellaire St.,   Suite 1401,   Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty        Rothgerber Johnson & Lyons LLP  
                                                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2012**                         **Signature:**     _/s/ Joseph Speetjens_

```
District/off: 1082-1           User: nguyent              Page 2 of 2                   Date Rcvd: Nov 09, 2012
                               Form ID: pdf904            Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2012 at the address(es) listed below:
              Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com,   cealey@rothgerber.com
              Chad S. Caby    on behalf of Creditor  Smartmatic Corporation ccaby@rothgerber.com,
               kmeans@rothgerber.com
              Christian C. Onsager    on behalf of Creditor Jack Blaine consager@osglaw.com,
               agarcia@osglaw.com;bmoss@osglaw.com
              Daniel J. Garfield    on behalf of Trustee Tom Connolly dgarfield@fostergraham.com,
               olgab@fostergraham.com
              Eric E. Johnson    on behalf of Interested Party  Dominion Voting Systems Corporation
               eric.johnson@bryancave.com,   alicia.berry@bryancave.com
              Kevin S. Neiman    on behalf of Debtor  SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              Lars H. Fuller    on behalf of Creditor  Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;MHerschberger@bakerlaw.com
              Tom H. Connolly     tconnolly@ecf.epiqsystems.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

### ORDER APPROVING APPLICATION TO EMPLOY FOSTER GRAHAM MILSTEIN & CALISHER, LLP AS COUNSEL FOR CHAPTER 7 TRUSTEE

Before the Court is the Application to Employ Foster Graham Milstein & Calisher, LLP ("FGMC") as Counsel for Chapter 7 Trustee (the "Application") pursuant to 11 U.S.C. § 327(a).

Good cause being shown therefor, the Application is approved and employment of FGMC as counsel for Chapter 7 Trustee Tom Connolly is approved, nunc pro tunc, November 7, 2012.

Dated: November 9, 2012.

BY THE COURT

_Howard Tallman_
United States Bankruptcy Judge

11642\8\1117823.1