IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238-HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND
REQUEST FOR ENTRY OF ORDER**

On November 2, 2012, Horowitz & Burnett, P.C., filed its application pursuant to Local Bankruptcy Rule 9013-1 entitled: *Final Fee Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* (the "**Application**"). Movant hereby certifies that the following is true and correct:

1. Service of the Application (including Exhibits A, B, and C thereto), cover sheet, notice, and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules as is shown on the *Certificate of Service*, L.B. Form 9013-1.2, previously filed on November 2, 2012.

2. The docket numbers of each of the following relevant documents are:

   a. the Application (including Exhibits A, B, and C thereto) served therewith (Dkt. No. 130);

   b. the cover sheet (Dkt. No. 131);

   c. the notice (Dkt. No. 132);

   d. the *Certificate of Service* of the Application, the exhibits, the cover sheet, the notice, and the proposed order (Dkt. No. 133); and

   e. the proposed order (Dkt. No. 130-4).

3. No objections to or requests for hearing on the Application were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the notice (November 23, 2012).

WHEREFORE, Movant prays that the Court forthwith enter an Order, a form of which was previously filed with the Application (Dkt. No. 130-4), granting the requested relief.

Dated: November 29, 2012.

                Respectfully submitted,

                HOROWITZ & BURNETT, P.C.

                */s/ Kevin S. Neiman*
                Kevin S. Neiman, # 36560
                1660 Lincoln Street, Suite 1900
                Denver, CO 80264
                Telephone: (303) 996-8600
                Fax: (303) 996-8636
                E-mail: kneiman@hblegal.net

                ***Attorneys for SVS Holdings, Inc.***