**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re

SVS HOLDINGS, INC.

Case No. 10-24238 HRT
Chapter 7

Debtor.

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

On November 8, 2012, Chapter 7 Trustee Tom Connolly ("Movant") filed a motion or application pursuant to L.B.R. 9013-1 entitled Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for Chapter 7 Trustee.  Movant hereby certifies that the following is true and correct:

1.      Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed on November 8, 2012.

2.      The docket numbers for each of the following relevant documents are:
   a.      The motion and all documents attached thereto and served therewith, (Dkt. #135);
   b.      The notice, (Dkt. #136);
   c.      The certificate of service of the motion and the notice, (Dkt. #135);
   d.      The proposed order, (Dkt. #135); and

3.      No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

**WHEREFORE**, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated: November 29, 2012

**FOSTER GRAHAM MILSTEIN &
CALISHER, LLP**

  */s/ Daniel J Garfield*

Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado  80209
Tel:  (303) 333-9810
Fax:  (303) 333-9786
dgarfield@fostergraham.com

*Counsel for Chapter 7 Trustee Tom Connolly*