IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238 HRT |
| | ) | |
| EIN: 26-1850120, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER APPROVING FINAL FEE APPLICATION BY HOROWITZ & BURNETT, P.C.
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER came before the Court on the *Final Fee Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* (the "**Application**"), filed by Horowitz & Burnett, P.C. ("**HB**"). The Court, having considered the Application, proper notice having been provided, no objections to or requests for a hearing on the Application having been filed or have otherwise been resolved, and the Court being otherwise advised in the premises, finds good cause to approve the Application. Accordingly it is –

ORDERED as follows:

 1. The Application is approved.

 2. HB is awarded an aggregate final award in the amount of $48,331.56, which amount consists of (i) legal fees in the amount of $21,803 for services rendered from June 1, 2011 to through and including October 16, 2012 (the "**Application Period**"); (ii) costs in the amount of $67.48 incurred by HB during the Application Period; and (iii) a final award of amounts previously awarded to HB on an interim basis in the amount of $26,461.08 (for services rendered and costs incurred from June 8, 2010 to through and including May 31, 2011).

 3. HB is authorized to apply the remaining balance of its retainer in the amount of $11,571.92 to compensate and reimburse itself for a portion of the fees and costs awarded arising out of the Application Period. HB has agreed to waive, and shall be deemed to have waived, its entitlement to $10,298.56 of the Application Period award, which is the balance remaining after the $11,571.92 in HB's trust account is applied.

Dated this 30th day of November, 2012.

BY THE COURT:

*/s/ Howard Tallman*

Hon. Howard R. Tallman
Chief United States Bankruptcy Judge