## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

### ORDER APPROVING APPLICATION TO EMPLOY ROTHGERBER JOHNSON & LYONS LLP AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE

Before the Court is the Application to Employ Rothgerber Johnson & Lyons LLP ("RJ&L") as Special Litigation Counsel for Chapter 7 Trustee (the "Application") pursuant to 11 U.S.C. § 327.

Good cause being shown therefor, the Application is approved and employment of RJ&L as special litigation counsel for Chapter 7 Trustee Tom Connolly is approved, nunc pro tunc, November 8, 2012.

Dated:   November 30, 2012.

BY THE COURT

*Howard Tallman*
United States Bankruptcy Judge

11642\8\1117823.1