
```
                          United States Bankruptcy Court
                               District of Colorado
In re:                                                         Case No. 10-24238-HRT
SVS Holdings, Inc.                                             Chapter 7
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 1082-1           User: hoelscher           Page 1 of 2           Date Rcvd: Nov 30, 2012
                               Form ID: pdf904           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2012.
db          +SVS Holdings, Inc.,   PO Box 815,   Broomfield, CO 80038-0815
cr          +Jack Blaine,   c/o Onsager, Staelin & Guyerson,   1873 S. Bellaire St.,   Suite 1401,
              Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2012**                         **Signature:** /s/ Joseph Speetjens

```
District/off: 1082-1            User: hoelscher              Page 2 of 2                   Date Rcvd: Nov 30, 2012
                                Form ID: pdf904              Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2012 at the address(es) listed below:
              Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com,   cealey@rothgerber.com
              Chad S. Caby    on behalf of Creditor  Smartmatic Corporation ccaby@rothgerber.com,
               kmeans@rothgerber.com
              Christian C. Onsager     on behalf of Creditor Jack Blaine consager@osglaw.com,
               agarcia@osglaw.com;bmoss@osglaw.com
              Daniel J. Garfield    on behalf of Plaintiff Tom Connolly dgarfield@fostergraham.com,
               olgab@fostergraham.com
              Eric E. Johnson    on behalf of Interested Party  Dominion Voting Systems Corporation
               eric.johnson@bryancave.com,   alicia.berry@bryancave.com
              Kevin S. Neiman    on behalf of Debtor  SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              Lars H. Fuller    on behalf of Creditor  Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;MHerschberger@bakerlaw.com
              Michael J. Guyerson     on behalf of Defendant Jack Blaine mguyerson@osglaw.com,
               agarcia@osglaw.com;bmoss@osglaw.com
              Tom H. Connolly    tconnolly@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Howard R. Tallman

In re: )
)
SVS HOLDINGS, INC. ) Case No. 10-24238 HRT
)
EIN: 26-1850120, ) Chapter 7
)
    Debtor. )
)

### ORDER APPROVING FINAL FEE APPLICATION BY HOROWITZ & BURNETT, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

    THIS MATTER came before the Court on the *Final Fee Application by Horowitz & Burnett, P.C. for Compensation and Reimbursement of Expenses* (the "**Application**"), filed by Horowitz & Burnett, P.C. ("**HB**").  The Court, having considered the Application, proper notice having been provided, no objections to or requests for a hearing on the Application having been filed or have otherwise been resolved, and the Court being otherwise advised in the premises, finds good cause to approve the Application.  Accordingly it is –

ORDERED as follows:

    1.    The Application is approved.

    2.    HB is awarded an aggregate final award in the amount of $48,331.56, which amount consists of (i) legal fees in the amount of $21,803 for services rendered from June 1, 2011 to through and including October 16, 2012 (the "**Application Period**"); (ii) costs in the amount of $67.48 incurred by HB during the Application Period; and (iii) a final award of amounts previously awarded to HB on an interim basis in the amount of $26,461.08 (for services rendered and costs incurred from June 8, 2010 to through and including May 31, 2011).

    3.    HB is authorized to apply the remaining balance of its retainer in the amount of $11,571.92 to compensate and reimburse itself for a portion of the fees and costs awarded arising out of the Application Period.  HB has agreed to waive, and shall be deemed to have waived, its entitlement to $10,298.56 of the Application Period award, which is the balance remaining after the $11,571.92 in HB's trust account is applied.

Dated this 30th day of November, 2012.

BY THE COURT:

*Howard Tallman*

Hon. Howard R. Tallman
Chief United States Bankruptcy Judge