United States Bankruptcy Court
District of Colorado

In re:  
SVS Holdings, Inc.  
     Debtor

Case No. 10-24238-HRT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: hoelscher              Page 1 of 2              Date Rcvd: Nov 30, 2012
                            Form ID: pdf904             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2012.
db        +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815
cr        +Jack Blaine,    c/o Onsager, Staelin & Guyerson,    1873 S. Bellaire St.,    Suite 1401,
            Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2012**            Signature: _/s/ Joseph Speetjens_

```
District/off: 1082-1          User: hoelscher              Page 2 of 2                  Date Rcvd: Nov 30, 2012
                              Form ID: pdf904              Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2012 at the address(es) listed below:

          Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com,   cealey@rothgerber.com
          Chad S. Caby    on behalf of Creditor  Smartmatic Corporation ccaby@rothgerber.com,
           kmeans@rothgerber.com
          Christian C. Onsager     on behalf of Creditor Jack Blaine consager@osglaw.com,
           agarcia@osglaw.com;bmoss@osglaw.com
          Daniel J. Garfield    on behalf of Plaintiff Tom Connolly dgarfield@fostergraham.com,
           olgab@fostergraham.com
          Eric E. Johnson    on behalf of Interested Party  Dominion Voting Systems Corporation
           eric.johnson@bryancave.com,   alicia.berry@bryancave.com
          Kevin S. Neiman    on behalf of Debtor  SVS Holdings, Inc. kneiman@hblegal.net,
           dhowell@hblegal.net;thoy@hblegal.net
          Lars H. Fuller    on behalf of Creditor  Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
           icruz@bakerlaw.com;MHerschberger@bakerlaw.com
          Michael J. Guyerson     on behalf of Defendant Jack Blaine mguyerson@osglaw.com,
           agarcia@osglaw.com;bmoss@osglaw.com
          Tom H. Connolly     tconnolly@ecf.epiqsystems.com
          US Trustee     USTPRegion19.DV.ECF@usdoj.gov

                                                                                                  TOTAL: 10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| In re | |
|---|---|
| SVS HOLDINGS, INC. | Case No. 10-24238 HRT<br>Chapter 7 |
| Debtor. | |

### ORDER APPROVING APPLICATION TO EMPLOY ROTHGERBER JOHNSON & LYONS LLP AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE

Before the Court is the Application to Employ Rothgerber Johnson & Lyons LLP ("RJ&L") as Special Litigation Counsel for Chapter 7 Trustee (the "Application") pursuant to 11 U.S.C. § 327.

Good cause being shown therefor, the Application is approved and employment of RJ&L as special litigation counsel for Chapter 7 Trustee Tom Connolly is approved, nunc pro tunc, November 8, 2012.

Dated: November 30, 2012.

BY THE COURT

*Howard Tallman*
United States Bankruptcy Judge

11642\8\1117823.1