```
                           United States Bankruptcy Court
                                 District of Colorado
In re:                                                       Case No. 10-24238-HRT
SVS Holdings, Inc.                                           Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1082-1          User: nguyent              Page 1 of 2        Date Rcvd: Dec 04, 2012
                              Form ID: pdf904            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2012.
db           +SVS Holdings, Inc.,    PO Box 815,   Broomfield, CO 80038-0815
cr           +Jack Blaine,   c/o Onsager, Staelin & Guyerson,    1873 S. Bellaire St.,   Suite 1401,
               Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Rothgerber Johnson & Lyons LLP
                                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2012**                    **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 1082-1          User: nguyent              Page 2 of 2                 Date Rcvd: Dec 04, 2012
                              Form ID: pdf904            Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2012 at the address(es) listed below:
              Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com,   cealey@rothgerber.com
              Chad S. Caby    on behalf of Creditor  Smartmatic Corporation ccaby@rothgerber.com,
               kmeans@rothgerber.com
              Christian C. Onsager    on behalf of Creditor Jack Blaine consager@osglaw.com,
               agarcia@osglaw.com;bmoss@osglaw.com
              Daniel J. Garfield    on behalf of Plaintiff Tom Connolly dgarfield@fostergraham.com,
               olgab@fostergraham.com
              Eric E. Johnson    on behalf of Interested Party  Dominion Voting Systems Corporation
               eric.johnson@bryancave.com,   alicia.berry@bryancave.com
              Kevin S. Neiman    on behalf of Debtor  SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              Lars H. Fuller    on behalf of Creditor  Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;MHerschberger@bakerlaw.com
              Michael J. Guyerson     on behalf of Defendant Jack Blaine mguyerson@osglaw.com,
               agarcia@osglaw.com;bmoss@osglaw.com
              Tom H. Connolly    tconnolly@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

## TRUSTEE'S MOTION FOR APPROVAL OF FUNDING AGREEMENT WITH SMARTMATIC USA CORPORATION

  The above-entitled matter having come before the Court on the Trustee's Motion for Approval of Funding Agreement with Smartmatic USA Corporation ("Motion"); the Court, having reviewed the pleadings filed herein and being otherwise fully advised in the premises, it is hereby

  ORDERED that the Motion shall be, and hereby is, GRANTED, and that the Funding Agreement referred to in the Motion shall be approved according to its terms.

Dated:   December 4  , 2012.

BY THE COURT

_Howard Tallman_
United States Bankruptcy Judge