# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SVS HOLDINGS, INC., ) | Case No. 10-24238 HRT |
| EIN: 26-1850120 ) | Chapter 7 |
| ) | |
| *Debtor.* ) | |
| ) | |

## ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY PATRICK C. GIEFER AS ACCOUNTANT *NUNC PRO TUNC* TO DECEMBER 17, 2012

THIS MATTER comes before the Court upon the Application to Employ Patrick C. Giefer as Accountant *Nunc Pro Tunc* to December 17, 2012 (the "Application") filed by the Trustee herein. The Court has examined the Application and Affidavit of Patrick C. Giefer ("Giefer") and:

FINDS that (i) Giefer represents no material interest adverse to the estate with respect to matters within the scope of retention; (ii) Giefer is a disinterested person under 11 U.S.C. §§ 101 and 327; and (iii) the employment of Giefer is necessary and in the best interest of the estate.

IT IS THEREFORE ORDERED that the Trustee is allowed to employ Giefer as accountant in the above-captioned case, *nunc pro tunc* to December 17, 2012, on a reasonable fee basis, based on the time spent, the complexity of the issues involved, and the results obtained. All fees and expenses are subject to application to and approval by the Court, in accordance with the Bankruptcy Code and Rules.

Dated: _____.

BY THE COURT:

_____
The Honorable Howard R. Tallman
United States Bankruptcy Court Chief Judge