UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re

SVS HOLDINGS, INC.

Debtor.

Case No. 10-24238 HRT
Chapter 7

## SUPPLEMENT TO APPLICATION TO EMPLOY ROTHGERBER JOHNSON & LYONS LLP AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE

Tom H. Connolly, Chapter 7 Trustee (the "Trustee"), submits this Supplement to Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for Chapter 7 Trustee (the "Supplement"). In support of the Supplement, the Trustee states as follows:

### BACKGROUND

1. On June 8, 2010 (the "Petition Date"), SVS Holdings, Inc. ("SVS") filed its Voluntary Petition under Chapter 11 of the Bankruptcy Code. On October 16, 2012, the Court entered its Order converting the case to a Chapter 7 proceeding. Thereafter, the Trustee was appointed as interim trustee.

2. This Court has jurisdiction over this Chapter 11 case pursuant to 28 U.S.C. §§ 157(a) and (b) and 1334(a) and (b). This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A).

3. In connection with this bankruptcy proceeding, the Trustee sought to retain the firm of Rothgerber Johnson & Lyons LLP ("RJ&L") as special litigation counsel (Docket No. 135) (the "Employment Motion"). Such employment was to include the investigation and prosecution of potential claims against Dominion Voting Systems, Inc. and Dominion Voting

Systems Corporation (the "Dominion Defendants")  The Employment Motion included a Verified Statement of Brent R. Cohen (A) Pursuant to FED. R. BANKR. P. 2014(a), and (B) In Support of Motion to Retain Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for the Trustee (the "Verified Statement") as required by FED. R. BANKR. P. 2014(a).

4. On November 30, 2012, this Court entered an Order approving the Employment Motion (Docket No. 146) ("Employment Order").

5. On December 7, 2012, the Trustee initiated an adversary proceeding captioned *Tom H. Connolly, Chapter 7 Trustee v. Dominion Voting Systems Corporation, et al*, Adv. Proc. No. 12-1757 (the "Adversary Proceeding").

6. Since the entry of the Employment Order, undersigned counsel has been informed that the law firm of Bryan Cave HRO will represent the Dominion Defendants in the Adversary Proceeding.

7. Upon learning of the likely involvement of Bryan Cave HRO, RJ&L, as is customary, conducted a conflict check to determine whether the firm had any prior relationship with Bryan Cave HRO.  Said conflict check revealed that RJ&L currently represents Bryan Cave HRO with respect to matters that are completely unrelated to the Adversary Proceeding.  However, the fact Bryan Cave HRO is a client of RJ&L is something that must be disclosed to the Court, the United States Trustee, and all creditors and parties in interest.

8.  In light of the foregoing, the Trustee is filing this Supplement as well as a Supplemental Verified Statement of Brent R. Cohen (A) Pursuant to FED. R. BANKR. P. 2014(a), and (B) In Support of Motion to Retain Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for the Trustee (the "Supplemental Verified Statement") in order to provide the Court,

2

the United States Trustee, creditors, and parties in interest with additional information regarding this disclosure and any other information that must be disclosed pursuant to FED. R. BANKR. P. 2014(a). A copy of the Supplemental Verified Statement is attached and incorporated herein as **Exhibit 1.**

9. To the best of its knowledge, RJ&L has not and does not hold any interest adverse to the Debtor, the Trustee or any party in interest, except as otherwise set forth herein, in the Employment Application, in the Verified Statement, or in the Supplemental Verified Statement. RJ&L, accordingly, believes that it continues to be a "disinterested person" under 11 U.S.C. § 101(14) for employment as the Trustee's special litigation counsel in this bankruptcy case.

WHEREFORE, the Trustee respectfully submits this Supplement and the Supplemental Verified Statement to the original Employment Application for the United States Trustee's, the Court's and creditors' consideration.

DATED: December 18, 2012

**FOSTER GRAHAM MILSTEIN & CALISHER, LLP**

__/s/ Daniel J Garfield_____
Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado 80209
Tel: (303) 333-9810
Fax: (303) 333-9786
dgarfield@fostergraham.com

*Attorneys for Chapter 7 Trustee Tom Connolly*

## CERTIFICATE OF MAILING

    I hereby certify that on this 18th day of December, 2012, a true and correct copy of the **APPLICATION TO EMPLOY ROTHGERBER JOHNSON & LYONS LLP AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE** was sent via U.S. mail, postage prepaid, and properly addressed to the following:

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202

Khang V. Tran
Ira S. Green
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Brent R. Cohen
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, CO 80202

                                                             */s/ Olga Brusilovskaya*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: )
) Case No. 10-24238 HRT
SVS HOLDINGS, INC., )
) Chapter 7
)

**SUPPLEMENTAL VERIFIED STATEMENT OF BRENT R. COHEN (A) PURSUANT TO FED. R. BANKR. P. 2014(a), AND (B) IN SUPPORT OF MOTION TO EMPLOY ROTHGERBER JOHNSON & LYONS LLP AS COUNSEL FOR TRUSTEE**

I, Brent R. Cohen, hereby state as follows:

1. I am an attorney and counselor at law duly admitted to practice in the States of Wyoming and Colorado, and a partner of the law firm of Rothgerber Johnson & Lyons LLP ("RJ&L"). I am authorized to make this statement on behalf of RJ&L.

2. In connection with this bankruptcy proceeding, the Trustee sought to retain the firm of Rothgerber Johnson & Lyons LLP ("RJ&L") as special litigation counsel (Docket No. 135) (the "Employment Motion"). Such employment was to include the investigation and prosecution of potential claims against Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (the "Dominion Defendants") The Employment Motion included a Verified Statement of Brent R. Cohen (A) Pursuant to FED. R. BANKR. P. 2014(a), and (B) In Support of Motion to Retain Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for the Trustee (Docket No. 9-1) (the "Verified Statement") as required by FED. R. BANKR. P. 2014(a).

3. On November 30, 2012, this Court entered an Order approving the Employment Motion (Docket No. 146) ("Employment Order").

2003983236_1.doc



4. On December 7, 2012, the Trustee initiated an adversary proceeding captioned *Tom H. Connolly, Chapter 7 Trustee v. Dominion Voting Systems Corporation, et al*, Adv. Proc. No. 12-1757 (the "Adversary Proceeding").

5. Since the entry of the Employment Order, undersigned counsel has been informed that the law firm of Bryan Cave HRO will represent the Dominion Defendants in the Adversary Proceeding.

6. Upon learning of the likely involvement of Bryan Cave HRO, RJ&L, as is customary, conducted a conflict check to determine whether the firm had any prior relationship with Bryan Cave HRO. Said conflict check revealed that Bryan Cave HRO is a client of the firm with respect to matters that are completely unrelated to the Adversary Proceeding.

7. RJ&L has informed the Trustee regarding the issues raised herein, and all parties, including creditors and interested parties, will be provided notice of the Supplement and this Supplemental Verified Statement.

8. As previously indicated in the Employment Motion and Verified Statement, neither RJ&L, any partner or associate thereof, nor I, insofar as I have been able to ascertain, has any connection with the Debtor, any of the Debtor's affiliates, any creditors of the Debtor, the Trustee, the United States Trustee for this District, or any person employed in the United States Trustee's office, or any other party-in-interest in the Debtor's Chapter 11 case, or their respective attorneys and accountants, except as set forth in the Employment Motion, the Verified Statement, the Supplement and herein.

9. RJ&L will continue to undertake extensive efforts to identify connections with the Debtor and other parties in interest, as it is possible that connections with some parties in interest

have not yet been identified. Should RJ&L, through its continuing efforts, learn of any new connections of the nature discussed herein, RJ&L will again so advise the Court.

10. I have read the Supplement, filed contemporaneously with this Supplemental Verified Statement, and to the best of my knowledge, information and belief, the contents of said pleadings are true and correct.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2012.   Respectfully submitted,

/s/ Brent R. Cohen
Brent R. Cohen, Colo. Reg. No. 11297
ROTHGERBER JOHNSON & LYONS LLP
1200 17th Street, Suite 3000
Denver, CO 80202-5855
Telephone:   303.623.9000
Facsimile:   303.623.9222
E-mail:   bcohen@rothgerber.com

- 3 -

2003983236_1.doc