```
                          United States Bankruptcy Court
                                District of Colorado
In re:                                                       Case No. 10-24238-HRT
SVS Holdings, Inc.                                           Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 1082-1          User: nguyent              Page 1 of 2              Date Rcvd: Dec 18, 2012
                              Form ID: pdf904            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2012.
db           +SVS Holdings, Inc.,    PO Box 815,   Broomfield, CO 80038-0815
cr           +Jack Blaine,   c/o Onsager, Staelin & Guyerson,   1873 S. Bellaire St.,   Suite 1401,
               Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Rothgerber Johnson & Lyons LLP
acc          Patrick C. Giefer
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2012**                          **Signature:**    _Joseph Speetjens_

```
District/off: 1082-1           User: nguyent               Page 2 of 2                   Date Rcvd: Dec 18, 2012
                               Form ID: pdf904            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2012 at the address(es) listed below:

```
              Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com,  cealey@rothgerber.com
              Chad S. Caby    on behalf of Creditor   Smartmatic Corporation ccaby@rothgerber.com,
               kmeans@rothgerber.com
              Christian C. Onsager    on behalf of Creditor Jack Blaine consager@osglaw.com,
               agarcia@osglaw.com;bmoss@osglaw.com
              Daniel J. Garfield    on behalf of Plaintiff Tom Connolly dgarfield@fostergraham.com,
               olgab@fostergraham.com
              Eric E. Johnson    on behalf of Interested Party   Dominion Voting Systems Corporation
               eric.johnson@bryancave.com,  alicia.berry@bryancave.com
              Kevin S. Neiman    on behalf of Debtor   SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              Kristin M. Bronson    on behalf of Plaintiff Tom Connolly, Chapter 7 Trustee
               kbronson@rothgerber.com,  bculver@rothgerber.com
              Lars H. Fuller    on behalf of Creditor   Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;MHerschberger@bakerlaw.com
              Michael J. Guyerson    on behalf of Defendant Jack Blaine mguyerson@osglaw.com,
               agarcia@osglaw.com;bmoss@osglaw.com
              Tom H. Connolly    tconnolly@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| SVS HOLDINGS, INC., ) | Case No. 10-24238 HRT |
|    EIN: 26-1850120 ) | Chapter 7 |
| ) | |
|         *Debtor*. ) | |
| ) | |

**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY PATRICK C. GIEFER AS ACCOUNTANT *NUNC PRO TUNC* TO DECEMBER 17, 2012**

THIS MATTER comes before the Court upon the Application to Employ Patrick C. Giefer as Accountant *Nunc Pro Tunc* to December 17, 2012 (the "Application") filed by the Trustee herein. The Court has examined the Application and Affidavit of Patrick C. Giefer ("Giefer") and:

FINDS that (i) Giefer represents no material interest adverse to the estate with respect to matters within the scope of retention; (ii) Giefer is a disinterested person under 11 U.S.C. §§ 101 and 327; and (iii) the employment of Giefer is necessary and in the best interest of the estate.

IT IS THEREFORE ORDERED that the Trustee is allowed to employ Giefer as accountant in the above-captioned case, *nunc pro tunc* to December 17, 2012, on a reasonable fee basis, based on the time spent, the complexity of the issues involved, and the results obtained. All fees and expenses are subject to application to and approval by the Court, in accordance with the Bankruptcy Code and Rules.

Dated: December 18, 2012

BY THE COURT:

_____
The Honorable Howard R. Tallman
United States Bankruptcy Court Chief Judge