(COB Form nopd.jsp #152)(10/11)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

| | |
|---|---|
| SVS Holdings, Inc.<br>Debtor(s)<br>Debtor SSN/TaxId Nos.:<br>26–1850120<br>Joint Debtor SSN/Tax Id Nos.: | Case Number.: 10–24238–HRT<br>Chapter: 7 |

Debtor(s)

aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 4/8/13.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 4/8/13 .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:
> Clerk of the Bankruptcy Court
> U.S. Custom House
> 721 19th Street
> Denver, Colorado 80202–2508

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 1/4/13         s/ Tom H. Connolly
                      950 Spruce St.
                      Suite 1C
                      Louisville, CO 80027

## Aliases Page

**Debtor aka(s):**

No Aliases for Debtor