United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 10-24238-HRT
SVS Holdings, Inc.                                                  Chapter 7
       Debtor                **CERTIFICATE OF NOTICE**

District/off: 1082-1        User: hoelscher        Page 1 of 2              Date Rcvd: Jan 04, 2013
                            Form ID: 152           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2013.
 db           +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815
 cr           +Jack Blaine,    c/o Onsager, Staelin & Guyerson,    1873 S. Bellaire St.,    Suite 1401,
                Denver, CO 80222-4359
13699301      +Avaya, Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                Timonium, Maryland 21094-5126
13287360      +CIT Communications Finance Corporation,    aka Avaya Financial Services,    1162 E. Sonterra Blvd,
                San Antonio, TX 78258-4047
12129183      +Jack Blaine,    717 17th St, Suite 310,    Denver, CO 80202-3310
12129184      +Jeffrey P. Bialos,    Sutherland Asbill & Brennan LLP,    1275 Pennsylvania Avenue, NW,
                Washington, DC 20004-2415
12129185      +Lars Fuller,    Baker & Hostetler LLP,    303 East 17th Avenue,    Suite 1100,
                Denver, CO 80203-1264
12133579       Security & Exchange Commission,    Central Regional Office,    1801 California St.,   Ste. 1500,
                Denver CO 80202-2656
12129187      +Smartmatic Corporation,    1001 Broken Sound Parkway, Suite D,    Boca Raton, FL 33487-3532
14865165      +Smartmatic USA Corporation,    c/o Ira S. Greene, Esq.,    Hogan Lovells US LLP,   875 Third Avenue,
                New York, NY 10022-7222

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 tr           +EDI: QTHCONNOLLY.COM Jan 04 2013 23:48:00      Tom H. Connolly,    950 Spruce St.,   Suite 1C,
                Louisville, CO 80027-1977
12133577      +EDI: CODEPREV.COM Jan 04 2013 23:48:00      Colorado Department Of Revenue,    1375 Sherman St.,
                Room 504,    Attention Bankruptcy Unit,    Denver CO 80261-0001
12129182       EDI: IRS.COM Jan 04 2013 23:48:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
12133578      +E-mail/Text: bankruptcynoticeschr@sec.gov Jan 04 2013 23:54:05
                Securities and Exchange Commission,    Midwest Regional Office,   175 W. Jackson Blvd.,
                Ste. 900,    Chicago IL 60604-2815
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Rothgerber Johnson & Lyons LLP
acc            Patrick C. Giefer
14865163       Smartmatic USA Corporation
12129186     ##+Sequoia Voting Systems, Inc.,    717 17th St, Suite 310,    Denver, CO 80202-3310
                                                                                   TOTALS: 3, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2013**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 1082-1          User: hoelscher              Page 2 of 2                    Date Rcvd: Jan 04, 2013
                              Form ID: 152                 Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2013 at the address(es) listed below:

              Brent R. Cohen    on behalf of Attorney Ira Greene bcohen@rothgerber.com,   cealey@rothgerber.com
              Chad S. Caby    on behalf of Creditor   Smartmatic Corporation ccaby@rothgerber.com,
               kmeans@rothgerber.com
              Christian C. Onsager    on behalf of Creditor Jack Blaine consager@osglaw.com,
               agarcia@osglaw.com;bmoss@osglaw.com
              Daniel J. Garfield    on behalf of Plaintiff Tom Connolly dgarfield@fostergraham.com,
               olgab@fostergraham.com
              Eric E. Johnson    on behalf of Defendant   Dominion Voting Systems Corporation
               eric.johnson@bryancave.com,   alicia.berry@bryancave.com
              Kevin S. Neiman    on behalf of Debtor   SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              Kristin M. Bronson    on behalf of Plaintiff Tom Connolly, Chapter 7 Trustee
               kbronson@rothgerber.com,   bculver@rothgerber.com
              Lars H. Fuller    on behalf of Creditor   Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;MHerschberger@bakerlaw.com
              Michael J. Guyerson    on behalf of Defendant Jack Blaine mguyerson@osglaw.com,
               agarcia@osglaw.com;bmoss@osglaw.com
              Tom H. Connolly    tconnolly@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 11

(COB Form nopd.jsp #152)(10/11)

## UNITED STATES BANKRUPTCY COURT
### District of Colorado

| | |
|---|---|
| SVS Holdings, Inc. | Case Number.: 10−24238−HRT |
| Debtor(s) | Chapter: 7 |
| Debtor SSN/TaxId Nos.: | |
| 26−1850120 | |
| Joint Debtor SSN/Tax Id Nos.: | |

Debtor(s)

aka(s), if any will be listed on the following page

### NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than 4/8/13.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief, or 4/8/13 .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:

> Clerk of the Bankruptcy Court
> U.S. Custom House
> 721 19th Street
> Denver, Colorado 80202−2508

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

| | |
|---|---|
| Dated: 1/4/13 | s/ Tom H. Connolly |
| | 950 Spruce St. |
| | Suite 1C |
| | Louisville, CO 80027 |

**Aliases Page**

**Debtor aka(s):**
No Aliases for Debtor