UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SVS HOLDINGS, INC.,<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

**STATEMENT OF RESERVATION OF RIGHTS BY DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC., REGARDING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH JACK BLAINE**

Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "Dominion") respectfully submit this statement of reservation of rights ("Statement") regarding the motion by Tom H. Connolly, as Chapter 7 Trustee (the "SVS Trustee") for SVS Holdings, Inc. (the "Debtor"), for approval of a settlement agreement with Jack Blaine (the "Settlement Approval Motion"). Dominion states as follows:

1. In the Settlement Approval Motion, the SVS Trustee seeks approval of a proposed settlement of claims asserted by the SVS Trustee against Jack Blaine ("Blaine"), the former CEO of the Debtor, in the adversary proceeding captioned *Connolly v. Blaine*, Adv. Pro. No. 12-1719-HRT (the "Proposed Settlement"). The terms of the Proposed Settlement include, among other things, releases and assignments of claims involving both the Debtor and its non-debtor subsidiary, Sequoia Voting Systems, Inc. ("Sequoia").

2. Dominion is a defendant in a separate adversary proceeding commenced by the SVS Trustee, captioned *Connolly v. Dominion Voting Systems Corporation; Dominion Voting Systems, Inc.*, Adv. Pro. No. 1757-HRT (the "Dominion Adversary Proceeding"). In the Dominion Adversary Proceeding, the SVS Trustee is seeking, among other things, to

substantively consolidate the Debtor and Sequoia, and to avoid allegedly fraudulent transfers of assets by Sequoia to Dominion in 2009 and 2010. Dominion has filed a motion to withdraw the reference of the Dominion Adversary Proceeding (the "Withdrawal Motion"), which is currently awaiting resolution by the U.S. District Court for the District of Colorado (the "District Court").

3. While Dominion takes no position on the relief requested by the SVS Trustee in the Settlement Approval Motion, the SVS Trustee's claims in the Dominion Adversary Proceeding raise complex issues regarding the relationship between the Debtor and Sequoia. It is unclear how, if at all, the Proposed Settlement might affect the rights of Dominion in the Dominion Adversary Proceeding, which is in its earliest stages (no responsive pleading has been filed) and has been stayed by this Court pending the District Court's ruling on the Withdrawal Motion. *See* Order Granting Stay, Adv. Pro. No. 12-1757-HRT, Docket No. 24 (Jan. 23, 2013).

4. Accordingly, Dominion hereby reserves all of its rights, claims, and defenses regarding the Proposed Settlement, any approval thereof, or the effects (if any) thereof in the Dominion Adversary Proceeding or in respect of any claims that may be brought against Dominion in the Dominion Adversary Proceeding by or on behalf of the Debtor, the SVS Trustee, Sequoia, or otherwise.

5. This Statement of Reservation of Rights is filed without prejudice to, subject to and while reserving all rights under the Withdrawal Motion. Nothing herein shall be construed as consent by Dominion to any ruling, any determination of any issue of fact or law, or the issuance of any report or recommendation to the District Court by the Bankruptcy Court with regard to any matter in the Dominion Adversary Proceeding.

Dated this 13th day of March, 2013.

        BRYAN CAVE HRO

        */s/ Eric E. Johnson*
        Eric E. Johnson
        David B. Wilson
        1700 Lincoln Street, Suite 4100
        Denver, Colorado 80203-4541
        Telephone:    (303) 861-7000
        Facsimile:    (303) 866-0200
        Email: eric.johnson@bryancave.com
        Email: david.wilson@bryancave.com

        - and -

        WILMER, CUTLER, PICKERING, HALE AND DORR LLP
        Richard Johnston
        60 State Street
        Boston, MA 02109
        Tel: 617-526-6282
        Email: Richard.Johnston@wilmerhale.com

        Attorneys for DOMINION VOTING SYSTEMS INC. and DOMINION VOTING SYSTEMS CORPORATION

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 13th day of March, 2013, a true and correct copy of the foregoing **STATEMENT OF RESERVATION OF RIGHTS BY DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC., REGARDING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH JACK BLAINE** was served by U.S. mail, postage prepaid, as follows:

Daniel J. Garfield
Foster Graham Milstein & Calisher, LLP
360 S. Garfield St., 6th Fl.
Denver, CO 80209

Brent R. Cohen
Chad S. Caby
Kristin M. Bronson
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5885

Michael J. Guyerson
Onsager, Staelin & Guyerson, LLC
1873 S. Bellaire St., Ste. 1401
Denver, CO 80222

                                       *s/ Alicia Berry*
                                       Alicia Berry