UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER**

On February 20, 2013, Chapter 7 Trustee Tom Connolly ("Movant") filed a motion or application pursuant to L.B.R. 9013-1 entitled Trustee's Motion for Approval of Settlement with Jack Blaine (the "Motion"). Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed on February 20, 2013.

2. The docket numbers for each of the following relevant documents are:

   a. The motion and all documents attached thereto and served therewith, (Dkt. #159);
   b. The notice, (Dkt. #160);
   c. The certificate of service of the motion and the notice, (Dkt. #160);
   d. The proposed order, (Dkt. #159); and

3. On March 13, 2013, Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "Dominion") filed a statement of Reservation of Rights Regarding Trustee's Motion for Approval Settlement Agreement with Jack Blaine. (Dkt. #161). Dominion did not object to the Motion.

**WHEREFORE**, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated: March 27, 2013

                                      **FOSTER GRAHAM MILSTEIN & CALISHER, LLP**

                                      *__/s/ Daniel J Garfield_____*
Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado 80209
Tel: (303) 333-9810
Fax: (303) 333-9786
dgarfield@fostergraham.com

*Counsel for Chapter 7 Trustee Tom Connolly*