UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re

SVS HOLDINGS, INC.

Debtor.

Case No. 10-24238 HRT
Chapter 7

**ORDER APPROVING SETTLEMENT AGREEMENT
BETWEEN THE TRUSTEE AND JACK BLAINE**

The above-entitled matter having come before the Court on the Trustee's Motion for Approval of Settlement Agreement with Jack Blaine (the "Motion"); the Court, having reviewed the pleadings filed herein and being otherwise fully advised in the premises, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED, and that the Settlement Agreement referred to in the Motion is approved according to its terms.

Dated: __March 29__, 2013.

BY THE COURT

_/s/ Howard Tallman_
United States Bankruptcy Judge

11642\7\1212555.3