```
                        United States Bankruptcy Court
                              District of Colorado
In re:                                                    Case No. 10-24238-HRT
SVS Holdings, Inc.                                        Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 1082-1          User: nguyent              Page 1 of 2         Date Rcvd: Mar 29, 2013
                              Form ID: pdf904            Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2013.
db             +SVS Holdings, Inc.,    PO Box 815,   Broomfield, CO 80038-0815
cr             +Jack Blaine,   c/o Onsager, Staelin & Guyerson,   1873 S. Bellaire St.,    Suite 1401,
                 Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Rothgerber Johnson & Lyons LLP
acc            Patrick C. Giefer
                                                                                        TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 1082-1           User: nguyent              Page 2 of 2                  Date Rcvd: Mar 29, 2013
                               Form ID: pdf904            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2013 at the address(es) listed below:

        Brent R. Cohen   on behalf of Creditor   Smartmatic Corporation bcohen@rothgerber.com, cealey@rothgerber.com

        Brent R. Cohen   on behalf of Attorney Ira S. Greene bcohen@rothgerber.com, cealey@rothgerber.com

        Brent R. Cohen   on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@rothgerber.com, cealey@rothgerber.com

        Brent R. Cohen   on behalf of Attorney Khang V. Tran bcohen@rothgerber.com, cealey@rothgerber.com

        Chad S. Caby   on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@rothgerber.com, kmeans@rothgerber.com

        Chad S. Caby   on behalf of Creditor   Smartmatic Corporation ccaby@rothgerber.com, kmeans@rothgerber.com

        Christian C. Onsager   on behalf of Creditor Jack  Blaine consager@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com

        Daniel J. Garfield   on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com, olgab@fostergraham.com

        Daniel J. Garfield   on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com, olgab@fostergraham.com

        Eric E. Johnson   on behalf of Defendant   Dominion Voting Systems, Inc. eric.johnson@bryancave.com, alicia.berry@bryancave.com

        Eric E. Johnson   on behalf of Interested Party   Dominion Voting Systems Corporation eric.johnson@bryancave.com, alicia.berry@bryancave.com

        Eric E. Johnson   on behalf of Interested Party   Dominion Voting Systems, Inc. eric.johnson@bryancave.com, alicia.berry@bryancave.com

        Eric E. Johnson   on behalf of Defendant   Dominion Voting Systems Corporation eric.johnson@bryancave.com, alicia.berry@bryancave.com

        Kevin S. Neiman   on behalf of Debtor   SVS Holdings, Inc. kneiman@hblegal.net, dhowell@hblegal.net;thoy@hblegal.net

        Kristin M. Bronson   on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee kbronson@rothgerber.com, bculver@rothgerber.com

        Lars H. Fuller   on behalf of Creditor   Sequoia Voting Systems, Inc. lfuller@bakerlaw.com, icruz@bakerlaw.com;SBeer@bakerlaw.com

        Michael J. Guyerson   on behalf of Defendant Jack  Blaine mguyerson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com

        Tom H. Connolly   tconnolly@ecf.epiqsystems.com

        US Trustee   USTPRegion19.DV.ECF@usdoj.gov

        TOTAL: 19

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re

SVS HOLDINGS, INC.

Debtor.

Case No. 10-24238 HRT
Chapter 7

ORDER APPROVING SETTLEMENT AGREEMENT
BETWEEN THE TRUSTEE AND JACK BLAINE

The above-entitled matter having come before the Court on the Trustee's Motion for Approval of Settlement Agreement with Jack Blaine (the "Motion"); the Court, having reviewed the pleadings filed herein and being otherwise fully advised in the premises, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED, and that the Settlement Agreement referred to in the Motion is approved according to its terms.

Dated: ___March 29___, 2013.

BY THE COURT

*Howard Tallman*
United States Bankruptcy Judge