## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC. | Chapter 7 |
| Debtor. | |

**COVER SHEET FOR FOSTER GRAHAM MILSTEIN & CALISHER LLP'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR THE PERIOD FROM NOVEMBER 7, 2012, THROUGH APRIL 30, 2013**

Name of Applicant:  Foster Graham Milstein & Calisher, LLP

Authorized to provide services to:  Chapter 7 Trustee Tom Connolly

Date of Order authorizing Employment:  November 9, 2012, nunc pro tunc, November 7, 2012

Period for which compensation is sought:  November 7, 2012 through April 30, 2013

Amount of fees sought:  $11,390.00

Amount of expense reimbursement sought:  $0.00

This is am:  Interim Application [X]; Final Application [ ]

This is the first interim application filed by this professional.

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred is: $0.00

DATED: May 9, 2013.

**FOSTER GRAHAM MILSTEIN & CALISHER, LLP**

___/s/Daniel J. Garfield_____
Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado  80209
Tel:  (303) 333-9810
Fax:  (303) 333-9786
dgarfield@fostergraham.com

*Attorneys for Chapter 7 Trustee Tom Connolly*

## CERTIFICATE OF MAILING

I hereby certify that on this 9th day of May, 2013, a true and correct copy of the **COVER SHEET FOR FOSTER GRAHAM MILSTEIN & CALISHER LLP'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR THE PERIOD FROM NOVEMBER 7, 2012, THROUGH APRIL 30, 2013** was sent via U.S. mail, postage prepaid, and properly addressed to the following:

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202

Khang V. Tran
Ira S. Green
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Brent R. Cohen
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, CO 80202

Michael J. Guyerson
Onsager, Staelin & Guyerson, LLC
1873 S. Bellaire St., Ste. 1401
Denver, CO 80222

SEE ATTACHED

_____/s/ Olga Brusilovskaya_____

-2-

SVS Holdings, Inc.
PO Box 815
Broomfield, CO 80038-0815

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202-2508

Avaya, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

CIT Communications Finance Corporation
aka Avaya Financial Services
1162 E. Sonterra Blvd
San Antonio, TX 78258-4047

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jack Blaine
717 17th St, Suite 310
Denver, CO 80202-3310

Jack Blaine
c/o Christian Onsager, Esq.
Onsager Staelin & Guyerson, LLC
1873 S. Bellaire Ste. 1401
Denver, CO 80222-4359

Jeffrey P. Bialos
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

Lars Fuller
Baker & Hostetler LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203-1264

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Security & Exchange Commission
Central Regional Office
1801 California St.
Ste. 1500
Denver CO 80202-2656

Sequoia Voting Systems, Inc.
717 17th St, Suite 310
Denver, CO 80202-3310

Smartmatic Corporation
1001 Broken Sound Parkway, Suite D
Boca Raton, FL 33487-3532

Smartmatic USA Corporation
c/o Ira S. Greene, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-7222

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

United States Trustee
999 18th Street, Suite 1551
Denver, CO 80202-2415

Jack Blaine
c/o Onsager, Staelin & Guyerson
1873 S. Bellaire St.
Suite 1401
Denver, CO 80222-4359

Kevin S. Neiman
1660 Lincoln St.
Ste. 1900
Denver, CO 80264-1901

Tom H. Connolly
950 Spruce St.
Suite 1C
Louisville, CO 80027-1977

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC. | Chapter 7 |
| Debtor. | |

**FOSTER GRAHAM MILSTEIN & CALISHER LLP'S FIRST INTERIM
APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR
THE PERIOD FROM NOVEMBER 7, 2012, THROUGH APRIL 30, 2013**

Foster Graham Milstein & Calisher, LLP ("FGMC"), counsel for Chapter 7 Trustee Tom Connolly (the "Trustee"), applies for interim approval of its fees and expenses for the period from November 7, 2012, through April 30, 2013. This Application seeks approval of fees in the amount of $11,390.00. In support of this Application, FGMC states as follows:

### Introduction

1.     On June 8, 2010 (the "Petition Date"), SVS Holdings, Inc. (the "Debtor") filed its voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"). On October 16, 2012, the Court entered its Order converting the case to a Chapter 7 proceeding.

2.     The Trustee is the duly appointed Chapter 7 Trustee in this bankruptcy case.

3.     On November 9, 2012, this Court entered an order approving FGMC's employment as counsel for the Trustee, nunc pro tunc November 7, 2012. (Dkt. #137).

4.     FGMC has no agreement or understanding of any kind or nature with any other person to share any compensation received for services rendered in or in connection with this proceeding.

5.     FGMC does not hold and has not held during the pendency of this proceeding any interest adverse to the estate.

6.     This is the first interim application for approval of FGMC's fees and expenses. The fees and expenses set forth in this application include all fees and expenses from the date of the filing of the application to employ FGMC, November 7, 2012, through April 30, 2013.

### Request for Fees and Expenses

7.     FGMC has utilized one attorney who has performed various services related to the representation of the Trustee in this proceeding and whose services constitute all of the time reflected in the billing statements. Attached hereto as Exhibit A is a biographical sketch of

Daniel J. Garfield, the attorney who performed legal services and a list of all FGMC timekeepers referenced in the billing statements. Each person who has performed legal services in these matters has kept daily time records for the services performed and the charges being described thereon. All of the work performed has been billed on an hourly basis. Attached hereto as Exhibit B is the firm's detailed Time Report by attorney and paralegal. FGMC asserts and believes that the hourly rates for each attorney are consistent with rates for comparable services performed by individuals of their experience and quality, with due regard for the spirit of economy inherent in the Bankruptcy Code, and thus reasonable for the work performed and the results obtained. The rates are standard hourly rates for the firm billed by the firm for its bankruptcy and non-bankruptcy clients.

8.    FGMC does not seek reimbursement of costs for the period of the Application.

9.    The services rendered by counsel have assisted the Trustee in complying with his obligations under the Bankruptcy Code and in liquidating assets for the benefit of the Debtor's estate and its creditors.

10.    FGMC has exercised billing judgment in respect of the statements. The adjustments are intended to take into account any inefficiencies, duplication of effort, and "lumping" of time which would be shown in the statements.

11.    Services rendered by the firm aggregate 35.2 hours, on account of which fees of $11,390.00 are sought as follows:

| Attorney/Paraprofessional | Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Daniel J. Garfield | 35.0 | 325.00 | $11,375.00 |
| Olga Brusilovskaya | 0.2 | 75.00 | $15.00 |
| Total | | --- | $11,390.00 |

12.    The work performed by FGMC during the period from November 7, 2012, through April 30, 2013, is more fully described as follows:

The majority of work performed by FGMC concerned prosecuting and resolving an adversary proceeding against the Debtor's former president, Jack Blaine ("Blaine"). On November 16, 2012, the Trustee filed a complaint against Blaine and commenced an adversary proceeding captioned Connolly v. Blaine, Adv. Proc. No. 12-1719-HRT in this Court (the "Adversary Proceeding"). In the Adversary Proceeding, the Trustee sought to avoid the Transfers as preferential transfers under Bankruptcy Code § 547 or as fraudulent transfers under Bankruptcy Code § 548, which transfers are avoidable for the benefit of the Debtor's bankruptcy estate (the "Estate"). The Trustee also objected to any claim of Blaine against the Estate pursuant to Bankruptcy Code § 502 because he was liable for avoidable transfers. The Trustee settled the Adversary Proceeding against Blaine, which settlement this Court approved on March 29, 2013. (Dkt. #163). Blaine paid the estate $9,000 and waived any claim against the Debtor's non-bankrupt subsidiary, Sequoia Voting Systems, Inc. , which waiver will likely result in a significant payment from the subsidiary to the Debtor after payment of claims to the subsidiary's creditors. FGMC also drafted and filed motions related to employment applications for FGMC and special counsel, and a motion to approve a funding arrangement related to another adversary

2

proceeding filed by the Trustee against Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. for fraudulent transfer related to a pre-petition purchase of many of the Debtor's assets.

13.     FGMC believes that the requested fees and expenses are reasonable and necessary in this proceeding and has charged reasonable rates based upon the customary compensation charged by comparatively skilled practitioners in non-bankruptcy cases, considering the complexity of the legal issues involved and whether the services were performed within a reasonable time commensurate with complexity, importance, and nature of the problem, issue or task addressed.  FGMC has avoided duplicative billing and has extensively reviewed the fees to ensure that they are reasonable and necessary.

14.     FGMC has reviewed the Guidelines for Reviewing Applications for Compensation and reimbursement of Expenses filed under 11 U.S.C. § 330, as promulgated by the Office of the United States Trustee, and the fees and expenses requested herein are in conformance with the U.S. Trustee's guidelines.

**WHEREFORE**, FGMC requests that this Court enter an order approving on an interim basis its fees in the amount of $11,375.00, pursuant to 11 U.S.C. § 330, and for such other and further relief as the Court deems appropriate.

DATED: May 9, 2013.

FOSTER GRAHAM MILSTEIN &
CALISHER, LLP

_/s/ Daniel J. Garfield_
Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado  80209
Tel:  (303) 333-9810
Fax:  (303) 333-9786
dgarfield@fostergraham.com

*Attorneys for Chapter 7 Trustee Tom Connolly*

3

## CERTIFICATE OF MAILING

I hereby certify that on this 9th day of May, 2013, a true and correct copy of the **FOSTER GRAHAM MILSTEIN & CALISHER LLP'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR THE PERIOD FROM NOVEMBER 7, 2012, THROUGH APRIL 30, 2013** was sent via U.S. mail, postage prepaid, and properly addressed to the following:

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202

Tom Connolly
950 Spruce St. Suite #1C
Louisville, CO 80027


_____/s/ Olga Brusilovskaya_____

4

## EXHIBIT A

### LIST OF ATTORNEYS REFERENCED IN BILLING APPLICANT'S STATEMENTS AND PROFESSIONAL QUALIFICATION STATEMENT

**Daniel J. Garfield**, (Senior Counsel)) born Palo Alto, California; admitted to bar, 1995, Colorado; 1997, U.S. District Court, District of Colorado; 2001, U.S. Court of Appeals, Tenth Circuit. Education: Swarthmore College (B.A., 1989); Northwestern University (J.D., 1995). Member and Associate Note and Comment Editor, Northwestern University Law Review. Law Clerk to Hon. Arthur P. Roy, Colorado Court of Appeals, 1995-1996. Member: American Bankruptcy Institute, Turnaround Management Association. Practice Areas: Corporate Law, Reorganization; Bankruptcy; Lending; Workouts; Bankruptcy Litigation; Commercial Litigation.

### LIST OF PARTIES REFERENCED IN BILLING APPLICANT'S STATEMENTS

| | |
|---|---|
| Daniel J. Garfield | Senior Counsel with Foster Graham Milstein & Calisher, LLP |
| Olga Brusilovskaya | Legal assistant with Foster Graham Milstein & Calisher, LLP |

1

## EXHIBIT B

## DETAILED BILLING STATEMENTS FOR
## FOSTER GRHAM MILSTEIN & CALISHER, LLP

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO 80209*

(303) 333-9810

Tom Connolly
950 Spruce St. Suite #1C
Louisville, CO 80027

Statement Date:  December 12, 2012
Statement No.          74678
Account No.        11011.0001
Page:    1

RE: SVS Holdings

**Payments received after 12/12/2012 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

## <u>Fees</u>

| | | Hours | |
|---|---|---|---|
| **11/07/2012** | | | |
| DJG | Draft application, verified statement, and order to employ FGMC (1.50); exchanged e-mails with T. Connolly concerning application to employ (0.10); review drafts of application to employ RJ&L and suggest changes (0.50); telephone conference with T. Connolly concerning RJ&L application and motion to approve funding (0.20); review tolling agreements (0.40) | 2.70 | 877.50 |
| **11/08/2012** | | | |
| DJG | Revise application and order to employ RJ&L (0.50); exchanged e-mails with B. Cohen concerning application to employ RJ&L (0.20); telephone conference with B. Cohen concerning application to employ RJ&L (0.10); telephone conference with T. Connolly concerning tolling agreements and avoidance actions (0.20); analyze claims against J. Blaine and begin drafting complaint (1.30); exchanged e-mails with T. Connolly concerning claims against J. Blaine (0.30) | 2.60 | 845.00 |
| **11/09/2012** | | | |
| DJG | Revise funding motion (0.80); review funding agreement (0.30); e-mail to B. Cohen concerning funding issues (0.10) | 1.20 | 390.00 |
| **11/12/2012** | | | |
| DJG | Telephone conference with B. Cohen concerning funding agreement and motion (0.20); review final draft of funding agreement and motion (0.30); e-mail to T. Connolly concerning final draft of funding agreement and motion (0.10) | 0.60 | 195.00 |
| **11/13/2012** | | | |
| DJG | Exchanged e-mails with T. Connolly concerning meeting of creditors and issues to be discussed (0.30); analyze issues to be discussed at meeting of creditors (0.40) | 0.70 | 227.50 |



EXHIBIT

B

Tom Connolly
Account No.        11011.0001
RE:  SVS Holdings

Statement Date: 12/12/2012
Statement No.        74678
Page No.              2

| Date | | Description | Hours | |
|---|---|---|---|---|
| 11/14/2012 | | | | |
| | DJG | E-mail to B. Cohen concerning filed funding motion | 0.10 | 32.50 |
| 11/15/2012 | | | | |
| | DJG | Telephone conference with T. Connolly concerning testimony at meeting of creditors (0.30); draft complaint against J. Blaine (1.60); exchanged e-mails with B. Cohen concerning J. Blaine address (0.20); e-mail to T. Connolly concerning Blaine complaint (0.10); | 2.20 | 715.00 |
| 11/16/2012 | | | | |
| | DJG | Revise complaint and prepare for filing (0.30); e-mail to T. Connolly concerning filed complaint (0.00) | 0.30 | 97.50 |
| 11/19/2012 | | | | |
| | DJG | Telephone conference with C. Onsager concerning accepting service of complaint | 0.10 | 32.50 |
| 11/20/2012 | | | | |
| | DJG | Exchanged e-mails with C. Onsager concerning acceptance of service of complaint (0.20); draft waiver and acceptance of service (0.30); | 0.50 | 162.50 |
| 11/29/2012 | | | | |
| | DJG | Revise certificate of noncontested matter for application to employ RJ&L (no charge) | | |
| 11/30/2012 | | | | |
| | DJG | Exchanged e-mails with T. Connolly concerning status of objections to motions | 0.10 | 32.50 |
| | | For Current Services Rendered | 11.10 | 3,607.50 |
| | | Total Current Work | | 3,607.50 |
| | | Balance Due | | $3,607.50 |

*Payments received after invoice date will be applied to the next month's invoice.*

*Please reference invoice number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO 80209*

(303) 333-9810

Tom Connolly
950 Spruce St. Suite #1C
Louisville, CO 80027

| | |
|---|---|
| Statement Date: | January 8, 2013 |
| Statement No. | 75461 |
| Account No. | 11011.0001 |
| Page: | 1 |

RE: SVS Holdings

**Payments received after 01/08/2013 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

Previous Balance                                                                                    $3,607.50

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 12/05/2012 | | | | |
| | DJG | E-mail to B. Cohen and T. Connolly concerning order approving funding agreement (no charge) | | |
| 12/11/2012 | | | | |
| | DJG | Review of correspondence from B. Cohen concerning additional attorney disclosure (no charge) | | |
| | DJG | E-mail to B. Cohen concerning order approving RJL employment (no charge); revise certificate of noncontested matter for funding agreement motion (0.10); e-mail to B. Cohen concerning certificate of noncontested matter no charge) | 0.10 | 32.50 |
| | DJG | Review letter from B. Cohen concerning potential conflict | 0.20 | 65.00 |
| 12/12/2012 | | | | |
| | OB | Filing of certificate of non-contested matter for funding agreement motion | 0.20 | 15.00 |
| 12/18/2012 | | | | |
| | DJG | Review and revise supplemental RJL disclosure and related motion (0.50); e-mails with B. Cohen concerning supplemental disclosure (0.10) | 0.60 | 195.00 |
| 12/20/2012 | | | | |
| | DJG | Review answer to Blaine complaint (0.10); review counterclaim rules (0.20); e-mail to T. Connolly concerning answer (0.00) | 0.30 | 97.50 |
| | DJG | Review answer to Blaine complaint (0.30); review rules concerning reply to counterclaim (0.10); exchanged e-mails with T. Connolly concerning answer (0.10) | 0.50 | 162.50 |
| | | For Current Services Rendered | 1.90 | 567.50 |

Tom Connolly
Account No.        11011.0001
RE:  SVS Holdings

Statement Date: 01/08/2013
Statement No.        75461
Page No.        2

Total Current Work                                                                                       567.50

Balance Due                                                                                       $4,175.00

*Payments received after invoice date will be applied to the next month's invoice.*

*Please reference invoice number(s) on your payment*

TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY
dstriker@fostergraham.com

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303) 333-9810

Tom Connolly
950 Spruce St. Suite #1C
Louisville, CO   80027

| | |
|---|---|
| Statement Date: | February 4, 2013 |
| Statement No. | 76273 |
| Account No. | 11011.0001 |
| Page: | 1 |

RE: SVS Holdings

**Payments received after 02/04/2013 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                                                    $4,175.00

### Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/2013 | DJG | Prepare for meeting with T. Connolly to discuss facts and claims | 0.50 | 162.50 |
| 01/03/2013 | DJG | Travel to T. Connolly office (0.50); conference with T. Connolly and accountant concerning facts, claims, and strategy (2.50); travel back to office (0.50) | 3.50 | 1,137.50 |
| 01/07/2013 | DJG | Draft reply to answer | 1.30 | 422.50 |
| 01/08/2013 | DJG | Exchanged e-mails with T. Connolly concerning reply to answer | 0.10 | 32.50 |
| 01/10/2013 | DJG | Review debtor and affiliate documents for strategy and Rule 26 disclosures (2.70); e-mail to T. Connolly concerning document disclosure (0.10) | 2.80 | 910.00 |
| 01/11/2013 | DJG | R e-mail from M. Guyerson concerning settlement | 0.10 | 32.50 |
| 01/14/2013 | DJG | Draft rule 26 disclosures (0.50); exchanged e-mails with T. Connolly concerning disclosures and settlement (0.20) | 0.70 | 227.50 |
| 01/15/2013 | DJG | Review e-mail from T. Connolly concerning settlement | 0.10 | 32.50 |
| 01/18/2013 | DJG | Telephone call to T. Connolly concerning Blaine settlement (0.20); | | |

Tom Connolly
Account No.        11011.0001
RE:  SVS Holdings

Statement Date: 02/04/2013
Statement No.      76273
Page No.                 2

| | | Hours | |
|---|---|---|---|
| | exchanged e-mails with N. Guyerson concerning Blaine (0.10) | 0.30 | 97.50 |
| 01/21/2013 DJG | Draft initial disclosures (0.50); review banking information (0.20) | 0.70 | 227.50 |
| 01/24/2013 DJG | Review e-mail from M. Guyerson concerning settlement proposal (0.10); exchanged e-mails with T. Connolly concerning settlement proposal (0.20) | 0.30 | 97.50 |
| 01/28/2013 DJG | Telephone call to T. Connolly concerning Blaine settlement | 0.10 | 32.50 |
| | For Current Services Rendered | 10.50 | 3,412.50 |
| | Total Current Work | | 3,412.50 |
| | Balance Due | | $7,587.50 |

*Payments received after invoice date will be applied to the next month's invoice.*

*Please reference invoice number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO 80209*

(303) 333-9810

Tom Connolly
950 Spruce St. Suite #1C
Louisville, CO 80027

|  |  |
|---|---|
| Statement Date: | March 7, 2013 |
| Statement No. | 77231 |
| Account No. | 11011.0001 |
| Page: | 1 |

RE: SVS Holdings

**Payments received after 03/07/2013 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT.</u>**

Previous Balance                                                                                                  $7,587.50

## <u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 02/01/2013 | DJG | Exchanged e-mails with M. Guyerson concerning Blaine settlement (0.10); exchanged e-mails with T. Connolly concerning Blaine settlement (0.10) | 0.20 | 65.00 |
| 02/02/2013 | DJG | Exchanged e-mails with M. Guyerson concerning Blaine settlement | 0.10 | 32.50 |
| 02/04/2013 | DJG | Draft motion and order to hold Blaine adversary proceeding in abeyance (0.70); exchanged e-mails with M. Guyerson concerning motion to hold adversary proceeding in abeyance (0.10); e-mail to T. Connolly concerning motion to hold Blaine adversary in abeyance (0.10) | 0.90 | 292.50 |
| 02/13/2013 | DJG | Draft Blaine settlement agreement (2.30); e-mail to T. Connolly concerning Blaine settlement agreement (0.10) | 2.40 | 780.00 |
| 02/14/2013 | DJG | Telephone call to T. Connolly concerning changes to settlement agreement (0.10); revise settlement agreement (0.30); exchanged e-mails with M. Guyerson concerning settlement agreement (0.10) | 0.50 | 162.50 |
| 02/15/2013 | DJG | Review M. Guyerson comments to Blaine settlement agreement (0.20); revise settlement agreement (0.10); e-mail to T. Connolly concerning settlement agreement revisions (0.10) | 0.40 | 130.00 |
| 02/16/2013 | DJG | Review e-mail from T. Connolly concerning settlement (0.10); e-mail to M. Guyerson concerning execution copy of Blaine settlement (0.10) | 0.20 | 65.00 |

Tom Connolly
Account No.        11011.0001
RE:  SVS Holdings

Statement Date: 03/07/2013
Statement No.        77231
Page No.              2

|  |  | Hours |  |
|---|---|---|---|
| 02/19/2013 |  |  |  |
| DJG | Draft motion, order, and notice to approve Blaine settlement (3.00); exchanged e-mails with T. Connolly concerning motion to approve Blaine settlement (0.20) | 3.20 | 1,040.00 |
| 02/20/2013 |  |  |  |
| DJG | Exchanged e-mails with T. Connolly concerning motion to approve Blaine settlement (0.10); revise motion to approve Blaine settlement (0.10); exchanged e-mails with M. Guyerson concerning motion to approve Blaine settlement (0.10) | 0.30 | 97.50 |
| 02/21/2013 |  |  |  |
| DJG | Telephone call to B. Cohen concerning Blaine settlement | 0.20 | 65.00 |
| 02/22/2013 |  |  |  |
| DJG | Telephone call to E. Johnson concerning Blaine settlement (0.20); e-mail to T. Connolly concerting call with E. Johnson (0.10) | 0.30 | 97.50 |
| 02/25/2013 |  |  |  |
| DJG | Telephone call to T. Connolly concerning Sequoia corporate matters (0.20); telephone call to L. Fuller concerning Sequoia board members (0.10); exchanged e-mails with T. Connolly concerning Sequoia board members (0.10) | 0.40 | 130.00 |
|  | For Current Services Rendered | 9.10 | 2,957.50 |
|  | Total Current Work |  | 2,957.50 |
|  | Balance Due |  | $10,545.00 |

*Payments received after invoice date will be applied to the next month's invoice.*

*Please reference invoice number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303) 333-9810

Tom Connolly
950 Spruce St. Suite #1C
Louisville, CO   80027

| | |
|---|---|
| Statement Date: | April 3, 2013 |
| Statement No. | 78059 |
| Account No. | 11011.0001 |
| Page: | 1 |

RE: SVS Holdings

**Payments received after 04/03/2013 are <u>not</u> included on this statement.**

**<u>PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT</u>.**

Previous Balance                                                                                            $10,545.00

<u>Fees</u>

| Date | | Description | Hours | |
|---|---|---|---|---|
| 03/02/2013 | DJG | E-mail to L. Fuller concerning Sequoia board members (no charge) | | |
| 03/07/2013 | DJG | E-mail to T. Connolly concerning discussions with L. Fuller about board member resignations | 0.10 | 32.50 |
| 03/11/2013 | DJG | Draft unanimous consent to resignation of board members and appointment of T. Connolly for Sequoia Voting Systems and e-mail to T. Connolly | 0.90 | 292.50 |
| 03/14/2013 | DJG | Review Dominion reservations of rights concerning Blaine settlement and analyze response (0.30); e-mail to B. Cohen concerning Dominion response (0.10) | 0.40 | 130.00 |
| 03/18/2013 | DJG | E-mail to T. Connolly concerning Dominion reservation of rights for Blaine settlement | 0.10 | 32.50 |
| 03/19/2013 | DJG | Revise certificate of noncontested matter concerning Blaine settlement | 0.20 | 65.00 |
| | | For Current Services Rendered | 1.70 | 552.50 |
| | | Total Current Work | | 552.50 |
| | | Balance Due | | $11,097.50 |

Tom Connolly
Account No.          11011.0001
RE:  SVS Holdings

Statement Date: 04/03/2013
Statement No.          78059
Page No.          2

*Payments received after invoice date will be applied to the next month's invoice.*

*Please reference invoice number(s) on your payment*

<u>**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**</u>
<u>**dstriker@fostergraham.com**</u>

# FOSTER GRAHAM MILSTEIN & CALISHER, LLP

*360 S. Garfield St., 6th Fl.*
*Denver, CO  80209*

(303) 333-9810

Tom Connolly
950 Spruce St. Suite #1C
Louisville, CO   80027

| | |
|---|---|
| Statement Date: | May 2, 2013 |
| Statement No. | 78865 |
| Account No. | 11011.0001 |
| Page: | 1 |

RE: SVS Holdings

**Payments received after 05/02/2013 are _not_ included on this statement.**

**_PLEASE REFERENCE STATEMENT NUMBER(S) ON YOUR PAYMENT._**

| | | |
|---|---|---|
| Previous Balance | | $11,097.50 |

<u>Fees</u>

| Date | Description | Hours | |
|---|---|---|---|
| 04/01/2013 DJG | E-mail to T. Connolly concerning order approving Blaine settlement (no charge) | | |
| 04/04/2013 DJG | R e-mail from Blaine's counsel concerning payment and forward to T. Connolly (no charge) | | |
| 04/05/2013 DJG | Exchanged e-mails with C. Bevel concerning Blaine payment (no charge) | | |
| 04/11/2013 DJG | Exchanged e-mails with B. Cohen concerning Sequoia shareholder resolution (no charge) | | |
| 04/24/2013 DJG | Begin drafting fee application | 0.30 | 97.50 |
| 04/25/2013 DJG | Draft motion and order to dismiss Blaine adversary proceeding | 0.60 | 195.00 |
| 04/26/2013 DJG | Exchanged e-mails with T. Connolly concerning motion and order to dismiss Blaine adversary proceeding (no charge) | | |
| 04/30/2013 DJG | E-mail to T. Connolly concerning dismissal of Blaine adversary (no charge) | | |
| | For Current Services Rendered | 0.90 | 292.50 |

Tom Connolly
Account No.          11011.0001
RE:  SVS Holdings

Statement Date: 05/02/2013
Statement No.      78865
Page No.             2

Total Current Work                                                                                       292.50

Balance Due                                                                                    $11,390.00

*Payments received after invoice date will be applied to the next month's invoice.*

*Please reference invoice number(s) on your payment*

**TO RECEIVE YOUR STATEMENT(S) ELECTRONICALLY PLEASE NOTIFY**
**dstriker@fostergraham.com**