UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF FOSTER GRAHAM MILSTEIN & CALISHER LLP'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR THE PERIOD FROM NOVEMBER 7, 2012, THROUGH APRIL 30, 2013

### OBJECTION DEADLINE: THURSDAY, MAY 30, 2013

**YOU ARE HEREBY NOTIFIED** that Foster Graham Milstein & Calisher, LLP, counsel for Tom Connolly, Chapter 7 Trustee, has filed a First Interim Application for Allowance of Fees and Expenses for the Period from November 7, 2012, through April 30, 2013 (the "Application") with the Bankruptcy Court and requests the following relief: payment of fees in the amount of $11,390.00.

If you oppose the Application or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: May 9th, 2013.

FOSTER GRAHAM MILSTEIN &
CALISHER, LLP

_/s/ Daniel J. Garfield_
Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado 80209
Tel: (303) 333-9810
Fax: (303) 333-9786
dgarfield@fostergraham.com

*Attorneys for Chapter 7 Trustee Tom Connolly*

## CERTIFICATE OF MAILING

I hereby certify that on this 9th day of May, 2013, a true and correct copy of the **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF FOSTER GRAHAM MILSTEIN & CALISHER LLP'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR THE PERIOD FROM NOVEMBER 7, 2012, THROUGH APRIL 30, 2013** was sent via U.S. mail, postage prepaid, and properly addressed to the following:

U.S. Trustee
999 18th St., Ste. 1551
Denver, CO 80202

Khang V. Tran
Ira S. Green
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022

Brent R. Cohen
Rothgerber Johnson & Lyons, LLP
1200 17th Street, Suite 3000
Denver, CO 80202

Michael J. Guyerson
Onsager, Staelin & Guyerson, LLC
1873 S. Bellaire St., Ste. 1401
Denver, CO 80222

SEE ATTACHED

/s/ Olga Brusilovskaya

SVS Holdings, Inc.
PO Box 815
Broomfield, CO 80038-0815

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202-2508

Avaya, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

CIT Communications Finance Corporation
aka Avaya Financial Services
1162 E. Sonterra Blvd
San Antonio, TX 78258-4047

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jack Blaine
717 17th St, Suite 310
Denver, CO 80202-3310

Jack Blaine
c/o Christian Onsager, Esq.
Onsager Staelin & Guyerson, LLC
1873 S. Bellaire Ste. 1401
Denver, CO 80222-4359

Jeffrey P. Bialos
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

Lars Fuller
Baker & Hostetler LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203-1264

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Security & Exchange Commission
Central Regional Office
1801 California St.
Ste. 1500
Denver CO 80202-2656

Sequoia Voting Systems, Inc.
717 17th St, Suite 310
Denver, CO 80202-3310

Smartmatic Corporation
1001 Broken Sound Parkway, Suite D
Boca Raton, FL 33487-3532

Smartmatic USA Corporation
c/o Ira S. Greene, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-7222

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

United States Trustee
999 18th Street, Suite 1551
Denver, CO 80202-2415

Jack Blaine
c/o Onsager, Staelin & Guyerson
1873 S. Bellaire St.
Suite 1401
Denver, CO 80222-4359

Kevin S. Neiman
1660 Lincoln St.
Ste. 1900
Denver, CO 80264-1901

Tom H. Connolly
950 Spruce St.
Suite 1C
Louisville, CO 80027-1977