**United States Bankruptcy Court**
**District of Colorado**

In re: SVS Holdings, Inc.
Debtor(s)

Bankruptcy No.: 10-24238-HRT
Trustee: Tom Connolly
Chapter: 7

## Notice of Fees Required Pursuant to
## 28 U. S. C. § 1930(b) and for Payment Thereof

To the Trustee assigned herein:

**NOTICE IS HEREBYGIVEN** that pursuant to the schedule of fees established by the Judicial Conference of the United States in accordance with 28 U.S.C. § 1930(b), the fees and miscellaneous charges described below are now due and payable to the Clerk of the Bankruptcy Court on behalf of and in satisfaction for an indebtedness to the United States Government. These fees and charges are due and payable only from the estate and to the extent there is any estate. **Please return your remittance by the date of filing of the Final Account accompanied by a copy of this notice.**

1. Fee for re-opening a case in accordance with 28 U. S. C. § 1930(b) . . . . . . . . . . .$0

2. Fee for commencing an adversary proceeding (Fee Schedule No. 6)

| Case Number | Date Filed | Defendant's Name |
|---|---|---|
| 12-1719-HRT | 11/16/2012 | Jack Blaine |
| | | |
| | | |
| | | |

at $150 for each adversary proceeding commenced before September 20, 2005 as follows: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$0

at $250 for each adversary proceeding commenced between September 20, 2005 and October 31, 2011 as follows: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 0

at $293 for each adversary proceeding commenced on and after November 1, 2011 as follows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 293

Fee for conversion (ch 11 to ch 7 - $15.00, ch 12 to ch 7 - $60.00, ch 13 to ch 7 - $25.00) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 0
(only if ch 7 trustee files an NOPD & fee wasn't previously paid)

3. **Total fees and miscellaneous charges due.** . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 293

Dated: 5/14/2013
(Rev. 7fntc 11/30/11)

FOR THE COURT:
Kelly J. Sweeney, Acting Clerk

___tn_____
By:
Deputy Clerk