```
                        United States Bankruptcy Court
                              District of Colorado
In re:                                                    Case No. 10-24238-HRT
SVS Holdings, Inc.                                        Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 1082-1         User: nguyent               Page 1 of 2          Date Rcvd: May 14, 2013
                             Form ID: pdf904             Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2013.
db            +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815
cr            +Jack Blaine,    c/o Onsager, Staelin & Guyerson,     1873 S. Bellaire St.,    Suite 1401,
                Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Rothgerber Johnson & Lyons LLP
acc            Patrick C. Giefer
                                                                                       TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2013**                    **Signature:**  _Joseph Speetjens_

```
District/off: 1082-1          User: nguyent              Page 2 of 2             Date Rcvd: May 14, 2013
                              Form ID: pdf904            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2013 at the address(es) listed below:

         Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@rothgerber.com, cealey@rothgerber.com
         Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@rothgerber.com, cealey@rothgerber.com
         Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@rothgerber.com, cealey@rothgerber.com
         Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@rothgerber.com, cealey@rothgerber.com
         Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@rothgerber.com, kmeans@rothgerber.com
         Chad S. Caby    on behalf of Creditor    Smartmatic Corporation ccaby@rothgerber.com, kmeans@rothgerber.com
         Christian C. Onsager    on behalf of Creditor Jack Blaine consager@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
         Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com, olgab@fostergraham.com
         Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com, olgab@fostergraham.com
         Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc. eric.johnson@bryancave.com, alicia.berry@bryancave.com
         Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation eric.johnson@bryancave.com, alicia.berry@bryancave.com
         Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc. eric.johnson@bryancave.com, alicia.berry@bryancave.com
         Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation eric.johnson@bryancave.com, alicia.berry@bryancave.com
         Kevin S. Neiman    on behalf of Debtor    SVS Holdings, Inc. kneiman@hblegal.net, dhowell@hblegal.net;thoy@hblegal.net
         Kristin M. Bronson    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee kbronson@rothgerber.com, bculver@rothgerber.com
         Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com, icruz@bakerlaw.com;SBeer@bakerlaw.com
         Michael J. Guyerson    on behalf of Defendant Jack Blaine mguyerson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
         Tom H. Connolly    tconnolly@ecf.epiqsystems.com
         US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                                                                                          TOTAL: 19

United States Bankruptcy Court
District of Colorado

In re: SVS Holdings, Inc.
Debtor(s)

Bankruptcy No.: 10-24238-HRT
Trustee: Tom Connolly
Chapter: 7

**Notice of Fees Required Pursuant to
28 U. S. C. § 1930(b) and for Payment Thereof**

To the Trustee assigned herein:

**NOTICE IS HEREBY GIVEN** that pursuant to the schedule of fees established by the Judicial Conference of the United States in accordance with 28 U.S.C. § 1930(b), the fees and miscellaneous charges described below are now due and payable to the Clerk of the Bankruptcy Court on behalf of and in satisfaction for an indebtedness to the United States Government. These fees and charges are due and payable only from the estate and to the extent there is any estate. **Please return your remittance by the date of filing of the Final Account accompanied by a copy of this notice.**

1. Fee for re-opening a case in accordance with 28 U. S. C. § 1930(b) . . . . . . . . . . .$0

2. Fee for commencing an adversary proceeding (Fee Schedule No. 6)

| Case Number | Date Filed | Defendant's Name |
|---|---|---|
| 12-1719-HRT | 11/16/2012 | Jack Blaine |
|  |  |  |
|  |  |  |
|  |  |  |

at $150 for each adversary proceeding commenced before September 20, 2005
as follows: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$0

at $250 for each adversary proceeding commenced between September 20, 2005
and October 31, 2011 as follows: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 0

at $293 for each adversary proceeding commenced on and after November 1, 2011
as follows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 293

Fee for conversion (ch 11 to ch 7 - $15.00, ch 12 to ch 7 - $60.00, ch 13 to
ch 7 - $25.00) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 0
(only if ch 7 trustee files an NOPD & fee wasn't previously paid)

3. **Total fees and miscellaneous charges due. . . . . . . . . . . . . . . . . . . . . . . . . . . .$ 293**

Dated: 5/14/2013
(Rev. 7fntc 11/30/11)

FOR THE COURT:
Kelly J. Sweeney, Acting Clerk

_tn_____
By:
Deputy Clerk