# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

## FOSTER GRAHAM MILSTEIN & CALISHER LLP'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR THE PERIOD FROM NOVEMBER 7, 2012, THROUGH APRIL 30, 2013

On May 9, 2013, Foster Graham Milstein & Calisher LLP ("Movant") filed a motion or application pursuant to L.B.R. 9013-1 entitled Foster Graham Milstein & Calisher LLP' First Interim Application for Allowance of Fees and expenses for the Period from November 7, 2012,through April 30, 2013.  Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed on May 9, 2013.

2. The docket numbers for each of the following relevant documents are:

   a. The motion and all documents attached thereto and served therewith, (Dkt. #165);
   b. The notice, (Dkt. #166);
   c. The certificate of service of the motion and the notice, (Dkt. #165 and 166);
   d. The proposed order, (Dkt. #165); and

**WHEREFORE**, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated: June 5, 2013

**FOSTER GRAHAM MILSTEIN & CALISHER, LLP**

*__/s/ Daniel J Garfield_____*
Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado 80209
Tel: (303) 333-9810
Fax: (303) 333-9786
dgarfield@fostergraham.com

*Counsel for Chapter 7 Trustee Tom Connolly*