**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re

SVS HOLDINGS, INC.

Debtor.

Case No. 10-24238 HRT
Chapter 7

**ORDER APPROVING FOSTER GRAHAM MILSTEIN & CALISHER LLP'S**
**FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES**
**FOR THE PERIOD FROM NOVEMBER 7, 2012, THROUGH APRIL 30, 2013**

THIS MATTER having come before the Court upon Foster Graham Milstein & Calisher's ("FGMC") First Interim Application for Allowance of Fees and Expenses for the Period from November 7, 2012, through April 30, 2013 ("Application"), as counsel for Chapter 7 Trustee Tom Connolly (the "Trustee"), and the Court having reviewed the Application and finding that the notice of the Application was properly provided and that cause exists for approving the Application, it is hereby ordered that:

1.      Subject to a final fee application, the Application is APPROVED.

2.      FGMC is awarded interim compensation for the period from November 7, 2012, through April 30, 2013, in the amount of $11,390.00.

3.      The Trustee is authorized to pay FGMC the fees approved herein.

Dated: _____June 7___, 2013.

BY THE COURT

United States Bankruptcy Judge