United States Bankruptcy Court
District of Colorado

In re:  
SVS Holdings, Inc.  
     Debtor

Case No. 10-24238-HRT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: nguyent     Page 1 of 2     Date Rcvd: Jun 07, 2013  
                      Form ID: pdf904    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2013.  
db         +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815  
cr         +Jack Blaine,    c/o Onsager, Staelin & Guyerson,    1873 S. Bellaire St.,    Suite 1401,    Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty         Rothgerber Johnson & Lyons LLP  
acc         Patrick C. Giefer  
                                                                                          TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2013**                  **Signature:**    _Joseph Speetjens_

```
District/off: 1082-1          User: nguyent              Page 2 of 2                    Date Rcvd: Jun 07, 2013
                              Form ID: pdf904            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2013 at the address(es) listed below:

      Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@rothgerber.com, cealey@rothgerber.com
      Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@rothgerber.com,   cealey@rothgerber.com
      Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@rothgerber.com, cealey@rothgerber.com
      Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@rothgerber.com,   cealey@rothgerber.com
      Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@rothgerber.com, kmeans@rothgerber.com
      Chad S. Caby    on behalf of Creditor    Smartmatic Corporation ccaby@rothgerber.com, kmeans@rothgerber.com
      Christian C. Onsager    on behalf of Creditor Jack  Blaine consager@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
      Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com, olgab@fostergraham.com
      Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com, olgab@fostergraham.com
      Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc. eric.johnson@bryancave.com,  alicia.berry@bryancave.com
      Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation eric.johnson@bryancave.com,  alicia.berry@bryancave.com
      Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc. eric.johnson@bryancave.com,  alicia.berry@bryancave.com
      Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation eric.johnson@bryancave.com,  alicia.berry@bryancave.com
      Kevin S. Neiman    on behalf of Debtor    SVS Holdings, Inc. kneiman@hblegal.net, dhowell@hblegal.net;thoy@hblegal.net
      Kristin M. Bronson    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee kbronson@rothgerber.com,  bculver@rothgerber.com
      Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com, icruz@bakerlaw.com;SBeer@bakerlaw.com
      Michael J. Guyerson    on behalf of Defendant Jack  Blaine mguyerson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
      Tom H. Connolly    tconnolly@ecf.epiqsystems.com
      US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                                                                     TOTAL: 19

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

**ORDER APPROVING FOSTER GRAHAM MILSTEIN & CALISHER LLP'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR THE PERIOD FROM NOVEMBER 7, 2012, THROUGH APRIL 30, 2013**

THIS MATTER having come before the Court upon Foster Graham Milstein & Calisher's ("FGMC") First Interim Application for Allowance of Fees and Expenses for the Period from November 7, 2012, through April 30, 2013 ("Application"), as counsel for Chapter 7 Trustee Tom Connolly (the "Trustee"), and the Court having reviewed the Application and finding that the notice of the Application was properly provided and that cause exists for approving the Application, it is hereby ordered that:

1. Subject to a final fee application, the Application is APPROVED.

2. FGMC is awarded interim compensation for the period from November 7, 2012, through April 30, 2013, in the amount of $11,390.00.

3. The Trustee is authorized to pay FGMC the fees approved herein.

Dated: _____June 7___, 2013.

BY THE COURT

_Howard Tallman_
United States Bankruptcy Judge