# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| SVS HOLDINGS, INC., ) | Case No. 10-24238-HRT |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective June 11, 2013, Eric E. Johnson, counsel for Dominion Voting Systems Inc. and Dominion Voting Systems Corporation, will affiliate with Sherman & Howard L.L.C. and his new address will be:

Eric E. Johnson
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Tel.: 303-297-2900
Fax: 303-298-0940
Email: ejohnson@shermanhoward.com

DATED June 10, 2013.

BRYAN CAVE HRO

*/s/ Eric E. Johnson*
Eric E. Johnson
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
Email: eric.johnson@bryancave.com

Attorney for DOMINION VOTING SYSTEMS INC. and DOMINION VOTING SYSTEMS CORPORATION

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of June, 2013, a true and correct copy of the foregoing document, NOTICE OF CHANGE OF ADDRESS, was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. A true and correct copy was also deposited in the United States Mail, postage pre-paid, first class, addressed to the following parties:

Daniel J. Garfield
Foster Graham Milstein & Calisher LLP
360 S. Garfield St., 6th Floor
Denver, CO 80209

Brent R. Cohen
Chad S. Caby
Kristin M. Bronson
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO  80202-5885

United States Trustee
999 18th Street
Suite 1551
Denver, CO 80202-2415

Kevin S. Nieman
1660 Lincoln Street, Suite 1900
Denver, CO  80264

SVS Holdings, Inc.
PO Box 815
Broomfield, CO 80038

                                               */s/ Alicia Berry*
                                               Alicia Berry