## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re: )
)       Case No. 10-24238 HRT
SVS HOLDINGS, INC., )
)       Chapter 7
Debtor. )

---

### FIRST INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ROTHGERBER JOHNSON & LYONS LLP, LITIGATION COUNSEL TO TRUSTEE

---

Pursuant to 11 U.S.C. §§ 330, 331, and 503, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules 2016 and pursuant to this Court's Order Approving Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for Chapter 7 Trustee entered on November 30, 2012 *nunc pro tunc* November 8, 2013 (Docket No. 146), Rothgerber Johnson & Lyons LLP ("RJ&L"), counsel for Tom H. Connolly, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of SVS Holdings, Inc. (the "Debtor") hereby submits its First Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses (the "First Fee Application"). In support therefor, RJ&L states as follows:

### INTRODUCTION

1.      Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code on June 8, 2010.

2.      By Order entered on October 16, 2012 (Docket No. 118), the Court converted the Debtor's bankruptcy case to a case under Chapter 7 of the Bankruptcy Code. On October 17, 2012, the Trustee was subsequently appointed.

3.      Thereafter, on November 8, 2012, the Trustee filed his Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for the Chapter 7 Trustee (Docket No. 135).

4.      On November 30, 2012, the Court entered its Order Approving Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for Chapter 7 Trustee (the "Application to Employ RJ&L"). The Application to Employ RJ&L was approved *nunc pro tunc* November 8, 2012. A copy of the Order approving RJ&L is attached hereto as **Exhibit A**.

5.      In this First Fee Application, RJ&L requests interim approval of fees and expenses incurred from November 8, 2012 through June 30, 2013 (the "First Compensation Period"). RJ&L is requesting allowance and payment of $25,938.50 in professional fees and $700.29 in expenses in representing the Trustee pursuant to 11 U.S.C. §§ 330, 331 and 503, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules 2016.

2004136145_1

6.     The services rendered by RJ&L in this matter have been provided by the following attorneys:

| Attorney | Year Admitted | Area of Expertise | Hourly Rate |
|---|---|---|---|
| Brent R. Cohen, Partner | 1981 | Bankruptcy | $435-$450 |
| Kristin M. Bronson, Partner | 1997 | Litigation | $385.00 |
| David M. Hyams, Associate | 2010 | Bankruptcy | $235-$245 |
| Hermine Kallman, Associate | 2012 | Litigation | $215.00 |
| Peggy Lord, Senior Legal Assistant | | Litigation | $185.00 |

7.     **Exhibit B** contains a brief biography of the attorneys providing services in this matter.

8.     The rates charged by RJ&L in this case are based upon the skill and experience of the attorneys involved.  RJ&L believes that its rates are generally comparable to fees customarily charged by other attorneys of similar skill and experience in similar bankruptcy proceedings. RJ&L has written off charges where appropriate, consistent with its practice in other cases.  The amount requested in this First Fee Application is within the range of what could reasonably have been anticipated for services of the scope and nature rendered by RJ&L.

## SUMMARY DESCRIPTION OF RJ&L'S LEGAL SERVICES

9.     Applicant has allocated time in the Debtor's bankruptcy case to two billing categories.  A detailed itemized description of each category of services provided by RJ&L is set forth in **Exhibit C**.  The time and task records, as summarized below, reflect services that were necessary and beneficial to the Debtor's bankruptcy estate. The categories of services provided by RJ&L during the first compensation period are as follows:

**1.     Retention/Claims Analysis/Investigation**

| | | CURRENT APPLICATION | | PREVIOUS APPLICATION | |
|---|---|---|---|---|---|
| PROFESSIONAL | BILLING RATE | HOURS | FEES | HOURS | FEES |
| Brent R. Cohen | $435.00 (2012) | 7.7 | $3,349.50 | 0.0 | $0.00 |
| Brent R. Cohen | $450.00 (2013) | 3.0 | $1,350.00 | 0.0 | |
| TOTAL | | | $4,699.50 | 0.0 | $0.00 |

RJ&L spent limited time being employed by the Trustee in this matter, although a minimal amount of time was necessary.  RJ&L also conducted an analysis of potential claims to be asserted against Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (the "Dominion Defendants") and communicated with counsel for Smartmatic Corporation and the Trustee regarding these potential claims.  RJ&L also continued to conduct an investigation

regarding the events surrounding the claims asserted in the Complaint (mentioned below) and took steps to ensure that discoverable information in the hands of third parties will be available once the stay is lifted.

**2.      Litigation/Withdrawal of the Reference**

| | | CURRENT APPLICATION | | PREVIOUS APPLICATION | |
|---|---|---|---|---|---|
| **PROFESSIONAL** | **BILLING RATE** | **HOURS** | **FEES** | **HOURS** | **FEES** |
| Brent R. Cohen | $450.00 | 28.9 | $13,005.00 | 0.0 | $0.00 |
| Kristin M. Bronson | $385.00 | 1.2 | $    462.00 | 0.0 | $0.00 |
| David M. Hyams | $245.00 | 12.2 | $ 2,989.00 | 0.0 | $0.00 |
| Hermine Kallman | $215.00 | 16.3 | $ 3,551.50 | 0.0 | $0.00 |
| Peggy Lord (Paralegal) | $185.00 | .3 | $     55.50 | 0.0 | $0.00 |
| **TOTAL** | | | $20,063.00 | 0.0 | $0.00 |

After analyzing possible claims against the Dominion Defendants, RJ&L assisted the Trustee with the drafting and revising of a Complaint which was filed in the Bankruptcy Court. The Dominion Defendants responded by seeking a stay in the Bankruptcy Court and moving to withdraw the reference to the federal district court.   RJ&L responded to these motions. Eventually, the Bankruptcy Court granted a stay pending a decision by the District Court on withdrawal of the reference.

**3.      The Jack Blaine Settlement**

| | | CURRENT APPLICATION | | PREVIOUS APPLICATION | |
|---|---|---|---|---|---|
| **PROFESSIONAL** | **BILLING RATE** | **HOURS** | **FEES** | **HOURS** | **FEES** |
| Brent R. Cohen | $450.00 | 1.6 | $720.00 | 0.0 | $0.00 |
| **TOTAL** | | | $720.00 | 0.0 | $0.00 |

RJ&L spent a limited amount of time reviewing the settlement between the Trustee and Jack Blaine in order to determine any potential impact of the settlement on the litigation against the Dominion Defendants, if any.

**4.      Fee Application**

| | | CURRENT APPLICATION | | PREVIOUS APPLICATION | |
|---|---|---|---|---|---|
| **PROFESSIONAL** | **BILLING RATE** | **HOURS** | **FEES** | **HOURS** | **FEES** |
| Brent R. Cohen | $450.00 | 1.2 | $540.00 | 0.0 | $0.00 |
| **TOTAL** | | | $540.00 | 0.0 | $0.00 |

The time spent for drafting the fee application in this matter is set forth above. Additional fees have been incurred for the Fee Application and attendant pleadings, which additional fees will be set forth and reflected in any subsequent interim fee applications RJ&L files with the Court.

## CONCLUSION

The fees and expenses requested herein are reasonable and necessary. All services for which compensation is requested were performed on behalf of the Trustee. The Trustee has had the opportunity to review the itemized monthly billing statements attached hereto as Exhibit C, describing in detail the basis for all the interim fees and expenses requested herein, and the Trustee has not disapproved the requested amount of fees and expenses.

WHEREFORE, RJ&L respectfully requests that the Court enter an Order approving RJ&L's interim fees in the amount of $25,938.50 and reimbursement of expenses in the amount of $700.29 incurred during the first compensation period, and requests such other and further relief as is appropriate.

DATED:  July 12, 2013                    ROTHGERBER JOHNSON & LYONS LLP

                                         */s/ Brent R. Cohen*
                                         Brent R. Cohen, No. 11297
                                         Chad S. Caby, No. 30927
                                         Kristin M. Bronson, No. 28559
                                         1200 17th Street, Suite 3000
                                         Denver, CO  80202
                                         Telephone:  (303) 623-9000
                                         Fax:       (303) 623-9222
                                         E-mail:   bcohen@rothgerber.com
                                                   ccaby@rothgerber.com
                                                   kbronson@rothgerber.com

                                         *Attorneys for Tom H. Connolly, Chapter 7 Trustee*

2004136145_1                            - 4 -

Case:10-24238-TBM   Doc#:175   Filed:07/12/13   Entered:07/12/13 11:59:46   Page5 of 32
Case:10-24238-HRT   Doc#:146   Filed:11/30/12   Entered:11/30/12 15:44:37   Page1 of 1

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re

SVS HOLDINGS, INC.

Debtor.

Case No. 10-24238 HRT
Chapter 7

### ORDER APPROVING APPLICATION TO EMPLOY ROTHGERBER JOHNSON & LYONS LLP AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE

Before the Court is the Application to Employ Rothgerber Johnson & Lyons LLP ("RJ&L") as Special Litigation Counsel for Chapter 7 Trustee (the "Application") pursuant to 11 U.S.C. § 327.

Good cause being shown therefor, the Application is approved and employment of RJ&L as special litigation counsel for Chapter 7 Trustee Tom Connolly is approved, nunc pro tunc, November 8, 2012.

Dated:   November 30, 2012.

BY THE COURT

Howard Tallman
United States Bankruptcy Judge

11642\8\1117823.1


EXHIBIT
A

## EXHIBIT B
### LIST OF ATTORNEYS
### WHO PERFORMED LEGAL SERVICES

### BRENT R. COHEN (Billing Rate:  $435.00 (2012); $450.00 (2013))

Brent R. Cohen was admitted to the Colorado State Bar in 1981 and the Wyoming State Bar in 1982.  Mr. Cohen received his B.S. degree, *magna cum laude*, from the University of Colorado in 1978, and his J.D. degree from the University Colorado School of Law in 1981, where he was Managing Editor of the University of Colorado Law Review.

Mr. Cohen is the senior member and chair of the firm's Bankruptcy Department. Mr. Cohen's areas of expertise include representation of debtors, creditors, and trustees in bankruptcy and insolvency proceedings, as well as workouts and restructurings outside of bankruptcy.  He regularly provides bankruptcy advice in conjunction with a variety of complex commercial transactions, and has participated in some of the more significant bankruptcy litigation in the Rocky Mountain area.  Mr. Cohen also has extensive experience in oil and gas law, creditor's rights law, and commercial litigation.  For additional information regarding Mr. Cohen's experience, see the attached biography.

### KRISTIN M. BRONSON (Billing Rate:  $375.00 (2012); $385.00 (2013))

Kristin M. Bronson was admitted to the Colorado State Bar in 1997.  Ms. Bronson received her B.A. degree from the University of Virginia in 1990, and her J.D. degree from the University Colorado School of Law in 1997, where she was President of the Moot Court Board.

Ms. Bronson's practice focuses on complex corporate and business litigation, including representation of individual and corporate plaintiffs and defendants in class and derivative actions, and representation of local and national corporate entities in contract, fraud and other business litigation. She has extensive trial experience in state and federal courts, as well as in arbitrating and mediating business disputes.

### DAVID M. HYAMS (Billing Rate - $235.00 (2012); $245 (2013))

David M. Hyams was admitted to the Colorado State Bar in 2010 and the Idaho State Bar in 2008.  Mr. Hyams received his B.S. from Colorado State University in 2000, his M.A. from Denver Seminary in 2003, his M.A. from Georgia State University in 2004, and his J.D. degree from the University of Denver Sturm College of Law in 2008.

Mr. Hyams focuses his practice on bankruptcy and commercial litigation. He has experience in complex adversary proceedings, receiverships, foreclosures, and corporate disputes.  For additional information regarding Mr. Hyams' experience, see the attached biography.

2004136283_1



EXHIBIT
**B**

**HERMINE KALLMAN (Billing Rate:  $215.00)**

Hermine Kallman was admitted to the Colorado State Bar in 2012.  Ms. Kallman received her B.A. degree from the University of Colorado at Denver and the University of Colorado International College at Moscow in 1999 and her J.D. degree from the University Denver Sturm College of Law, Order of St. Ives, in 2012, where she was Senior Staff Editor of the University of Denver *Law Review*.

Ms. Kallman's practice focuses on complex commercial and business litigation.

# BRENT R. COHEN
**PARTNER**

Direct Phone: 303-628-9521
Fax: 303-623-9222
Office Location: Denver, CO
bcohen@rothgerber.com



As the senior member and chair of the firm's Bankruptcy Department, Brent Cohen has been exposed to a wide variety of bankruptcy and insolvency matters throughout the United States. His practice includes representation of debtors, creditors, and trustees in bankruptcy and insolvency proceedings, as well as workouts and restructurings outside of court. He regularly provides bankruptcy advice in conjunction with a variety of complex commercial transactions and has participated in some of the more significant bankruptcy litigation in the Rocky Mountain area. He has also had extensive involvement in oil and gas, debtor/creditor, and commercial litigation. Mr. Cohen is admitted to practice in state and federal courts in Colorado and Wyoming.

## REPRESENTATIVE EXPERIENCE

*Bankruptcy - Creditor Representation:*

- Represented the principal unsecured creditors in three Chapter 11 proceedings that were collectively the largest ever filed in Wyoming-In re Albrecht, In re Rivermeadows Associates, Ltd., and In re Fish Creek Meadows Associates, Ltd. In each case, all secured and unsecured creditors were paid in full, with interest.
- Represented the largest unsecured creditor and served on the creditors committee in a Chapter 11 proceeding filed in Wyoming by Canyon Club, Inc. The case culminated in a sale of assets that resulted in payment in full on all claims.
- Represented the principal secured creditor in a Wyoming receivership proceeding and eventual bankruptcy of Teton Club, LLC.
- Represented major creditors in a variety of oil and gas bankruptcies filed in Colorado and Wyoming including Stone & Wolf, LLC, PRB Energy, Storm Cat Energy, and Riviera Drilling and Energy.
- Representation of a consortium of Taiwanese manufacturers in In re Schwinn/GT, Inc., a Colorado bankruptcy proceeding involving the well-known bicycle manufacturer and various related entities.
- Representation of the largest creditor and service on the creditors' committee in the Colorado Chapter 11 proceeding filed by Western Integrated Networks, a

**AREAS OF PRACTICE**

Bankruptcy and Insolvency
Litigation

**EDUCATION**
Juris Doctor, 1981, University of Colorado Law School; Managing Editor, University of Colorado Law Review
Bachelor of Science, Accounting, 1978, University of Colorado, College of Business and Administration, *magna cum laude*, Beta Gamma Sigma

B-3

telecommunications company.
- Representation of the largest creditor and service on the creditors' committee in the Colorado Chapter 11 proceeding filed by Verilink Corporation, a telecommunications case filed in Alabama.
- Representation of a major unsecured creditor and service on the creditors' committee in In re Adesta Communications, Inc., a telecommunications case filed in the District of Nebraska.

*Bankruptcy - Debtor Representation:*

- Represented RockWell Petroleum (U.S.) Inc. and various subsidiaries in a Chapter 15 cross-border insolvency proceeding filed in the District of Wyoming and Alberta, Canada.
- Represented a publicly-held company located in Golden, Colorado, which developed and manufactured advanced battery technology for automotive and marine uses in its Chapter 11 proceeding filed in the District of Delaware.
- Represented a Colorado-based heavy equipment manufacturer in its Chapter 11 proceeding filed in the District of Delaware.
- Represented the owner of an apartment complex in a Chapter 11 proceeding filed in Colorado.
- Represented a variety of "dot-com" and biotech enterprises in bankruptcy and out-of-court liquidations, including, among others, Wholetree.com, GearDirect.com, ipArchive, Inc., and Invenux, Inc.
- Represented various real estate developers in Teton County, Wyoming, in workout and bankruptcy proceedings.

*Bankruptcy and Insolvency - Trustee Representation:*

- Represented plan trustee in Wyoming Chapter 11 cases filed by D3X, Lucky Luck Farms and others.
- Attorney for the plan trustee in Alpex Computer Corp., which involved supervision and monitoring prosecution of a major patent infringement case in the U.S. District Court for the Southern District of New York.
- Represented the plan co-trustees in claim litigation arising out of In re Yellow Cab Cooperative Ass'n., a Chapter 11 case filed in the District of Colorado.

B-4

- Counsel for the trustee of the CCI Liquidating Trust, the successor in interest to Convergent Communications, Inc., a Colorado telecom company, after confirmation of its Chapter 11 plan of reorganization.
- Represented the Chapter 7 trustee in the prosecution of fraudulent claims in the case of In re Hill, in Bankruptcy Court for the District of Wyoming.
- Representing the Chapter 7 trustee as special litigation counsel for Mobile Tool International, Inc. in the United States Bankruptcy Court for the District of Delaware.

*Asset Acquisition*

- Represented purchaser of approximately 20 restaurant locations in cross-border reorganization proceedings pending in Boston, Massachusetts, and Toronto, Ontario.
- Represented purchaser acquiring hospital linen services in Grand Junction, Colorado, and Oklahoma City, Oklahoma, in receivership proceedings.
- Represented purchaser of assets from Koala Corporation; bankruptcy pending in the United States Bankruptcy Court for the District of Colorado.

*Reported Cases*

- In re Colorado Springs Symphony Orchestra Association, 462 F.3d 1265 (10th Cir. 2006)
- Nintendo Company v. Patten (In re Alpex Computer Corp.), 71 F.3d 353 (10th Cir. 1995)
- Amoco Rocmount Co. v. Anschutz Corp., 7 F.3d 909 (10th Cir. 1993)
- In re Tri-State Equipment, Inc., 792 F.2d 967 (10th Cir. 1986);White v. Bell (In re White), 212 B.R. 979 (B.A.P. 10th Cir. 1997)
- In re Rivermeadows Associates, 205 B.R. 264 (B.A.P. 10th Cir. 1997)
- FSLIC v. Westgate Partners, Ltd., 726 F. Supp. 807 (1989)
- In re Drywall Supply, Inc., 111 B.R. 933 (D. Colo. 1990)
- Ridge at Haiwan, Ltd. v. Thompson (In re Thompson), 231 B.R. 802 (D. Colo. 1999)
- Moriarity v. State ex. rel. McBride, 899 P.2d 879 (Wyo. 1995)

B-5

- Cargill v. Mountain Cement Company, 891 P.2d 57 (Wyo. 1995).

## PROFESSIONAL EXPERIENCE

Rothgerber Johnson & Lyons LLP, 1982-Present

Law Clerk, The Hon. Clarence A. Brimmer, United States District Court for the District of Wyoming, 1981-1982

## PROFESSIONAL INVOLVEMENT

Member, Colorado, Wyoming, and American Bar Associations

Member, Board of Directors, Faculty of Federal Advocates, 2008-2010

Co-chair, American Bankruptcy Institute UCC Committee, 2005-2007

*Awards and Honors*

2004, Donald C. Cordova Distinguished Service Award - Faculty of Federal Advocates

2006-2012, *Colorado Super Lawyers®* - Bankruptcy & Creditor/Debtor Rights, 5280 Magazine

## PUBLICATIONS AND SPEAKING ENGAGEMENTS

Author, "The Perils of Delayed Lien Perfection," *RJ&L Financial Times*, Winter 2009

Author, "The Locality Rule in Colorado," University of Colorado Law Review, 1982

Co-author, "Acquiring and Perfecting Security Interests in Cyberspace Assets," Journal of Bankruptcy Law and Practice, July/August 2001

Author, "The Consequences of Failure to Comply with Revised Article 9," American Bankruptcy Institute Journal, Summer 2002

Co-author and presenter, "Current Developments in

B-6

Technology and Technology Cases," American Bankruptcy
Institute Rocky Mountain Regional Conference, February
2000

Co-author and presenter, "E-Commerce and High-Tech
Bankruptcies," American Bankruptcy Institute Rocky
Mountain Regional Conference, February 2001

Co-author and presenter "Colorado's New UCC Revised
Article 9," CLE in Colorado, July 2001.

## ARTICLES AND ALERTS

The Perils of Delayed Lien Perfection (01/20/2009)

## NEWS

23 RJ&L Attorneys Named in 2012 Colorado Super
Lawyers (03/02/2012)
18 RJ&L Attorneys Named in 2011 Colorado Super
Lawyers® (03/10/2011)
14 RJ&L Attorneys Listed in Colorado Super Lawyers® 2010 and James
M. Lyons Selected in Top Ten for Fifth Year (03/15/2010)
17 RJ&L Attorneys Named in Colorado Super Lawyers
2009® (03/16/2009)
14 RJ&L Attorneys Named in Colorado Super Lawyers® (03/21/2008)
16 RJ&L Attorneys Designated "Super Lawyers" (03/15/2007)

# KRISTIN M. BRONSON
**PARTNER**



Direct Phone: 303-628-9535
Fax: 303-623-9222
Office Location: Denver, CO
kbronson@rothgerber.com

Ms. Bronson's practice focuses on complex corporate and business litigation, including representation of individual and corporate plaintiffs and defendants in class and derivative actions, and representation of local and national corporate entities in contract, fraud and other business litigation. She also represents lender, developer, and property management clients in all facets of real estate, construction and banking law. She also advises brokerage companies concerning operational, regulatory and litigated matters.

## REPRESENTATIVE EXPERIENCE

- Won defense verdict following one-day trial in mechanic's lien case.
- Successfully defended bank in three-day trial from claims of an faith foreclosure.
- Recently completed week-long trial in federal court in Wyoming in $16 million real estate dispute.
- Testified as an expert witness in arbitration and jury trial on standards of care for real estate brokers.
- Won multi-million dollar arbitration award before AAA Panel in Chicago in breach-of-contract case.
- Won multi-million dollar arbitration award in connection with sale of a value added reseller business.
- Represented buyer in litigation involving sale of restaurant and bar business; settlement approved.
- Conducted internal investigations as outside counsel to publicly-traded company's audit committee.
- Co-lead trial counsel for majority shareholders in breach of fiduciary duty claims against corporate officers and minority shareholders; expansive injunctive relief obtained, including lock-out of management.
- Won bench trial over road and bridge easement in Park County, Colorado.
- Won three-day bench trial as counsel for landowner plaintiff, obtaining a declaratory judgment terminating 30-plus year ground lease with a big-box retail

## AREAS OF PRACTICE
Banking, Lending & Regulatory
Compliance
Complex Litigation
Construction Law and Litigation
Franchise Law
Litigation
Real Estate Development & Finance
Real Estate Litigation

### INDUSTRIES
Construction
Financial Services: Banking & Lending
Franchises
Professional Services
Real Estate: Brokerage
Real Estate: Development & Finance

### BARS AND COURTS
Admitted to practice in all Colorado state courts, the U.S. District Court, and the U.S. Court of Appeals for the Tenth Circuit

### EDUCATION
Juris Doctor, 1997, University of Colorado Law School; Recipient of Virginia McRae Scholarship; President, Moot Court Board
Bachelor of Arts (American Government), 1990, University of Virginia

B-8

company and receiving an award of attorney's fees and costs.
- Obtained directed verdict on all claims against corporate client defendants and an award of attorney's fees and costs following two-day bench trial.
- Co-counsel for developer obtaining $22.6 million jury verdict and judgment against manufacturer of defective product.
- Represented secured lender in obtaining summary judgment involving hundreds of thousands of dollars of collateral and on novel issue of law.
- Lead counsel for several large lending institutions in judicial and Public Trustee foreclosure proceedings and bankruptcy cases.
- Served as Colorado counsel for a number of large REITs specialized in retail.

## PROFESSIONAL EXPERIENCE
Rothgerber Johnson & Lyons LLP, 1997-Present
- Executive Committee Member, 2012-2015
- Hiring Partner, 2010-Present
- Chair, Women's Initiative, 2006-Present
- Strategic Planning Committee, 2004-2005; 2012-Present
- Associate Retention Committee, 2004-2005
- Coordinator, Summer Associate Program , 1999-2001
- U.S. Senator Bob Graham, Legislative Assistant, 1991-1994

## PROFESSIONAL INVOLVEMENT
Member of the American, Colorado, and Colorado Women's Bar Associations
Fellow, Colorado Bar Foundation
Board Member, Colorado Women's Bar Association Foundation, 2012-Present
Denver Bar Association Representative to Colorado Bar Association's Board of Governors, 2006, 2009-2010
Member, Denver Bar Association Budget Committee, 2007-2008
Member, Faculty of Federal Advocates
Colorado Real Estate Commission, 2007-2013, Chair, 2009-2010, Vice Chair 2012-2013
Member, Association of Real Estate License Law Officials, 2007-2013
Member, Colorado Division of Real Estate Subdivision Task Force, 2013
Chair, Downtown Denver Partnership Economic Development Council, 2012-2014
President, Commercial Real Estate Women (CREW) Denver, 2007; President-Elect, 2006; Delegate, CREW Network, 2006, 2008; Chair, Nominating Committee, 2006; Member, Board of Directors, 2004-2008; Member, Programs Committee, 2004-2005; Co-chair, Awards Committee, 2003; Membership Committee and Juror for Women of Influence in Commercial Real Estate Awards, 2000
Member, Associated General Contractors of Colorado
Associate Member, International Council of Shopping Centers
Board Member, Colorado Women's Bar Foundation, 2012

## AWARDS AND HONORS

Listed, *Colorado Super Lawyers*® 2009-2013, Business Litigation, Top 50 Women and Top 100 Ranking, 2012, 2013

Nominee, "Women of Vision Award," presented by Commercial Real Estate Women Denver, 2009

Selected as one of Denver's "40 Under Forty," by *Denver Business Journal*, 2008

Named to "Lawyers of the Year," Young Lawyer category, Law Week Colorado, 2008

"2006 Richard Marden Davis Award" presented to young Denver lawyer with civic, cultural, educational and charitable leadership

"Woman Who Makes A Difference Award" presented by Commercial Real Estate Women Denver, 2006

Nominee, Denver Business Journal's Outstanding Women in Business Awards, 2005-2008

Ira C. Rothgerber Jr. Community Betterment Award, 2004

## PUBLICATIONS AND SPEAKING ENGAGEMENTS

Speaker, Business Executives Guide to Managing Litigation, University of Denver, School of Business, January 2012

Speaker, Ethics, Women of Enterprise Forum, University of Denver Burns School of Real Estate, April, 2011

Speaker, "We're All In This Together! Key Issues Pertaining To The Real Estate Industry," Pike Peak Women's Council of REALTORS, February, 2011

Speaker, "How to Use the Broker Lien Law," Denver Metro Colorado Association of Realtors, August 2010

Speaker, "Navigating Colorado's New Broker Lien Law," Women in Real Estate, August 2010

Author, "Truth in Advertising: What is a Broker's Duty to Ensure that Marketing Materials are Accurate?" *RJ&L Real Estate Construction & Land: Broker Bulletin*, Summer 2010

Speaker, "Preserving the Attorney Client Privilege in Internal Investigations," Association of Corporate Counsel, Colorado Chapter, December 2009

Speaker, Legal Panel, "Knock Knock: What to Do When the Feds Come Knocking," USLAW conference, San Francisco, CA, September 2009

Speaker, Legal Panel, "Residential and Commercial Evictions," Lorman Education Services, Dec. 2008, Jan. 2009

Speaker, Legal Panel, "Construction Defect Claims in Colorado," Lorman Education Services, 2003 - 2008

Author, "Commission to Begin Auditing Property Management Firms" *Colorado Real Estate Journal*, September 2008

Moderator, Legal Panel, "Turmoil in the Consumer Credit Markets: Fodder for a Litigation Feeding Frenzy," USLAW conference, Las Vegas, NV, Sept., 2008

Speaker, "Brokerage Forms and Fiduciary Foibles," Colorado Association of Certified Closers Education Seminar, February 2008

Speaker, "GPS for Your Legal Career," CWBA Membership Reception, November 2007

Instructor, Faculty of Federal Advocates, Trial Advocacy Skills Workshop, November 2007-2011

Author, "National Trends Emerging in Construction Defect Statutes," *Colorado Real Estate Journal*, May 2007

Speaker, Legal Panel, Construction Defect Claims - Notice and Opportunity to Repair Statutes, USLAW Conference, Tucson, AZ, March 2007

Speaker, Legal Panel, "Real Estate Professionals' Obligations and Liabilities in Colorado," Lorman Education Services, July 2006

Author, "Avoid Pitfalls in Retail Eviction," *Colorado Real Estate Journal,* June 2006

Speaker, Legal Panel, "Landlord and Tenant Law in Colorado," Lorman Education Services 2005

Author, "Heed Changes in Foreclosure Rules, *Colorado Real Estate Journal,* March 2003

Author, "Mountain Properties Hard Hit by Entran II Failures*," Colorado Real Estate* Journal, 2003

## COMMUNITY INVOLVEMENT

Pro-Bono legal advisor, Susan G. Komen Breast Cancer Foundation, 2008 - Present

Volunteer and Pro-Bono legal advisor, SafeHouse Denver, 2002-Present; Member, Development Committee, SafeHouse Denver, 2008 - 2009

Member, Board of Directors, Curious Theatre Co., 2003-2007; Chair, Development Committee 2005, Executive Committee Member 2007; Building Acquisition Committee Member, 2006 – 2008

Member, Colorado Advisory Committee on Licensing of Child Care Facilities, 2005 - 2007

Colorado Business Committee for the Arts, Leadership Arts Program, Class of 2002

Member, Colorado Democratic Party Finance Committee, 2001

Pro-Bono Defense Attorney, Metro Volunteer Lawyers, 2000

Member, Fête de Fleurs Organizing Committee, Denver Botanic Gardens, 2012

# DAVID M. HYAMS
## ASSOCIATE



Direct Phone: 303-628-9541
Office Location: Denver, CO
dhyams@rothgerber.com

Mr. Hyams practices in the areas of bankruptcy, religious institutions, employment, and commercial litigation. He has successfully represented debtors and creditors in complex adversary proceedings. He has also represented small and large businesses in and out of court, helping them achieve their goals and, when necessary, forcefully assert their rights. Mr. Hyams is also passionate about aiding churches, ministries, and other religious organizations with their legal needs so that they may faithfully fulfill their mission.

## PROFESSIONAL EXPERIENCE

Rothgerber Johnson & Lyons LLP, 2010-Present

Holland & Hart, LLP, Boise, ID 2008 - 2010

## PROFESSIONAL INVOLVEMENT

Member, Colorado and Denver Bar Associations

Member, Civil Rights Subcommittee for Colorado Bar Association

Member, Idaho State Bar Association

Member, American Bankruptcy Institute

Member, Faculty of Federal Advocates

Member, Christian Legal Society

## PUBLICATIONS AND SPEAKING ENGAGEMENTS

Contributing Editor, *Religious Organizations and the Law* (Thomson Reuters 2012) [Chapter on Bankruptcy]

Author, "Governor's Colorado Day of Prayer Proclamations Deemed Unconstitutional," *RJ&L The First Freedom*, Fall 2012

Author, "The Mission of Centro San Juan Diego," *RJ&L The First Freedom*, Fall 2011

Contributing editor, *The Developing Labor Law: The Board, the Courts, and the National Labor Relations Act* (BNA) (5th ed.)

Contributing editor, *Employer Policy Handbook*, Employment Law Section of Idaho State Bar

*Going Overboard on Overtime: Compensating Interstate Truck Drivers in Washington State*, Transportation Law Journal 35, Number 1, Spring 2008

## AREAS OF PRACTICE

Bankruptcy and Insolvency
Labor and Employment
Litigation
Religious Institutions

## INDUSTRIES

Religious Institutions

## BARS AND COURTS
Admitted to practice before Colorado and Idaho state courts, the United States District Court for the District of Idaho, and the United States District Court for the District of Colorado

## EDUCATION
Juris Doctor, 2008, University of Denver Sturm College of Law; "Outstanding Staff Editor," Transportation Law Journal, 2008
Master of Arts, Philosophy, 2004, Georgia State University
Master of Arts, Philosophy of Religion, 2003, Denver Seminary, Honors Graduate
Bachelor of Science, Health & Exercise Science, 2000, Colorado State University

B-12

Speaker, Mile High NACBA seminar, "Religious Freedom Under Assault and What it Means to Churches," September 2012

Presenter, Religious Institutions Law Day Seminar, "The Building Campaign: Steps to Success and Steps to Avoiding Bankruptcy," September 2011

Speaker, Law, Apologetics, & Worldview Symposium, University of Denver Sturm College of Law, September 2007

**COMMUNITY INVOLVEMENT**

Advisory Board Member and Pro Bono Volunteer, Justice and Mercy Legal Aid Clinic

## ARTICLES AND ALERTS

Governor's Colorado Day of Prayer Proclamations Deemed Unconstitutional (10/23/2012)
The Mission of Centro San Juan Diego (09/28/2011)

## NEWS

Rothgerber Johnson & Lyons LLP Welcomes Associate David M. Hyams (10/18/2010)

## NEWSLETTERS

The First Freedom, Fall 2012 Newsletter (10/23/2012)
The First Freedom, Fall 2011 Newsletter (09/28/2011)

B-13

# Hermine Kallman

## ASSOCIATE

Direct Phone: 303-628-9552
Fax: 303-923-9222
Office Location: Denver, CO
hkallman@rothgerber.com



Ms. Kallman's practice focuses on complex commercial and business litigation.

**PROFESSIONAL EXPERIENCE**

Rothgerber Johnson & Lyons LLP, 2012-Present

Graduate Admissions Coordinator, University of Denver – Daniels College of Business, 2005-2012

Faculty Support, University of Denver – School of HRTM, 2003-2005

Save Team/Advanced Customer Care Specialist, U S WEST, 1999-2000

**PROFESSIONAL INVOLVEMENT**

Member, Colorado Bar Association

Member, Denver Bar Association

**COMMUNITY INVOLVEMENT**

Volunteer and past Co-Chair, Armenian Professional Network of Colorado

**AREAS OF PRACTICE**
Complex Litigation

## BARS AND COURTS
Admitted to practice before all Colorado State courts

## EDUCATION
Juris Doctor, 2012, University of Denver Sturm College of Law, Order of St. Ives; University of *Denver Law Review*, Senior Staff Editor

Bachelor of Arts in Economics, 1999, University of Colorado at Denver; University of Colorado International College at Moscow, 1995-1998

B-14

Page 1

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

# Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

Tom H. Connolly, Chapter 7 Trustee
950 Spruce Street, Suite 1C
Louisville, CO 80027

EXHIBIT C

| Date | Hours | Base Rate | Amount | Amt after w/u or w/d | Description | Attorney | Time ID | W/O | Hold | Transfer To |
|------|-------|-----------|--------|----------------------|-------------|----------|---------|-----|------|-------------|
| 11/07/12 | 0.50 | $435.00 | 217.50 | | Review and revision of retention and funding pleadings. | BRC/0128 | 2047526 | W/O | H | |
| 11/08/12 | 0.40 | $435.00 | 174.00 | | Review and revision of motion to retain. | BRC/0128 | 2047558 | W/O | H | |
| 11/08/12 | 0.20 | $435.00 | 87.00 | | Telephone conference(s) with D. Garfield re: motion to retain. | BRC/0128 | 2047560 | W/O | H | |
| 11/09/12 | 0.40 | $435.00 | 174.00 | | Review and revision of motion to approve funding. | BRC/0128 | 2047570 | W/O | H | |
| 11/12/12 | 0.20 | $435.00 | 87.00 | | Telephone conference(s) with D. Garfield re: funding agreement. | BRC/0128 | 2049518 | W/O | H | |
| 11/12/12 | 0.20 | $435.00 | 87.00 | | Revisions to funding agreement. | BRC/0128 | 2049519 | W/O | H | |
| 11/14/12 | 1.20 | $435.00 | 522.00 | | Research and review re: potential claims against Dominion. | BRC/0128 | 2049533 | W/O | H | |
| 11/14/12 | 4.00 | $435.00 | 1,740.00 | | Confer with I. Greene re: potential claims; attend 341 meeting. | BRC/0128 | 2049536 | W/O | H | |
| 11/30/12 | 0.30 | $435.00 | 130.50 | | Telephone conference(s) with client and co-counsel re: avoidance complaint. | BRC/0128 | 2056452 | W/O | H | |
| 12/04/12 | 0.30 | $435.00 | 130.50 | | Review of orders re: retention and funding agreement. | BRC/0128 | 2056463 | W/O | | |

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

Page 2

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

| Date | Hours | Description | Amount | Rate | | Billing Attorney | ID | |
|---|---|---|---|---|---|---|---|---|
| 12/06/12 | 0.40 | Review of complaint revisions. | 174.00 | $435.00 | | BRC/0128 | 2057145 | W/O | H |
| 12/07/12 | 0.30 | Run Secretary of State search for C. Ealey. | 55.50 | $185.00 | | PEG/0497 | 2058571 | W/O | H |
| 12/07/12 | 2.30 | Review of complaint and cover sheet; prepare for filing. | 1,000.50 | $435.00 | | BRC/0128 | 2058698 | W/O | H |
| 12/13/12 | 0.20 | Telephone conference(s) with attorney for Dominion re: acceptance of service. | 87.00 | $435.00 | | BRC/0128 | 2060223 | W/O | H |
| 12/13/12 | 0.20 | Telephone conference(s) with I. Greene re: case status. | 87.00 | $435.00 | | BRC/0128 | 2060224 | W/O | H |
| 12/13/12 | 0.30 | Review of pretrial and discovery issues. | 130.50 | $435.00 | | BRC/0128 | 2060225 | W/O | H |
| 12/17/12 | 0.20 | Telephone conference(s) with attorney for Dominion re: answer deadline. | 87.00 | $435.00 | | BRC/0128 | 2060235 | W/O | H |
| 12/17/12 | 0.20 | Follow-up re: local rules and time extensions. | 87.00 | $435.00 | | BRC/0128 | 2060236 | W/O | H |
| 12/28/12 | 0.60 | Review of motion to withdraw reference and motion for stay. | 261.00 | $435.00 | | BRC/0128 | 2063280 | W/O | H |
| 12/28/12 | 1.20 | Research and review issues re: withdrawal of reference and requested stay. | 522.00 | $435.00 | | BRC/0128 | 2063282 | W/O | H |
| 01/03/13 | 5.10 | Conference with B. Cohen re: motion for withdrawal of reference; review and anayze same; conduct legal research and analysis re: requests for such and demands for jury trial; draft summary memorandum to B. Cohen re: same. | 1,249.50 | $245.00 | | DMH/0989 | 2065219 | W/O | H |
| 01/03/13 | 4.20 | Research and review re: issues re: withdrawal of reference and motion for stay. | 1,890.00 | $450.00 | | BRC/0128 | 2065678 | W/O | H |
| 01/03/13 | 0.40 | Telephone conference(s) with I. Greene/K. Trahn re: motion to withdraw reference. | 180.00 | $450.00 | | BRC/0128 | 2065680 | W/O | H |

Date: July 11, 2013

Page 3

Rothgerber Johnson & Lyons LLP

# Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen, Brent
Prebill Number: 383713

| Date | Hours | Rate | Amount | Description | Init/Atty | | ID | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/03/13 | 1.00 | $450.00 | 450.00 | Drafting response to stay motion. | BRC/0128 | W/O | 2065688 | H | |
| 01/04/13 | 1.40 | $450.00 | 630.00 | Review and revision of response to motion for stay. | BRC/0128 | W/O | 2065709 | H | |
| 01/05/13 | 1.50 | $450.00 | 675.00 | Drafting objection to motion to withdraw reference. | BRC/0128 | W/O | 2065717 | H | |
| 01/07/13 | 4.00 | $245.00 | 980.00 | Review and analyze motion to stay; review and analyze cases cited therein. | DMH/0989 | W/O | 2065835 | H | |
| 01/08/13 | 3.10 | $245.00 | 759.50 | Finalize review and analysis of motion to stay and draft memo to B. Cohen re: same. | DMH/0989 | W/O | 2065946 | H | |
| 01/08/13 | 3.50 | $450.00 | 1,575.00 | Review and revision of objection to motion to stay and motion to withdraw reference. | BRC/0128 | W/O | 2066901 | H | |
| 01/09/13 | 1.50 | $450.00 | 675.00 | Review and revision of objections to stay/withdrawal motions. | BRC/0128 | W/O | 2066912 | H | |
| 01/09/13 | 0.50 | $450.00 | 225.00 | Telephone conference(s) with I. Greene/ K. Trahn re: objection to stay/withdrawal motions. | BRC/0128 | W/O | 2066923 | H | |
| 01/10/13 | 0.40 | $450.00 | 180.00 | Finalize and file objections to stay and withdrawal motions. | BRC/0128 | W/O | 2068113 | H | |
| 01/15/13 | 0.50 | $450.00 | 225.00 | Review of Dominion reply and jury demand. | BRC/0128 | W/O | 2069412 | H | |
| 02/05/13 | 0.20 | $450.00 | 90.00 | Telephone conference(s) with I. Greene re: turnover of SVS documents. | BRC/0128 | W/O | 2077705 | H | |
| 02/05/13 | 0.30 | $450.00 | 135.00 | Drafting consent to withdrawal of reference. | BRC/0128 | W/O | 2077708 | H | |
| 02/21/13 | 0.40 | $450.00 | 180.00 | Review of motion to approve Blaine settlement. | BRC/0128 | W/O | 2084107 | H | |
| 02/21/13 | 0.50 | $450.00 | 225.00 | Analyze potential impact of Blaine settlement on litigation. | BRC/0128 | W/O | 2084115 | H | |

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

Page 4

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen, Brent
Prebill Number: 383713

| Date | Hours | Rate | Amount | Description | Biller | Number | W/O | H |
|------|-------|------|--------|-------------|--------|--------|-----|---|
| 02/21/13 | 0.30 | $450.00 | 135.00 | Telephone conference(s) with I. Greene re: Blaine settlement. | BRC/0128 | 2084116 | W/O | H |
| 02/21/13 | 0.40 | $450.00 | 180.00 | Telephone conference(s) with T. Connolly re: Blaine settlement. | BRC/0128 | 2084117 | W/O | H |
| 02/26/13 | 0.30 | $450.00 | 135.00 | Telephone conference(s) with I. Greene re: consolidation issues. | BRC/0128 | 2084768 | W/O | H |
| 02/27/13 | 0.40 | $450.00 | 180.00 | Review of issues re: production of SVS/Sequoia records. | BRC/0128 | 2086265 | W/O | H |
| 02/27/13 | 0.20 | $450.00 | 90.00 | Dictation of letter to K. Hurst re: production of records. | BRC/0128 | 2086267 | W/O | H |
| 03/06/13 | 0.40 | $450.00 | 180.00 | Telephone conference(s) with K. Hurst re: electronic data (2 calls). | BRC/0128 | 2089114 | W/O | H |
| 03/06/13 | 0.50 | $450.00 | 225.00 | Follow up re: data recovery. | BRC/0128 | 2089115 | W/O | H |
| 03/20/13 | 0.60 | $450.00 | 270.00 | Drafting litigation hold letters to SVS and Sequoia. | BRC/0128 | 2093344 | W/O | H |
| 04/02/13 | 0.40 | $450.00 | 180.00 | Telephone conference(s) with I. Greene re: RBM information. | BRC/0128 | 2100068 | W/O | H |
| 04/02/13 | 0.20 | $450.00 | 90.00 | Review of RBM background. | BRC/0128 | 2100069 | W/O | H |
| 04/02/13 | 0.30 | $450.00 | 135.00 | Email to client re: RBM waiver. | BRC/0128 | 2100070 | W/O | H |
| 04/03/13 | 1.20 | $450.00 | 540.00 | Drafting First Interim Fee Application and Cover Sheet. | BRC/0128 | 2100088 | W/O | H |
| 05/10/13 | 0.20 | $450.00 | 90.00 | Telephone conference(s) with I. Greene re: case status | BRC/0128 | 2115853 | W/O | H |
| 05/10/13 | 0.20 | $450.00 | 90.00 | Dictation of letter to RBM Consulting re: release of confidentiality. | BRC/0128 | 2115944 | W/O | H |

Date: July 11, 2013

Page 5

Rothgerber Johnson & Lyons LLP

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

| Date | Hours | Rate | Amount | Description | Timekeeper | Ref | W/O | H |
|---|---|---|---|---|---|---|---|---|
| 05/15/13 | 0.20 | $450.00 | 90.00 | Telephone conference(s) with I. Greene re: companion litigation. | BRC/0128 | 2116872 | W/O | H |
| 05/22/13 | 0.30 | $450.00 | 135.00 | Telephone conference(s) with client/I. Greene re: parallel lawsuit. | BRC/0128 | 2119102 | W/O | H |
| 06/11/13 | 0.20 | $450.00 | 90.00 | Review of order on motion to withdraw reference. | BRC/0128 | 2126583 | W/O | H |
| 06/12/13 | 0.20 | $450.00 | 90.00 | Telephone conference(s) with I. Greene re: litigation status. | BRC/0128 | 2126591 | W/O | H |
| 06/14/13 | 0.50 | $385.00 | 192.50 | Review Court's order Withdrawing Reference; analyze issue for scheduling conference including length of trial and discovery needed. | KMB/0599 | 2127335 | W/O | H |
| 06/14/13 | 0.50 | $385.00 | 192.50 | Review Complaint and telephone conference(s) with B. Cohen regarding same. | KMB/0599 | 2127336 | W/O | H |
| 06/19/13 | 0.80 | $450.00 | 360.00 | Review of case status and scheduling issues. | BRC/0128 | 2129961 | W/O | H |
| 06/20/13 | 1.00 | $385.00 | 385.00 | Preparation for and telephone conference(s) with Court and counsel to schedule trial; discussions with B. Cohen regarding next steps. | KMB/0599 | 2128766 | W/O | H |
| 06/20/13 | 1.00 | $385.00 | 385.00 | Review Motion to Dismiss; analyze same. | KMB/0599 | 2128767 | W/O | H |
| 06/20/13 | 0.50 | $450.00 | 225.00 | Preparation for and participate in trial setting conference. | BRC/0128 | 2129982 | W/O | H |
| 06/20/13 | 0.80 | $450.00 | 360.00 | Review of Motion to Dismiss. | BRC/0128 | 2130005 | W/O | H |
| 06/21/13 | 0.70 | $215.00 | 150.50 | Review pleadings to prepare a response to motion to dismiss | HK/1002 | 2128865 | W/O | H |
| 06/22/13 | 1.50 | $450.00 | 675.00 | Continued review of motion to dismiss and analyze response. | BRC/0128 | 2130125 | W/O | H |

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

Page 6

# Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

| Date | Hours | Rate | Description | | Atty | ID | W/O | H |
|------|-------|------|-------------|---|------|-----|-----|---|
| 06/25/13 | 2.30 | $215.00 | 494.50 | Research whether taking judicial notice of records in underlying litigation transforms motion to dismiss into motion for summary judgment. | HK/1002 | 2130093 | W/O | H |
| 06/25/13 | 2.50 | $450.00 | 1,125.00 | Research and review re: response to motion to dismiss. | BRC/0128 | 2130746 | W/O | H |
| 06/25/13 | 0.20 | $450.00 | 90.00 | Telephone conference(s) with client re: motion to dismiss. | BRC/0128 | 2130747 | W/O | H |
| 06/25/13 | 0.30 | $385.00 | 115.50 | Telephone conference(s) with B. Cohen regarding delegation of tasks; review of Court's Order on trial setting; follow-up regarding same in preparation for call with Hogan lawyers. | KMB/0599 | 2131776 | W/O | H |
| 06/25/13 | 0.20 | $385.00 | 77.00 | Review and finalize Entry of Appearance; review email regarding Motion to Dismiss case law. | KMB/0599 | 2131796 | W/O | H |
| 06/26/13 | 1.10 | $215.00 | 236.50 | Research whether substantive consolidation must be pleaded under F.R.C.P. 9(b) | HK/1002 | 2130336 | W/O | H |
| 06/26/13 | 1.30 | $215.00 | 279.50 | Research trustee standing to bring state law fraudulent transfer claims | HK/1002 | 2132271 | W/O | H |
| 06/27/13 | 4.30 | $215.00 | 924.50 | Research whether trustee has standing to bring a fraudulent transfer claim against the debtor's debtor under state law, research whether substantive consolidation must be pleaded under F.R.C.P. 9 | HK/1002 | 2131017 | W/O | H |
| 06/28/13 | 2.10 | $215.00 | 451.50 | Research whether substantive consolidation must be pleaded with particularity under F.R.C.P. 9(b) | HK/1002 | 2132597 | W/O | H |
| 06/30/13 | 0.60 | $215.00 | 129.00 | Research and draft the applicable standard for 12(b)(6) motions to be included in the response to motion to dismiss | HK/1002 | 2133004 | W/O | H |
| **Total** | **70.80** | | **$25,938.50** | | | | | |

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

Page 7

# Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

## Itemized Hard Disbursements

### Expenses
Long Distance Calls

| Date | Amount | Description | Disb. ID | W/O | Hold | Transfer To |
|---|---|---|---|---|---|---|
| 11/30/12 | 6.05 | VENDOR: ACT Teleconferencing Services, Inc.; INVOICE#: AUS50322703A; DATE: 11/30/2012 - 11/12 conf.calls, call on 11/30/12 | 1718111 | W/O | H | |

**Total Out of Pocket**                    $6.05

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

Page 8

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

### Itemized Soft Disbursements

| Date | Expenses | Amount | Description | Disb. ID | W/O | Hold | Transfer To |
|------|----------|--------|-------------|----------|-----|------|-------------|
| 01/28/13 | Filing Fee | 293.00 | FirstBank Visa - stmt date 12/9/12-1/08/13: USBC Court CO, 12/07, filing of Adversary Complaint | 1719574 | W/O | H | |
| 01/24/13 | Lexis/Westlaw | 21.72 | Westlaw December 2012, 12/4/12 | 1719309 | W/O | H | |
| 02/04/13 | Lexis/Westlaw | 49.63 | LEXIS January 2013, 1/3/13 | 1719955 | W/O | H | |
| 02/04/13 | Lexis/Westlaw | 54.16 | LEXIS January 2013, 1/7/13 | 1719956 | W/O | H | |
| 02/18/13 | Lexis/Westlaw | 56.03 | Westlaw January 2013, 1/3/13 | 1721605 | W/O | H | |
| 02/18/13 | Lexis/Westlaw | 23.91 | Westlaw January 2013, 1/4/13 | 1721606 | W/O | H | |
| 02/18/13 | Lexis/Westlaw | 11.96 | Westlaw January 2013, 1/8/13 | 1721607 | W/O | H | |
| 02/18/13 | Lexis/Westlaw | 17.75 | Westlaw January 2013, 1/3/13 | 1721608 | W/O | H | |
| 02/18/13 | Lexis/Westlaw | 11.96 | Westlaw January 2013, 1/8/13 | 1721609 | W/O | H | |
| 02/18/13 | Lexis/Westlaw | 95.64 | Westlaw January 2013, 1/9/13 | 1721610 | W/O | H | |
| 06/20/13 | Photocopy Charges | 30.24 | Copies | 1731041 | W/O | H | |
| 06/24/13 | Photocopy Charges | 0.36 | Copies | 1731165 | W/O | H | |
| 01/14/13 | Search | 1.83 | PACER Electronic Ct. Records 4th Q 2012 | 1718631 | W/O | H | |
| 04/10/13 | Search | 26.05 | PACER Electronic Ct. Records 1st Q 2013 | 1725700 | W/O | H | |

**Total Memo Charges**          $694.24

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

# Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

| Date of Last Service Bill | Fees Billed | Disbursements Billed | Fees + Disbursements Billed | Fees Written Off | Disbursements Written Off |
|---|---|---|---|---|---|
| Life-to-Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Year-to-Date | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Outstanding Billings**

| Invoice Date | Invoice Number | Total Billed | Amount Outstanding | Unpaid Fees | Unpaid Disbursements |
|---|---|---|---|---|---|
| Total Outstanding | | | $0.00 | | |
| Unbilled through 07/11/13 | | | $26,638.79 | | |
| **Total Amount Due** | | | $26,638.79 | | |
| Unapplied Cash Available | | | $0.00 | | |
| Trust Account Balance | | | $0.00 | | |

Page 10

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

# Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

## Billing Advice

| Working Attorneys | | Hours | $ Amount | $ Allocation | Hold | Transfer to Client/Matter |
|---|---|---|---|---|---|---|
| 0128 | Cohen,Brent | 42.40 | 18,880.50 | | H | |
| 0497 | Lord,Peggy | 0.30 | 55.50 | | H | |
| 0599 | Bronson,Kristin | 3.50 | 1,347.50 | | H | |
| 0989 | Hyams, David M | 12.20 | 2,989.00 | | H | |
| 1002 | Kallman, Hermine | 12.40 | 2,666.00 | | H | |
| **Total Services** | | 70.80 | 25,938.50 | | | |

| Soft Disbursements | | $ Amount | $ Allocation |
|---|---|---|---|
| COPIES | Photocopy Charges | 30.60 | |
| FILING | Filing Fee | 293.00 | |
| LEX | Lexis/Westlaw | 342.76 | |
| SEARCH | Search | 27.88 | |
| **Total Memo Charges** | | 694.24 | |

| Hard Disbursements | | $ Amount | $ Allocation |
|---|---|---|---|
| LDC | Long Distance Calls | 6.05 | |
| **Total Out of Pocket** | | 6.05 | |
| **Total Disbursements** | | 700.29 | |
| **Total Unbilled through 07/11/13** | | $26,638.79 | |

Page 11

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

# Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

Page 12

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

# Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

**Billing Advice (Continued)**

| | |
|---|---|
| Total Amount to be Billed | |
| Apply Advance to Services | |
| Apply Advance to Expenses | |
| Unapplied Cash Available | $0.00 |
| Trust Account Balance | $0.00 |

Billing Attorney Signature _____

Date _____

**Comments for matter:**

Page 13

Date: July 11, 2013

Rothgerber Johnson & Lyons LLP

# Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 383713

Posted in Accounting: _____

## **Unbilled Write-Off Request**

Reason for Write-Off (**choose one**)

☐  PAD - Planned Attorney Development

☐  TTD - Travel Time Discount

☐  XFF - Exceeded Fixed Fee

☐  XCEF - Exceeded Client Expectations/Fee Estimate

☐  OTHR - Other, Please Indicate _____

Explanation (Attach relevant support as necessary)

_____

_____

_____

_____   _____          _____   _____

Submitting Attorney        Date                              Approval              Date