UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: )
) Case No. 10-24238 HRT
SVS HOLDINGS, INC., )
) Chapter 7
Debtor. )

**COVER SHEET FOR FIRST INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ROTHGERBER JOHNSON & LYONS LLP, LITIGATION COUNSEL TO TRUSTEE**

Name of Applicant: Rothgerber Johnson & Lyons LLP

Authorized to Provide Professional Services to: Tom H. Connolly, Chapter 7 Trustee

Date of Order Authorizing Employment: November 30, 2012 *nunc pro tunc* November 8, 2012 (Docket No. 146)

Period for Which Compensation is Sought: November 8, 2012 through June 30, 2013

Amount of Fees Sought: $25,938.50

Amount of Expense Reimbursement Sought: $700.29

Total Amount of Fees and Expenses Sought: $26,638.79

This is an: Interim Application

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested Fees & Expenses | Total Allowed |
|---|---|---|---|
| N/A | | | |
| | | | |

The aggregate amount of fees and expenses paid to Applicant to date for services rendered and expenses incurred herein is $0.00.

2004135933_1