## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | ) |
| | ) Chapter 7 |
| Debtor. | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 12, 2013, the following documents were served:

a. First Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Rothgerber Johnson & Lyons LLP, Litigation Counsel to Trustee; [Proposed] Order Granting First Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Rothgerber Johnson & Lyons LLP, Litigation Counsel to Trustee and Cover Sheet for First Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Rothgerber Johnson & Lyons LLP, Litigation Counsel to Trustee (the "Application" and "Cover Sheet")

b. Notice of First Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Rothgerber Johnson & Lyons LLP, Litigation Counsel to Trustee. (the "Notice")

by depositing same in the United States mail, first-class postage prepaid, addressed to the CM/ECF registered attorneys and parties in interest at the addresses of record on the Court's electronic database ("Mailing Matrix") as of the date of service of the above, as follows:

(1) The Notice, Cover Sheet and Application to those parties listed on the attached **Exhibit A**

(2) The Notice and Cover Sheet to those parties listed on the attached **Exhibit B**

DATED: July 12, 2013

*/s/ Carol Ealey*
OF: ROTHGERBER JOHNSON & LYONS LLP

2004283043_1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Fri Jul 12 10:31:25 MDT 2013 | Chad S. Caby<br>One Tabor Center<br>Suite 3000<br>Denver, CO 80202-5855 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 |
| Lars H. Fuller<br>303 E. 17th Ave.<br>Ste. 1100<br>Denver, CO 80203-1264 | Daniel J. Garfield<br>360 S. Garfield St.<br>6th Fl.<br>Denver, CO 80209-3186 | Eric E. Johnson<br>633 17th St.<br>Ste. 3000<br>Denver, CO 80202-3622 |
| Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264-1901 | Christian C. Onsager<br>1873 S. Bellaire St.<br>Ste. 1401<br>Denver, CO 80222-4359 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |

End of Label Matrix
Mailable recipients    8
Bypassed recipients    0
Total                  8

**Exhibit A**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Fri Jul 12 10:32:19 MDT 2013 | Avaya, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | Jack Blaine<br>c/o Onsager, Staelin & Guyerson<br>1873 S. Bellaire St.<br>Suite 1401<br>Denver, CO 80222-4359 |
| CIT Communications Finance Corporation<br>aka Avaya Financial Services<br>1162 E. Sonterra Blvd<br>San Antonio, TX 78258-4047 | Chad S. Caby<br>One Tabor Center<br>Suite 3000<br>Denver, CO 80202-5855 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 |
| Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 | Tom H. Connolly<br>950 Spruce St.<br>Suite 1C<br>Louisville, CO 80027-1977 | Lars H. Fuller<br>303 E. 17th Ave.<br>Ste. 1100<br>Denver, CO 80203-1264 |
| Daniel J. Garfield<br>360 S. Garfield St.<br>6th Fl.<br>Denver, CO 80209-3186 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jack Blaine<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 |
| Jack Blaine<br>c/o Christian Onsager, Esq.<br>Onsager Staelin & Guyerson, LLC<br>1873 S. Bellaire Ste. 1401<br>Denver, CO 80222-4359 | Jeffrey P. Bialos<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004-2415 | Eric E. Johnson<br>633 17th St.<br>Ste. 3000<br>Denver, CO 80202-3622 |
| Lars Fuller<br>Baker & Hostetler LLP<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264 | Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264-1901 | Christian C. Onsager<br>1873 S. Bellaire St.<br>Ste. 1401<br>Denver, CO 80222-4359 |
| SVS Holdings, Inc.<br>PO Box 815<br>Broomfield, CO 80038-0815 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 |
| Sequoia Voting Systems, Inc.<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Smartmatic Corporation<br>1001 Broken Sound Parkway, Suite D<br>Boca Raton, FL 33487-3532 | Smartmatic USA Corporation<br>c/o Ira S. Greene, Esq.<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, NY 10022-6225 |
| US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | United States Trustee<br>999 18th Street, Suite 1551<br>Denver, CO 80202-2415 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

**Exhibit B**

(u)Dominion Voting Systems Corporation  (du)Dominion Voting Systems, Inc.  (u)Patrick C. Giefer

(u)Ira S. Greene  (u)Rothgerber Johnson & Lyons LLP  (u)Sequoia Voting Systems, Inc.

(u)Smartmatic Corporation  (u)Smartmatic USA Corporation  (u)Khang V. Tran

End of Label Matrix
Mailable recipients    25
Bypassed recipients     9
Total                  34