# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER
## AND REQUEST FOR ENTRY OF ORDER

On July 12, 2013, Rothgerber Johnson & Lyons LLP (the "Movant") filed its First Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by Rothgerber Johnson & Lyons LLP, Litigation Counsel to Trustee (the "Application"). Movant hereby certifies that the following is true and correct:

1. Service of the Motion and notice were timely made on all parties against whom relief is sought pursuant to FED. R. BANKR. P. 9019 and 2002 and L.B.R. 9013-1 and 2002-1 or in the manner permitted by an order of the court, as is shown on the certificate of service previously filed with the Application (Docket No. 175).

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to FED. R. BANKR. P. 9019 and 2002 and L.B.R. 9013-1 and 2002-1 or in the manner permitted by an order of the court, as is shown on the Certificate of Service previously filed with the Application on July 12, 2013 (Docket No. 175).

3. The docket numbers for each of the relevant documents are:

   (a) The Application and all documents attached thereto and served therewith (Docket No. 175);

   (b) The Notice (Docket No. 176); and

   (c) The proposed Order (Docket No. 175).

4. No objections to or requests for hearing on the Motion were received by the undersigned or filed with the court or, if filed with the court and docketed in the case, filed by the date designated in the notice, or have been resolved or were otherwise withdrawn.

WHEREFORE, Movant prays that the court forthwith enter an order, **a form of which was submitted with the Motion**, granting the requested relief.

2004343934_1

DATED this 15th day of August, 2013.

        Respectfully submitted,

        ROTHGERBER JOHNSON & LYONS LLP

        */s/ Brent R. Cohen*
        Brent R. Cohen, No. 11297
        Chad S. Caby, No. 30927
        Kristin M. Bronson, No. 28559
        One Tabor Center, Suite 3000
        1200 17th Street
        Denver, Colorado  80202
        Telephone:  (303) 623-9000
        Facsimile:  (303) 623-9222
        bcohen@rothgerber.com

        Attorneys for Tom H. Connolly, Chapter 7 Trustee