IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | ) |
| | ) Chapter 7 |
| Debtor. | ) |

**ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ROTHGERBER JOHNSON & LYONS LLP, LITIGATION COUNSEL TO TRUSTEE**

THIS MATTER comes before the Court upon the First Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by Rothgerber Johnson & Lyons LLP, Litigation Counsel to Trustee (the "Application"); sufficient and good cause being demonstrated, the Court

ORDERS that the Application is hereby GRANTED; it is further

ORDERED that fees in the amount of $25,938.50 and expenses in the amount of $700.29, for a total interim award of $26,638.79 (the "First Interim Award"), as described in the Application for the period of time from November 8, 2012 through June 30, 2013 are hereby APPROVED on an interim basis; it is further

ORDERED that the Trustee is hereby authorized and directed to pay Rothgerber Johnson & Lyons LLP the amounts set forth in the Application and above.

Dated this __16th__ day of __August__, 2013.

BY THE COURT:

_____
Howard R. Tallman
Chief United States Bankruptcy Judge

2004136335_1