```
                         United States Bankruptcy Court
                              District of Colorado
In re:                                                      Case No. 10-24238-HRT
SVS Holdings, Inc.                                          Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 1082-1          User: nguyent            Page 1 of 2          Date Rcvd: Aug 16, 2013
                              Form ID: pdf904          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
db           +SVS Holdings, Inc.,    PO Box 815,   Broomfield, CO 80038-0815
cr           +Jack Blaine,    c/o Onsager, Staelin & Guyerson,    1873 S. Bellaire St.,   Suite 1401,
               Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Rothgerber Johnson & Lyons LLP
acc          Patrick C. Giefer
                                                                                      TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**               **Signature:**          _Joseph Speetjens_

```
District/off: 1082-1          User: nguyent              Page 2 of 2           Date Rcvd: Aug 16, 2013
                              Form ID: pdf904            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2013 at the address(es) listed below:

        Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@rothgerber.com, cealey@rothgerber.com
        Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@rothgerber.com, cealey@rothgerber.com
        Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@rothgerber.com, cealey@rothgerber.com
        Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@rothgerber.com, cealey@rothgerber.com
        Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@rothgerber.com, cealey@rothgerber.com
        Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@rothgerber.com, kmeans@rothgerber.com
        Chad S. Caby    on behalf of Creditor    Smartmatic Corporation ccaby@rothgerber.com, kmeans@rothgerber.com
        Christian C. Onsager     on behalf of Creditor Jack  Blaine consager@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
        Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com, olgab@fostergraham.com
        Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com, olgab@fostergraham.com
        David B. Wilson    on behalf of Defendant    Dominion Voting Systems Corporation dwilson@shermanhoward.com, rneal@shermanhoward.com;efiling@shermanhoward.com
        David B. Wilson    on behalf of Defendant    Dominion Voting Systems, Inc. dwilson@shermanhoward.com, rneal@shermanhoward.com;efiling@shermanhoward.com
        Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc. ejohnson@shermanhoward.com, efiling@shermanhoward.com;rneal@shermanhoward.com
        Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc. ejohnson@shermanhoward.com, efiling@shermanhoward.com;rneal@shermanhoward.com
        Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation ejohnson@shermanhoward.com, efiling@shermanhoward.com;rneal@shermanhoward.com
        Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation ejohnson@shermanhoward.com, efiling@shermanhoward.com;rneal@shermanhoward.com
        Kevin S. Neiman    on behalf of Debtor    SVS Holdings, Inc. kneiman@hblegal.net, dhowell@hblegal.net;thoy@hblegal.net
        Kristin M. Bronson    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee kbronson@rothgerber.com, rnewcomer@rothgerber.com
        Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com, icruz@bakerlaw.com;SBeer@bakerlaw.com
        Michael J. Guyerson    on behalf of Defendant Jack  Blaine mguyerson@osglaw.com, agarcia@osglaw.com;bmoss@osglaw.com
        Tom H. Connolly    tconnolly@ecf.epiqsystems.com
        US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                                                               TOTAL: 22

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | ) |
| | ) Chapter 7 |
| Debtor. | ) |

## ORDER GRANTING FIRST INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ROTHGERBER JOHNSON & LYONS LLP, LITIGATION COUNSEL TO TRUSTEE

THIS MATTER comes before the Court upon the First Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by Rothgerber Johnson & Lyons LLP, Litigation Counsel to Trustee (the "Application"); sufficient and good cause being demonstrated, the Court

ORDERS that the Application is hereby GRANTED; it is further

ORDERED that fees in the amount of $25,938.50 and expenses in the amount of $700.29, for a total interim award of $26,638.79 (the "First Interim Award"), as described in the Application for the period of time from November 8, 2012 through June 30, 2013 are hereby APPROVED on an interim basis; it is further

ORDERED that the Trustee is hereby authorized and directed to pay Rothgerber Johnson & Lyons LLP the amounts set forth in the Application and above.

Dated this 16th day of August, 2013.

BY THE COURT:

_Howard Tallman_
Howard R. Tallman
Chief United States Bankruptcy Judge