## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

---

### COVER SHEET FOR SECOND INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY LEWIS ROCA ROTHGERBER LLP, LITIGATION COUNSEL TO TRUSTEE

---

Name of Applicant:                                          Lewis Roca Rothgerber LLP

Authorized to Provide Professional Services to:   Tom H. Connolly, Chapter 7 Trustee

Date of Order Authorizing Employment:            November 30, 2012 *nunc pro tunc*
                                                                    November 8, 2012 (Docket No. 146)

Period for Which Compensation is Sought:         July 1, 2013 through October 31, 2013

Amount of Fees Sought:                                    $25,811.50

Amount of Expense Reimbursement Sought:        $432.17

Total Amount of Fees and Expenses Sought:       $26,243.67

This is an:                                                        Interim Application

Prior fee applications:

| Date Filed | Period Covered | Total Requested Fees & Expenses | Total Allowed |
|---|---|---|---|
| July 12, 2013 | 11/8/12 – 6/30/13 | $25,938.50/$700.29 | $25,938.50/$700.29 |
| | | | |

The aggregate amount of fees and expenses paid to Applicant to date for services rendered and expenses incurred herein is $26,635.79.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

## SECOND INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY LEWS ROCA ROTHGERBER LLP, LITIGATION COUNSEL TO TRUSTEE

Pursuant to 11 U.S.C. §§ 330, 331, and 503, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules 2016 and pursuant to this Court's Order Approving Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for Chapter 7 Trustee entered on November 30, 2012 *nunc pro tunc* November 8, 2013 (Docket No. 146), Lewis Roca Rothgerber, f/k/a Rothgerber Johnson & Lyons LLP ("LRR"), counsel for Tom H. Connolly, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of SVS Holdings, Inc. (the "Debtor") hereby submits its Second Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses (the "Second Fee Application").  In support therefor, LRR states as follows:

### INTRODUCTION

1.      Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code on June 8, 2010.

2.      By Order entered on October 16, 2012 (Docket No. 118), the Court converted the Debtor's bankruptcy case to a case under Chapter 7 of the Bankruptcy Code.  On October 17, 2012, the Trustee was subsequently appointed.

3.      Thereafter, on November 8, 2012, the Trustee filed his Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for the Chapter 7 Trustee (Docket No. 135).

4.      On November 30, 2012, the Court entered its Order Approving Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for Chapter 7 Trustee (the "Application to Employ RJ&L").  The Application to Employ RJ&L was approved *nunc pro tunc* November 8, 2012.  A copy of the Order approving RJ&L is attached hereto as **Exhibit A**.

5.      On September 1, 2013, RJ&L merged and changed its name to Lewis Roca Rothgerber LLP ("LRR").

6.      In this Second Fee Application, LRR requests interim approval of fees and expenses incurred from July 1, 2013 through October 31, 2013 (the "Second Compensation

2004477256_1

Period"). LRR is requesting allowance and payment of $25,811.50 in professional fees and $432.17 in expenses in representing the Trustee pursuant to 11 U.S.C. §§ 330, 331 and 503, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules 2016.

7.      The services rendered by LRR in this matter have been provided by the following attorneys:

| Attorney | Year Admitted | Area of Expertise | Hourly Rate |
|----------|---------------|-------------------|-------------|
| Brent R. Cohen, Partner | 1981 | Bankruptcy | $450 |
| Kristin M. Bronson, Partner | 1997 | Litigation | $385 |
| Chad S. Caby, Partner | 1999 | Bankruptcy | $345 |
| Hermine Kallman, Associate | 2012 | Litigation | $215 |

8.      **Exhibit B** contains a brief biography of the attorneys providing services in this matter.

9.      The rates charged by LRR in this case are based upon the skill and experience of the attorneys involved. LRR believes that its rates are generally comparable to fees customarily charged by other attorneys of similar skill and experience in similar bankruptcy proceedings. LRR has written off charges where appropriate, consistent with its practice in other cases. The amount requested in this Second Fee Application is within the range of what could reasonably have been anticipated for services of the scope and nature rendered by LRR.

<u>**SUMMARY DESCRIPTION OF LRR'S LEGAL SERVICES**</u>

10.      Applicant has allocated time in the Debtor's bankruptcy case to three billing categories. A detailed itemized description of each category of services provided by LRR is set forth in **Exhibit C**. The time and task records, as summarized below, reflect services that were necessary and beneficial to the Debtor's bankruptcy estate. The categories of services provided by LRR during the first compensation period are as follows:

**1.      Litigation/Motion to Dismiss**

After the Trustee's Complaint was served on the Dominion Defendants, they responded by seeking a stay in the Bankruptcy Court and moving to withdraw the reference to the federal district court. On February 7, 2013, a consent to withdrawal of the reference was filed on behalf of the Trustee. On June 11, 2013, the District Court entered an Order withdrawing the reference, but referring the matter to the bankruptcy court for all pretrial purposes. On June 19, 2013, the Dominion Defendants filed a motion to dismiss the Complaint. A response on behalf of the Trustee was filed on July 24, 2013. After the Dominion Defendants filed their reply, the motion was argued before the Bankruptcy Court on September 26, 2013. The motion has been under advisement since that time. In the meantime, time was spent analyzing discovery issues and schedules.

| | | CURRENT APPLICATION | | PREVIOUS APPLICATION | |
|---|---|---|---|---|---|
| **PROFESSIONAL** | **BILLING RATE** | **HOURS** | **FEES** | **HOURS** | **FEES** |
| Brent R. Cohen | $450.00 | 40.30 | $18,135.00 | 28.9 | $13,005.00 |
| Kristin M. Bronson | $385.00 | 7.5 | $2,887.50 | 1.2 | $462.00 |
| Hermine Kallman | $215.00 | 12.6 | $2,709.00 | 16.3 | $3,551.50 |
| **TOTAL** | | | $23,731.50 | 0.0 | $20,063.00 |

2.      **Smartmatic Litigation**

Smartmatic USA Corporation ("Smartmatic") is the largest creditor of SVS.  Smartmatic filed a companion case against the Dominion Defendants in New York, asserting claims that are similar to the Trustee's.  The Dominion Defendants removed the Smartmatic litigation to the federal district court for the Southern District of New York and sought a transfer of venue.  The change of venue was granted and the case has since been transferred to the District of Colorado and assigned to Judge Blackburn.  LRR has been in communication with counsel for Smartmatic and the Dominion Defendants regarding the companion case and analyzed how discovery and pretrial proceedings might be consolidated to avoid duplication of effort.

| | | CURRENT APPLICATION | | PREVIOUS APPLICATION | |
|---|---|---|---|---|---|
| **PROFESSIONAL** | **BILLING RATE** | **HOURS** | **FEES** | **HOURS** | **FEES** |
| Brent R. Cohen | $450.00 | 1.4 | $630.00 | 0.0 | $0.00 |
| Kristin M. Bronson | $385.00 | .7 | $269.50 | 0.0 | |
| **TOTAL** | | | $899.50 | 0.0 | $0.00 |

3.      **Fee Application**

The time spent for drafting the fee application in this matter is set forth above. Additional fees have been incurred for the Fee Application and attendant pleadings, which additional fees will be set forth and reflected in any subsequent interim fee applications LRR files with the Court.

| | | CURRENT APPLICATION | | PREVIOUS APPLICATION | |
|---|---|---|---|---|---|
| **PROFESSIONAL** | **BILLING RATE** | **HOURS** | **FEES** | **HOURS** | **FEES** |
| Brent R. Cohen | $450.00 | .4 | $180.00 | 0.0 | $0.00 |
| Chad S. Caby | $345.00 | 2.9 | $1,000.50 | | |
| **TOTAL** | | | $1,180.50 | 0.0 | $0.00 |

## <u>CONCLUSION</u>

The fees and expenses requested herein are reasonable and necessary.  All services for which compensation is requested were performed on behalf of the Trustee.  The Trustee has had the opportunity to review the itemized monthly billing statements attached hereto as Exhibit C, describing in detail the basis for all the interim fees and expenses requested herein, and the Trustee has not disapproved the requested amount of fees and expenses.

WHEREFORE, LRR respectfully requests that the Court enter an Order approving LRR's interim fees in the amount of $25,811.50 and reimbursement of expenses in the amount of $432.17 incurred during the first compensation period, and requests such other and further relief as is appropriate.

DATED:  November 26, 2013          LEWIS ROCA ROTHGERBER LLP

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
Chad S. Caby, No. 30927
Kristin M. Bronson, No. 28559
1200 17th Street, Suite 3000
Denver, CO  80202
Telephone:  (303) 623-9000
Fax:          (303) 623-9222
E-mail:   bcohen@lrrlaw.com
              ccaby@lrrlaw.com
              kbronson@lrrlaw.com

*Attorneys for Tom H. Connolly, Chapter 7 Trustee*

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| In re | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC. | Chapter 7 |
| Debtor. | |

### ORDER APPROVING APPLICATION TO EMPLOY ROTHGERBER JOHNSON & LYONS LLP AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE

Before the Court is the Application to Employ Rothgerber Johnson & Lyons LLP ("RJ&L") as Special Litigation Counsel for Chapter 7 Trustee (the "Application") pursuant to 11 U.S.C. § 327.

Good cause being shown therefor, the Application is approved and employment of RJ&L as special litigation counsel for Chapter 7 Trustee Tom Connolly is approved, nunc pro tunc, November 8, 2012.

Dated:   November 30, 2012.

BY THE COURT

*Howard Tallman*

United States Bankruptcy Judge

Exhibit A

# EXHIBIT B

## EXHIBIT B
## LIST OF ATTORNEYS
## WHO PERFORMED LEGAL SERVICES

### BRENT R. COHEN (Billing Rate: $450.00 (2013))

Brent R. Cohen was admitted to the Colorado State Bar in 1981 and the Wyoming State Bar in 1982. Mr. Cohen received his B.S. degree, *magna cum laude*, from the University of Colorado in 1978, and his J.D. degree from the University Colorado School of Law in 1981, where he was Managing Editor of the University of Colorado Law Review.

Mr. Cohen is the senior member and chair of the firm's Bankruptcy Department. Mr. Cohen's areas of expertise include representation of debtors, creditors, and trustees in bankruptcy and insolvency proceedings, as well as workouts and restructurings outside of bankruptcy. He regularly provides bankruptcy advice in conjunction with a variety of complex commercial transactions, and has participated in some of the more significant bankruptcy litigation in the Rocky Mountain area. Mr. Cohen also has extensive experience in oil and gas law, creditor's rights law, and commercial litigation. For additional information regarding Mr. Cohen's experience, see the attached biography.

### CHAD S. CABY (Billing Rate: $345.00 (2013)

Chad S. Caby was admitted to the Colorado State Bar in 1999. Mr. Caby received his B.A. from Drake University in 1994, and his J.D. degree from Capital University Law School in 1999.

Mr. Caby's areas of expertise include representation of debtors, creditors, and trustees in bankruptcy and insolvency proceedings, as well as workouts and restructuring entities outside of court. Mr. Caby is also a member of the Business Services Group, Litigation and Insurance Groups at the firm. Prior to joining LRR, Mr. Caby was a Judicial Law Clerk to the Honorable Michael E. Romero, United States Bankruptcy Court for the District of Colorado, and also served as Senior Staff Attorney, Office of the Standing Chapter 13 Trustee, District of Colorado. For additional information regarding Mr. Caby's experience, see the attached biography.

### KRISTIN M. BRONSON (Billing Rate: $385.00 (2013)

Kristin M. Bronson was admitted to the Colorado State Bar in 1997. Ms. Bronson received her B.A. degree from the University of Virginia in 1990, and her J.D. degree from the University Colorado School of Law in 1997, where she was President of the Moot Court Board.

Ms. Bronson's practice focuses on complex corporate and business litigation, including representation of individual and corporate plaintiffs and defendants in class and derivative actions, and representation of local and national corporate entities in contract, fraud and other business litigation. She has extensive trial experience in state and federal courts, as well as in arbitrating and mediating business disputes.

**Exhibit B**

### DAVID M. HYAMS (Billing Rate:  $245 (2013)

David M. Hyams was admitted to the Colorado State Bar in 2010 and the Idaho State Bar in 2008.  Mr. Hyams received his B.S. from Colorado State University in 2000, his M.A. from Denver Seminary in 2003, his M.A. from Georgia State University in 2004, and his J.D. degree from the University of Denver Sturm College of Law in 2008.

Mr. Hyams focuses his practice on bankruptcy and commercial litigation. He has experience in complex adversary proceedings, receiverships, foreclosures, and corporate disputes.  For additional information regarding Mr. Hyams' experience, see the attached biography.

### HERMINE KALLMAN (Billing Rate:  $215.00)

Hermine Kallman was admitted to the Colorado State Bar in 2012.  Ms. Kallman received her B.A. degree from the University of Colorado at Denver and the University of Colorado International College at Moscow in 1999 and her J.D. degree from the University Denver Sturm College of Law, Order of St. Ives, in 2012, where she was Senior Staff Editor of the University of Denver *Law Review*.

Ms. Kallman's practice focuses on complex commercial and business litigation

B-2

# LEWIS ROCA
# ROTHGERBER




► MAIN BIO
NEWS

## RELATED PRACTICES
- Bankruptcy and Creditors' Rights
- Litigation

## EDUCATION
- J.D., University of Colorado Law School, 1981
- B.S., Accounting, University of Colorado College of Business and Administration, 1978, magna cum laude

## BAR ADMISSIONS
- Colorado, 1981
- Wyoming, 1982

BRENT R. COHEN

**Partner**
BCohen@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone**    303.628.9521
**Fax**    303.623.9222

As a senior member of the firm's Bankruptcy Department, Mr. Cohen has been exposed to a wide variety of bankruptcy and insolvency matters throughout the United States. His practice includes representation of debtors, creditors, and trustees in bankruptcy and insolvency proceedings, as well as workouts and restructurings outside of court. He regularly provides bankruptcy advice in conjunction with a variety of complex commercial transactions and has participated in some of the more significant bankruptcy litigation in the Rocky Mountain area. He has also had extensive involvement in oil and gas, debtor/creditor, and commercial litigation.

Mr. Cohen is admitted to practice in state and federal courts in Colorado and Wyoming.

## REPRESENTATIVE CASES/MATTERS

*Bankruptcy - Creditor Representation*
- Represented the principal unsecured creditors in three Chapter 11 proceedings that were collectively the largest ever filed in Wyoming—In re Albrecht, In re Rivermeadows Associates, Ltd., and In re Fish Creek Meadows Associates, Ltd. In each case, all secured and unsecured creditors were paid in full, with interest.
- Represented the largest unsecured creditor and served on the creditors committee in a Chapter 11 proceeding filed in Wyoming by Canyon Club, Inc. The case culminated in a sale of assets that resulted in payment in full on all claims.
- Represented the principal secured creditor in a Wyoming receivership proceeding and eventual bankruptcy of Teton Club, LLC.
- Represented major creditors in a variety of oil and gas bankruptcies filed in Colorado and Wyoming including Stone & Wolf, LLC, PRB Energy, Storm Cat Energy, and Riviera Drilling and Energy.
- Representation of a consortium of Taiwanese manufacturers in In re Schwinn/GT, Inc., a Colorado bankruptcy proceeding involving the well-

known bicycle manufacturer and various related entities.

- Representation of the largest creditor and service on the creditors' committee in the Colorado Chapter 11 proceeding filed by Western Integrated Networks, a telecommunications company.
- Representation of the largest creditor and service on the creditors' committee in the Colorado Chapter 11 proceeding filed by Verilink Corporation, a telecommunications case filed in Alabama.
- Representation of a major unsecured creditor and service on the creditors' committee in In re Adesta Communications, Inc., a telecommunications case filed in the District of Nebraska.

*Bankruptcy - Debtor Representation*

- Represented RockWell Petroleum (U.S.) Inc. and various subsidiaries in a Chapter 15 cross-border insolvency proceeding filed in the District of Wyoming and Alberta, Canada.
- Represented a publicly-held company located in Golden, Colorado, which developed and manufactured advanced battery technology for automotive and marine uses in its Chapter 11 proceeding filed in the District of Delaware.
- Represented a Colorado-based heavy equipment manufacturer in its Chapter 11 proceeding filed in the District of Delaware.
- Represented the owner of an apartment complex in a Chapter 11 proceeding filed in Colorado.
- Represented a variety of "dot-com" and biotech enterprises in bankruptcy and out-of-court liquidations, including, among others, Wholetree.com, GearDirect.com, ipArchive, Inc., and Invenux, Inc.
- Represented various real estate developers in Teton County, Wyoming, in workout and bankruptcy proceedings.

*Bankruptcy and Insolvency - Trustee Representation*

- Represented plan trustee in Wyoming Chapter 11 cases filed by D3X, Lucky Luck Farms and others.
- Attorney for the plan trustee in Alpex Computer Corp., which involved supervision and monitoring prosecution of a major patent infringement case in the U.S. District Court for the Southern District of New York.
- Represented the plan co-trustees in claim litigation arising out of In re Yellow Cab Cooperative Ass'n., a Chapter 11 case filed in the District of Colorado.
- Counsel for the trustee of the CCI Liquidating Trust, the successor in interest to Convergent Communications, Inc., a Colorado telecom company, after confirmation of its Chapter 11 plan of reorganization.
- Represented the Chapter 7 trustee in the prosecution of fraudulent claims in the case of In re Hill, in Bankruptcy Court for the District of Wyoming.
- Representing the Chapter 7 trustee as special litigation counsel for Mobile Tool International, Inc. in the United States Bankruptcy Court for the District of Delaware.

*Asset Acquisition*

- Represented purchaser of approximately 20 restaurant locations in cross-border reorganization proceedings pending in Boston, Massachusetts, and Toronto, Ontario.

- Represented purchaser acquiring hospital linen services in Grand Junction, Colorado, and Oklahoma City, Oklahoma, in receivership proceedings.
- Represented purchaser of assets from Koala Corporation; bankruptcy pending in the United States Bankruptcy Court for the District of Colorado.

*Reported Cases*
- In re Colorado Springs Symphony Orchestra Association, 462 F.3d 1265 (10th Cir. 2006)
- Ridge at Haiwan, Ltd. v. Thompson (In re Thompson), 231 B.R. 802 (D. Colo. 1999)
- In re Tri-State Equipment, Inc., 792 F.2d 967 (10th Cir. 1986);White v. Bell (In re White), 212 B.R. 979 (B.A.P. 10th Cir. 1997)
- In re Rivermeadows Associates, 205 B.R. 264 (B.A.P. 10th Cir. 1997)
- Moriarity v. State ex. rel. McBride, 899 P.2d 879 (Wyo. 1995)
- Cargill v. Mountain Cement Company, 891 P.2d 57 (Wyo. 1995)
- Nintendo Company v. Patten (In re Alpex Computer Corp.), 71 F.3d 353 (10th Cir. 1995)
- Amoco Rocmount Co. v. Anschutz Corp., 7 F.3d 909 (10th Cir. 1993)
- In re Drywall Supply, Inc., 111 B.R. 933 (D. Colo. 1990)
- FSLIC v. Westgate Partners, Ltd., 726 F. Supp. 807 (1989)

## MEMBERSHIPS AND AFFILIATIONS

- Colorado, Wyoming, and American Bar Associations
- Faculty of Federal Advocates, Board of Directors, 2008-2010
- American Bankruptcy Institute UCC Committee, Co-Chair, 2005-2007

## PUBLICATIONS

- Author, "The Perils of Delayed Lien Perfection," *RJ&L Financial Times*, Winter 2009
- Author, "The Locality Rule in Colorado," *University of Colorado Law Review*, 1982
- Co-Author, "Acquiring and Perfecting Security Interests in Cyberspace Assets," *Journal of Bankruptcy Law and Practice*, July/August 2001
- Author, "The Consequences of Failure to Comply with Revised Article 9," *American Bankruptcy Institute Journal*, Summer 2002
- Co-Author, "Current Developments in Technology and Technology Cases," *American Bankruptcy Institute Rocky Mountain Regional Conference*, February 2000
- Co-Author, "E-Commerce and High-Tech Bankruptcies," *American Bankruptcy Institute Rocky Mountain Regional Conference*, February 2001
- Co-Author, "Colorado's New UCC Revised Article 9," *CLE in Colorado*, July 2001

**SPEAKING ENGAGEMENTS**

- Presenter, "Current Developments in Technology and Technology Cases," *American Bankruptcy Institute Rocky Mountain Regional Conference*, February 2000
- Presenter, "E-Commerce and High-Tech Bankruptcies," *American Bankruptcy Institute Rocky Mountain Regional Conference*, February 2001
- Presenter, "Colorado's New UCC Revised Article 9," *CLE in Colorado*, July 2001

**OTHER DISTINCTIONS**

Since 2006, Mr. Cohen has been named by *Colorado Super Lawyers®*. He is the recipient of the 2004 Donald C. Cordova Distinguished Service Award, from the *Faculty of Federal Advocates*.

**PROFESSIONAL EXPERIENCE**

- Lewis Roca Rothgerber LLP (legacy firm Rothgerber Johnson & Lyons LLP), 1982-Present
- Law Clerk, The Hon. Clarence A. Brimmer, United States District Court for the District of Wyoming, 1981-1982

# LEWIS ROCA
# ROTHGERBER



▶ MAIN BIO
NEWS

## RELATED PRACTICES

- Appeals
- Bankruptcy and Creditors' Rights
- Litigation

## EDUCATION

- J.D., Capital University Law School, 1999
- B.A., Drake University, 1994

## BAR ADMISSIONS

- Colorado, 1999

## CHAD S. CABY

**Partner**
CCaby@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone**    303.628.9583
**Fax**       303.623.9222

Mr. Caby's practice includes representation of corporate creditors, debtors, and trustees in bankruptcy and insolvency proceedings, as well as workouts and restructuring entities outside of court. Mr. Caby's practice also includes representation of banks and secured creditors in general commercial litigation.

## MEMBERSHIPS AND AFFILIATIONS

- Faculty of Federal Advocates, 2011-2014; President-Elect, Faculty of Federal Advocates, 2013; Treasurer, Faculty of Federal Advocates, 2012; and Pro Bono Bankruptcy Coordinator, Faculty of Federal Advocates 2010-present
- American Bankruptcy Institute, Member
- Colorado Bar Association, Member
- Denver Bar Association, Member
- Local Bankruptcy Rules Revision Committee, 2004-Present

## PUBLICATIONS

- Author, "Lenders and Other Secured Creditors! New Bankruptcy Proof of Claim Rules Took Effect 12/1/11," *RJ&L E-Alert*, December 2011
- Author, "Not So Puny Punitive Damages Awarded Against Repossessing Bank," *RJ&L Financial Times*, Winter 2009; reprinted in the *Wyoming Banker*, April 2009
- Author, "Banking on 2009?—What to Expect in Colorado Bankruptcy Filings," *RJ&L Financial Times*, Winter 2009

## SPEAKING ENGAGEMENTS

- Speaker, "Chapter 11 Update," *Colorado Bar Association Bankruptcy Subsection,* 2013

Speaker, "Practice and Procedure Under Colorado's New Bankruptcy Rules," June 2009

Speaker, "Effectively Trying Contested Matters," *Rocky Mountain Bankruptcy Conference (ABI),* 2012

Speaker, "Consumer Bankruptcy Law & Practice," *Rocky Mountain Bankruptcy Conference (ABI)*, 2002

Speaker, "Fundamentals of Bankruptcy Law and Procedure," *Rocky Mountain Bankruptcy Conference (ABI),* 2001

## COURT ADMISSIONS

U.S. District Court, Colorado, 2000

U.S. Court of Appeals, Tenth Circuit, 2001

U.S. Bankruptcy Court, Colorado, 2001

## OTHER DISTINCTIONS

Mr. Caby has been listed in the 2012 edition of *Colorado Super Lawyers®* as a "Rising Star".

## PROFESSIONAL EXPERIENCE

Lewis Roca Rothgerber LLP (legacy firm Rothgerber Johnson & Lyons LLP), 2008-Present

Clerk, Hon. Michael E. Romero, United States Bankruptcy Court for the District of Colorado, 2004-2008

Private Law Firm, 2003-2004

Senior Staff Attorney, Office of the Standing Chapter 13 Trustee, District of Colorado, 2000-2003

# LEWIS ROCA
# ROTHGERBER



## KRISTIN M. BRONSON

**Partner**
KBronson@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone**   303.628.9535
**Fax**      303.623.9222

▸ MAIN BIO
NEWS
PUBLICATIONS

**RELATED PRACTICES**
- Banking and Lending Disputes
- Construction
- Litigation
- Complex Litigation
- Real Estate Litigation
- Real Estate

**EDUCATION**
- B.A., University of Virginia, 1990
- J.D., University of Colorado Law School, 1997, Recipient of Virginia McRae Scholarship; President, Moot Court Board

**BAR ADMISSIONS**
- Colorado, 1997

Ms. Bronson's practice focuses on complex corporate and business litigation, including representation of individual and corporate plaintiffs and defendants in class and derivative actions, and representation of local and national corporate entities in contract, fraud and other business litigation. She also represents lender, developer, and property management clients in all facets of real estate, construction and banking law. She also advises brokerage companies concerning operational, regulatory and litigated matters.

## REPRESENTATIVE CASES/MATTERS

- Won defense verdict following trial in mechanic's lien case.
- Successfully defended bank in three-day trial from claims of a bad faith foreclosure.
- Recently completed week-long trial in federal court in Wyoming in $16 million real estate dispute.
- Testified as an expert witness in arbitration and jury trial on standards of care for real estate brokers.
- Won multi-million dollar arbitration award before AAA Panel in Chicago in breach-of-contract case.
- Won multi-million dollar arbitration award in connection with sale of a value added reseller business.
- Represented buyer in litigation involving sale of restaurant and bar business; settlement approved.
- Conducted internal investigations as outside counsel to publicly-traded company's audit committee.
- Co-lead trial counsel for majority shareholders in breach of fiduciary duty claims against corporate officers and minority shareholders; expansive injunctive relief obtained, including lock-out of management.
- Won bench trial over road and bridge easement in Park County, Colorado.
- Won three-day bench trial as counsel for landowner plaintiff, obtaining a

declaratory judgment terminating 30-plus year ground lease with a big-box retail company and receiving an award of attorney's fees and costs.

- Obtained directed verdict on all claims against corporate client defendants and an award of attorney's fees and costs following two-day bench trial.
- Co-counsel for developer obtaining $22.6 million jury verdict and judgment against manufacturer of defective product.
- Represented secured lender in obtaining summary judgment involving hundreds of thousands of dollars of collateral and on novel issue of law.
- Lead counsel for several large lending institutions in judicial and Public Trustee foreclosure proceedings and bankruptcy cases.
- Served as Colorado counsel for a number of large REITs specialized in retail.

## MEMBERSHIPS AND AFFILIATIONS

- American, Colorado, and Colorado Women's Bar Associations
- Colorado Bar Foundation, Fellow
- Colorado Women's Bar Association Foundation, Board Member (2012-present)
- Denver Bar Association Representative to Colorado Bar Association's Board of Governors (2006, 2009-2010)
- Denver Bar Association Budget Committee (2007-2008)
- Faculty of Federal Advocates
- Colorado Real Estate Commission (2007-2013), Chair (2009-2010), Vice Chair (2012-2013)
- Association of Real Estate License Law Officials (2007-2013)
- Colorado Division of Real Estate Subdivision Task Force (2013)
- Downtown Denver Partnership Economic Development Council, Chair (2012-2014)
- President, Commercial Real Estate Women (CREW) Denver, 2007; President-Elect, 2006; Delegate, CREW Network, 2006, 2008; Chair, Nominating Committee, 2006; Member, Board of Directors, 2004-2008; Member, Programs Committee, 2004-2005; Co-chair, Awards Committee, 2003; Membership Committee and Juror for Women of Influence in Commercial Real Estate Awards, 2000
- Associated General Contractors of Colorado
- International Council of Shopping Centers, Associate Member

## PUBLICATIONS

- Author, "Brokers Serving as Receivers: The Dangers of Wearing Two Hats," *RJ&L Client Alert*, June 2012
- Author, "Truth in Advertising: What is a Broker's Duty to Ensure that Marketing Materials are Accurate?," *RJ&L Real Estate Construction & Land: Broker Bulletin*, Summer 2010
- Author, "Governor Signs Broker Lien Law," *RJ&L Client Alert*, May 2010

Author, "National Trends Emerging in Construction Defect Statutes," *Colorado Real Estate Journal*, May 2007

Author, "Avoid Pitfalls in Retail Eviction," *Colorado Real Estate Journal*, June 2006

Author, "Heed Changes in Foreclosure Rules," *Colorado Real Estate Journal*, March 2003

Author, "Mountain Properties Hard Hit by Entran II Failures," *Colorado Real Estate Journal*, 2003

## SPEAKING ENGAGEMENTS

Speaker, "Business Executives Guide to Managing Litigation," *University of Denver School of Business*, January 2012

Speaker, "Ethics, Women of Enterprise Forum," *University of Denver Burns School of Real Estate*, April, 2011

Speaker, "We're All In This Together! Key Issues Pertaining To The Real Estate Industry," *Pike Peak Women's Council of REALTORS*, February, 2011

Speaker, "How to Use the Broker Lien Law," *Denver Metro Colorado Association of Realtors*, August 2010

Speaker, "Navigating Colorado's New Broker Lien Law," *Women in Real Estate*, August 2010

Speaker, "Preserving the Attorney Client Privilege in Internal Investigations," *Association of Corporate Counsel, Colorado Chapter*, December 2009

Panelist, "Knock Knock: What to Do When the Feds Come Knocking," *USLAW Conference*, September 2009

Panelist, "Residential and Commercial Evictions," *Lorman Education Services*, December 2008, January 2009

Panelist, "Construction Defect Claims in Colorado," *Lorman Education Services*, 2003 - 2008

Author, "Commission to Begin Auditing Property Management Firms," *Colorado Real Estate Journal*, September 2008

Moderator, "Turmoil in the Consumer Credit Markets: Fodder for a Litigation Feeding Frenzy," *USLAW Conference*, September 2008

Speaker, "Brokerage Forms and Fiduciary Foibles," *Colorado Association of Certified Closers Education Seminar*, February 2008

Speaker, "GPS for Your Legal Career," *CWBA Membership Reception*, November 2007

Instructor, "Faculty of Federal Advocates," *Trial Advocacy Skills Workshop*, November 2007-2011

Panelist, "Construction Defect Claims - Notice and Opportunity to Repair Statutes," *USLAW Conference*, March 2007

Panelist, "Real Estate Professionals' Obligations and Liabilities in Colorado," *Lorman Education Services*, July 2006

Panelist, "Landlord and Tenant Law in Colorado," *Lorman Education Services,* 2005

## COURT ADMISSIONS

- U.S. District Court, Colorado
- U.S. Court of Appeals, Tenth Circuit

## OTHER DISTINCTIONS

Ms. Bronson has been listed in Colorado Super Lawyers® since 2009, earning the Top 50 Women and Top 100 Ranking in the 2012-2013 edition. She was a 2009 nominee for the "Women of Vision Award," presented by Commercial Real Estate Women Denver, and was selected as one of Denver's "40 Under Forty," by *Denver Business Journal* in 2008. Also in 2008, Ms. Bronson was named to "Lawyers of the Year," in the Young Lawyer category, by *Law Week Colorado.* In 2006, she received the *Richard Marden Davis Award,* for her civic, cultural, educational, and charitable leadership. She was awarded the "Woman Who Makes A Difference Award" by Commercial Real Estate Women Denver in 2006, and was a nominee for the *Denver Business Journal's* Outstanding Women in Business Awards from 2005 to 2008.

In 2004, Ms. Bronson was awarded the firm's *Ira C. Rothgerber Jr. Community Betterment Award.*

## PROFESSIONAL EXPERIENCE

- Lewis Roca Rothgerber LLP (legacy firm Rothgerber Johnson & Lyons LLP), 1997-Present
    - Executive Committee Member, 2012-2015
    - Hiring Partner, 2010-Present
    - Chair, Women's Initiative, 2006-Present
    - Strategic Planning Committee, 2004-2005; 2012-Present
    - Associate Retention Committee, 2004-2005
    - Coordinator, Summer Associate Program , 1999-2001
- U.S. Senator Bob Graham, Legislative Assistant, 1991-1994

# LEWIS ROCA
# ROTHGERBER



## DAVID M. HYAMS

**Associate**
DHyams@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone**   303.628.9541
**Fax**     303.623.9222

► MAIN BIO
PUBLICATIONS

## RELATED PRACTICES

- Bankruptcy and Creditors' Rights
- Litigation
- Complex Litigation
- Nonprofit Organizations
- Religious Institutions

## EDUCATION

J.D., University of Denver, Sturm College of Law, 2008
M.A., Philosophy, Georgia State University, 2007
M.A., Philosophy of Religion, Denver Seminary, 2003, *Honors Graduate*
B.S., Health & Exercise Science, Colorado State University, 2000

## BAR ADMISSIONS

Mr. Hyams practices in the areas of bankruptcy, religious institutions and commercial litigation. He has successfully represented debtors and creditors in complex adversary proceedings. He has also represented small and large businesses in and out of court, helping them achieve their goals and, when necessary, forcefully assert their rights.

Mr. Hyams is passionate about aiding churches, ministries, and other religious organizations with their legal needs so that they may faithfully fulfill their mission.

## MEMBERSHIPS AND AFFILIATIONS

- Colorado and Denver Bar Associations
- Civil Rights Subcommittee for Colorado Bar Association
- Idaho Bar Association
- American Bankruptcy Institute
- Faculty of Federal Advocates
- Christian Legal Society
- Justice and Mercy Legal Aid Clinic, Advisory Board Member and Pro Bono Volunteer
- Denver Seminary, Training and Mentoring Program Volunteer

## PUBLICATIONS

Contributing Editor, "Religious Organizations and the Law - Chapter on Bankruptcy," *Thomson Reuters*, 2011
Author, "Governor's Colorado Day of Prayer Proclamations Deemed Unconstitutional," *RJ&L The First Freedom*, Fall 2012

Colorado, 2010
Idaho, 2008

Author, "The Mission of Centro San Juan Diego," *RJ&L The First Freedom*, Fall 2011

Contributing Editor, "The Developing Labor Law: The Board, the Courts, and the National Labor Relations Act," (BNA) (5th ed.)

Contributing Editor, "Employer Policy Handbook," *Employment Law Section of Idaho State Bar*

Author, "Going Overboard on Overtime: Compensating Interstate Truck Drivers in Washington State," *Transportation Law Journal* 35, Number 1, Spring 2008

## SPEAKING ENGAGEMENTS

Presenter, "Staff and HR Social Media Policies," *Colorado League of Charter Schools Business Manager Network Meeting*, May 2013

Presenter, "Christian Calling and the Legal Profession," *Christian Legal Society, University of Denver Law School Chapter,* March 2013

Presenter, "Religious Freedom Under Assault and What it Means to Churches," *Mile High NACBA Seminar*, September 2012

Presenter, "The Building Campaign: Steps to Success and Steps to Avoiding Bankruptcy," *Religious Institutions Law Day Seminar*, September 2011

Presenter, "Law, Apologetics, & Worldview Symposium," *University of Denver Sturm College of Law*, September 2007

## PROFESSIONAL EXPERIENCE

Lewis Roca Rothgerber LLP (legacy firm Rothgerber Johnson & Lyons LLP), 2010-Present

Holland & Hart, LLP, Boise, ID 2008–2010

## COURT ADMISSIONS

U.S. District Court, Colorado

U.S. District Court, Idaho

# LEWIS ROCA
# ROTHGERBER



**▶ MAIN BIO**

## RELATED PRACTICES
- Insurance
- Litigation
- Business Torts
- Class Actions
- Complex Litigation
- Professional Liability Litigation

## EDUCATION
- J.D., University of Denver, Sturm College of Law, 2012, *Order of St. Ives*
- B.A., Economics, University of Colorado, 1999
- University of Colorado International College at Moscow, 1998

## BAR ADMISSIONS
- Colorado, 2012

## HERMINE KALLMAN

**Associate**
HKallman@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone**   303.628.9552
**Fax**     303.623.9222

Ms. Kallman's practice focuses on complex commercial and business litigation.

### MEMBERSHIPS AND AFFILIATIONS

- Member, Colorado Bar Association
- Member, Denver Bar Association
- Volunteer and past Co-Chair, Armenian Professional Network of Colorado

### PROFESSIONAL EXPERIENCE

- Lewis Roca Rothgerber LLP (legacy firm Rothgerber Johnson & Lyons LLP), 2012-Present
- Graduate Admissions Manager, University of Denver – Daniels College of Business, 2005-2011
- Faculty Support, University of Denver – School of HRTM, 2003-2005
- Save Team/Advanced Customer Care Specialist, U.S. WEST, 1999-2000

# EXHIBIT C

Page 1

Date: November 12, 2013

# Lewis Roca Rothgerber LLP

# Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen, Brent
Prebill Number: 389654

Tom H. Connolly, Chapter 7 Trustee
950 Spruce Street, Suite 1C
Louisville, CO 80027

| Date | Hours | Base Rate | Amount | Amt after w/u or w/d | Description | Attorney | Time ID | W/O | Hold | Transfer To |
|------|-------|-----------|--------|----------------------|-------------|----------|---------|-----|------|-------------|
| 07/01/13 | 0.20 | $215.00 | 43.00 | | Review outline of argument on substantive consolidation for the response to motion to dismiss. | HK/1002 | 2133843 | W/O | H | |
| 07/01/13 | 0.80 | $215.00 | 172.00 | | Research and review regarding preparing a response to motion to dismiss. | HK/1002 | 2133847 | W/O | H | |
| 07/01/13 | 1.00 | $450.00 | 450.00 | | Review of motion to dismiss and outline response. | BRC/0128 | 2135297 | W/O | H | |
| 07/01/13 | 0.80 | $450.00 | 360.00 | | Research and review of Motion to Dismiss. | BRC/0128 | 2135298 | W/O | H | |
| 07/01/13 | 0.20 | $450.00 | 90.00 | | Telephone conference(s) with attorney for Dominion re: extension. | BRC/0128 | 2135299 | W/O | H | |
| 07/01/13 | 0.20 | $450.00 | 90.00 | | Telephone conference(s) with client re: motion to dismiss. | BRC/0128 | 2135311 | W/O | H | |
| 07/01/13 | 0.60 | $450.00 | 270.00 | | Analyze fraudulent conveyance issues. | BRC/0128 | 2135312 | W/O | H | |
| 07/01/13 | 0.40 | $450.00 | 180.00 | | Drafting motion to extend deadline to respond to motion to dismiss. | BRC/0128 | 2135314 | W/O | H | |

## Exhibit C

Date: November 12, 2013

Lewis Roca Rothgerber LLP

Page 2

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7 Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 389654

| Date | Hours | Rate | Amount | Description | Attorney | | | |
|---|---|---|---|---|---|---|---|---|
| 07/05/13 | 0.80 | $450.00 | 360.00 | Research and review re: response to motion to dismiss - fraudulent conveyance issues. | BRC/0128 | 2135351 | W/O | H |
| 07/07/13 | 3.50 | $215.00 | 752.50 | Draft a response to motion to dismiss. | HK/1002 | 2135110 | W/O | H |
| 07/08/13 | 3.10 | $215.00 | 666.50 | Draft response to motion to dismiss. | HK/1002 | 2135188 | W/O | H |
| 07/08/13 | 2.30 | $345.00 | 793.50 | Review and revise First Interim Fee Application, Notice, Order, and Exhibits. | CSC/0947 | 2135488 | W/O | H |
| 07/08/13 | 2.30 | $450.00 | 1,035.00 | Research and review re: motion to dismiss and draft factual background. | BRC/0128 | 2136460 | W/O | H |
| 07/09/13 | 0.20 | $385.00 | 77.00 | Work on brief. | KMB/0599 | 2136094 | W/O | H |
| 07/09/13 | 4.00 | $450.00 | 1,800.00 | Review and revision of response brief. | BRC/0128 | 2136526 | W/O | H |
| 07/09/13 | 0.30 | $345.00 | 103.50 | Revise Application, Notice, and proposed Order. | CSC/0947 | 2136858 | W/O | H |
| 07/10/13 | 3.00 | $450.00 | 1,350.00 | Review and revision of response brief. | BRC/0128 | 2136550 | W/O | H |
| 07/10/13 | 0.30 | $345.00 | 103.50 | Finalize Fee Application and associated documents. | CSC/0947 | 2136872 | W/O | H |
| 07/11/13 | 1.00 | $450.00 | 450.00 | Review and revision of response to motion to dismiss. | BRC/0128 | 2138731 | W/O | H |
| 07/12/13 | 0.40 | $215.00 | 86.00 | Revise the response to motion to dismiss to include the proper standard on failure to state a claim under 12(b)(6). | HK/1002 | 2136707 | W/O | H |
| 07/12/13 | 1.00 | $450.00 | 450.00 | Review and revision of response to motion to dismiss. | BRC/0128 | 2138736 | W/O | H |

Date: November 12, 2013

Lewis Roca Rothgerber LLP

Page 3

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 389654

| Date | Hours | Rate | Amount | Description | Attorney | | | |
|------|-------|------|--------|-------------|----------|---|---|---|
| 07/12/13 | 0.40 | $450.00 | 180.00 | Review of interim fee application. | BRC/0128 | 2138737 | W/O | H |
| 07/15/13 | 0.70 | $215.00 | 150.50 | Research and review regarding response to motion to dismiss. | HK/1002 | 2137422 | W/O | H |
| 07/15/13 | 2.00 | $385.00 | 770.00 | Review key pleadings and client documents; review bankruptcy court filings and notebook of other background materials including financial statements, Asset Purchase Agreements and excerpts from deposition testimony. | KMB/0599 | 2138656 | W/O | H |
| 07/15/13 | 1.30 | $385.00 | 500.50 | Work on Response Brief; closer analysis of due process argument; review latest draft. | KMB/0599 | 2138660 | W/O | H |
| 07/15/13 | 2.50 | $450.00 | 1,125.00 | Review and revision of motion to dismiss response. | BRC/0128 | 2138753 | W/O | H |
| 07/16/13 | 0.50 | $385.00 | 192.50 | Work on Response brief. | KMB/0599 | 2138145 | W/O | H |
| 07/16/13 | 2.40 | $450.00 | 1,080.00 | Review and revision of motion to dismiss; incorporate additional changes. | BRC/0128 | 2139140 | W/O | H |
| 07/17/13 | 1.50 | $385.00 | 577.50 | Revise Response Brief. | KMB/0599 | 2138537 | W/O | H |
| 07/17/13 | 2.20 | $450.00 | 990.00 | Review and revision of response to motion to dismiss; revise substantive consolidation section. | BRC/0128 | 2139155 | W/O | H |
| 07/18/13 | 0.30 | $215.00 | 64.50 | Review revised response to motion to dismiss. | HK/1002 | 2138555 | W/O | H |
| 07/18/13 | 1.00 | $385.00 | 385.00 | Review and comment on further revisions to Response brief; telephone call regarding same. | KMB/0599 | 2139012 | W/O | H |

Date: November 12, 2013

Lewis Roca Rothgerber LLP

Page 4

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7 Bankruptcy

Billing Attorney: 0128 Cohen, Brent
Prebill Number: 389654

| Date | Hours | Rate | Amount | Description | Timekeeper | | |
|---|---|---|---|---|---|---|---|
| 07/18/13 | 1.60 | $450.00 | 720.00 | Review and revision of response to motion to dismiss; jurisdictional issues. | BRC/0128 | 2139158 | W/O | H |
| 07/18/13 | 0.40 | $215.00 | 86.00 | Research and review regarding response to motion to dismiss. | HK/1002 | 2139628 | W/O | H |
| 07/19/13 | 0.10 | $385.00 | 38.50 | Emails regarding response brief and call to discuss and finalize same. | KMB/0599 | 2139574 | W/O | H |
| 07/19/13 | 0.80 | $450.00 | 360.00 | Review of revisions to response to motion to dismiss. | BRC/0128 | 2140151 | W/O | H |
| 07/22/13 | 1.80 | $215.00 | 387.00 | Revise and finalize the Response to Motion to Dismiss. | HK/1002 | 2139708 | W/O | H |
| 07/22/13 | 0.30 | $215.00 | 64.50 | Prepare a motion and proposed order for leave to exceed page limit. | HK/1002 | 2139709 | W/O | H |
| 07/22/13 | 0.60 | $215.00 | 129.00 | Research procedures for a request to set a hearing or oral argument on the motion to dismiss. | HK/1002 | 2139710 | W/O | H |
| 07/22/13 | 0.40 | $385.00 | 154.00 | Work on response brief. | KMB/0599 | 2139740 | W/O | H |
| 07/22/13 | 1.30 | $450.00 | 585.00 | Review and revision of response to motion to dismiss. | BRC/0128 | 2140181 | W/O | H |
| 07/23/13 | 1.20 | $450.00 | 540.00 | Review and revision of response brief - finalize and prepare for filing. | BRC/0128 | 2141204 | W/O | H |
| 07/25/13 | 0.20 | $385.00 | 77.00 | Analyze request by opposing counsel; comment on conferral with same; telephone conference(s) with B. Cohen. | KMB/0599 | 2141291 | W/O | H |

Date: November 12,
2013

Lewis Roca Rothgerber LLP

Page 5

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 389654

| Date | Hours | Rate | Amount | Description | Timekeeper | | |
|---|---|---|---|---|---|---|---|
| 08/01/13 | 0.50 | $215.00 | 107.50 | Prepare a request for a hearing and a proposed order on Dominion's Motion to Dismiss. | HK/1002 | 2146244 | W/O | H |
| 08/01/13 | 0.50 | $450.00 | 225.00 | Review of Dominion reply brief. | BRC/0128 | 2147171 | W/O | H |
| 08/06/13 | 0.10 | $385.00 | 38.50 | Review Court's Order setting hearing; emails with B. Cohen regarding same. | KMB/0599 | 2146885 | W/O | H |
| 08/07/13 | 0.10 | $385.00 | 38.50 | Preparation for hearing. | KMB/0599 | 2147266 | W/O | H |
| 08/12/13 | 0.20 | $450.00 | 90.00 | Drafting motion to vacate hearing on dismissal hearing. | BRC/0128 | 2148808 | W/O | H |
| 08/26/13 | 0.30 | $450.00 | 135.00 | Review of pleadings in related proceeding. | BRC/0128 | 2155804 | W/O | H |
| 09/24/13 | 3.00 | $450.00 | 1,350.00 | Preparation for hearing on motion to dismiss. | BRC/0128 | 2163802 | W/O | H |
| 09/25/13 | 4.00 | $450.00 | 1,800.00 | Preparation for hearing on motion to dismiss. | BRC/0128 | 2163809 | W/O | H |
| 09/26/13 | 4.00 | $450.00 | 1,800.00 | Preparation for and attend hearing on motion to dismiss. | BRC/0128 | 2164202 | W/O | H |
| 09/27/13 | 0.10 | $385.00 | 38.50 | Telephone conference(s) with B. Cohen regarding hearing and next steps. | KMB/0599 | 2167179 | W/O | H |
| 10/10/13 | 0.40 | $450.00 | 180.00 | Review of outstanding litigation issues. | BRC/0128 | 2170634 | W/O | H |
| 10/24/13 | 0.30 | $450.00 | 135.00 | Review of Smartmatic litigation status. | BRC/0128 | 2174558 | W/O | H |
| 10/28/13 | 0.30 | $450.00 | 135.00 | Telephone conference(s) with I. Greene re: transfer of Smartmatic case. | BRC/0128 | 2178017 | W/O | H |

Date: November 12, 2013

Lewis Roca Rothgerber LLP

Page 6

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 389654

| Date | | | Description | | W/O | Hold | Transfer To |
|------|------|--------|-------------|---------|-----|------|-------------|
| 10/28/13 | 0.40 | $450.00 | 180.00 | Review of related case pleadings; venue transfer issues. | BRC/0128 | 2178022 | W/O | H | |
| 10/30/13 | 0.70 | $385.00 | 269.50 | Telephone conference(s) with Ira Greene and counsel regarding NY case transfer, local bankruptcy rules on judge selection, and scope of discovery; discussions with B. Cohen regarding same. | KMB/0599 | 2177084 | W/O | H | |
| 10/30/13 | 0.30 | $450.00 | 135.00 | Review of litigation status. | BRC/0128 | 2178059 | W/O | H | |
| 10/30/13 | 0.40 | $450.00 | 180.00 | Telephone conference(s) with counsel for Dominion and Smartmatic re: discovery issues. | BRC/0128 | 2178061 | W/O | H | |
| 10/30/13 | 0.30 | $450.00 | 135.00 | Follow up re: discovery plan. | BRC/0128 | 2178062 | W/O | H | |
| **Total** | **65.80** | | **$25,811.50** | | | | | |

### Itemized Hard Disbursements

| Date | Expenses | Amount | Description | Disb. ID | W/O | Hold |
|------|----------|--------|-------------|----------|-----|------|
| | | | | | W/O | H |
| 06/30/13 | Long Distance Calls | 4.90 | VENDOR: ACT Teleconferencing Services, Inc.; INVOICE#: AUS503346790; DATE: 6/30/2013 - DEN June 2013 conf. calls, call on 6/20/13 | 1733543 | | |

**Total Out of Pocket**          $4.90

Date: November 12,
2013

Lewis Roca Rothgerber LLP

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 389654

**Itemized Soft Disbursements**

| Date | Expenses | Description | Amount | Disb. ID | W/O | Hold | Transfer To |
|------|----------|-------------|--------|----------|-----|------|-------------|
| 07/23/13 | Lexis/Westlaw | Westlaw June 2013, 6/25/13 | 85.45 | 1733304 | W/O | H | |
| 07/23/13 | Lexis/Westlaw | Westlaw June 2013, 6/26/13 | 64.09 | 1733305 | W/O | H | |
| 07/23/13 | Lexis/Westlaw | Westlaw June 2013, 6/27/13 | 64.09 | 1733306 | W/O | H | |
| 07/23/13 | Lexis/Westlaw | Westlaw June 2013, 6/28/13 | 21.36 | 1733307 | W/O | H | |
| 07/23/13 | Lexis/Westlaw | Westlaw June 2013, 6/30/13 | 21.36 | 1733308 | W/O | H | |
| 08/15/13 | Lexis/Westlaw | Westlaw July 2013, 7/19/13 | 39.96 | 1734979 | W/O | H | |
| 08/15/13 | Lexis/Westlaw | Westlaw July 2013, 7/7/13 | 59.94 | 1734980 | W/O | H | |
| 08/15/13 | Lexis/Westlaw | Westlaw July 2013, 7/22/13 | 19.98 | 1734981 | W/O | H | |
| 07/24/13 | Photocopy Charges | Copies | 5.28 | 1733706 | W/O | H | |
| 07/18/13 | Postage Charges | Postage Charges, 7/12/13 | 9.12 | 1733062 | W/O | H | |
| 07/18/13 | Postage Charges | Postage Charges, 7/12/13 | 7.36 | 1733063 | W/O | H | |
| 07/16/13 | Search | PACER Electronic Ct. Records 2nd Q 2013 | 0.97 | 1732851 | W/O | H | |
| 10/17/13 | Search | PACER Electronic Ct. Records 3rd Q 2013 | 28.31 | 1737962 | W/O | H | |

Page 8

Date: November 12,
2013

Lewis Roca Rothgerber LLP

**Prebill**

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 389654

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

**Total Memo Charges**                    **$427.27**

Date: November 12, 2013

Page 9

Lewis Roca Rothgerber LLP

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen, Brent
Prebill Number: 389654

| Date of Last Service Bill | | Fees Billed | Disbursements Billed | Fees + Disbursements Billed | Fees Written Off | Disbursements Written Off |
|---|---|---|---|---|---|---|
| 11/11/13 | Life-to-Date | 25,938.50 | 700.29 | 26,638.79 | 0.00 | 0.00 |
| | Year-to-Date | 25,938.50 | 700.29 | 26,638.79 | 0.00 | 0.00 |

### Outstanding Billings

| Invoice Date | Invoice Number | Total Billed | Amount Outstanding | Unpaid Fees | Unpaid Disbursements |
|---|---|---|---|---|---|
| Total Outstanding | | | $0.00 | | |
| Unbilled through 11/12/13 | | | $26,243.67 | | |
| **Total Amount Due** | | | $26,243.67 | | |
| Unapplied Cash Available | | | $0.00 | | |
| Trust Account Balance | | | $0.00 | | |

Page 10

Date: November 12, 2013

Lewis Roca Rothgerber LLP

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7 Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 389654

### Billing Advice

| Working Attorneys | | Hours | $ Amount | $ Allocation | Hold | Transfer to Client/Matter |
|---|---|---|---|---|---|---|
| 0128 | Cohen,Brent | 42.10 | 18,945.00 | | H | |
| 0599 | Bronson,Kristin | 8.20 | 3,157.00 | | H | |
| 0947 | Caby, Chad S | 2.90 | 1,000.50 | | H | |
| 1002 | Kallman, Hermine | 12.60 | 2,709.00 | | H | |
| **Total Services** | | 65.80 | 25,811.50 | | | |

| Soft Disbursements | | $ Amount | $ Allocation |
|---|---|---|---|
| COPIES | Photocopy Charges | 5.28 | |
| LEX | Lexis/Westlaw | 376.23 | |
| PTG | Postage Charges | 16.48 | |
| SEARCH | Search | 29.28 | |
| **Total Memo Charges** | | 427.27 | |

| Hard Disbursements | | $ Amount | $ Allocation |
|---|---|---|---|
| LDC | Long Distance Calls | 4.90 | |
| **Total Out of Pocket** | | 4.90 | |
| **Total Disbursements** | | 432.17 | |

Page 11

Date: November 12,
2013

Lewis Roca Rothgerber LLP

**Prebill**

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen, Brent
Prebill Number: 389654

**Total Unbilled through 11/12/13**

$26,243.67

Page 12

Date: November 12, 2013

Lewis Roca Rothgerber LLP

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7
Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 389654

**Billing Advice (Continued)**

| | |
|---|---|
| Total Amount to be Billed | |
| Apply Advance to Services | |
| Apply Advance to Expenses | |
| Unapplied Cash Available | $0.00 |
| Trust Account Balance | $0.00 |

Billing Attorney Signature _____

Date _____

**Comments for matter:**

Page 13

Date: November 12, 2013

Lewis Roca Rothgerber LLP

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7 Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 389654

Posted in Accounting: _____

## Unbilled Write-Off Request

Reason for Write-Off (choose one)

☐ PAD - Planned Attorney Development
☐ TTD - Travel Time Discount
☐ XFF - Exceeded Fixed Fee
☐ XCEF - Exceeded Client Expectations/Fee Estimate
☐ OTHR - Other, Please Indicate _____

Explanation (Attach relevant support as necessary)

Page 14

Date: November 12, 2013

Lewis Roca Rothgerber LLP

## Prebill

Client: 29684 Tom H. Connolly, Chapter 7 Trustee
Matter: 101 Litigation-SVS Holdings Ch 7 Bankruptcy

Billing Attorney: 0128 Cohen,Brent
Prebill Number: 389654

Submitting Attorney

Date

Approval

Date