# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## ORDER GRANTING SECOND INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY LEWIS ROCA ROTHGERBER LLP, LITIGATION COUNSEL TO TRUSTEE

THIS MATTER comes before the Court upon the Second Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee (the "Application"); sufficient and good cause being demonstrated, the Court

ORDERS that the Application is hereby GRANTED; it is further

ORDERED that fees in the amount of $25,811.50 and expenses in the amount of $432.17, for a total interim award of $26,243.67 (the "Second Interim Award"), as described in the Application for the period of time from July 1, 2013 through October 31, 2013 are hereby APPROVED on an interim basis; it is further

ORDERED that the Trustee is hereby authorized and directed to pay Lewis Roca Rothgerber LLP the amounts set forth in the Application and above.

Dated this _____ day of _____, 2013.

BY THE COURT:

_____
Howard R. Tallman
Chief United States Bankruptcy Judge

2004490507_1