**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 26, 2013, the following documents were served:

a.    Second Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee; [Proposed] Order Granting Second Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee and Cover Sheet for Second Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee  (the "Application" and "Cover Sheet") [Doc. No. 180]

b.    Notice of Second Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee. (the "Notice") [Doc. No. 181]

by depositing same in the United States mail, first-class postage prepaid, addressed to the CM/ECF registered attorneys and parties in interest at the addresses of record on the Court's electronic database ("Mailing Matrix") as of the date of service of the above, as follows:

(1)    The Notice, Cover Sheet and Application to those parties listed on the attached **Exhibit A**

(2)    The Notice and Cover Sheet to those parties listed on the attached **Exhibit B**

DATED:  November 26, 2013

*/s/ Carol Ealey*
OF: LEWIS ROCA ROTHGERBER LLP

2004490516_1

Label Matrix for local noticing
1082-1
Case 10-24238-HRT
District of Colorado
Denver
Tue Nov 26 11:26:52 MST 2013

Chad S. Caby
One Tabor Center
Suite 3000
Denver, CO 80202-5855

Brent R. Cohen
1200 17th St.
Ste. 3000
Denver, CO 80202-5855

Tom H. Connolly
950 Spruce St.
Suite 1C
Louisville, CO 80027-1977

Lars H. Fuller
303 E. 17th Ave.
Ste. 1100
Denver, CO 80203-1264

Daniel J. Garfield
360 S. Garfield St.
6th Fl.
Denver, CO 80209-3186

Eric E. Johnson
633 17th St.
Ste. 3000
Denver, CO 80202-3622

Kevin S. Neiman
1660 Lincoln St.
Ste. 1900
Denver, CO 80264-1901

Christian C. Onsager
1873 S. Bellaire St.
Ste. 1401
Denver, CO 80222-4359

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

End of Label Matrix
Mailable recipients    9
Bypassed recipients    0
Total                  9

**Exhibit A**

Label Matrix for local noticing
1082-1
Case 10-24238-HRT
District of Colorado
Denver
Tue Nov 26 11:28:08 MST 2013

Avaya, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Jack Blaine
c/o Onsager, Staelin & Guyerson
1873 S. Bellaire St.
Suite 1401
Denver, CO 80222-4359

CIT Communications Finance Corporation
aka Avaya Financial Services
1162 E. Sonterra Blvd
San Antonio, TX 78258-4047

Chad S. Caby
One Tabor Center
Suite 3000
Denver, CO 80202-5855

Brent R. Cohen
1200 17th St.
Ste. 3000
Denver, CO 80202-5855

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Tom H. Connolly
950 Spruce St.
Suite 1C
Louisville, CO 80027-1977

Lars H. Fuller
303 E. 17th Ave.
Ste. 1100
Denver, CO 80203-1264

Daniel J. Garfield
360 S. Garfield St.
6th Fl.
Denver, CO 80209-3186

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jack Blaine
717 17th St, Suite 310
Denver, CO 80202-3310

Jack Blaine
c/o Christian Onsager, Esq.
Onsager Staelin & Guyerson, LLC
1873 S. Bellaire Ste. 1401
Denver, CO 80222-4359

Jeffrey P. Bialos
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

Eric E. Johnson
633 17th St.
Ste. 3000
Denver, CO 80202-3622

Lars Fuller
Baker & Hostetler LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203-1264

Kevin S. Neiman
1660 Lincoln St.
Ste. 1900
Denver, CO 80264-1901

Christian C. Onsager
1873 S. Bellaire St.
Ste. 1401
Denver, CO 80222-4359

SVS Holdings, Inc.
PO Box 815
Broomfield, CO 80038-0815

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Security & Exchange Commission
Central Regional Office
1801 California St.
Ste. 1500
Denver CO 80202-2656

Sequoia Voting Systems, Inc.
717 17th St, Suite 310
Denver, CO 80202-3310

Smartmatic Corporation
1001 Broken Sound Parkway, Suite D
Boca Raton, FL 33487-3532

Smartmatic USA Corporation
c/o Ira S. Greene, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-7222

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

United States Trustee
999 18th Street, Suite 1551
Denver, CO 80202-2415

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate

**Exhibit B**

(u)Dominion Voting Systems Corporation          (du)Dominion Voting Systems, Inc.          (u)Patrick C. Giefer

(u)Ira S. Greene          (u)Rothgerber Johnson & Lyons LLP          (u)Sequoia Voting Systems, Inc.

(u)Smartmatic Corporation          (u)Smartmatic USA Corporation          (u)Khang V. Tran

End of Label Matrix
Mailable recipients    25
Bypassed recipients     9
Total                  34