**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 7 |
| Debtor. ) | |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER**
**AND REQUEST FOR ENTRY OF ORDER**

On November 26, 2013, Lewis Roca Rothgerber LLP (the "Movant") filed its Second Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee (the "Application"). Movant hereby certifies that the following is true and correct:

1. Service of the Motion and notice were timely made on all parties against whom relief is sought pursuant to FED. R. BANKR. P. 9019 and 2002 and L.B.R. 9013-1 and 2002-1 or in the manner permitted by an order of the court, as is shown on the Certificate of Service previously filed with the Application (Docket No. 182).

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to FED. R. BANKR. P. 9019 and 2002 and L.B.R. 9013-1 and 2002-1 or in the manner permitted by an order of the court, as is shown on the Certificate of Service previously filed with the Application on November 26, 2013 (Docket No. 182).

3. The docket numbers for each of the relevant documents are:

    (a) The Application and all documents attached thereto and served therewith (Docket No. 180);

    (b) The Notice (Docket No. 181);

    (c) The proposed Order (Docket No. 181); and

    (d) The Certificate of Service (Docket No. 182).

4. No objections to or requests for hearing on the Motion were received by the undersigned or filed with the court or, if filed with the court and docketed in the case, filed by the date designated in the notice, or have been resolved or were otherwise withdrawn.

2004549291_1

WHEREFORE, Movant prays that the court forthwith enter an order, **a form of which was submitted with the Motion**, granting the requested relief.

DATED this 20th day of December, 2013.

    Respectfully submitted,

    LEWIS ROCA ROTHGERBER LLP

    */s/ Brent R. Cohen*
    Brent R. Cohen, No. 11297
    Chad S. Caby, No. 30927
    Kristin M. Bronson, No. 28559
    One Tabor Center, Suite 3000
    1200 17th Street
    Denver, Colorado  80202
    Telephone:  (303) 623-9000
    Facsimile:  (303) 623-9222
    bcohen@lrrlaw.com

    Attorneys for Tom H. Connolly, Chapter 7 Trustee