United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 10-24238-HRT
SVS Holdings, Inc.                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: nguyent              Page 1 of 2              Date Rcvd: Dec 23, 2013
                              Form ID: pdf904           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2013.
db         +SVS Holdings, Inc.,    PO Box 815,   Broomfield, CO 80038-0815
cr         +Jack Blaine,   c/o Onsager, Staelin & Guyerson,   1873 S. Bellaire St.,   Suite 1401,
             Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Rothgerber Johnson & Lyons LLP
acc         Patrick C. Giefer
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2013 at the address(es) listed below:
      Brent R. Cohen    on behalf of Creditor   Smartmatic Corporation bcohen@lrrlaw.com,
        cealey@lrrlaw.com;kmeans@lrrlaw.com
      Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@lrrlaw.com,
        cealey@lrrlaw.com;kmeans@lrrlaw.com
      Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@lrrlaw.com,
        cealey@lrrlaw.com;kmeans@lrrlaw.com
      Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@lrrlaw.com,
        cealey@lrrlaw.com;kmeans@lrrlaw.com
      Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@lrrlaw.com,
        cealey@lrrlaw.com;kmeans@lrrlaw.com
      Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@lrrlaw.com,
        kmeans@lrrlaw.com
      Chad S. Caby    on behalf of Creditor   Smartmatic Corporation ccaby@lrrlaw.com,  kmeans@lrrlaw.com
      Christian C. Onsager    on behalf of Creditor Jack  Blaine consager@osglaw.com,
        agarcia@osglaw.com;bmoss@osglaw.com
      Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com,
        olgab@fostergraham.com
      Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com,
        olgab@fostergraham.com
      David B. Wilson    on behalf of Defendant   Dominion Voting Systems Corporation
        dwilson@shermanhoward.com,   rneal@shermanhoward.com;efiling@shermanhoward.com
      David B. Wilson    on behalf of Defendant   Dominion Voting Systems, Inc.
        dwilson@shermanhoward.com,   rneal@shermanhoward.com;efiling@shermanhoward.com
      Eric E. Johnson    on behalf of Defendant   Dominion Voting Systems, Inc.
        ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
      Eric E. Johnson    on behalf of Interested Party   Dominion Voting Systems, Inc.
        ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
      Eric E. Johnson    on behalf of Interested Party   Dominion Voting Systems Corporation
        ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
      Eric E. Johnson    on behalf of Defendant   Dominion Voting Systems Corporation
        ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
      Kevin S. Neiman    on behalf of Debtor   SVS Holdings, Inc. kneiman@hblegal.net,
        dhowell@hblegal.net;thoy@hblegal.net
      Kristin M. Bronson    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee
        kbronson@rothgerber.com,   rnewcomer@rothgerber.com
      Lars H. Fuller    on behalf of Creditor   Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
        icruz@bakerlaw.com;SBeer@bakerlaw.com
      Michael J. Guyerson    on behalf of Defendant Jack  Blaine mguyerson@osglaw.com,
        agarcia@osglaw.com;bmoss@osglaw.com
      Tom H. Connolly    tconnolly@ecf.epiqsystems.com

```
District/off: 1082-1          User: nguyent              Page 2 of 2              Date Rcvd: Dec 23, 2013
                              Form ID: pdf904            Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                            TOTAL: 22
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## ORDER GRANTING SECOND INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY LEWIS ROCA ROTHGERBER LLP, LITIGATION COUNSEL TO TRUSTEE

THIS MATTER comes before the Court upon the Second Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee (the "Application"); sufficient and good cause being demonstrated, the Court

ORDERS that the Application is hereby GRANTED; it is further

ORDERED that fees in the amount of $25,811.50 and expenses in the amount of $432.17, for a total interim award of $26,243.67 (the "Second Interim Award"), as described in the Application for the period of time from July 1, 2013 through October 31, 2013 are hereby APPROVED on an interim basis; it is further

ORDERED that the Trustee is hereby authorized and directed to pay Lewis Roca Rothgerber LLP the amounts set forth in the Application and above.

Dated this 23rd day of December, 2013.

BY THE COURT:

*Howard Tallman*
Howard R. Tallman
Chief United States Bankruptcy Judge

2004490507_1