# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

## ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORIZATION TO FILE CHAPTER 11 BANKRUPTCY PETITON FOR NON-DEBTOR SUBSIDIARY

The above-entitled matter having come before the Court on the Trustee's Motion for Authorization to File Chapter 11 Bankruptcy Petition for Non-Debtor Subsidiary (the "Motion"); the Court, having reviewed the pleadings filed herein and being otherwise fully advised in the premises, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED. Tom H. Connolly, Chapter 7 trustee for SVS Holdings, Inc. (the "Debtor"), is authorized to file a voluntary Chapter 11 bankruptcy petition for Sequoia Voting Systems, Inc., the Debtor's subsidiary.

Dated: _____, 2014.

BY THE COURT

_____
United States Bankruptcy Judge