UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| In re | |
|---|---|
| SVS HOLDINGS, INC. | Case No. 10-24238 HRT<br>Chapter 7 |
| Debtor. | |

## NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF TRUSTEE'S MOTION FOR AUTHORIZATION TO FILE CHAPTER 11 BANKRUPTCY PETITON FOR NON-DEBTOR SUBSIDIARY

### OBJECTION DEADLINE: FRIDAY, JANUARY 17, 2014

**YOU ARE HEREBY NOTIFIED** that Tom H. Connolly, Chapter 7 Trustee (the "Trustee") has filed a Motion for Authorization to File Chapter 11 Bankruptcy Petition for Non-Debtor Subsidiary (the "Motion") with the Bankruptcy Court. In the Motion, the Trustee requests that the Bankruptcy Court authorizing him to file a voluntary Chapter 11 bankruptcy petition for Sequoia Voting Systems, Inc., the wholly-owned subsidiary of Chapter 11 debtor SVS Holdings, Inc. A copy of the Motion is enclosed with this Notice.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: December 27, 2013.

                                          **FOSTER GRAHAM MILSTEIN &**
                                          **CALISHER, LLP**

                                          */s/ Daniel J Garfield*
                                          Daniel J. Garfield, #26054
                                          360 S. Garfield St., 6th Fl.
                                          Denver, Colorado 80209
                                          Tel: (303) 333-9810
                                          Fax: (303) 333-9786
                                          dgarfield@fostergraham.com

                                          *Attorneys for Chapter 7 Trustee Tom Connolly*

## CERTIFICATE OF MAILING

I hereby certify that on this 27th day of December, 2013, a true and correct copy of the **NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF TRUSTEE'S MOTION FOR AUTHORIZATION TO FILE CHAPTER 11 BANKRUPTCY PETITON FOR NON-DEBTOR SUBSIDIARY** was sent via U.S. mail, postage prepaid, and properly addressed to the following:

SEE ATTACHED

/s/ Olga Brusilovskaya

State Of New Jersey
Division Of Employer Accounts
PO Box 059
Trenton, NJ 08625-0059

Adecco Employment Services
175 Broadhollow Road
Melville, NY 11747

Anton Collins Mitchell LLP
4999 Pearl East Circle Suite 300
Boulder, CO 80301

Avaya Financial Services
CIT Communications Finance Co.
P.O. Box 550599
Jacksonville, FL 32255-0599

CenturyLink
PO Box 29040
Phoenix, AZ 85038

AFNI, Inc.
PO Box 3517
Bloomington, IL 61702-3517

County Of Riverside, California
Registrar Of Voters Office
2724 Gateway Drive
Riverside, CA 92507

CT Corporation
1675 Broadway Suite 1200
Denver, CO 80202

D3 Technology Solutions
6219 Northstar Ridge Lane
Parker, CO 80134

Davis Graham & Stubbs
1550 17th Street Suite 500
Denver, CO 80202

Fidelity Investments
P.O. Box 73307
Chicago, IL 60673-7307

Harris Miller & Associates
1309 Summerwood Court
McLean, VA 22102

Horowitz & Burnett, P.C.
1660 Lincoln Street, Suite 1900
Denver, CO 80264

Kevin Hurst
63 Chadwick Circle
Eagleville, PA 19403

McLarty Associates
900 17th Street, NW, Suite 800
Washington, DC 20006

Pinnacol Assurance
7501 E. Lowry Blvd.
Denver, CO 80230-7006

Rogers Service Group
245 Clinton Street
Binghamton, NY 13905

RSM McGladrey
3600 American Blvd. West 3rd Floor
Bloomington, MN 55431

Sampson Design
5757 Central Avenue, Suite F
Boulder, CO 80301

Smurfit-Stone
P.O. Box 409813
Atlanta, GA 30384-9813

Sunrise Labs, Inc.
5 Dartmouth Drive
Auburn, NH 03032

United Van Lines
One United Drive
Fenton, MO 63026-1350

Universal Storefront Services Corporatio
711 EDSA
Cubao Quezon City 1109
Philipines,

XO Communications
9201 N. Central Expressway
Dallas, TX 75231

Access Receivables
P.O. Box 9801
Townson, MD 21284-9801

XO Communications
14239 Collections Center Drive
Chicago, IL 60693

XO Communications
8851 Sandy Pkwy
Sandy, UT 84070

Avaya, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

CIT Communications Finance Corporation
aka Avaya Financial Services
1162 E. Sonterra Blvd
San Antonio, TX 78258-4047

Brent R. Cohen
1200 17th St.
Ste. 3000
Denver, CO 80202-5855

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jack Blaine
717 17th St, Suite 310
Denver, CO 80202-3310

Jack Blaine
c/o Christian Onsager, Esq.
Onsager Staelin & Guyerson, LLC
1873 S. Bellaire Ste. 1401
Denver, CO 80222-4359

Jeffrey P. Bialos
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

Eric E. Johnson
633 17th St.
Ste. 3000
Denver, CO 80202-3622

Lars Fuller
Baker & Hostetler LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203-1264

Kevin S. Neiman
1660 Lincoln St.
Ste. 1900
Denver, CO 80264-1901

Christian C. Onsager
1873 S. Bellaire St.
Ste. 1401
Denver, CO 80222-4359

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Security & Exchange Commission
Central Regional Office
1801 California St.
Ste. 1500
Denver CO 80202-2656

Smartmatic Corporation
1001 Broken Sound Parkway, Suite D
Boca Raton, FL 33487-3532

Smartmatic USA Corporation
c/o Ira S. Greene, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-7222

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415