# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

## MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER AND REQUEST FOR ENTRY OF ORDER

On December 27, 2013, Chapter 7 Trustee Tom Connolly ("Movant") filed a motion or application pursuant to L.B.R. 9013-1 entitled Trustee's Motion for Authorization to File Chapter 11 Bankruptcy Petition for Non-Debtor Subsidiary.  Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed on December 27, 2013.

2. The docket numbers for each of the following relevant documents are:

    a. The motion and all documents attached thereto and served therewith, (Dkt. #186);
    b. The notice, (Dkt. #187);
    c. The certificate of service of the motion and the notice, (Dkt. #186 and 187);
    d. The proposed order, (Dkt. #186); and

**WHEREFORE**, Movant prays that the court forthwith enter an order, a form of which is submitted herewith, granting the requested relief.

Dated:  January 22, 2014

**FOSTER GRAHAM MILSTEIN & CALISHER, LLP**

  _/s/ Daniel J Garfield_
Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado  80209
Tel:  (303) 333-9810
Fax:  (303) 333-9786
dgarfield@fostergraham.com

*Counsel for Chapter 7 Trustee Tom Connolly*