United States Bankruptcy Court
District of Colorado

In re:  
SVS Holdings, Inc.  
    Debtor

Case No. 10-24238-HRT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: nguyent     Page 1 of 2     Date Rcvd: Jan 24, 2014  
                           Form ID: pdf904    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2014.  
db        +SVS Holdings, Inc.,  PO Box 815,  Broomfield, CO 80038-0815  
cr        +Jack Blaine,  c/o Onsager, Staelin & Guyerson,  1873 S. Bellaire St.,  Suite 1401, Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                      TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty        Rothgerber Johnson & Lyons LLP  
acc        Patrick C. Giefer

                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2014 at the address(es) listed below:  
           Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@lrrlaw.com, cealey@lrrlaw.com;kmeans@lrrlaw.com  
           Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@lrrlaw.com, cealey@lrrlaw.com;kmeans@lrrlaw.com  
           Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@lrrlaw.com, cealey@lrrlaw.com;kmeans@lrrlaw.com  
           Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@lrrlaw.com, cealey@lrrlaw.com;kmeans@lrrlaw.com  
           Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@lrrlaw.com, cealey@lrrlaw.com;kmeans@lrrlaw.com  
           Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@lrrlaw.com, kmeans@lrrlaw.com  
           Chad S. Caby    on behalf of Creditor    Smartmatic Corporation ccaby@lrrlaw.com, kmeans@lrrlaw.com  
           Christian C. Onsager    on behalf of Creditor Jack  Blaine consager@OGFJ-law.com, agarcia@OGFJ-law.com;bmoss@OGFJ-law.com  
           Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com, tvargas@fostergraham.com  
           Daniel J. Garfield    on behalf of Cross-Claimant    Sequoia Voting Systems, Inc. dgarfield@fostergraham.com, tvargas@fostergraham.com  
           Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com, tvargas@fostergraham.com  
           David B. Wilson    on behalf of Defendant    Dominion Voting Systems Corporation dwilson@shermanhoward.com,  rneal@shermanhoward.com;efiling@shermanhoward.com  
           David B. Wilson    on behalf of Interested Party    Dominion Voting Systems, Inc. dwilson@shermanhoward.com,  rneal@shermanhoward.com;efiling@shermanhoward.com  
           David B. Wilson    on behalf of Interested Party    Dominion Voting Systems Corporation dwilson@shermanhoward.com,  rneal@shermanhoward.com;efiling@shermanhoward.com  
           David B. Wilson    on behalf of Defendant    Dominion Voting Systems, Inc. dwilson@shermanhoward.com,  rneal@shermanhoward.com;efiling@shermanhoward.com  
           Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc. ejohnson@shermanhoward.com,  efiling@shermanhoward.com;rneal@shermanhoward.com  
           Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc. ejohnson@shermanhoward.com,  efiling@shermanhoward.com;rneal@shermanhoward.com  
           Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation ejohnson@shermanhoward.com,  efiling@shermanhoward.com;rneal@shermanhoward.com  
           Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation ejohnson@shermanhoward.com,  efiling@shermanhoward.com;rneal@shermanhoward.com  
           Kevin S. Neiman    on behalf of Debtor    SVS Holdings, Inc. kneiman@hblegal.net, dhowell@hblegal.net;thoy@hblegal.net

```
District/off: 1082-1          User: nguyent              Page 2 of 2                   Date Rcvd: Jan 24, 2014
                              Form ID: pdf904            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kristin M. Bronson    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee
           kbronson@rothgerber.com,   rnewcomer@rothgerber.com
          Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
           icruz@bakerlaw.com;SBeer@bakerlaw.com
          Michael J. Guyerson    on behalf of Defendant Jack   Blaine mguyerson@OGFJ-law.com,
           agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
          Tom H. Connolly    tconnolly@ecf.epiqsystems.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                        TOTAL: 25

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re | |
| | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC. | Chapter 7 |
| | |
| Debtor. | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORIZATION TO FILE CHAPTER 11 BANKRUPTCY PETITON FOR NON-DEBTOR SUBSIDIARY**

The above-entitled matter having come before the Court on the Trustee's Motion for Authorization to File Chapter 11 Bankruptcy Petition for Non-Debtor Subsidiary (the "Motion"); the Court, having reviewed the pleadings filed herein and being otherwise fully advised in the premises, it is hereby

ORDERED that the Motion shall be, and hereby is, GRANTED. Tom H. Connolly, Chapter 7 trustee for SVS Holdings, Inc. (the "Debtor"), is authorized to file a voluntary Chapter 11 bankruptcy petition for Sequoia Voting Systems, Inc., the Debtor's subsidiary.

Dated: January 24, 2014.

BY THE COURT

s/ Howard R. Tallman
United States Bankruptcy Judge