**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re<br><br>SVS HOLDINGS, INC.<br><br>Debtor. | Case No. 10-24238 HRT<br>Chapter 7 |

**MOTION FOR JOINT ADMINISTRATION**

Tom H. Connolly, Chapter 7 Trustee (the "Trustee") for the Chapter 7 bankruptcy estate of SVS Holdings, Inc. ("SVS"), for his Motion for an Order Authorizing and Directing Joint Administration and Use of Consolidated Caption pursuant to Fed. R. Bankr. P. 1015(b) states as follows:

1. On June 8, 2010, SVS filed its voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"). On October 16, 2012, the Court entered its Order converting the case to a Chapter 7 proceeding.

2. On February 11, 2014, Sequoia Voting Systems, Inc. ("Sequoia") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Sequoia is the wholly-owned subsidiary of the Debtor.

3. Sequoia no longer operates a business, but since the filing of its bankruptcy case, Sequoia has possessed its property as debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

4. Sequoia was incorporated in Delaware in 1990 and provided electronic voting systems, election technologies, and related support services to governmental entities. Between 2007 and 2010, Sequoia ran into financial difficulty and liquidated all of its operating assets.

5. SVS was formed in 2007 for the purpose of acquiring the Sequoia in a leveraged buy-out. SVS's sole asset is all of the stock of Sequoia. SVS never conducted any business of its own. Its only function was as a holding company for Sequoia.

6. The Trustee is the duly appointed Chapter 7 Trustee in SVS's bankruptcy case, and as part of his duties appointed himself as president of Sequoia to assist with the liquidation and wind-up of Sequoia.

7. As noted in filings in SVS's bankruptcy case, Sequoia filed its bankruptcy case in order to substantively consolidate the estates of Sequoia and of SVS

8. Pursuant to Fed. R. Bankr. P. 1015(b), the Court is authorized to jointly administer bankruptcy proceedings if the debtor entities are affiliated entities with proceedings pending in the same court.

9. SVS and Sequoia are "affiliates" as that term is defined in Bankruptcy Code § 101(2). Accordingly, this Court is authorized to grant the relief requested in this Motion.

10. The Trustee believes these cases should be jointly administered. The two entities have many of the same creditors, and the motion for joint consolidation and related filings will make up the bulk of the papers filed in the two cases. Entry of an order directing joint administration of these cases will eliminate the need for duplicative notices, applications, and orders, and thereby save time and expense for the two entities' estates and parties-in-interest.

11. The Trustee requests that one file and one docket be maintained for the two cases (except as required by LBR 1015-1), which file and docket should be those established for the case for SVS, the lowest numbered case

12. The Trustee also requests that the following consolidated form of caption be utilized for all filings and orders in these cases:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re | |
| | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | Chapter 7 |
| and | |
| | Case No. 14-11360 HRT |
| SEQUOIA VOTING SYSTEMS, INC., | Chapter 11 |
| Debtors. | Jointly Administered under Case No. 10-24238 HRT |

13. Joint administration of these bankruptcy cases will not result in any prejudice to the estates, their creditors, or other parties-in-interest. , but instead serves the best interests of the estates since the vast majority of issues, motions, hearings, and orders in these cases will affect both estates.

**WHEREFORE**, the Trustee requests that the Court enter an Order granting the relief requested in this Motion, and that the Court grant such other relief as is just and equitable.

DATED: February 17, 2014

**FOSTER GRAHAM MILSTEIN & CALISHER, LLP**

*By: /s/Daniel J. Garfield*_____
Daniel J. Garfield, #26054
360 S. Garfield St., 6th Fl.
Denver, Colorado  80209
Tel:  (303) 333-9810
Fax:  (303) 333-9786
dgarfield@fostergraham.com

*Attorneys for Chapter 7 Trustee Tom H. Connolly*

<u>**CERTIFICATE OF MAILING**</u>

I hereby certify that on this 17 day of February, 2014, a true and correct copy of the **MOTION FOR JOINT ADMINISTRATION** was sent via U.S. mail, postage prepaid, and properly addressed to the following:

*By: /s/Tiffanee Vargas*
Tiffanee Vargas, Paralegal for Daniel Garfield