# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re | |
| | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | Chapter 7 |
| and | |
| | Case No. 14-11360 HRT |
| SEQUOIA VOTING SYSTEMS, INC., | Chapter 11 |
| Debtors. | Jointly Administered under Case No. 10-24238 HRT |

## ORDER GRANTING MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES AND MOTION FOR SUBSTANTIVE CONSOLIDATION <u>NUNC PRO TUNC</u> TO JUNE 8, 2010

The above-entitled matter having come before the Court on the Motion of Tom H. Connolly, Chapter 7 trustee for the bankruptcy estate of Chapter 7 debtor SVS Holdings, Inc. ("<u>SVS</u>"), and Chapter 11 debtor Sequoia Voting Systems, Inc. ("<u>Sequoia</u>"), filed combined motions, first, for an order substantively consolidating the bankruptcy estates of SVS and Sequoia into a single Chapter 7 bankruptcy estate under Case No. 10-24238 HRT; and second, for an order holding that such substantive consolidation shall, for all purposes, be <u>nunc pro tunc</u> to June 8, 2010, the date on which SVS filed its Chapter 11 bankruptcy petition. (the "<u>Motions</u>").  It is hereby:

ORDERED that the Motions shall be, and hereby are, GRANTED; and it is further

ORDERED that the bankruptcy estates of SVS and Sequoia are substantively consolidated, <u>nunc pro tunc</u>, June 8, 2010, for all purposes into a single Chapter 7 bankruptcy estate under case No. 10-24238 HRT; and it is further

ORDERED that any claimants who have a claim against Sequoia shall have additional time to file a proof of claim in these cases, notwithstanding any prior orders; and it is further

ORDERED that the Trustee shall file a motion to set a bar date for claims against Sequoia; and it is further

ORDERED that any settlements accomplished by Sequoia after SVS filed its bankruptcy petition, but before Sequoia filed its bankruptcy petition are deemed approved.

Dated: _____, 2014.

BY THE COURT

_____
United States Bankruptcy Judge