**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re | |
| | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | Chapter 7 |
| and | |
| | Case No. 14-11360 HRT |
| SEQUOIA VOTING SYSTEMS, INC., | Chapter 11 |
| Debtors. | Jointly Administered under Case No. 10-24238 HRT |

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1 OF MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES**
**AND**
**MOTION FOR SUBSTANTIVE CONSOLIDATION**
**<u>NUNC PRO TUNC</u> TO JUNE 8, 2010**

**OBJECTION DEADLINE:  FRIDAY, MARCH 21, 2014**

**YOU ARE HEREBY NOTIFIED** that Tom H. Connolly, Chapter 7 trustee for the bankruptcy estate of Chapter 7 debtor SVS Holdings, Inc. ("<u>SVS</u>"), and Chapter 11 debtor Sequoia Voting Systems, Inc. ("<u>Sequoia</u>"), have filed combined motions (the "<u>Motions</u>"), first, for an order substantively consolidating the bankruptcy estates of SVS and Sequoia into a single Chapter 7 bankruptcy estate under Case No. 10-24238 HRT; and second, for an order holding that such substantive consolidation shall, for all purposes, be <u>nunc pro tunc</u> to June 8, 2010, the date on which SVS filed its Chapter 11 bankruptcy petition.  A copy of the Motions is enclosed with this Notice.

If you oppose the Motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

- 2 -

DATED: February 28, 2014.

          **FOSTER GRAHAM MILSTEIN &**
          **CALISHER, LLP**

          *By: /s/Daniel J. Garfield*
          Daniel J. Garfield, #26054
          360 S. Garfield St., 6th Fl.
          Denver, Colorado  80209
          Tel:  (303) 333-9810
          Fax:  (303) 333-9786
          dgarfield@fostergraham.com

          *Attorneys for Chapter 7 Trustee Tom Connolly and*
          *Sequoia Voting Systems, Inc.*