# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., | Chapter 7 |
| and | |
| SEQUOIA VOTING SYSTEMS, INC., | Case No. 14-11360 HRT |
| | Chapter 11 |
| Debtors. | Jointly Administered under Case No. 10-24238 HRT |

## CERTIFICATE OF MAILING

I hereby certify that on this 28th day of February, 2014, a true and correct copy of the **MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES AND MOTION FOR SUBSTANTIVE CONSOLIDATION NUNC PRO TUNC TO JUNE 8, 2010, ORDER AND 9013 NOTICE** was sent via U.S. mail, postage prepaid, and properly addressed to the following:

SEE ATTACHED

*By: /s/Tiffanee Vargas*
Tiffanee Vargas Paralegal
for Daniel Garfield

Dominion Voting Systems Corporation
Attn: Eric E. Johnson
c/o Sherman & Howard L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202-3622

AFNI, Inc.
PO Box 3517
Bloomington, IL  61702-3517

Access Receivables
P.O. Box 9801
Townson, MD  21284-9801

Adecco Employment Services
175 Broadhollow Road
Melville, NY 11747-4902

Anton Collins Mitchell LLP
4999 Pearl East Circle Suite 300
Boulder, CO 80301-2654

Avaya
4655 Great America Parkway
Santa Clara, CA 95054-1233

Avaya Financial Services
CIT Communications Finance Co.
P.O. Box 550599
Jacksonville, FL  32255-0599

CT Corporation
1675 Broadway Suite 1200
Denver, CO 80202-4604

CenturyLink
PO Box 29040
Phoenix, AZ 85038-9040

County Of Riverside, California
Registrar Of Voters Office
2724 Gateway Drive
Riverside, CA 92507-0923

D3 Technology Solutions
6219 Northstar Ridge Lane
Parker, CO 80134-5757

Fidelity Investments
P.O. Box 73307
Chicago, IL  60673-7307

Horowitz & Burnett, P.C.
1660 Lincoln Street, Suite 1900
Denver, CO 80264-1901

McLarty Associates
900 17th Street, NW, Suite 800
Washington, DC 20006-2511

Rogers Service Group
245 Clinton Street
Binghamton, NY 13905-2198

Sampson Design
5757 Central Avenue, Suite F
Boulder, CO 80301-2871

Smartmatic International Corporation
105 Piccadilly, 6th Floor
W1J7NJ
London, United Kingdom,    00000-0000

Smartmatic International Corporation
C/O Hogan Lovels US LLP
875 Third Ave,
New York, NY 10022-6225

Smartmatic Services
105 Piccadilly, 6th Floor
W1J7NJ
London, United Kingdom,    00000-0000

SVS Holdings, Inc.
PO Box 815
Broomfield, CO 80038-0815

Sequoia Voting Systems, Inc.
950 Spruce St., Suite 1C
Louisville, CO 80027-1977

Avaya, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

CIT Communications Finance Corporation
aka Avaya Financial Services
1162 E. Sonterra Blvd
San Antonio, TX 78258-4047

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jack Blaine
717 17th St, Suite 310
Denver, CO 80202-3310

Jack Blaine
c/o Christian Onsager, Esq.
Onsager Staelin & Guyerson, LLC
1873 S. Bellaire Ste. 1401
Denver, CO 80222-4359

Jeffrey P. Bialos
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

Lars Fuller
Baker & Hostetler LLP
303 East 17th Avenue
Suite 1100
Denver, CO 80203-1264

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Security & Exchange Commission
Central Regional Office
1801 California St.
Ste. 1500
Denver CO 80202-2656

Sequoia Voting Systems, Inc.
717 17th St, Suite 310
Denver, CO 80202-3310

Smartmatic Corporation
1001 Broken Sound Parkway, Suite D
Boca Raton, FL 33487-3532

Smartmatic USA Corporation
c/o Ira S. Greene, Esq.
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022-7222

United States Trustee
999 18th Street, Suite 1551
Denver, CO 80202-2415

Jack Blaine
c/o Onsager, Staelin & Guyerson
1873 S. Bellaire St.
Suite 1401
Denver, CO 80222-4359

Kevin S. Neiman
1660 Lincoln St.
Ste. 1900
Denver, CO 80264-1901

Tom H. Connolly
950 Spruce St.
Suite 1C
Louisville, CO 80027-1977

Smurfit-Stone
P.O. Box 409813
Atlanta, GA  30384-9813

Sunrise Labs, Inc.
5 Dartmouth Drive
Auburn, NH 03032-3984

United Van Lines
One United Drive
Fenton, MO 63026-2578

Universal Storefront Services Corp
711 EDSA
Cubao Quezon City 1109
Philipines,

XO Communications
14239 Collections Center Drive
Chicago, IL 60693-0142

XO Communications
8851 Sandy Pkwy
Sandy, UT 84070-6408

XO Communications
9201 N. Central Expressway
Dallas, TX 75231-5916