United States Bankruptcy Court
District of Colorado

In re:                                                    Case No. 10-24238-HRT
SVS Holdings, Inc.                                        Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1          User: nguyent           Page 1 of 2              Date Rcvd: Feb 26, 2014
                              Form ID: pdf904         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2014.
db          +SVS Holdings, Inc.,   PO Box 815,   Broomfield, CO 80038-0815
cr          +Jack Blaine,   c/o Onsager, Staelin & Guyerson,   1873 S. Bellaire St.,   Suite 1401,
              Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Rothgerber Johnson & Lyons LLP
acc           Patrick C. Giefer
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2014 at the address(es) listed below:
              Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@lrrlaw.com,
               cealey@lrrlaw.com;kmeans@lrrlaw.com
              Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@lrrlaw.com,
               cealey@lrrlaw.com;kmeans@lrrlaw.com
              Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@lrrlaw.com,
               cealey@lrrlaw.com;kmeans@lrrlaw.com
              Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@lrrlaw.com,
               cealey@lrrlaw.com;kmeans@lrrlaw.com
              Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@lrrlaw.com,
               cealey@lrrlaw.com;kmeans@lrrlaw.com
              Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@lrrlaw.com,
               kmeans@lrrlaw.com
              Chad S. Caby    on behalf of Creditor    Smartmatic Corporation ccaby@lrrlaw.com,  kmeans@lrrlaw.com
              Christian C. Onsager    on behalf of Creditor Jack  Blaine consager@OGFJ-law.com,
               agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
              Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com,
               tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Cross-Claimant    Sequoia Voting Systems, Inc.
               dgarfield@fostergraham.com,  tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com,
               tvargas@fostergraham.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,  rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,  rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,  rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,  rneal@shermanhoward.com;efiling@shermanhoward.com
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,  efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,  efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,  efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,  efiling@shermanhoward.com;rneal@shermanhoward.com
              Kevin S. Neiman    on behalf of Debtor    SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net

```
District/off: 1082-1          User: nguyent              Page 2 of 2              Date Rcvd: Feb 26, 2014
                              Form ID: pdf904            Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kristin M. Bronson    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee
               kbronson@rothgerber.com,   rnewcomer@rothgerber.com
              Lars H. Fuller    on behalf of Creditor   Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;SBeer@bakerlaw.com
              Michael J. Guyerson    on behalf of Defendant Jack  Blaine mguyerson@OGFJ-law.com,
               agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
              Tom H. Connolly    tconnolly@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                              TOTAL: 25
```

**UNITED STATED BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**Honorable Howard R. Tallman**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 10-24238 HRT |
| SVS Holdings, Inc. | ) Chapter 7 |
| | ) |
| and | ) |
| | ) Case No. 14-11360 HRT |
| Sequoia Voting Systems, Inc. | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered Under Case No. |
| | ) 10-24238 HRT |

**ORDER GRANTING MOTION FOR JOINT ADMINISTRATION**

THIS MATTER comes before the Court on the Motion for Joint Administration (the "Motion") filed on February 17, 2014, by Tom H. Connolly (the "Trustee"), Chapter 7 trustee for the bankruptcy estate of SVS Holdings, Inc. (Docket #193), seeking to jointly administer the above-captioned cases pursuant to Fed. R. Bankr. P. 1015(b), and the Limited Objection and Reservation of Rights of Dominion Voting Systems Corporation and Dominion Voting Systems, Inc., to the Motion filed on February 18, 2014 (Docket #194). The Court finds certain recitals in the Motion to which the Objection refers are not necessary for entry of this Order, and a hearing on this matter would not be of assistance to the Court.

IT IS ORDERED that the Motion for Joint Administration is hereby GRANTED and the above-captioned case shall be **jointly administered for procedural purposes only** pursuant to Fed. R. Bankr. P. 1015(b).

IT IS FURTHER ORDERED that to effect joint administration, the following administrative procedures apply, but shall have **no effect upon the substantive issues of the estates,** either individually or collectively:

1. All motions, pleadings, and other documents filed in the jointly administered case shall bear a combined caption which includes the full name and number of each specific case as in Official Bankruptcy Form 16A, and must be filed, docketed and processed in the lead case, except for the following:

    a. A motion which applies to less than all jointly administered debtors must clearly indicate in the caption and title to which debtor(s) the motion applies, but must still be filed in the lead case.

    b. All proofs of claim must be filed in the specific case to which they apply;

          c. Monthly financial reports must be filed in the specific case to which they apply; and

          d. Amendments to schedules, statements, lists, and other required documents in Fed. R. Bankr. P. 1002 and 1007 must be filed in the specific case to which the amendments apply.

    2. The Trustee and Debtor Sequoia Voting Systems, Inc. shall maintain adequate records regarding the assets of the respective estates in order to protect the rights of joint creditors and separate creditors of these estates.

    3. The Clerk of the Court (or other designated party) shall provide notice of the joint administration of the above-captioned cases to all creditors and interested parties identified in each case.

    Dated this 25th day of February, 2014.

BY THE COURT:

_Howard Tallman_
Howard R. Tallman, Chief Judge
United States Bankruptcy Court