UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SVS HOLDINGS, INC., and<br>SEQUOIA VOTING SYSTEMS, INC.,<br><br>Debtors. | Chapter 7<br><br>Case No. 10-24238 (HRT)<br>(Jointly Administered) |

### JOINDER OF SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION AND SMARTMATIC SERVICES CORPORATION TO MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES AND MOTION FOR SUBSTANTIVE CONSOLIDATION *NUNC PRO TUNC* TO JUNE 8, 2010

Smartmatic USA Corporation, Smartmatic International Corporation and Smartmatic Services Corporation (collectively, "**Smartmatic**"), by and through their undersigned counsel, hereby joins in the *Motion to Substantively Consolidate Debtors' Estates and Motion for Substantive Consolidation Nunc Pro Tunc to June 8, 2010* (the "**Motion**"), filed in the above referenced cases by the Chapter 7 Trustee on or about February 28, 2014 (Docket No. 196).

Smartmatic hereby adopts all of the arguments set forth in the Motion as if fully set forth herein and reserves the right to raise other and further arguments in support of the Motion both prior to and at the hearing on the Motion.

Smartmatic respectfully requests the granting of the relief sought in the Motion and such

AM 30175128.1

other and further relief as the Court deems just and proper.

Dated: March 18, 2014				EDWARDS WILDMAN PALMER LLP

						/s/ Ira S. Greene
						Ira S. Greene
						750 Lexington Avenue
						New York, NY 10022
						Telephone: 212-308-4411
						Facsimile: 212-308-4844
						igreene@edwardswildman.com

								and

						HOGAN LOVELLS US LLP
						David A. DeMarco
						1200 Seventeenth Street, Suite 1500
						Denver, CO 80202
						Telephone: 303-899-7300
						Facsimile: 303-899-7333
						david.demarco@hoganlovells.com

						Khang V. Tran
						555 Thirteenth Street, NW
						Washington, DC 20004
						Telephone: 202-637-5600
						Facsimile: 202-637-5910
						khang.tran@hoganlovells.com

						Bruce D. Oakley
						700 Louisiana Street, Suite 4300
						Houston, TX 77002
						Telephone: 713-632-1400
						Facsimile: 713-632-1401
						bruce.oakley@hoganlovells.com

						*Counsel for Smartmatic USA Corporation, Smartmatic International Corporation, and Smartmatic Services Corporation*

AM 30175128.1