**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re: <br><br> **SVS HOLDINGS, INC., and** <br> **SEQUOIA VOTING SYSTEMS, INC.,** <br><br> Debtors. | Chapter 7 <br><br> Case No. 10-24238 (HRT) <br> (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Dana G. Hefter, hereby certify that on this 18th day of March, 2014, a true and correct copy of the *Joinder of Smartmatic USA Corporation, Smartmatic International Corporation and Smartmatic Services Corporation to Motion to Substantively Consolidate Debtors' Estates and Motion for Substantive Consolidation Nunc Pro Tunc to June 8, 2010* was filed on the Court's CM/ECF system and served via U.S. Mail on counsel to the movant at the following address:

Daniel J. Garfield
Foster Graham Milstein & Calisher, LLP
360 S. Garfield St., 6th Floor
Denver, Colorado 80209

/s/ Dana G. Hefter
Dana G. Hefter
Edwards Wildman Palmer LLP
750 Lexington Avenue
New York, NY 10022
Telephone: 212-308-4411
Facsimile: 212-308-4844

AM 31446708.1