# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SVS HOLDINGS, INC.<br><br>and<br><br>SEQUOIA VOTING SYSTEMS, INC.,<br><br>Debtors. | Case No. 10-24238-HRT<br>Chapter 7<br><br>Case No. 14-11360-HRT<br>Chapter 11<br><br>Jointly Administered under Case No.<br>10-24238-HRT |

### UNOPPOSED MOTION OF DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC., TO EXCEED PAGE LIMIT IN OBJECTION TO (A) MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES AND (B) MOTION FOR SUBSTANTIVE CONSOLIDATION *NUNC PRO TUNC* TO JUNE 8, 2010, AND REQUEST FOR HEARING

Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "Dominion"), respectfully move this Court for an order granting Dominion leave to exceed the page limit set forth in this Court's Standing Order 2004-1-SBB, in Dominion's Objection to (A) Motion (the "Motion") to Substantively Consolidate Debtors' Estates and (B) Motion for Substantive Consolidation *Nunc Pro Tunc* to June 8, 2010, and Request for Hearing, filed contemporaneously herewith (the "Objection"), as follows:

1.  Prior to filing this Motion for Leave, the undersigned counsel for Dominion conferred with Daniel J. Garfield, counsel for Tom H. Connolly, as Chapter 7 trustee for SVS Holdings, Inc., and for Chapter 11 debtor Sequoia Voting Systems, Inc. ("Movant"), the movant in the Motion. The undersigned is authorized to report to the Court that Movant does not oppose the relief sought by Dominion herein.

2.  Standing Order 2004-1-SBB places a 15 page limit on responses and memoranda in opposition to motions in contested matters. Dominion's Objection will be approximately 30 pages long.

3.  The complexity of the issues raised by Movant's substantive consolidation Motion and request for substantive consolidation *nunc pro tunc* provide good cause to exceed the page limit on responsive documents in Standing Order 2004-1-SBB.

4.  The economic magnitude of Movant's claims for Dominion, their complexity, and the time and expense required for Dominion to defend against those claims, support leave for Dominion to file its Objection in excess of normal page limits under L.B.R. 9029-1, which provides that the Local Bankruptcy Rules and Standing Orders may be modified for good and compelling cause shown, "as may otherwise be necessary to do substantial justice and promote

appropriate case administration." A grant of leave would also advance the overarching principle of the Federal Rules of Bankruptcy Procedure "to secure the just, speedy, and inexpensive determination of every case and proceeding," Fed.R.Bankr.P. 1001, by addressing all of Dominion's objections to the Motion at one time in one document.

5.      Accordingly, Dominion respectfully requests that the Court grant leave for Dominion to file its Objection to the Motion in excess of the page limit in Standing Order 2004-1-SBB.

WHEREFORE, Dominion respectfully requests that this Court enter the proposed order submitted herewith, granting leave to Dominion to file its Objection to the Motion in excess of the page limit set forth in Standing Order 2004-1-SBB.

Dated this 21st day of March, 2014.

SHERMAN & HOWARD L.L.C.

s/ Eric E. Johnson
David B. Wilson
Eric E. Johnson
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202
Telephone:  (303) 297-2900
Facsimile:  (303) 298-0940
Email: dwilson@shermanhoward.com
Email: ejohnson@shermanhoward.com

- and -

WILMER CUTLER PICKERING HALE
AND DORR LLP
Richard A. Johnston
George W. Shuster, Jr.
60 State Street
Boston, MA 02109
Tel:  617-526-6282
Email: Richard.Johnston@wilmerhale.com
Email: George.Shuster@wilmerhale.com

Attorneys for DOMINION VOTING
SYSTEMS CORPORATION and
DOMINION VOTING SYSTEMS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of March, 2014, a true and correct copy of the foregoing **UNOPPOSED MOTION OF DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC., TO EXCEED PAGE LIMIT IN OBJECTION TO (A) MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES AND (B) MOTION FOR SUBSTANTIVE CONSOLIDATION NUNC PRO TUNC TO JUNE 8, 2010, AND REQUEST FOR HEARING** was filed using the CM/ECF and served by U.S. mail, postage prepaid, as follows:

Daniel J. Garfield
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, Suite 600
Denver, CO 80209

Brent R. Cohen
Chad S. Caby
Kristin M. Bronson
Lewis Roca Rothgerber LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5885

              s/ Roberta Neal