# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: <br><br> SVS HOLDINGS, INC. <br><br> and <br><br> SEQUOIA VOTING SYSTEMS, INC., <br><br> Debtors. | Case No. 10-24238-HRT <br> Chapter 7 <br><br> Case No. 14-11360-HRT <br> Chapter 11 <br><br> Jointly Administered under Case No. 10-24238-HRT |

**ORDER GRANTING UNOPPOSED MOTION OF DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC., TO EXCEED PAGE LIMIT IN OBJECTION TO (A) MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES AND (B) MOTION FOR SUBSTANTIVE CONSOLIDATION *NUNC PRO TUNC* TO JUNE 8, 2010, AND REQUEST FOR HEARING**

The Court, having reviewed the Unopposed Motion of Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "Dominion"), to Exceed Page Limit in Objection (the "Objection") to (A) Motion to Substantively Consolidate Debtors' Estates and (B) Motion for Substantive Consolidation *Nunc Pro Tunc* to June 8, 2010, and Request for Hearing, and good grounds having been set forth:

ORDERS that Dominion shall be granted leave to file their Objection in excess of the page limit set forth in Standing Order 2004-1-SBB.

DONE this _____ day of March, 2014.

BY THE COURT:

_____
United States Bankruptcy Judge

LITIGATION/4126774.1