# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SVS HOLDINGS, INC.<br><br>and<br><br>SEQUOIA VOTING SYSTEMS, INC.,<br><br>Debtors. | Case No. 10-24238-HRT<br>Chapter 7<br><br>Case No. 14-11360-HRT<br>Chapter 11<br><br>Jointly Administered under Case No.<br>10-24238-HRT |

### MOTION TO FILE UNDER SEAL DOCUMENT NO. 203, EXHIBIT A TO DECLARATION OF JACK BLAINE IN SUPPORT OF OBJECTION OF DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC., TO (A) MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES AND (B) MOTION FOR SUBSTANTIVE CONSOLIDATION *NUNC PRO TUNC* TO JUNE 8, 2010, AND REQUEST FOR HEARING

Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "Dominion"), respectfully move the Court for an order permitting Dominion to file under seal Document No. 203, which is Exhibit A (the "Sealed Exhibit") to the Declaration of Jack Blaine (the "Blaine Declaration"), filed contemporaneously herewith as part of Dominion's Objection to (A) Motion to Substantively Consolidate Debtors' Estates and (B) Motion for Substantive Consolidation *Nunc Pro Tunc* to June 8, 2010, and Request for Hearing (the "Objection").

1.  Dominion requests that the Sealed Exhibit be placed under seal, because the pages of the Sealed Exhibit bear the legends "Confidential Pursuant To 50 App. U.S.C. § 2170(c) Exempt From Disclosure Under The Freedom of Information Act" and "Confidential Pursuant To Section 552(b)(3) And (4) Of The Freedom Of Information Act, 5 USC § 552(b)(3) And (4), And Section 721(b) Of The Defense Production Act, 50 USC App. § 2170."

2.  Dominion understands that each of the Debtors has a copy of the Sealed Exhibit. Dominion is filing the Sealed Exhibit under seal in the event that its terms are required to remain confidential pursuant to federal statute or the undertaking of the parties to the Sealed Exhibit.

3.  The Sealed Exhibit is a Sale and Security Agreement, effective December 15, 2006, among Smartmatic International N.V., and its affiliates and stockholders (collectively "Smartmatic"), Debtor Sequoia Voting Systems, Inc. ("Sequoia"), and various United States government parties. The Sealed Exhibit provided for the sale of Sequoia by Smartmatic to a third party. Dominion received a copy of the Sealed Exhibit when it purchased substantially all of the assets of Sequoia in June 2010. The sale of Sequoia by Smartmatic pursuant to the terms of agreement with the United States in the Sealed Exhibit is referenced in the Objection, the

Blaine Declaration, and several other declarations submitted by Dominion in support of the Objection. The Agreement is relevant to the Objection because it helps explain why Sequoia and Debtor SVS Holdings, Inc., which purchased Sequoia from Smartmatic pursuant to the Sealed Exhibit, have been and should be regarded as separate entities and not consolidated substantively.

WHEREFORE, Dominion respectfully requests that the Court permit Dominion to file the Sealed Exhibit under seal.

Dated this 21st day of March, 2014.

SHERMAN & HOWARD L.L.C.


s/ Eric E. Johnson
David B. Wilson
Eric E. Johnson
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202
Telephone:  (303) 297-2900
Facsimile:  (303) 298-0940
Email: dwilson@shermanhoward.com
Email: ejohnson@shermanhoward.com


- and -


WILMER CUTLER PICKERING HALE
AND DORR LLP
Richard A. Johnston
George W. Shuster, Jr.
60 State Street
Boston, MA 02109
Tel:  617-526-6282
Email: Richard.Johnston@wilmerhale.com
Email: George.Shuster@wilmerhale.com


Attorneys for DOMINION VOTING
SYSTEMS CORPORATION and
DOMINION VOTING SYSTEMS, INC.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 21st day of March, 2014, a true and correct copy of the foregoing **MOTION TO FILE UNDER SEAL DOCUMENT NO. \_\_\_\_, EXHIBIT A TO DECLARATION OF JACK BLAINE IN SUPPORT OF OBJECTION OF DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC., TO (A) MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES AND (B) MOTION FOR SUBSTANTIVE CONSOLIDATION NUNC PRO TUNC TO JUNE 8, 2010, AND REQUEST FOR HEARING** was filed using the CM/ECF and served by U.S. mail, postage prepaid, as follows:

Daniel J. Garfield
Foster Graham Milstein & Calisher, LLP
360 S. Garfield St., 6th Fl.
Denver, CO 80209

Brent R. Cohen
Chad S. Caby
Kristin M. Bronson
Rothgerber Johnson & Lyons LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO  80202-5885

                                                           s/ Roberta Neal