# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Case No. 10-24238-HRT |
| SVS HOLDINGS, INC. | Chapter 7 |
| and | Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., | Chapter 11 |
| Debtors. | Jointly Administered under Case No. 10-24238-HRT |

**ORDER GRANTING MOTION TO FILE UNDER SEAL DOCUMENT NO. 203, EXHIBIT A TO DECLARATION OF JACK BLAINE IN SUPPORT OF OBJECTION OF DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC., TO (A) MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES AND (B) MOTION FOR SUBSTANTIVE CONSOLIDATION NUNC PRO TUNC TO JUNE 8, 2010, AND REQUEST FOR HEARING**

The Court, having reviewed the Motion to File Under Seal Document No. 203, Exhibit A (the "Sealed Exhibit") to Declaration of Jack Blaine in Support of Objection of Dominion Voting Systems Corporation and Dominion Voting Systems, Inc., to (A) Motion to Substantively Consolidate Debtors' Estates and (B) Motion for Substantive Consolidation *Nunc Pro Tunc* to June 8, 2010, and Request for Hearing, and good grounds having been set forth:

ORDERS that the Sealed Exhibit, Document No. 203, shall be filed under seal and the public shall not have access to the Sealed Document.

DONE this 25th day of March, 2014.

BY THE COURT:

_Howard Tallman_
United States Bankruptcy Judge

LITIGATION/4130285.1