```
                              United States Bankruptcy Court
                                    District of Colorado
In re:                                                              Case No. 10-24238-HRT
SVS Holdings, Inc.                                                  Chapter 7
Sequoia Voting Systems, Inc.
         Debtors
                                   CERTIFICATE OF NOTICE
District/off: 1082-1          User: nguyent              Page 1 of 2          Date Rcvd: Mar 25, 2014
                              Form ID: pdf904            Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2014.
db          +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815
db          +Sequoia Voting Systems, Inc.,    950 Spruce St., Suite 1C,    Louisville, CO 80027-1977
cr          +Jack Blaine,    c/o Onsager, Staelin & Guyerson,    1873 S. Bellaire St.,    Suite 1401,
              Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Rothgerber Johnson & Lyons LLP
acc           Patrick C. Giefer
                                                                                    TOTALS: 2, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2014 at the address(es) listed below:
              Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@lrrlaw.com,
               cealey@lrrlaw.com;kmeans@lrrlaw.com
              Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@lrrlaw.com,
               cealey@lrrlaw.com;kmeans@lrrlaw.com
              Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@lrrlaw.com,
               cealey@lrrlaw.com;kmeans@lrrlaw.com
              Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@lrrlaw.com,
               cealey@lrrlaw.com;kmeans@lrrlaw.com
              Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@lrrlaw.com,
               cealey@lrrlaw.com;kmeans@lrrlaw.com
              Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@lrrlaw.com,
               kmeans@lrrlaw.com
              Chad S. Caby    on behalf of Creditor    Smartmatic Corporation ccaby@lrrlaw.com,  kmeans@lrrlaw.com
              Christian C. Onsager    on behalf of Creditor Jack  Blaine consager@OGFJ-law.com,
               agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
              Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com,
               tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com,
               tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Debtor    Sequoia Voting Systems, Inc.
               dgarfield@fostergraham.com,    tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Cross-Claimant    Sequoia Voting Systems, Inc.
               dgarfield@fostergraham.com,    tvargas@fostergraham.com
              David B. Wilson    on behalf of Creditor    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Creditor    Dominion Voting Systems, Inc. dwilson@shermanhoward.com,
               rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
```

```
District/off: 1082-1          User: nguyent              Page 2 of 2             Date Rcvd: Mar 25, 2014
                              Form ID: pdf904            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc.
          ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
          Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems, Inc.
          ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
          Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc.
          ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
          Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation
          ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
          Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation
          ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
          Ira S Greene    on behalf of Creditor    Smartmatic Corporation igreene@edwardswildman.com
          Kevin S. Neiman    on behalf of Debtor    SVS Holdings, Inc. kneiman@hblegal.net,
          dhowell@hblegal.net;thoy@hblegal.net
          Kristin M. Bronson    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee
          kbronson@rothgerber.com,    rnewcomer@rothgerber.com
          Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
          icruz@bakerlaw.com;SBeer@bakerlaw.com
          Leo M. Weiss    on behalf of U.S. Trustee    US Trustee Leo.M.Weiss@usdoj.gov
          Michael J. Guyerson    on behalf of Defendant Jack  Blaine mguyerson@OGFJ-law.com,
          agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
          Tom H. Connolly    tconnolly@ecf.epiqsystems.com
          US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                                                                                       TOTAL: 32

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>SVS HOLDINGS, INC.<br><br>and<br><br>SEQUOIA VOTING SYSTEMS, INC.,<br><br>Debtors. | Case No. 10-24238-HRT<br>Chapter 7<br><br>Case No. 14-11360-HRT<br>Chapter 11<br><br>Jointly Administered under Case No. 10-24238-HRT |

**ORDER GRANTING UNOPPOSED MOTION OF DOMINION VOTING SYSTEMS CORPORATION AND DOMINION VOTING SYSTEMS, INC., TO EXCEED PAGE LIMIT IN OBJECTION TO (A) MOTION TO SUBSTANTIVELY CONSOLIDATE DEBTORS' ESTATES AND (B) MOTION FOR SUBSTANTIVE CONSOLIDATION *NUNC PRO TUNC* TO JUNE 8, 2010, AND REQUEST FOR HEARING**

The Court, having reviewed the Unopposed Motion of Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "Dominion"), to Exceed Page Limit in Objection (the "Objection") to (A) Motion to Substantively Consolidate Debtors' Estates and (B) Motion for Substantive Consolidation *Nunc Pro Tunc* to June 8, 2010, and Request for Hearing, and good grounds having been set forth:

ORDERS that Dominion shall be granted leave to file their Objection in excess of the page limit set forth in Standing Order 2004-1-SBB.

DONE this 25th day of March, 2014.

BY THE COURT:

_Howard Tallman_
United States Bankruptcy Judge

LITIGATION/4126774.1