## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., | ) Chapter 7 |
| | ) |
| and | ) |
| | ) Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered Under |
| | ) Case No. 10-24238 HRT |
| | ) |

## COVER SHEET FOR THIRD INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY LEWIS ROCA ROTHGERBER LLP, LITIGATION COUNSEL TO TRUSTEE

| | |
|---|---|
| Name of Applicant: | Lewis Roca Rothgerber LLP |
| Authorized to Provide Professional Services to: | Tom H. Connolly, Chapter 7 Trustee |
| Date of Order Authorizing Employment: | November 30, 2012 *nunc pro tunc* November 8, 2012 (Docket No. 146) |
| Period for Which Compensation is Sought: | November 1, 2013 through February 28, 2014 |
| Amount of Fees Sought: | $53,224.00 |
| Amount of Expense Reimbursement Sought: | $    193.42 |
| Total Amount of Fees and Expenses Sought: | $53,417.42 |
| This is an: | Interim Application |

Prior fee applications:

| Date Filed | Period Covered | Total Requested Fees & Expenses | Total Allowed |
|---|---|---|---|
| July 12, 2013 | 11/08/12 – 6/30/13 | $25,938.50/$700.29 | $25,938.50/$700.29 |
| November 26, 2013 | 07/01/13 – 10/31/13 | $25,811.50/$432.17 | $25,811.50/$432.17 |

The aggregate amount of fees and expenses paid to Applicant to date for services rendered and expenses incurred herein is $52,882.46.

2

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., | ) | Chapter 7 |
| | ) | |
| and | ) | |
| | ) | Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered Under |
| | ) | Case No. 10-24238 HRT |
| | ) | |

## THIRD INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY LEWS ROCA ROTHGERBER LLP, LITIGATION COUNSEL TO TRUSTEE

Pursuant to 11 U.S.C. §§ 330, 331, and 503, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules 2016 and pursuant to this Court's Order Approving Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for Chapter 7 Trustee entered on November 30, 2012 *nunc pro tunc* November 8, 2013 (Docket No. 146), Lewis Roca Rothgerber, f/k/a Rothgerber Johnson & Lyons LLP ("LRR"), counsel for Tom H. Connolly, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of SVS Holdings, Inc. (the "Debtor") hereby submits its Third Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses (the "Third Fee Application"). In support therefor, LRR states as follows:

## INTRODUCTION

1.     Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code on June 8, 2010.

2.     By Order entered on October 16, 2012 (Docket No. 118), the Court converted the Debtor's bankruptcy case to a case under Chapter 7 of the Bankruptcy Code.  On October 17, 2012, the Trustee was subsequently appointed.

3.     Thereafter, on November 8, 2012, the Trustee filed his Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for the Chapter 7 Trustee (Docket No. 135).

4.     On November 30, 2012, the Court entered its Order Approving Application to Employ Rothgerber Johnson & Lyons LLP as Special Litigation Counsel for Chapter 7 Trustee

(the "Application to Employ RJ&L"). The Application to Employ RJ&L was approved *nunc pro tunc* November 8, 2012. A copy of the Order approving RJ&L is attached hereto as **Exhibit A**.

5.        On September 1, 2013, RJ&L merged and changed its name to Lewis Roca Rothgerber LLP ("LRR").

6.        In this Third Fee Application, LRR requests interim approval of fees and expenses incurred from November 1, 2013 through February 28, 2014 (the "Third Compensation Period"). LRR is requesting allowance and payment of $53,224.00 in professional fees and $193.42 in expenses in representing the Trustee pursuant to 11 U.S.C. §§ 330, 331 and 503, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules 2016.

7.        The services rendered by LRR in this matter have been provided by the following attorneys:

| Attorney | Year Admitted | Area of Expertise | Hourly Rate 2012/2013 | Hourly Rate 2014 |
|---|---|---|---|---|
| Brent R. Cohen, Partner | 1981 | Bankruptcy | $450 | $475 |
| Kristin M. Bronson, Partner | 1997 | Litigation | $385 | $395 |
| Chad S. Caby, Partner | 1999 | Bankruptcy | $345 | |
| Hermine Kallman, Associate | 2012 | Litigation | $215 | $240 |
| Woller, Joy T. | 2004 | Litigation | | $325 |
| Hamelin, Sana Q. | 2012 | Litigation | | $250 |
| **Paralegals and Paraprofessional** | | | | |
| Haigler, Tamara J. | n/a | Paralegal | | $190 |
| Hess, Michelle D. | n/a | Paralegal | | $190 |
| Bender, Sean M. | n/a | E-discovery Analyst | | $200 |

8.        **Exhibit B** contains a brief biography of the attorneys providing services in this matter.

9.        The rates charged by LRR in this case are based upon the skill and experience of the attorneys involved. LRR believes that its rates are generally comparable to fees customarily charged by other attorneys of similar skill and experience in similar bankruptcy proceedings. LRR has written off charges where appropriate, consistent with its practice in other cases. The amount requested in this Third Fee Application is within the range of what could reasonably have been anticipated for services of the scope and nature rendered by LRR.

## SUMMARY DESCRIPTION OF LRR'S LEGAL SERVICES

10.        Applicant has allocated time in the Debtor's bankruptcy case to two billing categories. A detailed itemized description of each category of services provided by LRR is set

forth in **Exhibit C**. The time and task records, as summarized below, reflect services that were necessary and beneficial to the Debtor's bankruptcy estate. The categories of services provided by LRR during the third compensation period are as follows:

1.      **Litigation and Discovery**

The Court entered its order denying the Dominion Defendant's motion to dismiss on November 20, 2013. Pursuant to the Court's Order on Motion to Dismiss, LRR drafted and filed an Amended Complaint on December 4, 2013, adding Sequoia Voting Systems, Inc. ("Sequoia") as a party defendant. In the meantime, time was spent drafting initial disclosures and analyzing discovery issues, including problems associated with a substantial amount of electronically stored information. This included coordinating the production of documents in the possession of a variety of persons and entities formerly employed or retained by SVS and Sequoia. Time was spent contacting potential sources of information and making arrangements for production of documents. Communication took place with counsel for Sequoia and Smartmatic, along with counsel for the Dominion Defendants regarding these issues. In anticipation of a scheduling conference with the Bankruptcy Court, a joint proposed scheduling order was negotiated and filed. In addition, a Joint Defense Agreement was negotiated and entered into with counsel for Sequoia and Smartmatic.

As reflected in the itemized description, **Exhibit C,** care was taken to avoid duplication of effort and time spent becoming familiar with the case. On a number of occasions, time for such tasks was written off.

| PROFESSIONAL | BILLING RATE | THIRD APPLICATION | | SECOND APPLICATION | | FIRST APPLICATION | |
|---|---|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Brent R. Cohen | $450 -2013 $475 -2014 | 54.1 | $17.955.00 | 40.30 | $18,135.00 | 28.9 | $13,005.00 |
| Kristin M. Bronson | $385 -2013 $395- 2014 | 23.4 | $9,197.50 | 7.5 | $2,887.50 | 1.2 | $462.00 |
| Hermine Kallman | $215-2013 $240-2014 | 4.4 | 1,056.00 | 12.6 | $2,709.00 | 16.3 | $3,551.50 |
| Joy T. Woller | $325-2014 | 2.9 | $942.50 | | | | |
| Sana Q. Hamelin | $250-2014 | 58.5 | $12.955.00 | | | | |
| PARAPROFESSIONALS | | | | | | | |
| Tamara J. Haigler | $190-2014 | 7.7 | $1,159.00 | | | | |
| Michelle D. Hess | $190-2014 | 6.1 | $1,159.00 | | | | |
| Sean M. Bender | $200-2014 | 2.55 | $510.00 | | | | |
| **TOTAL** | | | $52,234.00 | | $23,731.50 | | $20,063.00 |

2.      **Fee Application**

The time spent for drafting the fee application in this matter is set forth above. Additional fees have been incurred for the Fee Application and attendant pleadings, which additional fees will be set forth and reflected in any subsequent interim fee applications LRR files with the Court.

| PROFESSIONAL | BILLING RATE | THIRD APPLICATION | | SECOND APPLICATION | | FIRST APPLICATION | |
|---|---|---|---|---|---|---|---|
| | | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Brent R. Cohen | $450.00 | 2.4 | $990.00 | .4 | $180.00 | 0.0 | $0.00 |
| Chad S. Caby | $345.00 | | | 2.9 | $1,000.50 | | |
| TOTAL | | | $990.00 | | $1,180.50 | 0.0 | $0.00 |

<u>CONCLUSION</u>

The fees and expenses requested herein are reasonable and necessary.  All services for which compensation is requested were performed on behalf of the Trustee.  The Trustee has had the opportunity to review the itemized monthly billing statements attached hereto as **Exhibit C**, describing in detail the basis for all the interim fees and expenses requested herein, and the Trustee has not disapproved the requested amount of fees and expenses.

WHEREFORE, LRR respectfully requests that the Court enter an Order substantially in the form attached as **Exhibit D** approving LRR's interim fees in the amount of $53,224.00 and reimbursement of expenses in the amount of $193.42 incurred during the third compensation period, and requests such other and further relief as appropriate.

DATED:  April 1, 2014          LEWIS ROCA ROTHGERBER LLP

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
Chad S. Caby, No. 30927
Kristin M. Bronson, No. 28559
1200 17th Street, Suite 3000
Denver, CO  80202
Telephone:  (303) 623-9000
Fax:       (303) 623-9222
E-mail:  bcohen@lrrlaw.com
           ccaby@lrrlaw.com
           kbronson@lrrlaw.com

*Attorneys for Tom H. Connolly, Chapter 7 Trustee*

# EXHIBIT  A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | |
| | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC. | Chapter 7 |
| | |
| Debtor. | |

## ORDER APPROVING APPLICATION TO EMPLOY ROTHGERBER JOHNSON & LYONS LLP AS SPECIAL LITIGATION COUNSEL FOR CHAPTER 7 TRUSTEE

Before the Court is the Application to Employ Rothgerber Johnson & Lyons LLP ("RJ&L") as Special Litigation Counsel for Chapter 7 Trustee (the "Application") pursuant to 11 U.S.C. § 327.

Good cause being shown therefor, the Application is approved and employment of RJ&L as special litigation counsel for Chapter 7 Trustee Tom Connolly is approved, nunc pro tunc, November 8, 2012.

Dated: ___November 30, 2012.

BY THE COURT

_Howard Tallman_
United States Bankruptcy Judge

11642\8\1117823.1

# EXHIBIT B

**EXHIBIT B**
**LIST OF ATTORNEYS**
**WHO PERFORMED LEGAL SERVICES**

**BRENT R. COHEN (Billing Rate:  $450.00 (2013) $475.00 (2014))**

Brent R. Cohen was admitted to the Colorado State Bar in 1981 and the Wyoming State Bar in 1982.  Mr. Cohen received his B.S. degree, *magna cum laude*, from the University of Colorado in 1978, and his J.D. degree from the University Colorado School of Law in 1981, where he was Managing Editor of the University of Colorado Law Review.

Mr. Cohen is the senior member and chair of the firm's Bankruptcy Department. Mr. Cohen's areas of expertise include representation of debtors, creditors, and trustees in bankruptcy and insolvency proceedings, as well as workouts and restructurings outside of bankruptcy.  He regularly provides bankruptcy advice in conjunction with a variety of complex commercial transactions, and has participated in some of the more significant bankruptcy litigation in the Rocky Mountain area.  Mr. Cohen also has extensive experience in oil and gas law, creditor's rights law, and commercial litigation.  For additional information regarding Mr. Cohen's experience, see the attached biography.

**CHAD S. CABY (Billing Rate:  $345.00 (2013)**

Chad S. Caby was admitted to the Colorado State Bar in 1999. Mr. Caby received his B.A. from Drake University in 1994, and his J.D. degree from Capital University Law School in 1999.

Mr. Caby's areas of expertise include representation of debtors, creditors, and trustees in bankruptcy and insolvency proceedings, as well as workouts and restructuring entities outside of court. Mr. Caby is also a member of the Business Services Group, Litigation and Insurance Groups at the firm. Prior to joining LRR, Mr. Caby was a Judicial Law Clerk to the Honorable Michael E. Romero, United States Bankruptcy Court for the District of Colorado, and also served as Senior Staff Attorney, Office of the Standing Chapter 13 Trustee, District of Colorado. For additional information regarding Mr. Caby's experience, see the attached biography.

**KRISTIN M. BRONSON (Billing Rate: $385.00 (2013) $395.00 (2014))**

Kristin M. Bronson was admitted to the Colorado State Bar in 1997.  Ms. Bronson received her B.A. degree from the University of Virginia in 1990, and her J.D. degree from the University Colorado School of Law in 1997, where she was President of the Moot Court Board.

Ms. Bronson's practice focuses on complex corporate and business litigation, including representation of individual and corporate plaintiffs and defendants in class and derivative actions, and representation of local and national corporate entities in contract, fraud and other business litigation. She has extensive trial experience in state and federal courts, as well as in arbitrating and mediating business disputes.

B-1

2004136283_1

### HERMINE KALLMAN (Billing Rate:  $215.00) (2013) $240.00 (2014))

Hermine Kallman was admitted to the Colorado State Bar in 2012.  Ms. Kallman received her B.A. degree from the University of Colorado at Denver and the University of Colorado International College at Moscow in 1999 and her J.D. degree from the University Denver Sturm College of Law, Order of St. Ives, in 2012, where she was Senior Staff Editor of the University of Denver *Law Review*.

Ms. Kallman's practice focuses on complex commercial and business litigation

### JOY T. WOLLER (Billing Rate $325.00 (2014)

Joy Woller was admitted to the Colorado State Bar in 2004.  Ms. Woller received her B.S. degree from Colorado State University and her J.D. Degree from Syracuse University College of Law in 2004.

Ms. Woller represents individuals, corporations and government entities in complex commercial litigation in both federal and state Court.  She has experience in a wide range of substantive areas, including contact disputes, employment matters, intellectual property issues and litigation arising from insurance insolvencies.

### SANA Q. HAMELIN (Billing Rate $250.00 (2014))

Sana Q. Hamelin was admitted to the Colorado State Bar in 2012.  Ms. Hamelin received her B.A. Degree from the University of the Punjap, Lahore, Pakistan in 2002 and her J.D. Degree from the University of Denver, Sturm College of Law.

Ms.Hamelin is an associates in the firm's Litigation group.  Her litigation experience includes general commercial, intellectual property, employment law, and immigration advocacy.  Before joining the firm, she was a litigation associate in Sherman & Howard's Denver office.

2004136283_1



MAIN BIO

NEWS

EVENTS

RELATED PRACTICES

· Bankruptcy and Creditors'
  Rights
· Litigation

EDUCATION

· J.D., University of Colorado
  Law School, 1981
· B.S., Accounting, University of
  Colorado College of Business
  and Administration, 1978,
  magna cum laude

BAR ADMISSIONS

· Colorado, 1981
· Wyoming, 1982

# BRENT R. COHEN

**Partner**
BCohen@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone**  303.628.9521
**Fax**    303.623.9222

As a senior member of the firm's Bankruptcy Department, Mr. Cohen has been exposed to a wide variety of bankruptcy and insolvency matters throughout the United States. His practice includes representation of debtors, creditors, and trustees in bankruptcy and insolvency proceedings, as well as workouts and restructurings outside of court. He regularly provides bankruptcy advice in conjunction with a variety of complex commercial transactions and has participated in some of the more significant bankruptcy litigation in the Rocky Mountain area. He has also had extensive involvement in oil and gas, debtor/creditor, and commercial litigation.

## REPRESENTATIVE CASES/MATTERS

*Bankruptcy - Creditor Representation*

· Represented the principal unsecured creditors in three Chapter 11 proceedings that were collectively the largest ever filed in Wyoming— In re Albrecht, In re Rivermeadows Associates, Ltd., and In re Fish Creek Meadows Associates, Ltd. In each case, all secured and unsecured creditors were paid in full, with interest.

· Represented the largest unsecured creditor and served on the creditors committee in a Chapter 11 proceeding filed in Wyoming by Canyon Club, Inc. The case culminated in a sale of assets that resulted in payment in full on all claims.

· Represented the principal secured creditor in a Wyoming receivership proceeding and eventual bankruptcy of Teton Club, LLC

· Represented major creditors in a variety of oil and gas bankruptcies filed in Colorado and Wyoming including Stone & Wolf, LLC, PRB Energy, Storm Cat Energy, and Riviera Drilling and Energy

· Representation of a consortium of Taiwanese manufacturers in In re Schwinn/GT, Inc., a Colorado bankruptcy proceeding involving the well-known bicycle manufacturer and various related entities

· Representation of the largest creditor and service on the creditors' committee in the Colorado Chapter 11 proceeding filed by Western Integrated Networks, a telecommunications company

· Representation of the largest creditor and service on the creditors' committee in the Colorado Chapter 11 proceeding filed by Verilink Corporation, a telecommunications case filed in Alabama

· Representation of a major unsecured creditor and service on the creditors' committee in In re Adesta Communications, Inc., a telecommunications case filed in the District of Nebraska

*Bankruptcy - Debtor Representation*

· Represented RockWell Petroleum (U.S.) Inc. and various subsidiaries in a Chapter 15 cross-border insolvency proceeding filed in the District of Wyoming and Alberta, Canada

· Represented a publicly held company located in Golden, Colorado, which developed and manufactured advanced battery technology for automotive and marine uses in its Chapter 11 proceeding filed in the

District of Delaware

- Represented a Colorado-based heavy equipment manufacturer in its Chapter 11 proceeding filed in the District of Delaware
- Represented the owner of an apartment complex in a Chapter 11 proceeding filed in Colorado
- Represented a variety of "dot-com" and biotech enterprises in bankruptcy and out-of-court liquidations, including, among others, Wholetree.com, GearDirect.com, ipArchive, Inc., and Invenux, Inc.
- Represented various real estate developers in Teton County, Wyoming, in workout and bankruptcy proceedings

*Bankruptcy and Insolvency - Trustee Representation*
- Represented plan trustee in Wyoming Chapter 11 cases filed by D3X, Lucky Luck Farms and others
- Attorney for the plan trustee in Alpex Computer Corp., which involved supervision and monitoring prosecution of a major patent infringement case in the U.S. District Court for the Southern District of New York
- Represented the plan co-trustees in claim litigation arising out of In re Yellow Cab Cooperative Ass'n., a Chapter 11 case filed in the District of Colorado
- Counsel for the trustee of the CCI Liquidating Trust, the successor in interest to Convergent Communications, Inc., a Colorado telecom company, after confirmation of its Chapter 11 plan of reorganization
- Represented the Chapter 7 trustee in the prosecution of fraudulent claims in the case of In re Hill, in Bankruptcy Court for the District of Wyoming
- Representing the Chapter 7 trustee as special litigation counsel for Mobile Tool International, Inc. in the United States Bankruptcy Court for the District of Delaware

*Asset Acquisition*
- Represented purchaser of approximately 20 restaurant locations in cross-border reorganization proceedings pending in Boston, Massachusetts, and Toronto, Ontario
- Represented purchaser acquiring hospital linen services in Grand Junction, Colorado, and Oklahoma City, Oklahoma, in receivership proceedings
- Represented purchaser of assets from Koala Corporation; bankruptcy pending in the United States Bankruptcy Court for the District of Colorado

*Reported Cases*
- In re Colorado Springs Symphony Orchestra Association, 462 F.3d 1265 (10th Cir. 2006)
- Ridge at Halwan, Ltd. v. Thompson (In re Thompson), 231 B.R. 802 (D. Colo. 1999)
- In re Tri-State Equipment, Inc., 792 F.2d 967 (10th Cir. 1986);White v. Bell (In re White), 212 B.R. 979 (B.A.P. 10th Cir. 1997)
- In re Rivermeadows Associates, 205 B.R. 264 (B.A.P. 10th Cir. 1997)
- Moriarity v. State ex. rel. McBride, 899 P.2d 879 (Wyo. 1995)
- Cargill v. Mountain Cement Company, 891 P.2d 57 (Wyo. 1995)
- Nintendo Company v. Patten (In re Alpex Computer Corp.), 71 F.3d 353 (10th Cir. 1995)
- Amoco Rocmount Co. v. Anschutz Corp., 7 F.3d 909 (10th Cir. 1993)

- In re Drywall Supply, Inc., 111 B.R. 933 (D. Colo. 1990)
- FSLIC v. Westgate Partners, Ltd., 726 F. Supp. 807 (1989)

**MEMBERSHIPS AND AFFILIATIONS**

- Colorado, Wyoming, and American Bar Associations, Member
- Faculty of Federal Advocates, Board of Directors, 2008-2010
- American Bankruptcy Institute UCC Committee, Co-Chair, 2005-2007

**PUBLICATIONS**

- Author, "The Perils of Delayed Lien Perfection," *RJ&L Financial Times*, Winter 2009
- Author, "The Locality Rule in Colorado," *University of Colorado Law Review*, 1982
- Co-Author, "Acquiring and Perfecting Security Interests in Cyberspace Assets," *Journal of Bankruptcy Law and Practice*, July/August 2001
- Author, "The Consequences of Failure to Comply with Revised Article 9," *American Bankruptcy Institute Journal*, Summer 2002
- Co-Author, "Current Developments in Technology and Technology Cases," *American Bankruptcy Institute Rocky Mountain Regional Conference*, February 2000
- Co-Author, "E-Commerce and High-Tech Bankruptcies," *American Bankruptcy Institute Rocky Mountain Regional Conference*, February 2001
- Co-Author, "Colorado's New UCC Revised Article 9," *CLE in Colorado*, July 2001

**SPEAKING ENGAGEMENTS**

- Presenter, "Current Developments in Technology and Technology Cases," *American Bankruptcy Institute Rocky Mountain Regional Conference*, February 2000
- Presenter, "E-Commerce and High-Tech Bankruptcies," *American Bankruptcy Institute Rocky Mountain Regional Conference*, February 2001
- Presenter, "Colorado's New UCC Revised Article 9," *CLE in Colorado*, July 2001

**COURT ADMISSIONS**

- Colorado Court of Appeals, 1981
- Colorado State Judicial District Courts, 1981
- Colorado Supreme Court, 1981
- U.S. Bankruptcy Court, Colorado, 1981
- U.S. District Court, Colorado, 1981
- U.S. Court of Appeals, Tenth Circuit, 1982
- Wyoming State Judicial District Courts, 1982
- Wyoming Supreme Court, 1982
- U.S. Supreme Court of Wyoming, 1982
- U.S. Bankruptcy Court, Wyoming, 1982

Brent Cohen | People | Lewis Roca Rothgerber

**OTHER DISTINCTIONS**

Since 2006, Mr. Cohen has been named by *Colorado Super Lawyers®*. He is the recipient of the 2004 Donald C. Cordova Distinguished Service Award, from the *Faculty of Federal Advocates*.

**PROFESSIONAL EXPERIENCE**

- Lewis Roca Rothgerber LLP (legacy firm Rothgerber Johnson & Lyons LLP), 1982-Present
- Law Clerk, The Hon. Clarence A. Brimmer, United States District Court for the District of Wyoming, 1981-1982



· MAIN BIO

NEWS

RELATED PRACTICES
· Appeals
· Bankruptcy and Creditors'
  Rights
· Litigation

EDUCATION
· J.D., Capital University Law
  School, 1999
· B.A., Drake University, 1994

BAR ADMISSIONS
· Colorado, 1999

# CHAD S. CABY

**Partner**
CCaby@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone**   303.628.9583
**Fax**     303.623.9222

Mr. Caby's practice includes representation of corporate creditors, debtors, and trustees in bankruptcy and insolvency proceedings, as well as workouts and restructuring entities outside of court. Mr. Caby's practice also includes representation of banks and secured creditors in general commercial litigation.

## MEMBERSHIPS AND AFFILIATIONS

· Faculty of Federal Advocates, 2011-2014; President-Elect, 2013; Treasurer, 2012; and Pro Bono Bankruptcy Coordinator, 2010-present

· American Bankruptcy Institute, Member

· Colorado Bar Association, Member

· Denver Bar Association, Member

· Local Bankruptcy Rules Revision Committee, 2004-Present

## PUBLICATIONS

· Author, "Lenders and Other Secured Creditors! New Bankruptcy Proof of Claim Rules Took Effect 12/1/11," *RJ&L E-Alert*, December 2011

· Author, "Not So Puny Punitive Damages Awarded Against Repossessing Bank," *RJ&L Financial Times*, Winter 2009; reprinted in the *Wyoming Banker*, April 2009

· Author, "Banking on 2009?—What to Expect in Colorado Bankruptcy Filings," *RJ&L Financial Times*, Winter 2009

## SPEAKING ENGAGEMENTS

· Speaker, "Chapter 11 Update," *Colorado Bar Association Bankruptcy Subsection*, 2013

· Speaker, "Practice and Procedure Under Colorado's New Bankruptcy Rules," June 2009

· Speaker, "Effectively Trying Contested Matters," *Rocky Mountain Bankruptcy Conference (ABI)*, 2012

· Speaker, "Consumer Bankruptcy Law & Practice," *Rocky Mountain Bankruptcy Conference (ABI)*, 2002

· Speaker, "Fundamentals of Bankruptcy Law and Procedure," *Rocky Mountain Bankruptcy Conference (ABI)*, 2001

## COURT ADMISSIONS

· Colorado State Judicial District Courts, 1999

· Colorado Supreme Court, 1999

· Colorado Court of Appeals, 1999

Chad Caby | People | Lewis Roca Rothgerber

Page 2 of 2

- U.S. District Court, Colorado, 2000
- U.S. Court of Appeals, Tenth Circuit, 2001
- U.S. Bankruptcy Court, Colorado, 2001

**OTHER DISTINCTIONS**

Mr. Caby was listed in the 2012 edition of *Colorado Super Lawyers®* as a "Rising Star".

**PROFESSIONAL EXPERIENCE**

- Lewis Roca Rothgerber LLP (legacy firm Rothgerber Johnson & Lyons LLP), 2008-Present
- Clerk, Hon. Michael E. Romero, United States Bankruptcy Court for the District of Colorado, 2004-2008
- Private Law Firm, 2003-2004
- Senior Staff Attorney, Office of the Standing Chapter 13 Trustee, District of Colorado, 2000-2003

Kristin Bronson | People | Lewis Roca Rothgerber

Page 1 of 4



· MAIN BIO
NEWS
PUBLICATIONS

RELATED PRACTICES
- Banking and Lending Disputes
- Construction
- Litigation
- Complex Litigation
- Real Estate Litigation
- Real Estate

EDUCATION
- B.A., University of Virginia, 1990
- J.D., University of Colorado Law School, 1997, Recipient of Virginia McRae Scholarship; President, Moot Court Board

BAR ADMISSIONS
- Colorado, 1997

# KRISTIN M. BRONSON

**Partner**
KBronson@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone** 303.628.9535
**Fax** 303.623.9222

Ms. Bronson's practice focuses on complex corporate and business litigation, including representation of individual and corporate plaintiffs and defendants in class and derivative actions, and representation of local and national corporate entities in contract, fraud and other business litigation. She also represents lender, developer, and property management clients in all facets of real estate, construction, and banking law. She also advises brokerage companies concerning operational, regulatory, and litigated matters.

## REPRESENTATIVE CASES/MATTERS

- Won defense verdict following trial in mechanic's lien case
- Successfully defended bank in three-day trial from claims of a bad faith foreclosure
- Recently completed week-long trial in federal court in Wyoming in $16 million real estate dispute
- Testified as an expert witness in arbitration and jury trial on standards of care for real estate brokers
- Won multi-million dollar arbitration award before AAA Panel in Chicago in breach-of-contract case
- Won multi-million dollar arbitration award in connection with sale of a value added reseller business
- Represented buyer in litigation involving sale of restaurant and bar business; settlement approved
- Conducted internal investigations as outside counsel to publicly-traded company's audit committee
- Co-lead trial counsel for majority shareholders in breach of fiduciary duty claims against corporate officers and minority shareholders; expansive injunctive relief obtained, including lock-out of management
- Won bench trial over road and bridge easement in Park County, Colorado
- Won three-day bench trial as counsel for landowner plaintiff, obtaining a declaratory judgment terminating 30-plus year ground lease with a big-box retail company and receiving an award of attorney's fees and costs
- Obtained directed verdict on all claims against corporate client defendants and an award of attorney's fees and costs following two-day bench trial
- Co-counsel for developer obtaining $22.6 million jury verdict and judgment against manufacturer of defective product
- Represented secured lender in obtaining summary judgment involving hundreds of thousands of dollars of collateral and on novel issue of law
- Lead counsel for several large lending institutions in judicial and Public Trustee foreclosure proceedings and bankruptcy cases

Served as Colorado counsel for a number of large REITs specialized in retail

## MEMBERSHIPS AND AFFILIATIONS

- American, Colorado, and Colorado Women's Bar Associations, Member
- Colorado Bar Foundation, Fellow
- Colorado Women's Bar Association Foundation, Board Member (2012-present)
- Denver Bar Association Representative to Colorado Bar Association's Board of Governors (2006, 2009-2010)
- Denver Bar Association Budget Committee (2007-2008)
- Faculty of Federal Advocates
- Colorado Real Estate Commission (2007-2013), Chair (2009-2010), Vice Chair (2012-2013)
- Association of Real Estate License Law Officials (2007-2013)
- Colorado Division of Real Estate Subdivision Task Force (2013)
- Downtown Denver Partnership Economic Development Council, Chair (2012-2014)
- President, Commercial Real Estate Women (CREW) Denver, 2007; President-Elect, 2006; Delegate, CREW Network, 2006, 2008; Chair, Nominating Committee, 2006; Member, Board of Directors, 2004-2008; Member, Programs Committee, 2004-2005; Co-chair, Awards Committee, 2003; Membership Committee and Juror for Women of Influence in Commercial Real Estate Awards, 2000
- Associated General Contractors of Colorado, Member
- International Council of Shopping Centers, Associate Member

## PUBLICATIONS

- Author, "Brokers Serving as Receivers: The Dangers of Wearing Two Hats," *RJ&L Client Alert*, June 2012
- Author, "Truth in Advertising: What is a Broker's Duty to Ensure that Marketing Materials are Accurate?," *RJ&L Real Estate Construction & Land: Broker Bulletin*, Summer 2010
- Author, "Governor Signs Broker Lien Law," *RJ&L Client Alert*, May 2010
- Author, "National Trends Emerging in Construction Defect Statutes," *Colorado Real Estate Journal*, May 2007
- Author, "Avoid Pitfalls in Retail Eviction," *Colorado Real Estate Journal*, June 2006
- Author, "Heed Changes in Foreclosure Rules," *Colorado Real Estate Journal*, March 2003
- Author, "Mountain Properties Hard Hit by Entran II Failures," *Colorado Real Estate Journal*, 2003

## SPEAKING ENGAGEMENTS

- Speaker, "Business Executives Guide to Managing Litigation," *University of Denver School of Business*, January 2012
- Speaker, "Ethics, Women of Enterprise Forum," *University of Denver Burns School of Real Estate*, April, 2011
- Speaker, "We're All In This Together! Key Issues Pertaining To The

Real Estate Industry," *Pike Peak Women's Council of REALTORS*, February, 2011

Speaker, "How to Use the Broker Lien Law," *Denver Metro Colorado Association of Realtors*, August 2010

Speaker, "Navigating Colorado's New Broker Lien Law," *Women in Real Estate*, August 2010

Speaker, "Preserving the Attorney Client Privilege in Internal Investigations," *Association of Corporate Counsel, Colorado Chapter*, December 2009

Panelist, "Knock Knock: What to Do When the Feds Come Knocking," *USLAW Conference*, September 2009

Panelist, "Residential and Commercial Evictions," *Lorman Education Services*, December 2008, January 2009

Panelist, "Construction Defect Claims in Colorado," *Lorman Education Services*, 2003 - 2008

Author, "Commission to Begin Auditing Property Management Firms," *Colorado Real Estate Journal*, September 2008

Moderator, "Turmoil in the Consumer Credit Markets: Fodder for a Litigation Feeding Frenzy," *USLAW Conference*, September 2008

Speaker, "Brokerage Forms and Fiduciary Foibles," *Colorado Association of Certified Closers Education Seminar*, February 2008

Speaker, "GPS for Your Legal Career," *CWBA Membership Reception*, November 2007

Instructor, "Faculty of Federal Advocates," *Trial Advocacy Skills Workshop*, November 2007-2011

Panelist, "Construction Defect Claims - Notice and Opportunity to Repair Statutes," *USLAW Conference*, March 2007

Panelist, "Real Estate Professionals' Obligations and Liabilities in Colorado," *Lorman Education Services*, July 2006

Panelist, "Landlord and Tenant Law in Colorado," *Lorman Education Services*, 2005

## COURT ADMISSIONS

Colorado State Judicial District Courts, 1997

Colorado Supreme Court, 1997

Colorado Court of Appeals, 1997

U.S. Court of Appeals, Tenth Circuit, 1998

U.S. District Court, Colorado, 1998

## OTHER DISTINCTIONS

Ms. Bronson has been listed in Colorado Super Lawyers® since 2009, earning the Top 50 Women and Top 100 Ranking in the 2012-2013 edition. She was a 2009 nominee for the "Women of Vision Award," presented by Commercial Real Estate Women Denver, and was selected as one of Denver's "40 Under Forty," by *Denver Business Journal* in 2008. Also in 2008, Ms. Bronson was named to "Lawyers of the Year," in the Young Lawyer category, by *Law Week Colorado*. In 2006, she received the *Richard Marden Davis Award*, for her civic, cultural, educational, and charitable leadership. She was awarded the "Woman Who Makes A Difference Award" by Commercial Real Estate Women Denver in 2006, and was a nominee for the *Denver Business Journal's* Outstanding Women in Business Awards from 2005 to 2008.

In 2004, Ms. Bronson was awarded the firm's *Ira C. Rothgerber Jr. Community Betterment Award*.

**PROFESSIONAL EXPERIENCE**

- Lewis Roca Rothgerber LLP (legacy firm Rothgerber Johnson & Lyons LLP), 1997-Present
  - Executive Committee Member, 2012-2015
  - Hiring Partner, 2010-Present
  - Chair, Women's Initiative, 2006-Present
  - Strategic Planning Committee, 2004-2005; 2012-Present
  - Associate Retention Committee, 2004-2005
  - Coordinator, Summer Associate Program , 1999-2001
- U.S. Senator Bob Graham, Legislative Assistant, 1991-1994



MAIN BIO

# HERMINE KALLMAN

**Associate**
HKallman@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone**  303.628.9552
**Fax**  303.623.9222

Ms. Kallman's practice focuses on complex commercial and business litigation.

## RELATED PRACTICES

- Insurance
- Litigation
- Business Torts
- Class Actions
- Complex Litigation
- Professional Liability Litigation

## EDUCATION

- J.D., University of Denver, Sturm College of Law, 2012, *Order of St. Ives*
- B.A., Economics, University of Colorado, 1999
- University of Colorado International College at Moscow, 1998

## BAR ADMISSIONS

- Colorado, 2012

## MEMBERSHIPS AND AFFILIATIONS

- Colorado Bar Association, Member
- Denver Bar Association, Member
- Armenian Professional Network of Colorado, Volunteer and past Co-Chair

## PROFESSIONAL EXPERIENCE

- Lewis Roca Rothgerber LLP (legacy firm Rothgerber Johnson & Lyons LLP), 2012-Present
- Graduate Admissions Manager, University of Denver – Daniels College of Business, 2005-2011
- Faculty Support, University of Denver -- School of HRTM, 2003-2005
- Save Team/Advanced Customer Care Specialist, U.S. WEST, 1999-2000

## COURT ADMISSIONS

- Colorado State Judicial District Courts, 2012
- Colorado Supreme Court, 2012
- Colorado Court of Appeals, 2012
- U.S. District Court, Colorado, 2012



MAIN BIO

NEWS

PUBLICATIONS

**RELATED PRACTICES**

- E-Discovery and Data Management
- Intellectual Property
- Labor and Employment
- Litigation
- Complex Litigation
- Professional Liability and Discipline

**EDUCATION**

- J.D., Syracuse University College of Law, 2004, *magna cum laude*
- B.S., Biological Sciences, Minors in Political Science and Anatomy and Neurobiology, Colorado State University, 2000

**BAR ADMISSIONS**

- Colorado, 2004

## JOY ALLEN WOLLER

**eDiscovery Counsel**
**Partner**
JWoller@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone**   303.628.9504
**Fax**     303.623.9222

Ms. Woller represents individuals, corporations and government entities in complex commercial litigation in both federal and state court. She has experience in a wide range of substantive areas, including contract disputes, employment matters, intellectual property issues and litigation arising from insurance insolvencies. Ms. Woller frequently advises clients in disputes arising under Colorado's Uniform Trade Secrets Act and non-competition agreements.

As the Firm's eDiscovery and Litigation Support Partner, Ms. Woller assists the firm's Litigation Practice Group in addressing complex electronic discovery issues and counsels clients regarding electronic discovery.

Prior to joining the firm, Ms. Woller served as a staff member to the Information and Technology Committee of the Colorado General Assembly, House of Representatives.

**REPRESENTATIVE CASES/MATTERS**

- Successfully defended numerous individuals and businesses of various sizes in federal court against claims of trade secret misappropriation and breach of contract arising from non-competition and non-solicitation agreements

- Successfully prosecuted claims of unfair competition, trademark infringement and trade secret misappropriation on behalf of family owned business against former employees resulting in successful settlement of all claims

- Successfully prosecuted claims of breach of contract, unfair competition and trade secret misappropriation on behalf of business against former employees resulting in temporary restraining order and settlement of all claims

- Provided interim general counsel services for public educational institution

- Successfully defended private educational institution in breach of contract and tort action, obtaining summary judgment for client on all claims

- Represented publicly traded real estate investment trust as plaintiff in over twenty discrete breach of contract actions. All cases resulted in either summary judgment for client or favorable settlement

- Represented religious institution against claims of negligence and breach of fiduciary duty resulting in successful settlement of all claims

- Represents life and health insurance guaranty associations in resolving litigation matters arising from insurer insolvency

**MEMBERSHIPS AND AFFILIATIONS**

- District of Colorado eDiscovery Task Force, Member, 2012-Present

- Faculty of Federal Advocates, Member
- The ediscovery Training Academy, Georgetown University Law Center, Participant, 2011
- Seventh Circuit Electronic Discovery Pilot Program, Committee Member and National Outreach Subcommittee Member, 2011- Present
- SafeHouse Denver
  - Director, 2011 – Present
  - Gala Steering Committee, 2009
  - Sponsorship Chair, 2009
  - Board Chair Elect, April 2011 – Present
- Colorado State University Alumni Association, Volunteer
  - Executive Leadership Board, Denver RAM Network, 2009–2010
  - Chair, Special Events Committee, 2009-2010
- Colorado State University Rams J.D. Steering Committee, 2013

## PUBLICATIONS

- Author, "Predictive Coding: Come On In, The Water's Just Fine," *Law Week Colorado*, March 2012
- Author, "Colorado Adds 'Sexual Orientation' and 'Religion' to the List of Protected Classifications," *RJ&L Employment Law Update*, Fall 2007

## SPEAKING ENGAGEMENTS

- Speaker, "Compliance what Courts Expect In A Digital Age" ACC Fall Frenzy, September 2013
- Speaker, "eDiscovery Hot Topics, Technology and Document Review – The New World of Predictive Coding," July 2013
- Speaker, "New Technology – New Risks!," *World Trade Day 2013*, May 2013
- Speaker, "eDiscovery," *Labor and Employments Seminar*, April 2013
- Speaker, "Anxiety and Anguish or Opportunity? The State of eDiscovery in 2012," September 2012
- Speaker, "Announcing the Upcoming United States District Court's eDiscovery Survey," September 2012
- Speaker, "Child Abuse Reporting Statutes," *RJ&L Lunch with Lawyers Series*, May 2009
- Speaker, "Legal Update," *RJ&L Labor & Employment Seminar*, September 2008

## PROFESSIONAL EXPERIENCE

- Lewis Roca Rothgerber LLP (legacy firm Rothgerber Johnson & Lyons LLP), 2004-Present
  - Hiring Committee, 2012
  - Summer Associate Coordinator, 2012
  - Coordinator and Teacher, eDiscovery Training Program, 2011- 2012
  - Coordinator and Teacher, Associate Training Program, 2009– 2011
- Legal Intern, Office of the District Attorney, Oswego County, New

York, 2003-2004

° Staff Member, Colorado General Assembly, Legislative Counsel, House Information and Technology Committee, 2001 Legislative Session

**COURT ADMISSIONS**

° U.S. District Court, Colorado, 2005

° U.S. Court of Appeals, Tenth Circuit, 2004

° Colorado Court of Appeals, 2004

° Colorado State Judicial District Courts, 2004

° Colorado Supreme Court, 2004

# SANA Q. HAMELIN

**Associate**
SHamelin@LRRLaw.com

Denver
1200 Seventeenth Street
Suite 3000
Denver, Colorado 80202

**Phone**   303.628.9589
**Fax**     303.623.9222

**RELATED PRACTICES**
- Intellectual Property Litigation
  Labor and Employment
  Litigation

**EDUCATION**
- J.D., Order of St. Ives, University of Denver, Sturm College of Law, 2012
- B.A., English Literature & Political Science, University of the Punjab, Lahore, Pakistan, 2002

**BAR ADMISSIONS**
- Colorado, 2012

**LANGUAGES**
- Urdu
- Hindi

Ms. Hamelin is an associate in the firm's Litigation group. Her litigation experience includes general commercial, intellectual property, employment law, and immigration advocacy. Before joining the firm, she was a litigation associate in Sherman & Howard's Denver office.

**Intellectual Property Litigation.** Ms. Hamelin has helped clients with intellectual property litigation including trademark enforcement and proceedings before the Trademark Trial and Appeal Board (TTAB). Prior to law school, Ms. Hamelin worked on Fortune 500 client matters in Kilpatrick Townsend's San Francisco offices, gaining extensive experience in trademark prosecution and enforcement and copyright issues. Most recently, she represented a company in a TTAB cancellation proceeding and a federal district court action, both of which resulted in a favorable settlement for her client.

**Employment Law.** Ms. Hamelin has in-house experience handling employment matters, including EEOC and Title VII actions, internal investigations, and FLSA compliance issues.

**Immigration Advocacy.** Ms. Hamelin has represented clients in various immigration-related matters, particularly as part of her community service. Her experience includes cancellation of removal proceedings, Adjustment of Status, and U Nonimmigrant Visa application. Recently, she helped a client successfully obtain an Adjustment of Status to become a permanent U.S. resident.

**MEMBERSHIPS AND AFFILIATIONS**
- Minoru Yasui Inn of Court, Executive Committee Member
- South Asian Bar Association, Member
- Colorado Women's Bar Association, Member
- Colorado Lawyers Committee, Volunteer
- Metro Volunteer Lawyers, Volunteer
- Rocky Mountain Immigrant Advocacy Network, Volunteer
- Recent Alumni Hub, University of Denver, Member
- Legal Night (community pro se clinics)
- Planned Parenthood Golden Gate, Past Member of the Board of Directors (2008-2009)

**OTHER DISTINCTIONS**

While in law school, Ms. Hamelin served as Staff Editor of the *Denver Journal of International Law & Policy* and Articles Editor of *Race to the Bottom*, a Corporate Governance Blog. She is the recipient of the *Thompson G. Marsh Scholarship* for high academic achievement as well as *Scholastic Excellence Awards* for earning highest grades in Torts, Employment Law, Family Law, Discovery Practicum, and Mediation & Arbitration Clinic.

# EXHIBIT C
### to
### Third Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee

# FILED UNDER SEAL

# EXHIBIT  D

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., | ) Chapter 7 |
| | ) |
| and | ) |
| | ) Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered Under |
| | ) Case No. 10-24238 HRT |
| | ) |

## ORDER GRANTING THIRD INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY LEWIS ROCA ROTHGERBER LLP, LITIGATION COUNSEL TO TRUSTEE

THIS MATTER comes before the Court upon the Third Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee (the "Application"); sufficient and good cause being demonstrated, the Court

ORDERS that the Application is hereby GRANTED; it is further

ORDERED that fees in the amount of $53,224.00 and expenses in the amount of $193.41, for a total interim award of $53,417.42 (the "Third Interim Award"), as described in the Application for the period of time from November 1, 2013 through February 28, 2014 are hereby APPROVED on an interim basis; it is further

ORDERED that the Trustee is hereby authorized and directed to pay Lewis Roca Rothgerber LLP the amounts set forth in the Application and above.

Dated this _____ day of _____, 2014.

BY THE COURT:

_____
Howard R. Tallman
Chief United States Bankruptcy Judge

2004714711_1