UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., | ) Chapter 7 |
| | ) |
| and | ) |
| | ) Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered Under |
| | ) Case No. 10-24238 HRT |
| | ) |

**ORDER GRANTING THIRD INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY LEWIS ROCA ROTHGERBER LLP, LITIGATION COUNSEL TO TRUSTEE**

THIS MATTER comes before the Court upon the Third Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee (the "Application"); sufficient and good cause being demonstrated, the Court

ORDERS that the Application is hereby GRANTED; it is further

ORDERED that fees in the amount of $53,224.00 and expenses in the amount of $193.41, for a total interim award of $53,417.42 (the "Third Interim Award"), as described in the Application for the period of time from November 1, 2013 through February 28, 2014 are hereby APPROVED on an interim basis; it is further

ORDERED that the Trustee is hereby authorized and directed to pay Lewis Roca Rothgerber LLP the amounts set forth in the Application and above.

Dated this _____ day of _____, 2014.

BY THE COURT:

_____
Howard R. Tallman
Chief United States Bankruptcy Judge

2004714636_1