# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., | ) Chapter 7 |
| | ) |
| and | ) |
| | ) Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered Under |
| | ) Case No. 10-24238 HRT |
| | ) |

## NOTICE OF THIRD INTERIM FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY LEWIS ROCA ROTHGERBER LLP, LITIGATION COUNSEL TO TRUSTEE

### OBJECTION DEADLINE: TUESDAY, APRIL 22, 2014

**YOU ARE HEREBY NOTIFIED** that Lewis Roca Rothgerber LLP (the "Applicant"), as special litigation counsel for the Thomas H. Connolly, Chapter 7 Trustee, has filed its Third Interim Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee (the "Application").

The Applicant requests approval of fees in the amount of $53,224.00 and expenses in the amount of $193.42, for a total interim award of $53,417.42. This is for the period of time from November 1, 2013 through February 28, 2014. A copy of the Application is available for inspection at the Bankruptcy Court, or upon request from the undersigned attorney. Portions of the Application containing detailed time entries have been filed under seal and are available upon request with the execution of a non-disclosure agreement. A copy of the Cover Sheet filed with the Application is enclosed with this notice.

If you oppose the Application or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Applicant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

2004714613_1

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: April 1, 2014    LEWIS ROCA ROTHGERBER LLP

/s/ Brent R. Cohen
Brent R. Cohen, No. 11297
Chad S. Caby, No. 30927
Kristin M. Bronson, No. 28559
1200 17th Street, Suite 3000
Denver, CO 80202
Phone: (303) 623-9000
Fax: (303) 623-9222
E-mail: bcohen@lrrlaw.com
ccaby@lrrlaw.com
kbronson@lrrlaw.com

*Attorneys for Tom H. Connolly, Chapter 7 Trustee*