# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | ) Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., ) | ) Chapter 7 |
| and ) | ) Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., ) | ) Chapter 11 |
| Debtors. ) | ) Jointly Administered Under ) Case No. 10-24238 HRT |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 1, 2014, the following documents were served:

a. Third Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee; [Proposed] Order Granting Third Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee and Cover Sheet for Third Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee (the "Application" and "Cover Sheet") [Doc. No.209]

b. Notice of Third Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee. (the "Notice") [Doc. No. 210]

by depositing same in the United States mail, first-class postage prepaid, addressed to the CM/ECF registered attorneys and parties in interest at the addresses of record on the Court's electronic database ("Mailing Matrix") as of the date of service of the above, as follows:

(1) The Notice, Cover Sheet and Application to those parties listed on the attached **Exhibit A**

(2) The Notice and Cover Sheet to those parties listed on the attached **Exhibit B**

2004712440_1

DATED: April 1, 2014

/s/ Carol Ealey
OF: LEWIS ROCA ROTHGERBER LLP

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Tue Apr  1 08:30:25 MDT 2014 | Chad S. Caby<br>One Tabor Center<br>Suite 3000<br>Denver, CO 80202-5855 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 |
| Tom H. Connolly<br>950 Spruce St.<br>Suite 1C<br>Louisville, CO 80027-1977 | Lars H. Fuller<br>303 E. 17th Ave.<br>Ste. 1100<br>Denver, CO 80203-1264 | Daniel J. Garfield<br>360 S. Garfield St.<br>6th Fl.<br>Denver, CO 80209-3186 |
| Ira S Greene<br>750 Lexington Avenue<br>New York, NY 10022-1200 | Eric E. Johnson<br>633 17th St.<br>Ste. 3000<br>Denver, CO 80202-3622 | Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264-1901 |
| Christian C. Onsager<br>1801 Broadway<br>Ste. 900<br>Denver, CO 80202-3858 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | David B. Wilson<br>633 17th St.<br>Ste. 3000<br>Denver, CO 80202-3622 |

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11

Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Tue Apr  1 08:32:47 MDT 2014 | Avaya, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | Jack Blaine<br>c/o Onsager, Staelin & Guyerson<br>1873 S. Bellaire St.<br>Suite 1401<br>Denver, CO 80222-4359 |
| CIT Communications Finance Corporation<br>aka Avaya Financial Services<br>1162 E. Sonterra Blvd<br>San Antonio, TX 78258-4047 | Chad S. Caby<br>One Tabor Center<br>Suite 3000<br>Denver, CO 80202-5855 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 |
| Colorado Department Of Revenue<br>1375 Sherman St.<br>Room 504<br>Attention Bankruptcy Unit<br>Denver CO 80261-3000 | Tom H. Connolly<br>950 Spruce St.<br>Suite 1C<br>Louisville, CO 80027-1977 | Lars H. Fuller<br>303 E. 17th Ave.<br>Ste. 1100<br>Denver, CO 80203-1264 |
| Daniel J. Garfield<br>360 S. Garfield St.<br>6th Fl.<br>Denver, CO 80209-3186 | Ira S Greene<br>750 Lexington Avenue<br>New York, NY 10022-1200 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jack Blaine<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 | Jack Blaine<br>c/o Christian Onsager, Esq.<br>Onsager Staelin & Guyerson, LLC<br>1873 S. Bellaire Ste. 1401<br>Denver, CO 80222-4359 | Jeffrey P. Bialos<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004-2415 |
| Eric E. Johnson<br>633 17th St.<br>Ste. 3000<br>Denver, CO 80202-3622 | Lars Fuller<br>Baker & Hostetler LLP<br>303 East 17th Avenue<br>Suite 1100<br>Denver, CO 80203-1264 | Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264-1901 |
| Christian C. Onsager<br>1801 Broadway<br>Ste. 900<br>Denver, CO 80202-3858 | SVS Holdings, Inc.<br>PO Box 815<br>Broomfield, CO 80038-0815 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 |
| Security & Exchange Commission<br>Central Regional Office<br>1801 California St.<br>Ste. 1500<br>Denver CO 80202-2656 | Sequoia Voting Systems, Inc.<br>950 Spruce St., Suite 1C<br>Louisville, CO 80027-1977 | Sequoia Voting Systems, Inc.<br>717 17th St, Suite 310<br>Denver, CO 80202-3310 |
| Smartmatic Corporation<br>1001 Broken Sound Parkway, Suite D<br>Boca Raton, FL 33487-3532 | Smartmatic USA Corporation<br>c/o Ira S. Greene, Esq.<br>Hogan Lovells US LLP<br>875 Third Avenue<br>New York, NY 10022-7222 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 |
| United States Trustee<br>999 18th Street, Suite 1551<br>Denver, CO 80202-2415 | David B. Wilson<br>633 17th St.<br>Ste. 3000<br>Denver, CO 80202-3622 | **Exhibit B** |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Dominion Voting Systems Corporation | (du)Dominion Voting Systems, Inc. | (u)Patrick C. Giefer |
| (u)Ira S. Greene | (u)Rothgerber Johnson & Lyons LLP | (u)Sequoia Voting Systems, Inc. |
| (u)Smartmatic Corporation | (u)Smartmatic USA Corporation | (u)Khang V. Tran |

End of Label Matrix
Mailable recipients    28
Bypassed recipients     9
Total                  37