UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., | ) Chapter 7 |
| | ) |
| and | ) |
| | ) Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered Under |
| | ) Case No. 10-24238 HRT |
| | ) |

**MOTION TO FILE PORTIONS OF FEE APPLICATIONS UNDER SEAL**

Plaintiff Tom H. Connolly, Chapter 7 Trustee for SVS Holdings, Inc. (the "Trustee"), by and through his undersigned attorneys, hereby submits his Motion to File Portions of Fee Applications Under Seal pursuant to Fed. R. Bankr. P. 9018, and states as follows:

1. Lewis Roca Rothgerber LLP ("LRR") has been engaged as Special Litigation Counsel to Tom Connolly, Chapter 7 Trustee in the SVS Holdings, Inc. bankruptcy proceeding.

2. LRR represents the Trustee in conjunction with an adversary proceeding captioned *Connolly v. Dominion Voting Systems, et al.*, Adversary Proceeding No. 12-01757-HRT. LRR also represents the Chapter 7 Trustee in the context of the Motion to Substantively Consolidate Debtors' Estates and Motion for Substantive Consolidation Nunc Pro Tunc to June 8, 2010 ("Motion"), filed herein. The adversary proceeding and the Motion are collectively referred to herein as the "Litigation." Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "Dominion") are the opposing parties in the Litigation.

3. LRR must file fee applications in order to be compensated. Such fee applications contain detailed time entries as required by Fed. R. Bankr. P. 2016(a) and Local Rule 2016-1.

4. The time entries accompanying each fee application require disclosure of specific activity related to the Litigation. For instance, the time entries reflect the subject matter of attorney-client communications, communication with potential witnesses, and the nature of substantive research. In order to provide the information necessary for the Court, the Trustee and creditors to evaluate the reasonableness of the fees charged by LRR, sufficiently detailed information must be provided. However, the inclusion of such detail in the fee applications risks disclosure of attorney-client communications and work product during the pendency of the Litigation.

2004675737_1

5.       Pursuant to Fed. R. Bankr. P. 9018, LRR proposes to file that portion of its fee applications that contains detailed time entries under seal. Copies of the time entries will be made available to the Trustee and his counsel, Dan Garfield of Foster Graham Milstein & Calisher, LLP. In addition, any creditor requesting a copies of the detailed time entries may receive them, provided they execute a nondisclosure agreement. The detailed time entries will not be made available to Dominion or its counsel.

WHEREFORE, the Trustee respectfully requests that the Court enter its Order authorizing the filing of its time entries under seal, and for such other and further relief as is appropriate.

DATED: April 1, 2014       LEWIS ROCA ROTHGERBER LLP

*/s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
Chad S. Caby, No. 30927
Kristin M. Bronson, No. 28559
1200 17th Street, Suite 3000
Denver, CO 80202
Telephone: (303) 623-9000
Fax:    (303) 623-9222
E-mail:  bcohen@lrrlaw.com
         ccaby@lrrlaw.com
         kbronson@lrrlaw.com

*Attorneys for Tom H. Connolly, Chapter 7 Trustee*

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2014, I electronically filed the foregoing **MOTION TO FILE PORTIONS OF FEE APPLICATIONS UNDER SEAL** with the Clerk of the Court using the CM/ECF system and mailed a copy of such filing via first class mail, postage prepaid, to the attorneys of record and parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on April 1, 2014.

                                                   */s/ Carol Ealey*
                                                 OF: Lewis Roca Rothgerber LLP

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-24238-HRT<br>District of Colorado<br>Denver<br>Tue Apr 1 08:30:25 MDT 2014 | Chad S. Caby<br>One Tabor Center<br>Suite 3000<br>Denver, CO 80202-5855 | Brent R. Cohen<br>1200 17th St.<br>Ste. 3000<br>Denver, CO 80202-5855 |
| Tom H. Connolly<br>950 Spruce St.<br>Suite 1C<br>Louisville, CO 80027-1977 | Lars H. Fuller<br>303 E. 17th Ave.<br>Ste. 1100<br>Denver, CO 80203-1264 | Daniel J. Garfield<br>360 S. Garfield St.<br>6th Fl.<br>Denver, CO 80209-3186 |
| Ira S Greene<br>750 Lexington Avenue<br>New York, NY 10022-1200 | Eric E. Johnson<br>633 17th St.<br>Ste. 3000<br>Denver, CO 80202-3622 | Kevin S. Neiman<br>1660 Lincoln St.<br>Ste. 1900<br>Denver, CO 80264-1901 |
| Christian C. Onsager<br>1801 Broadway<br>Ste. 900<br>Denver, CO 80202-3858 | US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | David B. Wilson<br>633 17th St.<br>Ste. 3000<br>Denver, CO 80202-3622 |

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11