# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., | ) Chapter 7 |
| | ) |
| and | ) |
| | ) Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered Under |
| | ) Case No. 10-24238 HRT |
| | ) |

## ORDER

The above-entitled matter, having come before the Court on a Motion to File Portions of Fee Applications Under Seal (the "Motion"), filed on behalf of Lewis Roca Rothgerber LLP ("LRR"). The Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that the Motion shall be, and hereby is, GRANTED;

IT IS FURTHER ORDERED that LRR is authorized to file the time entry portion of its fee applications under seal, with copies made available to the Trustee and his counsel;

IT IS FURTHER ORDERED that copies of the time entries shall be made available to creditors of the Debtor, upon execution of a nondisclosure agreement satisfactory to LRR.

DATED this _____ day of _____, 2014.

BY THE COURT:

_____
Bankruptcy Court Judge