## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| SVS HOLDINGS, INC., ) | Case No. 10-24238 HRT |
| ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| In re: ) | |
| SEQUOIA VOTING SYSTEMS, INC. ) | Case No. 14-11360 HRT |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | **Jointly Administered Under** |
| ) | **Case No. 10-24238 HRT** |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

     PLEASE TAKE NOTICE that Michael J. Guyerson enters his appearance on behalf of creditor, D3 Technology Solutions, LLC, and requests all notices given or required in this case and all papers served or required to be served in this case be served upon the following:

Michael J. Guyerson, Esq.
ONSAGER | GUYERSON | FLETCHER | JOHNSON
1801 Broadway, Suite 900
Denver, CO  80202
(303) 512-1123
mguyerson@OGFJ-law.com

Dated: April 23, 2014

                                                   Respectfully submitted,

                                                   **ONSAGER | GUYERSON | FLETCHER | JOHNSON**

                                                   <u>s/ Michael J. Guyerson</u>
                                                      Michael J. Guyerson, #11279
                                                 1801 Broadway, Suite 900
                                                 Denver, Colorado 80202
                                                 Ph: (303) 512-1123
                                                 Fax: (303) 512-1129
                                                 mguyerson@OGFJ-law.com

**Certificate of Service**

      I certify that on April 23, 2014, a copy of this **Entry of Appearance and Request for Notice** was served by placing it in the United States mail, postage pre-paid, addressed to the following:

| | | |
|---|---|---|
| SVS Holdings, Inc.<br>PO Box 815<br>Broomfield, CO  80038 | Kevin S. Neiman<br>1660 Lincoln St., Ste. 1900<br>Denver, CO  80264 | Sequoia Voting Systems, Inc.<br>950 Spruce St., Suite 1C<br>Louisville, CO  80027 |
| Daniel J. Garfield<br>360 S. Garfield St., 6th Flr.<br>Denver, CO  80209 | Tom H. Connolly<br>950 Spruce St., #1C<br>Louisville, CO  80027 | Brent R. Cohen<br>1200 17th St., Ste. 3000<br>Denver, CO  80202 |
| Office of the U.S. Trustee<br>999 18th Street, Ste. 1551<br>Denver, CO  80202 | Chad S. Caby, Esq.<br>Rothgerber Johnson & Lyons LLP<br>1200 17th Street, Suite 3000<br>Denver, CO  80202 | |

                                                   s/ Angie Garcia