# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| SVS Holdings, Inc., | ) | 10-24238 HRT |
| | ) | Chapter 7 |
| Debtor(s). | ) | |
| | ) | |
| | ) | |
| Sequoia Voting Systems, Inc., | ) | Bankruptcy Case No. |
| | ) | 14-11360 HRT |
| Debtor(s). | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered Case No. 10-42438 HRT |
| | ) | |

## ORDER AND NOTICE OF STATUS CONFERENCE

THIS MATTER comes before the Court on its own review.

On June 3, 2014, this Court held a Preliminary Hearing on the Motion to Substantively Consolidate Debtors' Estates and Motion for Substantive Consolidation Nunc Pro Tunc to June 8, 2010 (the "Motion," docket #196), filed by Sequoia Voting Systems, Inc., and Tom H. Connolly, Chapter 7 Trustee for SVS Holdings, Inc., and the Objections thereto filed by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (docket #202) and D3 Technology Solutions, LLC (docket #224). At that hearing, the Court noted its concerns regarding its jurisdiction to hear the Motion or confirmation of Debtor Sequoia's Chapter 11 plan, in light of the pending adversary proceeding, case number 12-01757-HRT, involving the same issue of substantive consolidation, and for which the reference has been withdrawn to the U.S. District Court. The Court's minute order provided:

> After the filing of Sequoia's plan and disclosure statement, the parties must file with the U.S. District Court a motion that seeks withdrawal of the reference or other clarification of this Court's authority to proceed with the Motion and/or plan confirmation, given the pending adversary proceeding.

Minute Order (docket #227), entered June 3, 2014.

Sequoia's plan and disclosure statement have been filed (docket ##36,37 in case number 14-11360-HRT), but it does not appear that the parties have filed with the U.S. District Court a motion that seeks withdrawal of the reference or other clarification of this Court's authority to proceed with the Motion and/or plan confirmation, given the pending adversary proceeding. The Court will therefore set the matter for a telephonic status conference.

Accordingly, it is

HEREBY ORDERED that a telephonic status conference will be held on **Wednesday, August 27, 2014, at 1:30 p.m. in Courtroom B,** U.S. Custom House, 721 19th Street, Denver, Colorado.

Counsel may appear by telephone at the conference by calling the Court at 720-904-7488. The meeting access code is 993 504 145, followed by the # sign.

The Clerk shall docket this Order in both the lead case and the jointly administered Chapter 11 case.

DATED this __4th__ day of August, 2014.

BY THE COURT:

_____
Howard R. Tallman, Judge
United States Bankruptcy Court