```
                               United States Bankruptcy Court
                                     District of Colorado
In re:                                                                    Case No. 10-24238-HRT
SVS Holdings, Inc.                                                        Chapter 7
Sequoia Voting Systems, Inc.
         Debtors                    CERTIFICATE OF NOTICE
District/off: 1082-1          User: nguyent                Page 1 of 2         Date Rcvd: Aug 04, 2014
                              Form ID: pdf904              Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2014.
db            +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815
db            +Sequoia Voting Systems, Inc.,    950 Spruce St., Suite 1C,    Louisville, CO 80027-1977
cr            +Jack Blaine,    c/o Onsager, Staelin & Guyerson,    1873 S. Bellaire St.,    Suite 1401,
                Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Rothgerber Johnson & Lyons LLP
acc            Patrick C. Giefer
                                                                                         TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2014 at the address(es) listed below:
              Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@lrrlaw.com,    cealey@lrrlaw.com
              Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@lrrlaw.com,    cealey@lrrlaw.com
              Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@lrrlaw.com,    cealey@lrrlaw.com
              Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@lrrlaw.com,
               cealey@lrrlaw.com
              Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@lrrlaw.com,
               cealey@lrrlaw.com
              Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@lrrlaw.com,
               kmeans@lrrlaw.com
              Chad S. Caby    on behalf of Creditor    Smartmatic Corporation ccaby@lrrlaw.com,  kmeans@lrrlaw.com
              Christian C. Onsager    on behalf of Creditor Jack  Blaine consager@OGFJ-law.com,
               agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
              Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com,
               tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com,
               tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Debtor    Sequoia Voting Systems, Inc.
               dgarfield@fostergraham.com,    tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Cross-Claimant    Sequoia Voting Systems, Inc.
               dgarfield@fostergraham.com,    tvargas@fostergraham.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Creditor    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Creditor    Dominion Voting Systems, Inc. dwilson@shermanhoward.com,
               rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
```

```
District/off: 1082-1          User: nguyent              Page 2 of 2                    Date Rcvd: Aug 04, 2014
                              Form ID: pdf904            Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Ira S Greene    on behalf of Creditor    Smartmatic Corporation igreene@edwardswildman.com
              Kevin S. Neiman    on behalf of Debtor    SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              Kristin M. Bronson    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee
               kbronson@rothgerber.com,    rnewcomer@rothgerber.com
              Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;SBeer@bakerlaw.com
              Leo M. Weiss    on behalf of U.S. Trustee    US Trustee Leo.M.Weiss@usdoj.gov
              Michael J. Guyerson    on behalf of Defendant Jack   Blaine mguyerson@OGFJ-law.com,
               agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
              Michael J. Guyerson    on behalf of Creditor    D3 Technology Solutions, LLC mguyerson@OGFJ-law.com,
               agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
              Tom H. Connolly     tconnolly@ecf.epiqsystems.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 33
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re | |
| | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC. | Chapter 7 |
| and | |
| | Case No. 14-11360 HRT |
| SEQUOIA VOTING SYSTEMS, INC. | Chapter 11 |
| Debtors. | Jointly Administered under Case No. 10-24238 HRT |

**ORDER GRANTING AMENDED APPLICATION TO EMPLOY FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE TRUSTEE AND DEBTOR IN POSSESSION PURSUANT TO 11 U.S.C. §§ 327(a), 328, 331 AND 1107(b), *NUNC PRO TUNC* TO APRIL 1, 2014**

The above-entitled matter having come before the Court on the Amended Application to Employ FTI Consulting, Inc. as Financial Advisor to the Trustee and Debtor in Possession Pursuant to 11 U.S.C. §§ 327(a), 328, 331 and 1107(b), *Nunc Pro Tunc* to April 1, 2014 (the "Application"); the Court having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that the Application shall be, and hereby is, GRANTED;

IT IS FURTHER ORDERED that the employment of FTI Consulting, Inc. as financial advisor to the Chapter 7 Trustee, Tom H. Connolly and debtor Sequoia Voting Systems, Inc., is approved, nunc pro tunc April 1, 2014.

DATED this  4th  day of  August , 2014.

BY THE COURT:

*Howard Tallman*
Bankruptcy Court Judge

{00053984.DOCX / 1 }