```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                              Case No. 10-24238-HRT
SVS Holdings, Inc.                                                  Chapter 7
Sequoia Voting Systems, Inc.
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: nguyent                Page 1 of 2             Date Rcvd: Aug 04, 2014
                              Form ID: pdf904              Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2014.
```
db            +SVS Holdings, Inc.,    PO Box 815,   Broomfield, CO 80038-0815
db            +Sequoia Voting Systems, Inc.,    950 Spruce St., Suite 1C,   Louisville, CO 80027-1977
cr            +Jack Blaine,    c/o Onsager, Staelin & Guyerson,   1873 S. Bellaire St.,   Suite 1401,
                Denver, CO 80222-4359
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Rothgerber Johnson & Lyons LLP
acc            Patrick C. Giefer
                                                                                              TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2014 at the address(es) listed below:
```
              Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@lrrlaw.com,   cealey@lrrlaw.com
              Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@lrrlaw.com,   cealey@lrrlaw.com
              Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@lrrlaw.com,   cealey@lrrlaw.com
              Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@lrrlaw.com,
               cealey@lrrlaw.com
              Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@lrrlaw.com,
               cealey@lrrlaw.com
              Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@lrrlaw.com,
               kmeans@lrrlaw.com
              Chad S. Caby    on behalf of Creditor    Smartmatic Corporation ccaby@lrrlaw.com,   kmeans@lrrlaw.com
              Christian C. Onsager    on behalf of Creditor Jack  Blaine consager@OGFJ-law.com,
               agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
              Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com,
               tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com,
               tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Debtor    Sequoia Voting Systems, Inc.
               dgarfield@fostergraham.com,    tvargas@fostergraham.com
              Daniel J. Garfield    on behalf of Cross-Claimant    Sequoia Voting Systems, Inc.
               dgarfield@fostergraham.com,    tvargas@fostergraham.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Creditor    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Creditor    Dominion Voting Systems, Inc. dwilson@shermanhoward.com,
               rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,    rneal@shermanhoward.com;efiling@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
```

```
District/off: 1082-1          User: nguyent              Page 2 of 2              Date Rcvd: Aug 04, 2014
                              Form ID: pdf904            Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,    efiling@shermanhoward.com;rneal@shermanhoward.com
              Ira S Greene    on behalf of Creditor    Smartmatic Corporation igreene@edwardswildman.com
              Kevin S. Neiman    on behalf of Debtor    SVS Holdings, Inc. kneiman@hblegal.net,
               dhowell@hblegal.net;thoy@hblegal.net
              Kristin M. Bronson    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee
               kbronson@rothgerber.com,    rnewcomer@rothgerber.com
              Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               icruz@bakerlaw.com;SBeer@bakerlaw.com
              Leo M. Weiss    on behalf of U.S. Trustee    US Trustee Leo.M.Weiss@usdoj.gov
              Michael J. Guyerson    on behalf of Defendant Jack   Blaine mguyerson@OGFJ-law.com,
               agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
              Michael J. Guyerson    on behalf of Creditor    D3 Technology Solutions, LLC mguyerson@OGFJ-law.com,
               agarcia@OGFJ-law.com;bmoss@OGFJ-law.com
              Tom H. Connolly    tconnolly@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 33
```

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| SVS Holdings, Inc., | ) | 10-24238 HRT |
| | ) | Chapter 7 |
| Debtor(s). | ) | |
| | ) | |
| | ) | |
| Sequoia Voting Systems, Inc., | ) | Bankruptcy Case No. |
| | ) | 14-11360 HRT |
| Debtor(s). | ) | Chapter 11 |
| | ) | |
| | ) | Jointly Administered Case No. 10-42438 HRT |
| | ) | |

### ORDER AND NOTICE OF STATUS CONFERENCE

THIS MATTER comes before the Court on its own review.

On June 3, 2014, this Court held a Preliminary Hearing on the Motion to Substantively Consolidate Debtors' Estates and Motion for Substantive Consolidation Nunc Pro Tunc to June 8, 2010 (the "Motion," docket #196), filed by Sequoia Voting Systems, Inc., and Tom H. Connolly, Chapter 7 Trustee for SVS Holdings, Inc., and the Objections thereto filed by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (docket #202) and D3 Technology Solutions, LLC (docket #224). At that hearing, the Court noted its concerns regarding its jurisdiction to hear the Motion or confirmation of Debtor Sequoia's Chapter 11 plan, in light of the pending adversary proceeding, case number 12-01757-HRT, involving the same issue of substantive consolidation, and for which the reference has been withdrawn to the U.S. District Court. The Court's minute order provided:

> After the filing of Sequoia's plan and disclosure statement, the parties must file with the U.S. District Court a motion that seeks withdrawal of the reference or other clarification of this Court's authority to proceed with the Motion and/or plan confirmation, given the pending adversary proceeding.

Minute Order (docket #227), entered June 3, 2014.

Sequoia's plan and disclosure statement have been filed (docket ##36,37 in case number 14-11360-HRT), but it does not appear that the parties have filed with the U.S. District Court a motion that seeks withdrawal of the reference or other clarification of this Court's authority to proceed with the Motion and/or plan confirmation, given the pending adversary proceeding. The Court will therefore set the matter for a telephonic status conference.

Accordingly, it is

HEREBY ORDERED that a telephonic status conference will be held on **Wednesday, August 27, 2014, at 1:30 p.m. in Courtroom B,** U.S. Custom House, 721 19th Street, Denver, Colorado.

Counsel may appear by telephone at the conference by calling the Court at 720-904-7488.  The meeting access code is 993 504 145, followed by the # sign.

The Clerk shall docket this Order in both the lead case and the jointly administered Chapter 11 case.

DATED this  4th   day of August, 2014.

BY THE COURT:

_____
Howard R. Tallman, Judge
United States Bankruptcy Court