United States Bankruptcy Court
District of Colorado

In re:                                                                Case No. 10-24238-HRT
SVS Holdings, Inc.                                                    Chapter 7
Sequoia Voting Systems, Inc.
        Debtors               **CERTIFICATE OF NOTICE**

District/off: 1082-1          User: nguyent          Page 1 of 2          Date Rcvd: Dec 08, 2015
                              Form ID: pdf904        Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2015.
db            +SVS Holdings, Inc.,    PO Box 815,   Broomfield, CO 80038-0815
db            +Sequoia Voting Systems, Inc.,    950 Spruce St., Suite 1C,   Louisville, CO 80027-1977
cr            +Jack Blaine,   c/o Onsager, Staelin & Guyerson,   1873 S. Bellaire St.,   Suite 1401,
               Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Rothgerber Johnson & Lyons LLP
acc           Patrick C. Giefer
                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2015                          Signature:   /s/Joseph Speetjens

─────────────────────────────────────────────────────────────────────────────

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 8, 2015 at the address(es) listed below:
          Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@lrrlaw.com,   cealey@lrrlaw.com
          Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@lrrlaw.com,   cealey@lrrlaw.com
          Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@lrrlaw.com,   cealey@lrrlaw.com
          Brent R. Cohen    on behalf of Debtor   Sequoia Voting Systems, Inc. bcohen@lrrlaw.com,
           cealey@lrrlaw.com
          Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@lrrlaw.com,
           cealey@lrrlaw.com
          Brent R. Cohen    on behalf of Creditor   Smartmatic Corporation bcohen@lrrlaw.com,
           cealey@lrrlaw.com
          Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@lrrlaw.com,
           kmeans@lrrlaw.com
          Chad S. Caby    on behalf of Creditor   Smartmatic Corporation ccaby@lrrlaw.com,   kmeans@lrrlaw.com
          Christian C. Onsager    on behalf of Creditor Jack  Blaine consager@OGFJ-law.com,
           tcadwell@OGFJ-law.com;bmoss@OGFJ-law.com
          Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@fostergraham.com,
           tvargas@fostergraham.com
          Daniel J. Garfield    on behalf of Debtor   SVS Holdings, Inc. dgarfield@fostergraham.com,
           tvargas@fostergraham.com
          Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@fostergraham.com,
           tvargas@fostergraham.com
          Daniel J. Garfield    on behalf of Debtor   Sequoia Voting Systems, Inc.
           dgarfield@fostergraham.com,   tvargas@fostergraham.com
          Daniel J. Garfield    on behalf of Cross-Claimant   Sequoia Voting Systems, Inc.
           dgarfield@fostergraham.com,   tvargas@fostergraham.com
          Daniel J. Garfield    on behalf of Financial Advisor   FTI Consulting, Inc.
           dgarfield@fostergraham.com,   tvargas@fostergraham.com
          David B. Wilson    on behalf of Interested Party   Dominion Voting Systems Corporation
           dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
          David B. Wilson    on behalf of Creditor   Dominion Voting Systems Corporation
           dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
          David B. Wilson    on behalf of Creditor   Dominion Voting Systems, Inc. dwilson@shermanhoward.com,
           dcollier@shermanhoward.com;efiling@shermanhoward.com
          David B. Wilson    on behalf of Defendant   Dominion Voting Systems Corporation
           dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
          David B. Wilson    on behalf of Interested Party   Dominion Voting Systems, Inc.
           dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
          David B. Wilson    on behalf of Defendant   Dominion Voting Systems, Inc.
           dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com

```
District/off: 1082-1          User: nguyent            Page 2 of 2              Date Rcvd: Dec 08, 2015
                              Form ID: pdf904          Total Noticed: 3


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Eric E. Johnson    on behalf of Interested Party   Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party   Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Ira S Greene    on behalf of Creditor    Smartmatic Corporation igreene@edwardswildman.com
              Kristin M. Bronson    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee
               kbronson@rothgerber.com,   rnewcomer@rothgerber.com
              Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               JDuncan@bakerlaw.com;SBeer@bakerlaw.com
              Leo M. Weiss    on behalf of U.S. Trustee    US Trustee, 11 Leo.M.Weiss@usdoj.gov
              Michael J. Guyerson    on behalf of Creditor    D3 Technology Solutions, LLC mguyerson@OGFJ-law.com,
               tcadwell@OGFJ-law.com;bmoss@OGFJ-law.com
              Michael J. Guyerson    on behalf of Defendant Jack  Blaine mguyerson@OGFJ-law.com,
               tcadwell@OGFJ-law.com;bmoss@OGFJ-law.com
              Tom H. Connolly    tconnolly@ecf.epiqsystems.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
                                                                                      TOTAL: 35
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re | ) |
| | ) Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., | ) Chapter 7 |
| | ) |
| and | ) |
| | ) Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered Under |
| | ) Case No. 10-24238 HRT |

**ORDER**

The above-entitled matter, having come before the Court on a Motion to File Portions of Fee Application Under Seal (the "Motion"), filed on behalf of Lewis Roca Rothgerber LLP ("LRR").  The Court, having reviewed the pleadings filed herein:

IT IS HEREBY ORDERED that the Motion shall be, and hereby is, GRANTED;

IT IS FURTHER ORDERED that LRR is authorized to file the time entry portion of its fee application under seal, with copies made available to the Trustee and his counsel;

IT IS FURTHER ORDERED that copies of the time entries shall be made available to creditors of the Debtor, upon execution of a nondisclosure agreement satisfactory to LRR.

DATED this __8th__ day of _____December_____, 2015.

BY THE COURT:

_Howard Tallman_
_____
Bankruptcy Court Judge

2005653751_1