UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., | ) Chapter 7 |
| | ) |
| and | ) |
| | ) Case No. 14-11360-HRT |
| SEQUOIA VOTING SYSTEMS, INC., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered Under |
| | ) Case No. 10-24238 HRT |

**MOVANT'S CERTIFICATE OF NON-CONTESTED MATTER
AND REQUEST FOR ENTRY OF ORDER**

On December 3, 2015, Lewis Roca Rothgerber LLP n/k/a Lewis Roca Rothgerber Christie LLP (the "Movant") filed its Eighth Interim Application for Approval of Professional Compensation and Reimbursement of Expenses by Lewis Roca Rothgerber LLP, Litigation Counsel to Trustee (the "Application"). Movant hereby certifies that the following is true and correct:

1. Service of the Motion and notice were timely made on all parties against whom relief is sought pursuant to FED. R. BANKR. P. 9019 and 2002 and L.B.R. 9013-1 and 2002-1 or in the manner permitted by an order of the court, as is shown on the Certificate of Service previously filed with the Application (Docket No. 386).

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to FED. R. BANKR. P. 9019 and 2002 and L.B.R. 9013-1 and 2002-1 or in the manner permitted by an order of the court, as is shown on the Certificate of Service previously filed with the Application on December 3, 2015 (Docket No. 386).

3. The docket numbers for each of the relevant documents are:

    (a) The Application and all documents attached thereto and served therewith (Docket No. 384);

    (b) The Notice (Docket No. 385);

    (c) The proposed Order (Docket No. 384); and

    (d) The Certificate of Service (Docket No. 386).

2005716293_1

4.	No objections to or requests for hearing on the Motion were received by the undersigned or filed with the court or, if filed with the court and docketed in the case, filed by the date designated in the notice, or have been resolved or were otherwise withdrawn.

WHEREFORE, Movant prays that the court forthwith enter an order, **a form of which was submitted with the Motion,** granting the requested relief.

DATED this 6th day of January, 2016.

        Respectfully submitted,

        LEWIS ROCA ROTHGERBER CHRISTIE LLP

        */s/ Brent R. Cohen*
        Brent R. Cohen, No. 11297
        Chad S. Caby, No. 30927
        Kristin M. Bronson, No. 28559
        One Tabor Center, Suite 3000
        1200 17th Street
        Denver, Colorado 80202
        Telephone: (303) 623-9000
        Facsimile: (303) 623-9222
        bcohen@lrrc.com
        ccaby@lrrc.com

        *Attorneys for Tom H. Connolly, Chapter 7 Trustee*