# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC., ) | |
| ) | Chapter 7 |
| Debtor(s). ) | |
| In re: ) | |
| ) | Case No. 14-11360 |
| SEQUOIA VOTING SYSTEMS., ) | |
| ) | Chapter 11 |
| Debtor(s). ) | |
| ) | |
| ) | Jointly Admin. Under Case No. 10-24238 HRT |
| ) | |
| ) | |

## TRUSTEE'S STIPULATED AND ADMITTED EXHIBIT LIST
_____

Tom H. Connolly, Chapter 7 Trustee for SVS Holdings, Inc., and Sequoia Voting Systems, Inc., debtor-in-possession, by and through their undersigned counsel, Lewis Roca Rothgerber Christie LLP, hereby submit their Stipulated and Admitted Exhibit List pursuant to the Court's Minutes of Proceeding, dated July 7, 2016 [Doc. No. 489], as follows:

**See attached list**.

DATED: JULY 15, 2016.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Brent R. Cohen*
Brent R. Cohen, No. 11297
Kristin M. Bronson, No. 28559
Chad S. Caby, No. 30927
1200 17th Street, Suite 3000
Denver, CO  80202
Phone:  303.623.9000  Fax:  303.623.9222
E-mail:  bcohen@lrrc.com; kbronson@lrrc.com
*Attorneys for Tom H. Connolly, Chapter 7 Trustee*

2010539723_1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2016, I electronically filed the foregoing **TRUSTEE'S STIPULATED AND ADMITTED EXHIBIT LIST** with the Clerk of the Court using the CM/ECF system and mailed a copy of such filing via first class mail, postage prepaid, to the following:

Eric E. Johnson, Esq.
David B. Wilson, Esq.
Sherman & Howard
633 17th Street, Suite 3000
Denver, CO 80202

George Schuster, Esq.
Wilmer Hale
69 State Street
Boston, MA 02109

Daniel J. Garfield
McAllister Law Office, P.C.
36 Steele Street, Suite 200
Denver, CO  80206

Ira Greene, Esq.
Locke Lord LLP
200 Vesey Street
New York, NY 10281

Leo Weiss
U.S. Trustee's Office
999 18th Street, Suite 1551
Denver, CO 80202

                                                  s/    *Jennah Little*
                                                  For: Lewis Roca Rothgerber Christie LLP