**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re | |
| | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC. | Chapter 7 |
| and | |
| | Case No. 14-11360 HRT |
| SEQUOIA VOTING SYSTEMS, INC. | Chapter 11 |
| Debtors. | Jointly Administered under Case No. 10-24238 HRT |

**ORDER GRANTING TRUSTEE'S MOTION TO FILE**
**PORTIONS OF FEE APPLICATION UNDER SEAL**

The above-entitled matter, having come before the Court on the Motion to File Portions of Fee Application Under Seal (the "Motion"), filed by Tom H. Connolly, Chapter 7 Trustee for SVS Holdings, Inc. (the "Trustee") for the fourth interim fee application of FTI Consulting, Inc. ("FTI"). The Court, having reviewed the pleadings filed herein, hereby:

ORDERS that the Motion shall be, and hereby is, GRANTED;

IT IS FURTHER ORDERED that FTI is authorized to file the time entry portion of its fee application under seal, with copies made available to the Trustee and his counsel;

IT IS FURTHER ORDERED that copies of the time entries shall be made available to creditors of SVS Holdings, Inc., upon execution of a nondisclosure agreement satisfactory to FTI

Dated: November 16, 2016

BY THE COURT

_____
United States Bankruptcy Judge