```
                              United States Bankruptcy Court
                                    District of Colorado

In re:                                                              Case No. 10-24238-HRT
SVS Holdings, Inc.                                                  Chapter 7
Sequoia Voting Systems, Inc.
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: hoelscher            Page 1 of 2              Date Rcvd: Nov 16, 2016
                              Form ID: pdf904            Total Noticed: 4
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db             +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815
db             +Sequoia Voting Systems, Inc.,    950 Spruce St., Suite 1C,    Louisville, CO 80027-1977
aty           #+McAllister Law Office,    36 Steele Street,    Suite 200,    Denver, CO 80206-5710
cr             +Jack Blaine,   c/o Onsager, Staelin & Guyerson,    1873 S. Bellaire St.,    Suite 1401,
                 Denver, CO 80222-4359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Rothgerber Johnson & Lyons LLP
acc             Patrick C. Giefer
                                                                                               TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@lrrc.com,    jlittle@lrrc.com
              Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@lrrc.com,    jlittle@lrrc.com
              Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@lrrc.com,    jlittle@lrrc.com
              Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@lrrc.com,    jlittle@lrrc.com
              Brent R. Cohen    on behalf of Debtor    Sequoia Voting Systems, Inc. bcohen@lrrc.com,
               jlittle@lrrc.com
              Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@lrrc.com,
               jlittle@lrrc.com
              Chad S. Caby    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@lrrc.com,
               kmeans@lrrc.com
              Chad S. Caby    on behalf of Debtor    Sequoia Voting Systems, Inc. ccaby@lrrc.com,   kmeans@lrrc.com
              Chad S. Caby    on behalf of Trustee Tom H. Connolly ccaby@lrrc.com,    kmeans@lrrc.com
              Chad S. Caby    on behalf of Creditor    Smartmatic Corporation ccaby@lrrc.com,    kmeans@lrrc.com
              Christian C. Onsager    on behalf of Creditor Jack  Blaine consager@OGFJ-law.com,
               tcadwell@OGFJ-law.com;bmoss@OGFJ-law.com
              Daniel J. Garfield    on behalf of Attorney    McAllister Law Office
               dgarfield@mcallisterlawoffice.com,    dgarfield@mcallisterlawoffice.com
              Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@mcallisterlawoffice.com,
               dgarfield@mcallisterlawoffice.com
              Daniel J. Garfield    on behalf of Debtor    SVS Holdings, Inc. dgarfield@mcallisterlawoffice.com,
               dgarfield@mcallisterlawoffice.com
              Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@mcallisterlawoffice.com,
               dgarfield@mcallisterlawoffice.com
              Daniel J. Garfield    on behalf of Debtor    Sequoia Voting Systems, Inc.
               dgarfield@mcallisterlawoffice.com,    dgarfield@mcallisterlawoffice.com
              Daniel J. Garfield    on behalf of Cross-Claimant    Sequoia Voting Systems, Inc.
               dgarfield@mcallisterlawoffice.com,    dgarfield@mcallisterlawoffice.com
              Daniel J. Garfield    on behalf of Financial Advisor    FTI Consulting, Inc.
               dgarfield@mcallisterlawoffice.com,    dgarfield@mcallisterlawoffice.com
              David B. Wilson    on behalf of Cross Defendant    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,    dcollier@shermanhoward.com;efiling@shermanhoward.com
```

```
District/off: 1082-1            User: hoelscher                Page 2 of 2                  Date Rcvd: Nov 16, 2016
                                Form ID: pdf904                Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Cross Defendant    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Creditor    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Creditor    Dominion Voting Systems, Inc. dwilson@shermanhoward.com,
               dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Cross-Claimant    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Cross-Claimant    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Creditor    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com,   efiling@shermanhoward.com;rneal@shermanhoward.com
              Ira S Greene    on behalf of Creditor    Smartmatic Corporation igreene@edwardswildman.com
              Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               JDuncan@bakerlaw.com;SBeer@bakerlaw.com
              Leo M. Weiss    on behalf of U.S. Trustee    US Trustee, 11 Leo.M.Weiss@usdoj.gov
              Mark F. Bell    on behalf of Trustee Tom H. Connolly mbell@fostergraham.com,
               awelles@fostergraham.com
              Mark F. Bell    on behalf of Debtor    Sequoia Voting Systems, Inc. mbell@fostergraham.com,
               awelles@fostergraham.com
              Michael J. Guyerson    on behalf of Creditor    D3 Technology Solutions, LLC mike@bandglawoffice.com
              Michael J. Guyerson    on behalf of Defendant Jack  Blaine mike@bandglawoffice.com
              Tom H. Connolly    tconnolly@ecf.epiqsystems.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 43
```

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | Case No. 10-24238 HRT |
| SVS HOLDINGS, INC. | Chapter 7 |
| and | |
| SEQUOIA VOTING SYSTEMS, INC. | Case No. 14-11360 HRT<br>Chapter 11 |
| Debtors. | Jointly Administered under Case No. 10-24238 HRT |

## ORDER GRANTING TRUSTEE'S MOTION TO FILE PORTIONS OF FEE APPLICATION UNDER SEAL

The above-entitled matter, having come before the Court on the Motion to File Portions of Fee Application Under Seal (the "Motion"), filed by Tom H. Connolly, Chapter 7 Trustee for SVS Holdings, Inc. (the "Trustee") for the fourth interim fee application of FTI Consulting, Inc. ("FTI"). The Court, having reviewed the pleadings filed herein, hereby:

ORDERS that the Motion shall be, and hereby is, GRANTED;

IT IS FURTHER ORDERED that FTI is authorized to file the time entry portion of its fee application under seal, with copies made available to the Trustee and his counsel;

IT IS FURTHER ORDERED that copies of the time entries shall be made available to creditors of SVS Holdings, Inc., upon execution of a nondisclosure agreement satisfactory to FTI

Dated: November 16, 2016

BY THE COURT

_Howard Tallman_
United States Bankruptcy Judge