# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |

## SUPPLEMENT TO FIFTH AND FINAL FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE TRUSTEE FOR SVS HOLDINGS, INC.

Pursuant to 11 U.S.C. §§ 330, 331, and 503, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2016-1 and pursuant to this Court's Order Denying Motions to File Under Seal, FTI Consulting, Inc. ("FTI") hereby supplements its Fifth and Final Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by attaching hereto those time entries attached as Exhibit B to each of FTI's fee applications originally submitted under seal.

DATED:  September  8 , 2017          FTI CONSULTING, INC.

_[signature]_

Cynthia Nelson
633 W. 5th St., Ste. 1600
Los Angeles, CA  90071
Telephone:  (213) 452-6026
Fax:  (213) 452-6399
E-mail:  cynthia.nelson@fticonsulting.com

*Financial Advisor to Tom H. Connolly, Chapter 7 Trustee for SVS Holdings, Inc.*