# COVER SHEET FOR INVOICE DETAIL INCLUDED IN FIFTH INTERIM FEE APPLICATION

| | |
|---|---|
| Applicant: | FTI Consulting, Inc. |
| Entity: | SVS Holdings |
| Compensation Period: | Fifth |
| Invoice Period: | Sept. 1, 2016 – January 5, 2017[1] |
| Amount of Fees: | $13,877.50 |
| Amount of Expenses: | $4,200.55 |
| Total Amount of Fees and Expenses: | $18,078.05 |

| SVS Holdings | | | |
|---|---|---|---|
| **Fifth Compensation Period** | | | |
| **Invoice Period** | **Adjusted Fees** | **Expenses** | **Invoice Total** |
| September 1, 2016 - January 5, 2017[2] | $ 13,877.50 | $ 4,200.55 | $ 18,078.05 |
| **Fifth Interim Fee App Total** | **$ 13,877.50** | **$ 4,200.55** | **$ 18,078.05** |

---

[1] FTI adjusts its rates from time to time, generally in January of each year. The hourly rates and corresponding professional fees contained herein are based upon the hourly rates in place at the time professional fees were incurred.

[2] Amount reflects a voluntary fee reduction of $11,678.50. The voluntary fee reduction is applied to total professional fees and is not reflected in the itemized time detail contained herein.



FTI Consulting, Inc.
227 West Monroe Street
Suite 900
Chicago, IL 60606

800.998.1755 telephone
312.759.8119 facsimile

www.fticonsulting.com

April 6, 2017

Tom H. Connolly, Chapter 7 Trustee
950 Spruce Street, Suite 1C
Louisville, CO 80027

Re: SVS Holdings, USBC District of Colorado, Case No. 10-24238
    Statement of Fees and Expenses of FTI Consulting, Inc. for the period September 1, 2016 through January 5, 2017

Dear Mr. Connolly:

FTI Consulting, Inc. ("FTI") hereby submits its enclosed monthly fee statement for compensation and reimbursement of expenses for the period September 1, 2016 through January 5, 2017 related to SVS Holdings as set forth in the Order Granting Amended Application to Employ FTI Consulting, Inc. as Financial Advisor to the Trustee and Debtor in Possession Pursuant to 11 U.S.C. §§ 327(a), 328, 331 and 1107(b) *Nunc Pro Tunc* to April 1, 2014 [docket item #249].

Please do not hesitate to call me to discuss this invoice or any other matter.

Sincerely yours,

*[signature]*

Cynthia A Nelson
Senior Managing Director

Enclosures



*Invoice Remittance*

| | |
|---|---|
| Tom H. Connolly, Chapter 7 Trustee | April 6, 2017 |
| 950 Spruce Street, Suite 1C | FTI Invoice No. 7442405 |
| Louisville, CO 80027 | FTI Job No. 013665.0001/440734.0001 |
| | Terms: Payment on Presentation |
| | FEDERAL I.D. NO. 52-1261113 |

Re: SVS Holdings, USBC District of Colorado, Case No. 10-2423

Current Invoice Period: Charges Posted through January 5, 2017

---

| | |
|---|---:|
| Professional Fees......................................................................................... | $25,556.00 |
| Voluntary Fee Reduction.............................................................................. | ($11,678.50) |
| Adjusted Professional Fees…....................................................................... | $13,877.50 |
| Expenses....................................................................................................... | $4,200.55 |
| Total Amount Incurred for this Period......................................................... | $18,078.05 |

Amount Requested for this Period

| | |
|---|---:|
| Professional Fees $13,877.50 @ 80%...................................................... | $11,102.00 |
| Expenses $4,200.55 @ 100%.................................................................... | $4,200.55 |
| Total Requested for this Period | $15,302.55 |

Unpaid Amounts Requested for July 18 – August 31, 2016 Invoice:

| | |
|---|---:|
| Professional Fees $56,470.00 @ 80%...................................................... | $45,176.00 |
| Expenses $2,793.57 @ 100%.................................................................... | $2,793.57 |
| Total Requested for this Period | $47,969.57 |

| | |
|---|---:|
| Unpaid Holdback Amount for Fourth Interim Fee Application Due & Payable | $205,773.00 |
| **Total Amount Due**.................................................................................... | **$269,045.12** |

*Please Remit Payment To: FTI Consulting, Inc.*
              *P.O. Box 418178*
              *Boston, MA 02241-8178*

| | |
|---|---|
| *Wire Payment To: Bank of America, NA* | *ACH Payments To: Bank of America, NA* |
|     *Rockville, MD 20852* |     *Rockville, MD 20852* |
|     *Account #: 003939577164* |     *Account #: 003939577164* |
|     *ABA #: 026009593* |     *ABA #: 052001633* |



*Invoice Summary*

Tom H. Connolly, Chapter 7 Trustee
950 Spruce Street, Suite 1C
Louisville, CO 80027

April 6, 2017
FTI Invoice No. 7442405
FTI Job No. 013665.0001/440734.0001
Terms: Payment on Presentation
FEDERAL I.D. NO. 52-1261113

Re: SVS Holdings, USBC District of Colorado, Case No. 10-2423

Current Invoice Period: Charges Posted through January 5, 2017

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Cynthia A Nelson | Senior Managing Director | $975.00 | 4.0 | $3,900.00 |
| Dominic I Santos | Managing Director | $775.00 | 16.4 | 12,710.00 |
| Krishan Sutharshana | Consultant | $360.00 | 24.8 | 8,946.00 |
| **Total Hours and Fees** | | | 45.2 | $25,556.00 |
| Less Voluntary Reduction | | | | (11,678.50) |
| **Adjusted Professional Fees** | | | | $13,877.50 |
| Plus Expenses | | | | 4,200.55 |
| **Invoice Total for Current Period** | | | | $18,078.05 |

**Tom Connolly, Debtor - SVS Holdings**
**Summary of FTI Consulting, Inc. Professional Fees By Professional**
**For the Period September 1, 2016 Through January 5, 2017**

| Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Cynthia A Nelson | Senior Managing Director | $975 | 4.0 | $3,900.00 |
| Dominic I Santos | Managing Director | $775 | 16.4 | $12,710.00 |
| Krishan Sutharshana | Consultant | $405 | 0.4 | $162.00 |
| Krishan Sutharshana | Consultant | $360 | 24.4 | $8,784.00 |
| **Total Hours and Fees** | | | **45.2** | **$25,556.00** |
| **Less Voluntary Reduction** | | | | ($11,678.50) |
| | | | | $13,877.50 |

## Tom Connolly, Debtor - SVS Holdings
### Summary of FTI Consulting, Inc. Fees By Activity and Professional
### For the Period September 1, 2016 Through January 5, 2017

| Activity/Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| **Document Review** | | | | |
| Cynthia A Nelson | Senior Managing Director | $975 | 1.9 | $1,852.50 |
| Dominic I Santos | Managing Director | $775 | 1.3 | $1,007.50 |
| Krishan Sutharshana | Consultant | $405 | 0.4 | $162.00 |
| Krishan Sutharshana | Consultant | $360 | 0.5 | $180.00 |
| | Activity Total | | 4.1 | $3,202.00 |
| | | | | |
| **Fee Applications** | | | | |
| Cynthia A Nelson | Senior Managing Director | $975 | 2.1 | $2,047.50 |
| Dominic I Santos | Managing Director | $775 | 15.1 | $11,702.50 |
| Krishan Sutharshana | Consultant | $360 | 23.9 | $8,604.00 |
| | Activity Total | | 41.1 | $22,354.00 |
| | | | | |
| | **Total Hours and Fees** | | **45.2** | **$25,556.00** |
| | **Less Voluntary Reduction** | | | **($11,678.50)** |
| | | | | **$13,877.50** |

*Page 1 of 1*

# Tom Connolly, Debtor - SVS Holdings
## FTI Consulting, Inc. Detailed Time and Fee Statement
### For the Period September 1, 2016 Through January 5, 2017

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Document Review** | | | | | |
| Cynthia A Nelson | $975 | 10/04/2016 | 0.2 | 195.00 | Review details of case schedule. |
| Cynthia A Nelson | $975 | 10/05/2016 | 0.3 | 292.50 | Confer with I. Greene (LL) regarding case schedule and timing of payment; prepare update email for FTI team. |
| Cynthia A Nelson | $975 | 10/11/2016 | 0.2 | 195.00 | Follow-up conversation with I. Greene (LL) regarding call with Smartmatic. |
| Krishan Sutharshana | $360 | 10/18/2016 | 0.5 | 180.00 | Draft email for D. Santos (FTI) regarding closing arguments filed by both sides. |
| Cynthia A Nelson | $975 | 11/01/2016 | 0.3 | 292.50 | Obtain update on case status. |
| Cynthia A Nelson | $975 | 12/05/2016 | 0.3 | 292.50 | Obtain update on case status and anticipated work plan upon resumption of engagement. |
| Cynthia A Nelson | $975 | 12/15/2016 | 0.3 | 292.50 | Confer with D. Santos (FTI) and FTI general counsel's office regarding disclosure pleading filed by Dominion. |
| Dominic I Santos | $775 | 12/15/2016 | 0.5 | 387.50 | Research engagement timing and timing of other events with respect to responding to Dominion notice of relationship disclosures. |
| Dominic I Santos | $775 | 12/15/2016 | 0.3 | 232.50 | Call with C. Nelson (FTI) and H. Klink (FTI General Counsel) to discuss Dominion filing regarding relationship disclosures. |
| Cynthia A Nelson | $975 | 12/16/2016 | 0.3 | 292.50 | Obtain update from D. Santos (FTI) regarding Dominion relationship disclosure filing. |
| Dominic I Santos | $775 | 12/16/2016 | 0.5 | 387.50 | Participate in call with B. Cohen (LRRC) and H. Klink (FTI General Counsel) to discuss Dominion notice regarding relationship disclosures. |
| Krishan Sutharshana | $405 | 01/05/2017 | 0.1 | 40.50 | Draft email to D. Santos (FTI) regarding Sequoia plan confirmation documents. |
| Krishan Sutharshana | $405 | 01/05/2017 | 0.3 | 121.50 | Review Sequoia docket for documents related to plan confirmation. |
| | | **Total For Activity** | **4.1** | **$3,202.00** | |
| **Activity Classification: Fee Applications** | | | | | |
| Krishan Sutharshana | $360 | 09/01/2016 | 0.5 | 180.00 | Begin to prepare draft invoice for period ending August 31. |
| Dominic I Santos | $775 | 09/07/2016 | 0.5 | 387.50 | Provide direction to K. Sutharshana (FTI) for follow up on August invoice preparation and revisions. |
| Dominic I Santos | $775 | 09/07/2016 | 0.8 | 620.00 | Review draft invoice for period ended August 31, 2016. |
| Krishan Sutharshana | $360 | 09/07/2016 | 1.2 | 432.00 | Prepare draft invoice for August. |
| Cynthia A Nelson | $975 | 09/08/2016 | 0.5 | 487.50 | Review August invoice and confer on status of fee application. |
| Dominic I Santos | $775 | 09/08/2016 | 0.5 | 387.50 | Follow up on questions from C. Nelson (FTI) related to fee application preparation. |
| Dominic I Santos | $775 | 09/08/2016 | 0.4 | 310.00 | Outline edits to updated draft August monthly invoice to K. Sutharshana (FTI). |
| Dominic I Santos | $775 | 09/08/2016 | 0.5 | 387.50 | Review updated draft August monthly invoice. |
| Krishan Sutharshana | $360 | 09/08/2016 | 0.4 | 144.00 | Revise draft invoice for August. |

# Tom Connolly, Debtor - SVS Holdings
## FTI Consulting, Inc. Detailed Time and Fee Statement
### For the Period September 1, 2016 Through January 5, 2017

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Fee Applications** | | | | | |
| Krishan Sutharshana | $360 | 09/09/2016 | 0.3 | 108.00 | Finalize draft invoice for August. |
| Dominic I Santos | $775 | 09/13/2016 | 0.3 | 232.50 | Exchange correspondence with Trustee's office regarding status of payment of outstanding invoices. |
| Dominic I Santos | $775 | 09/22/2016 | 1.0 | 775.00 | Review preliminary task category classifications for time to include under 4th interim fee application. |
| Dominic I Santos | $775 | 09/22/2016 | 0.7 | 542.50 | Develop reconciliation schedules summarizing outstanding amounts owed on invoices and applications of payment. |
| Dominic I Santos | $775 | 09/22/2016 | 0.5 | 387.50 | Review status of outstanding invoices. |
| Cynthia A Nelson | $975 | 09/23/2016 | 0.3 | 292.50 | Review support schedules regarding fee application. |
| Dominic I Santos | $775 | 10/05/2016 | 1.5 | 1,162.50 | Revise draft fee application narrative for SVS fee application. |
| Dominic I Santos | $775 | 10/05/2016 | 0.6 | 465.00 | Outline revisions to draft fee application and areas of follow up for K. Sutharshana (FTI). |
| Dominic I Santos | $775 | 10/05/2016 | 0.8 | 620.00 | Review and check hour and fee figures utilized in fee application narrative and tables. |
| Krishan Sutharshana | $360 | 10/05/2016 | 0.6 | 216.00 | Update billing summary for fourth interim fee application. |
| Krishan Sutharshana | $360 | 10/05/2016 | 1.4 | 504.00 | Prepare draft fourth interim fee application for SVS Holdings. |
| Krishan Sutharshana | $360 | 10/05/2016 | 1.3 | 468.00 | Prepare materials for fourth interim fee application. |
| Dominic I Santos | $775 | 10/06/2016 | 0.8 | 620.00 | Revise updated draft fee application narrative. |
| Krishan Sutharshana | $360 | 10/06/2016 | 0.8 | 288.00 | Revise draft interim fee application for SVS Holdings per feedback from D. Santos (FTI). |
| Cynthia A Nelson | $975 | 10/10/2016 | 0.2 | 195.00 | Review draft fourth interim fee application narrative. |
| Krishan Sutharshana | $360 | 10/10/2016 | 1.2 | 432.00 | Update summary tables to reflect new task code classifications for each invoice from April through August. |
| Krishan Sutharshana | $360 | 10/10/2016 | 1.0 | 360.00 | Revise task code classification for invoices from July through August to enhance fee application descriptions and narrative summaries. |
| Krishan Sutharshana | $360 | 10/10/2016 | 1.3 | 468.00 | Revise task code classification for invoices from April through June for fee application classification purposes. |
| Dominic I Santos | $775 | 10/11/2016 | 1.2 | 930.00 | Outline corrections for time detail category classifications and other adjustments for K. Sutharshana (FTI) to follow up on. |
| Dominic I Santos | $775 | 10/11/2016 | 2.6 | 2,015.00 | Review time detail exhibits to accompany Fourth Interim Fee Application. |
| Krishan Sutharshana | $360 | 10/11/2016 | 0.9 | 324.00 | Review expense detail for invoices from June through August. |
| Dominic I Santos | $775 | 10/12/2016 | 0.8 | 620.00 | Review expense detail for inclusion in 4th interim fee application. |
| Cynthia A Nelson | $975 | 10/13/2016 | 0.3 | 292.50 | Confer with team regarding outstanding invoices. |
| Krishan Sutharshana | $360 | 10/13/2016 | 0.8 | 288.00 | Work to reconcile expenses for interim fee application. |
| Krishan Sutharshana | $360 | 10/13/2016 | 0.7 | 252.00 | Revise time and expense detail for 7/18 - 8/31 invoice per feedback from D. Santos (FTI). |

# Tom Connolly, Debtor - SVS Holdings
## FTI Consulting, Inc. Detailed Time and Fee Statement
### For the Period September 1, 2016 Through January 5, 2017

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Fee Applications** | | | | | |
| Krishan Sutharshana | $360 | 10/13/2016 | 0.3 | 108.00 | Review FTI invoices and payment receipts from the last six months. |
| Krishan Sutharshana | $360 | 10/13/2016 | 0.4 | 144.00 | Prepare schedule of payment status on FTI invoices in the last six months. |
| Krishan Sutharshana | $360 | 10/13/2016 | 1.4 | 504.00 | Revise interim fee application and billing summary per feedback from D. Santos (FTI). |
| Cynthia A Nelson | $975 | 10/14/2016 | 0.2 | 195.00 | Review summary of outstanding invoices from K. Sutharshana (FTI). |
| Krishan Sutharshana | $360 | 10/17/2016 | 0.3 | 108.00 | Draft summary of payment status for C. Nelson (FTI) and D. Santos (FTI). |
| Krishan Sutharshana | $360 | 10/17/2016 | 0.4 | 144.00 | Reconcile outstanding payments owed to FTI. |
| Cynthia A Nelson | $975 | 10/18/2016 | 0.3 | 292.50 | Review updated summary of outstanding invoices. |
| Dominic I Santos | $775 | 10/18/2016 | 1.0 | 775.00 | Review updated time detail from K. Sutharshana (FTI). |
| Krishan Sutharshana | $360 | 10/18/2016 | 0.7 | 252.00 | Revise time detail per feedback from D. Santos (FTI). |
| Krishan Sutharshana | $360 | 10/18/2016 | 0.3 | 108.00 | Revise billing summary per feedback from C. Nelson (FTI). |
| Krishan Sutharshana | $360 | 10/18/2016 | 0.4 | 144.00 | Draft email for D. Santos (FTI) and C. Nelson (FTI) regarding current payment status. |
| Krishan Sutharshana | $360 | 10/19/2016 | 0.2 | 72.00 | Draft summary of payment status for C. Nelson (FTI). |
| Krishan Sutharshana | $360 | 10/19/2016 | 1.1 | 396.00 | Review PDF time detail exhibits prepared by A. Johnson (FTI). |
| Krishan Sutharshana | $360 | 10/19/2016 | 0.5 | 180.00 | Revise expense detail per feedback from D. Santos (FTI). |
| Krishan Sutharshana | $360 | 10/19/2016 | 0.4 | 144.00 | Revise PDF time and expense detail exhibits prepared by A. Johnson (FTI). |
| Krishan Sutharshana | $360 | 10/19/2016 | 0.5 | 180.00 | Format time and expense detail exhibits. |
| Cynthia A Nelson | $975 | 10/26/2016 | 0.3 | 292.50 | Review update provided on outstanding fees. |
| Krishan Sutharshana | $360 | 10/26/2016 | 0.3 | 108.00 | Draft summary of payment status for C. Nelson (FTI). |
| Krishan Sutharshana | $360 | 10/26/2016 | 0.7 | 252.00 | Revise time and expense detail exhibits per feedback from D. Santos (FTI). |
| Krishan Sutharshana | $360 | 10/28/2016 | 0.1 | 36.00 | Draft email for D. Santos (FTI) regarding time and expense detail exhibits. |
| Dominic I Santos | $775 | 10/31/2016 | 0.6 | 465.00 | Outline edits to exhibits to SVS Holdings Fourth Interim Application. |
| Krishan Sutharshana | $360 | 10/31/2016 | 0.7 | 252.00 | Revise time and expense detail exhibits to include month of March 2016. |
| Krishan Sutharshana | $360 | 11/01/2016 | 0.6 | 216.00 | Revise exhibits for interim fee application. |
| Krishan Sutharshana | $360 | 11/01/2016 | 0.5 | 180.00 | Prepare final draft of SVS Holdings interim fee application. |
| Krishan Sutharshana | $360 | 11/04/2016 | 0.2 | 72.00 | Revise draft interim fee application per email from D. Santos (FTI). |
| Krishan Sutharshana | $360 | 11/11/2016 | 0.4 | 144.00 | Work to finalize draft of SVS Holdings interim fee app. |

## Tom Connolly, Debtor - SVS Holdings
### FTI Consulting, Inc. Detailed Time and Fee Statement
#### For the Period September 1, 2016 Through January 5, 2017

| Professional | Rate | Date | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Fee Applications** | | | | | |
| Krishan Sutharshana | $360 | 11/14/2016 | 0.3 | 108.00 | Finalize SVS Holdings interim fee application. |
| Krishan Sutharshana | $360 | 11/21/2016 | 0.1 | 36.00 | Follow up on open payment items. |
| Krishan Sutharshana | $360 | 12/01/2016 | 0.6 | 216.00 | Prepare schedule of all fees billed to date and outstanding amounts. |
| Krishan Sutharshana | $360 | 12/05/2016 | 0.1 | 36.00 | Draft email for C. Nelson (FTI) and D. Santos (FTI) regarding outstanding fees. |
| | **Total For Activity** | | 41.1 | **$22,354.00** | |
| | | | | | |
| **Grand Total of Hours and Fees** | | | 45.2 | **$25,556.00** | |

**Tom Connolly, Debtor - SVS Holdings**
**Summary of FTI Consulting, Inc. Expenses By Expense Type**
**For the Period September 1, 2016 Through January 5, 2017**

| Expense Type | Total |
|---|---:|
| **Online Hosting Fees** | $4,195.15 |
| **Other** | $5.40 |
| **Total Expenses** | **$4,200.55** |

**Tom Connolly, Debtor - SVS Holdings**
**FTI Consulting, Inc. Expense Detail**
**For the Period September 1, 2016 Through January 5, 2017**

| *Consultant* | *Date* | *Amount* | *Description of Expense* |
|---|---|---|---|
| **Expense Type: Online Hosting Fees** | | | |
| Data Hosting | 09/01/2016 | $1,000.00 | Online document hosting fees -- minimum monthly charge (September). |
| Data Hosting | 10/01/2016 | $1,000.00 | Online document hosting fees -- minimum monthly charge (October). |
| Data Hosting | 11/01/2016 | $1,000.00 | Online document hosting fees -- minimum monthly charge (November). |
| Data Hosting | 12/01/2016 | $1,000.00 | Online document hosting fees -- minimum monthly charge (December). |
| Data Hosting | 01/01/2017 | $65.05 | Online document hosting fees (January) -- reflects reduced monthly fee for 'temporary suspended service' after engagement put on hold. |
| Data Hosting | 02/01/2017 | $65.05 | Online document hosting fees (February) -- reflects reduced monthly fee for 'temporary suspended service' after engagement put on hold. |
| Data Hosting | 03/01/2017 | $65.05 | Online document hosting fees (March) -- reflects reduced monthly fee for 'temporary suspended service' after engagement put on hold. |
| | Total For Expense Type | $4,195.15 | |
| **Expense Type: Other** | | | |
| Electronic Data | 07/20/2016 | $5.40 | Pacer Service Center Access to court records from prior periods. |
| | Total For Expense Type | $5.40 | |
| **Total Expenses** | | **$4,200.55** | |