```
                          United States Bankruptcy Court
                                District of Colorado
In re:                                                          Case No. 10-24238-TBM
SVS Holdings, Inc.                                              Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 1082-1        User: mckinleyj          Page 1 of 2          Date Rcvd: Oct 02, 2017
                            Form ID: pdf904          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db             +SVS Holdings, Inc.,    PO Box 815,    Broomfield, CO 80038-0815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              Brent R. Cohen    on behalf of Attorney Ira S. Greene bcohen@lrrc.com,   jlittle@lrrc.com
              Brent R. Cohen    on behalf of Attorney    Lewis Roca Rothgerber Christie LLP bcohen@lrrc.com,
               jlittle@lrrc.com
              Brent R. Cohen    on behalf of Creditor    Smartmatic USA Corporation bcohen@lrrc.com,
               jlittle@lrrc.com
              Brent R. Cohen    on behalf of Attorney Khang V. Tran bcohen@lrrc.com,   jlittle@lrrc.com
              Brent R. Cohen    on behalf of Trustee Tom H. Connolly bcohen@lrrc.com,   jlittle@lrrc.com
              Brent R. Cohen    on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee bcohen@lrrc.com,
               jlittle@lrrc.com
              Brent R. Cohen    on behalf of Creditor    Smartmatic Corporation bcohen@lrrc.com,   jlittle@lrrc.com
              Chad S. Caby   on behalf of Trustee Tom H. Connolly ccaby@lrrc.com,   kmeans@lrrc.com
              Chad S. Caby   on behalf of Creditor    Smartmatic Corporation ccaby@lrrc.com,   kmeans@lrrc.com
              Chad S. Caby   on behalf of Plaintiff Tom H. Connolly, Chapter 7 Trustee ccaby@lrrc.com,
               kmeans@lrrc.com
              Christian C. Onsager    on behalf of Creditor Jack  Blaine consager@OFJlaw.com,
               bmoss@OFJlaw.com;tcadwell@OFJlaw.com
              Daniel J. Garfield    on behalf of Attorney   McAllister Law Office
               dgarfield@mcallistergarfield.com,   dgarfield@mcallistergarfield.com
              Daniel J. Garfield    on behalf of Trustee Tom H. Connolly dgarfield@mcallistergarfield.com,
               dgarfield@mcallistergarfield.com
              Daniel J. Garfield    on behalf of Debtor    SVS Holdings, Inc. dgarfield@mcallistergarfield.com,
               dgarfield@mcallistergarfield.com
              Daniel J. Garfield    on behalf of Plaintiff Tom H. Connolly dgarfield@mcallistergarfield.com,
               dgarfield@mcallistergarfield.com
              Daniel J. Garfield    on behalf of Financial Advisor    FTI Consulting, Inc.
               dgarfield@mcallistergarfield.com,   dgarfield@mcallistergarfield.com
              Daniel J. Garfield    on behalf of Attorney Daniel J. Garfield dgarfield@mcallistergarfield.com,
               dgarfield@mcallistergarfield.com
              Daniel J. Garfield    on behalf of Cross-Claimant    Sequoia Voting Systems, Inc.
               dgarfield@mcallistergarfield.com,   dgarfield@mcallistergarfield.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Cross Defendant    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Cross-Claimant    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Cross-Claimant    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com,   dcollier@shermanhoward.com;efiling@shermanhoward.com
```

```
District/off: 1082-1          User: mckinleyj              Page 2 of 2                  Date Rcvd: Oct 02, 2017
                              Form ID: pdf904              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David B. Wilson    on behalf of Defendant    Dominion Voting Systems, Inc.
               dwilson@shermanhoward.com, dcollier@shermanhoward.com;efiling@shermanhoward.com
              David B. Wilson    on behalf of Cross Defendant    Dominion Voting Systems Corporation
               dwilson@shermanhoward.com, dcollier@shermanhoward.com;efiling@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com, efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems, Inc.
               ejohnson@shermanhoward.com, efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Interested Party    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com, efiling@shermanhoward.com;rneal@shermanhoward.com
              Eric E. Johnson    on behalf of Defendant    Dominion Voting Systems Corporation
               ejohnson@shermanhoward.com, efiling@shermanhoward.com;rneal@shermanhoward.com
              Ira S Greene    on behalf of Creditor    Smartmatic Corporation igreene@edwardswildman.com
              Lars H. Fuller    on behalf of Creditor    Sequoia Voting Systems, Inc. lfuller@bakerlaw.com,
               JDuncan@bakerlaw.com;SBeer@bakerlaw.com
              Leo M. Weiss    on behalf of U.S. Trustee    US Trustee, 11 Leo.M.Weiss@usdoj.gov
              Mark F. Bell    on behalf of Trustee Tom H. Connolly mbell@fostergraham.com,
               awelles@fostergraham.com
              Michael J. Guyerson    on behalf of Defendant Jack  Blaine mike@bandglawoffice.com,
               celina@bandglawoffice.com
              Michael J. Guyerson    on behalf of Creditor    D3 Technology Solutions, LLC
               mike@bandglawoffice.com, celina@bandglawoffice.com
              Tom H. Connolly    tconnolly@ecf.epiqsystems.com
              US Trustee, 11    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 38
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re | ) |
| | ) Case No. 10-24238-HRT |
| SVS HOLDINGS, INC., | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER GRANTING FIFTH AND FINAL FEE APPLICATION FOR APPROVAL OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES BY FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE TRUSTEE FOR SVS HOLDINGS, INC.

THIS MATTER comes before the Court upon the Fifth and Final Fee Application for Approval of Professional Compensation and Reimbursement of Expenses by FTI Consulting, Inc., Financial Advisor to the Trustee for SVS Holdings, Inc. (the "Application"); sufficient and good cause being demonstrated, the Court

ORDERS that the Application is hereby GRANTED; it is further

ORDERED that fees in the amount of $13,877.50 and expenses in the amount of $4,200.55, for a total award of $18,078.05, as described in the Application for the period of time from September 1, 2016, through January 5, 2017, are hereby APPROVED on a final basis; it is further

ORDERED that fees and expenses previously approved by the Court pursuant to FTI's First, Second, Third and Fourth Fee Applications, as subsequently voluntarily reduced by FTI to total $1,837,307.13 as described in the Application, are hereby APPROVED on a final basis; it is further

ORDERED that the Trustee for SVS Holdings, Inc. is hereby authorized and directed to pay FTI Consulting, Inc. the unpaid amounts set forth in the Application totaling $104,245.48, to the extent not previously paid pursuant to the Amended Funding Agreement (as defined in the Application).

Dated this 2nd day of October, 2017.

BY THE COURT:

*Thomas B. McNamara*
United States Bankruptcy Judge