# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SVS HOLDINGS, INC. | ) | Case No. 10-24238 TBM |
| | ) | Chapter 7 |
| Debtor, | | |
| and | | |
| In re: | ) | |
| Sequoia Voting Systems, Inc. | ) | Case No. 14-11360 TBM |
| | ) | Chapter 11 |
| | ) | Jointly Administered under |
| Debtor. | ) | Case No. 10-24238 TBM |

## NOTICE OF SUBSTITUTION
_____

Please be advised that Leo M. Weiss hereby withdraws as attorney of record for the U.S. Trustee and Alan K. Motes of the United States Trustee's Office is hereby substituted as attorney of record for the U.S. Trustee.  Pursuant to L.B.R. 9010-4(b), the Clerk is authorized to terminate the involvement of the withdrawing attorney.

Dated: December 22, 2017

\                                  PATRICK S. LAYNG,
                                   United States Trustee for Region 19

                                   **By: /s Leo M. Weiss**
                                   Leo M. Weiss, #15294
                                   Trial Attorney for the U.S. Trustee
                                   1961 Stout St.
                                   Suite 12-200
                                   Denver, CO 80294
                                   (303) 312-7230
                                   leo.m.weiss@usdoj.gov

Dated: December 22, 2017

        PATRICK S. LAYNG
        United States Trustee for Region 19

        **By: /s/ Alan K. Motes**
        Alan K. Motes, #33997
        Trial Attorney for the U.S. Trustee
        Byron G. Rogers Federal Building
        1961 Stout Street, Suite 12-200
        Denver, Colorado 80294
        (303) 312-7999 telephone
        (303) 312-7959 facsimile
        alan.motes@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on December 22, 2017, I served a complete copy of Substitution of Counsel on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**By U.S. Mail**

Tom Connolly
Sequoia Voting Systems, Inc.
SVS Holdings, Inc.
950 Spruce St.
Suite 1C
Louisville, CO 80027


**By CM/ECF:**

Mark F. Bell
Hall Estill
1050 17th Street
Suite 2500
Denver, CO 80265

Brent R. Cohen
Chad S. Caby
1200 17th St.
Ste. 3000
Denver, CO 80202

Lars H. Fuller
1801 California St.
Ste. 4400
Denver, CO 80202

Daniel J. Garfield
360 S. Garfield Street,
6th Floor
Denver, CO 80209

Ira S. Greene
750 Lexington Ave.
NY, NY 10022

Michael J. Guyerson
999 18th St.
Ste., 1230 South
Denver, CO 80202

Eric E. Johnson

633 17th ST.
Ste. 3000
Denver, CO 80202

Kevin S. Neiman
999 18th St.
Ste., 1230 S
Denver, CO 80202

Christian C. Onsager
1801 Broadway
Ste. 900
Denver, CO 80202

David B. Wilson
633 17th St.
Ste. 3000
Denver, CO 80202

                                                **/s Alan K. Motes**
                                                Office of the United States Trustee