## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO
### DENVER DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Svs Holdings, Inc. | § | Case No. 10-24238-TBM |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

TOM H. CONNOLLY, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 100.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 4,861,746.93 | |

3) Total gross receipts of $ 4,861,746.93  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,861,746.93  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,396,059.02 | 6,396,059.02 | 4,861,096.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 650.00 | 650.00 | 650.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 1,279.32 | 1,279.32 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,376,334.52 | 11,942,459.42 | 11,942,459.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 11,376,334.52 | $ 18,340,447.76 | $ 18,340,447.76 | $ 4,861,746.93 |

4)  This case was originally filed under chapter 11 on  06/08/2010 , and it was converted to chapter 7 on  10/16/2012 .  The case was pending for 64 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/04/2018 _____     By:/s/TOM H. CONNOLLY, TRUSTEE _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Intercompany account receivable due from Sequoia | 1121-000 | 50,000.00 |
| Preference recovery against Jack Blaine | 1141-000 | 9,000.00 |
| Debtor in possession accounts at Wells Fargo | 1229-000 | 83.47 |
| Claims against Dominion | 1241-000 | 1,575,000.00 |
| Post-petition funding agreement for litigation | 1290-000 | 3,227,663.46 |
| **TOTAL GROSS RECEIPTS** | | **$4,861,746.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOM H. CONNOLLY | 2100-000 | NA | 70,375.00 | 70,375.00 | 70,375.00 |
| TOM H. CONNOLLY | 2200-000 | NA | 982.03 | 982.03 | 982.03 |
| First National Bank - Vinita | 2600-000 | NA | 1,469.26 | 1,469.26 | 1,469.26 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 1,678.51 | 1,678.51 | 1,678.51 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| INNOVATIVE DISCOVERY | 2990-000 | NA | 4,274.92 | 4,274.92 | 4,274.92 |
| PC TECHNOLOGIES | 2990-000 | NA | 3,313.90 | 3,313.90 | 3,313.90 |
| SMARTMATIC USA CORPORATION | 2990-000 | NA | 2,796,436.09 | 2,796,436.09 | 1,261,474.00 |
| FOSTER GRAHAM MILSTEIN & CALISHER L | 3210-000 | NA | 41,784.00 | 41,784.00 | 41,784.00 |
| Lewis Roca Rothgerber Christie LLP | 3210-000 | NA | 1,529,007.50 | 1,529,007.50 | 1,529,007.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| McAllister Law Office PC | 3210-000 | NA | 5,309.75 | 5,309.75 | 5,309.75 |
| FOSTER GRAHAM MILSTEIN & CALISHER L | 3220-000 | NA | 911.16 | 911.16 | 911.16 |
| LEWIS ROCA ROTHGERBER CHRISTIE | 3220-000 | NA | 49,568.61 | 49,568.61 | 49,568.61 |
| McAllister Law Office PC | 3220-000 | NA | 95.21 | 95.21 | 95.21 |
| PATRICK GIEFER | 3410-000 | NA | 18,444.00 | 18,444.00 | 18,444.00 |
| PATRICK GIEFER | 3420-000 | NA | 4,962.15 | 4,962.15 | 4,962.15 |
| FTI CONSULTING, INC. | 3731-000 | NA | 1,830,086.51 | 1,830,086.51 | 1,830,086.51 |
| FTI CONSULTING, INC. | 3732-000 | NA | 37,067.42 | 37,067.42 | 37,067.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 6,396,059.02 | $ 6,396,059.02 | $ 4,861,096.93 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATES TRUSTEE | 6990-000 | NA | 650.00 | 650.00 | 650.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 650.00 | $ 650.00 | $ 650.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | INTERNAL REVENUE SERVICE | 5800-000 | NA | 1,279.32 | 1,279.32 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,279.32 | $ 1,279.32 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sequoia Voting Systems, Inc. | | 150,732.45 | NA | NA | 0.00 |
| 8 | AVAYA, INC | 7100-000 | NA | 19,203.88 | 19,203.88 | 0.00 |
| 3 | CIT COMMUNICATIONS FINANCE CORPORAT | 7100-000 | NA | 10,494.30 | 10,494.30 | 0.00 |
| 4 | CIT COMMUNICATIONS FINANCE CORPORAT | 7100-000 | NA | 23,033.92 | 23,033.92 | 0.00 |
| 5 | CIT COMMUNICATIONS FINANCE CORPORAT | 7100-000 | NA | 15,346.00 | 15,346.00 | 0.00 |
| 6 | CIT COMMUNICATIONS FINANCE CORPORAT | 7100-000 | NA | 59,672.11 | 59,672.11 | 0.00 |
| 7 | CIT COMMUNICATIONS FINANCE CORPORAT | 7100-000 | NA | 23,434.65 | 23,434.65 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | COLORADO DEPARTMENT OF REVENUE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1B | INTERNAL REVENUE SERVICE | 7100-000 | 0.00 | 36,227.62 | 36,227.62 | 0.00 |
| 10 | JACK BLAINE | 7100-000 | 1,606,421.10 | 2,486,444.21 | 2,486,444.21 | 0.00 |
| 9 | SMARTMATIC USA CORPORATION | 7100-000 | 9,619,180.97 | 9,268,602.73 | 9,268,602.73 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 11,376,334.52 | $ 11,942,459.42 | $ 11,942,459.42 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-24238 | TBM | Judge: Thomas B McNamara |
| Case Name: | Svs Holdings, Inc. | | |
| For Period Ending: | 01/04/2018 | | |

| | |
|---|---|
| Trustee Name: | TOM H. CONNOLLY, TRUSTEE |
| Date Filed (f) or Converted (c): | 10/16/2012 (c) |
| 341(a) Meeting Date: | 11/14/2012 |
| Claims Bar Date: | 04/08/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  CASH | 100.00 | 0.00 | | 0.00 | FA |
| 2.  100% interest in Sequoia Voting Systems, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 3.  Intercompany account receivable due from Sequoia | 1,280,385.92 | 250,000.00 | | 50,000.00 | FA |
| 4.  Potential federal tax refund | Unknown | 0.00 | | 0.00 | FA |
| 5.  Preference recovery against Jack Blaine | 303,047.00 | 9,000.00 | | 9,000.00 | FA |
| 6.  Debtor in possession accounts at Wells Fargo          (u) | 88.47 | 88.47 | | 83.47 | FA |
| 7.  Claims against Dominion                              (u) | 0.00 | 20,000.00 | | 1,575,000.00 | FA |
| 8.  Post-petition funding agreement for litigation       (u) | 0.00 | N/A | | 3,227,663.46 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,583,621.39 | $279,088.47 | | $4,861,746.93 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

August 3, 2017; TFR sent to UST.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Any cash of the Debtor on the petition date was deposited into a debtor-in-possession account and is now reflected in Asset # 6. |
| RE PROP # | 3 | -- | Voting Systems, Inc. as a result of Jack Blaine lending money to debtor, which debtor lent to Sequoia Voting Systems, Inc. |
| RE PROP # | 4 | -- | Debtor is presently being audited by IRS.  Completion date unknown. |
| RE PROP # | 8 | -- | Maximum value of funding agreement is $200,000.  The funding agreement was amended and the cap increased and then amended again to delete the funding cap so there was no limit.  The funds are received by the Trustee from Smartmatic and then paid to counsel and accounting firm per funding agreement.  No value to the estate. |

Initial Projected Date of Final Report (TFR): 12/31/2013          Current Projected Date of Final Report (TFR): 12/31/2017

Exhibit 8

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-24238

Case Name: Svs Holdings, Inc.

Taxpayer ID No: XX-XXX0120

For Period Ending: 01/04/2018

Trustee Name: TOM H. CONNOLLY, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX5015

Checking Account

Blanket Bond (per case limit): $48,104,231.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/12 | 6 | WELLS FARGO BANK | bank account funds | 1229-000 | $0.01 | | $0.01 |
| 12/13/12 | 6 | WELLS FARGO BANK | bank account funds | 1229-000 | $83.46 | | $83.47 |
| 12/28/12 | 3 | SYSTEMS, SEQUOIA VOTING | Payment on account receivable | 1121-000 | $50,000.00 | | $50,083.47 |
| | | | This deposit was an ACH transfer on 12/27/12.  The TCMS software was unable to record this transaction because it was an ACH transfer and not a wire transfer.  This deposit will not be recorded in the receipts log as the Trustee did not receive the funds | | | | |
| 01/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $5.17 | $50,078.30 |
| 02/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $53.17 | $50,025.13 |
| 03/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $47.98 | $49,977.15 |
| 04/05/13 | 5 | BLAINE, JACK | Garnishment recovery | 1141-000 | $9,000.00 | | $58,977.15 |
| 04/05/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $53.07 | $58,924.08 |
| 05/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $58.39 | $58,865.69 |
| 05/16/13 | 10001 | UNITED STATES BANKRUPTCY COURT 721 19th St.Denver, CO 80202 | Filing fee for AP # 12-1719 HRT | 2700-000 | | $293.00 | $58,572.69 |
| 06/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $62.40 | $58,510.29 |
| 06/11/13 | 10002 | FOSTER GRAHAM MILSTEIN & CALISHER L 360 S. Garfield St.6th Fl.Denver, CO 80209 | Attorney Compensation | 3210-000 | | $11,390.00 | $47,120.29 |
| 07/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $55.06 | $47,065.23 |

Page Subtotals:    $59,083.47    $12,018.24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  10-24238                                                                    Trustee Name:  TOM H. CONNOLLY, TRUSTEE          Exhibit 9
Case Name:  Svs Holdings, Inc.                                                       Bank Name:  First National Bank - Vinita
                                                                                     Account Number/CD#:  XXXXXX5015
                                                                                                          Checking Account
Taxpayer ID No:  XX-XXX0120                                                          Blanket Bond (per case limit):  $48,104,231.00
For Period Ending:  01/04/2018                                                       Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $49.98 | $47,015.25 |
| 09/09/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $49.92 | $46,965.33 |
| 10/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $48.27 | $46,917.06 |
| 10/29/13 | 8 | LEWIS ROCA ROTHGERBER LLP | Funding agreement payment | 1290-000 | $26,638.79 | | $73,555.85 |
| 10/30/13 | 10003 | ROTHGERBER JOHNSON & LYONS LLP 1200 17th St., Suite 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $25,938.50 | $47,617.35 |
| 10/30/13 | 10004 | ROTHGERBER JOHNSON & LYONS LLP 1200 17th St., Suite 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $700.29 | $46,917.06 |
| 11/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $51.64 | $46,865.42 |
| 12/06/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $53.63 | $46,811.79 |
| 01/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $49.71 | $46,762.08 |
| 02/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $49.66 | $46,712.42 |
| 03/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $44.80 | $46,667.62 |
| 04/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $49.55 | $46,618.07 |
| 05/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $47.91 | $46,570.16 |
| 06/06/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $49.45 | $46,520.71 |
| 07/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $47.80 | $46,472.91 |
| 08/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $49.35 | $46,423.56 |

Page Subtotals:                                                                                          $26,638.79          $27,280.46

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 10-24238

Case Name: Svs Holdings, Inc.

Taxpayer ID No: XX-XXX0120

For Period Ending: 01/04/2018

Trustee Name: TOM H. CONNOLLY, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX5015

Checking Account

Blanket Bond (per case limit): $48,104,231.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $49.30 | $46,374.26 |
| 10/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $47.66 | $46,326.60 |
| 10/10/14 | 10005 | FOSTER GRAHAM MILSTEIN & CALISHER L 360 Garfield St.6th Fl.Denver, CO 80209 | Attorney Compensation | 3210-000 | | $25,111.00 | $21,215.60 |
| 10/10/14 | 10006 | FOSTER GRAHAM MILSTEIN & CALISHER L 360 Garfield St.6th Fl.Denver, CO 80209 | ATTORNEY EXPENSE | 3220-000 | | $514.73 | $20,700.87 |
| 10/28/14 | 8 | SMARTMATIC USA CORP | Funding Agreement Payment | 1290-000 | $71,165.63 | | $91,866.50 |
| 10/29/14 | 10007 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | Attorney Compensation | 3210-000 | | $23,431.83 | $68,434.67 |
| 10/29/14 | 10008 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | Attorney Compensation | 3210-000 | | $18,283.60 | $50,151.07 |
| 10/29/14 | 10009 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial Advisor Compensation | 3731-000 | | $29,181.60 | $20,969.47 |
| 10/29/14 | 10010 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $141.83 | $20,827.64 |
| 10/29/14 | 10011 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $126.77 | $20,700.87 |
| 11/07/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $45.90 | $20,654.97 |
| 11/11/14 | 8 | SMARTMATIC USA CORP | Funding Agreement Payment | 1290-000 | $19,308.40 | | $39,963.37 |
| 11/14/14 | 10012 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor compensation | 3731-000 | | $19,308.40 | $20,654.97 |
| 12/05/14 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $33.81 | $20,621.16 |
| 12/29/14 | 8 | SMARTMATIC USA CORP | Funding agreement payment The wire was received by the bank on 12/23/14. | 1290-000 | $76,442.11 | | $97,063.27 |
| | | | Page Subtotals: | | $166,916.14 | $116,276.43 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-24238

Case Name: Svs Holdings, Inc.

Taxpayer ID No: XX-XXX0120

For Period Ending: 01/04/2018

Trustee Name: TOM H. CONNOLLY, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX5015

Checking Account

Blanket Bond (per case limit): $48,104,231.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/14 | 10013 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $74.72 | $96,988.55 |
| 12/29/14 | 10014 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $17,981.00 | $79,007.55 |
| 12/29/14 | 10015 | FTI CONSULTING, INC. 633 W. 5th St. Suite 1600Los Angeles, CA 90071-2027 | Financial Advisor Compensation | 3731-000 | | $56,330.80 | $22,676.75 |
| 12/29/14 | 10016 | FTI CONSULTING, INC. 633 W. 5th St. Suite 1600Los Angeles, CA 90071-2027 | Financial Advisor Expenses | 3732-000 | | $2,055.39 | $20,621.36 |
| 01/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $44.84 | $20,576.52 |
| 01/28/15 | 8 | SMARTMATIC USA CORP | Funding agreement payment | 1290-000 | $130,320.54 | | $150,897.06 |
| 01/28/15 | 10017 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $15,856.80 | $135,040.26 |
| 01/28/15 | 10018 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $173.10 | $134,867.16 |
| 01/28/15 | 10019 | FTI CONSULTING, INC. 633 W. 5th St. Suite 1600Los Angeles, CA 90071-2027 | Financial Advisor Compensation | 3731-000 | | $107,565.20 | $27,301.96 |
| 01/28/15 | 10020 | FTI CONSULTING, INC. 633 W. 5th St. Suite 1600Los Angeles, CA 90071-2027 | Financial Advisor Expenses | 3732-000 | | $6,725.44 | $20,576.52 |
| 02/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $46.17 | $20,530.35 |
| 03/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $33.56 | $20,496.79 |
| 03/25/15 | 8 | SMARTMATIC USA CORP | Funding agreement payment | 1290-000 | $177,205.82 | | $197,702.61 |
| 03/25/15 | 10021 | DISCOVERY, INNOVATIVE 1700 N. Moore St., Ste. 1510Arliington, VA 22209 | Invoice #11056 | 2990-000 | | $3,583.53 | $194,119.08 |
| | | | Page Subtotals: | | $307,526.36 | $210,470.55 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No:  10-24238 | | Trustee Name:  TOM H. CONNOLLY, TRUSTEE | Exhibit 9 |
| Case Name:  Svs Holdings, Inc. | | Bank Name:  First National Bank - Vinita | |
| | | Account Number/CD#:  XXXXXX5015 | |
| | | Checking Account | |
| Taxpayer ID No:  XX-XXX0120 | | Blanket Bond (per case limit): $48,104,231.00 | |
| For Period Ending:  01/04/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/15 | 10022 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $14,670.40 | $179,448.68 |
| 03/25/15 | 10023 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $127.85 | $179,320.83 |
| 03/25/15 | 10024 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $16,358.40 | $162,962.43 |
| 03/25/15 | 10025 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $150.63 | $162,811.80 |
| 03/25/15 | 10026 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial Advisor Compensation | 3731-000 | | $79,006.75 | $83,805.05 |
| 03/25/15 | 10027 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial Advisor Expenses | 3732-000 | | $377.06 | $83,427.99 |
| 03/25/15 | 10028 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial Advisor Compensation | 3731-000 | | $61,193.20 | $22,234.79 |
| 03/25/15 | 10029 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial Advisor Expenses | 3732-000 | | $1,000.00 | $21,234.79 |
| 04/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $64.27 | $21,170.52 |
| 04/17/15 | 8 | SMARTMATIC USA CORP | Funding agreement payment | 1290-000 | $99,508.30 | | $120,678.82 |
| 04/17/15 | 10030 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $18,852.90 | $101,825.92 |
| 04/17/15 | 10031 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $9,546.10 | $92,279.82 |
| 04/17/15 | 10032 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $12.90 | $92,266.92 |
| 04/17/15 | 10033 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial Advisor Compensation | 3731-000 | | $70,096.40 | $22,170.52 |
| 04/17/15 | 10034 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial Advisor Expenses | 3732-000 | | $1,000.00 | $21,170.52 |

Page Subtotals:                                                                                    $99,508.30        $272,456.86

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 10-24238 | Trustee Name: TOM H. CONNOLLY, TRUSTEE |
| Case Name: Svs Holdings, Inc. | Bank Name: First National Bank - Vinita |
| | Account Number/CD#: XXXXXX5015 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0120 | Blanket Bond (per case limit): $48,104,231.00 |
| For Period Ending: 01/04/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/15 | 8 | SMARTMATIC USA CORP | Funding agreement payment | 1290-000 | $57,101.79 | | $78,272.31 |
| 04/23/15 | 10035 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial Advisor Compensation | 3731-000 | | $53,096.50 | $25,175.81 |
| 04/23/15 | 10036 | DISCOVERY, INNOVATIVE 1700 N. Moore St., Ste. 1510Arlington, VA 22209 | Invoice #IDS-1483 | 2990-000 | | $691.39 | $24,484.42 |
| 04/23/15 | 10037 | PC TECHNOLOGIES One Cape May StreetHarrison, NJ 07029 | Invoice #19883 | 2990-000 | | $3,313.90 | $21,170.52 |
| 05/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $52.95 | $21,117.57 |
| 05/22/15 | 8 | SMARTMATIC USA CORP | Funding agreement payment | 1290-000 | $55,909.74 | | $77,027.31 |
| 05/22/15 | 10038 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $22,982.27 | $54,045.04 |
| 05/22/15 | 10039 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $53.87 | $53,991.17 |
| 05/22/15 | 10040 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor compensation | 3731-000 | | $31,873.60 | $22,117.57 |
| 05/22/15 | 10041 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial Advisor Expenses | 3732-000 | | $1,000.00 | $21,117.57 |
| 06/05/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $34.71 | $21,082.86 |
| 06/18/15 | 8 | SMARTMATIC USA CORP | Funding agreement payment | 1290-000 | $48,503.81 | | $69,586.67 |
| 06/18/15 | 10042 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $48,186.40 | $21,400.27 |
| 06/18/15 | 10043 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $317.41 | $21,082.86 |
| 07/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $31.63 | $21,051.23 |

| | | | | Page Subtotals: | $161,515.34 | $161,634.63 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No:  10-24238 | Trustee Name:  TOM H. CONNOLLY, TRUSTEE |
| Case Name:  Svs Holdings, Inc. | Bank Name:  First National Bank - Vinita |
| | Account Number/CD#:  XXXXXX5015 |
| | Checking Account |
| Taxpayer ID No:  XX-XXX0120 | Blanket Bond (per case limit):  $48,104,231.00 |
| For Period Ending:  01/04/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/04/15 | 10044 | GIEFER, PATRICK 204 Saratoga Vein CourtCastle Pines, CO 80108 | ACCOUNTANT FOR TRUSTEE - FEES | 3410-000 | | $10,470.00 | $10,581.23 |
| 08/04/15 | 10045 | GIEFER, PATRICK 204 Saratoga Vein CourtCastle Pines, CO 80108 | Accountant for Trustee - Expenses | 3420-000 | | $1,605.00 | $8,976.23 |
| 08/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $22.36 | $8,953.87 |
| 08/28/15 | 8 | SMARTMATIC USA CORP | Funding agreement payment | 1290-000 | $21,529.70 | | $30,483.57 |
| 09/08/15 | 10046 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $20,995.20 | $9,488.37 |
| 09/08/15 | 10047 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $534.50 | $8,953.87 |
| 09/08/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $16.92 | $8,936.95 |
| 10/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $18.77 | $8,918.18 |
| 11/06/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $10.00 | $8,908.18 |
| 11/13/15 | 8 | SMARTMATIC USA CORP | Funding agreement payment | 1290-000 | $186,000.34 | | $194,908.52 |
| 11/17/15 | 10048 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $9,875.20 | $185,033.32 |
| 11/17/15 | 10049 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $510.98 | $184,522.34 |
| 11/17/15 | 10050 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor expenses | 3731-000 | | $12,011.60 | $172,510.74 |
| 11/17/15 | 10051 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor expenses | 3732-000 | | $2,000.00 | $170,510.74 |
| 11/17/15 | 10052 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial Advirosr fees-Sequoia | 3731-000 | | $675.20 | $169,835.54 |

Page Subtotals:   $207,530.04   $58,745.73

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-24238

Case Name: Svs Holdings, Inc.

Taxpayer ID No: XX-XXX0120

For Period Ending: 01/04/2018

Trustee Name: TOM H. CONNOLLY, TRUSTEE

Bank Name: First National Bank - Vinita

Account Number/CD#: XXXXXX5015

Checking Account

Blanket Bond (per case limit): $48,104,231.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/15 | 10053 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY Fees/Sequoia | 3210-000 | | $3,424.40 | $166,411.14 |
| 11/17/15 | 10054 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisors fees/2nd app | 3731-000 | | $140,207.56 | $26,203.58 |
| 11/17/15 | 10055 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | Attonrey Fees 7th app | 3210-000 | | $17,295.40 | $8,908.18 |
| 12/07/15 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $79.93 | $8,828.25 |
| 12/08/15 | 8 | SMARTMATIC | funding agreement payment | 1290-000 | $41,919.92 | | $50,748.17 |
| 12/08/15 | 10056 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $40,900.00 | $9,848.17 |
| 12/08/15 | 10057 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $1,019.92 | $8,828.25 |
| 12/27/15 | 8 | SMARTMATIC | Funding agreement payment | 1290-000 | $63,887.84 | | $72,716.09 |
| 12/28/15 | 10058 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor fees | 3731-000 | | $44,485.60 | $28,230.49 |
| 12/28/15 | 10059 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor expenses | 3732-000 | | $4,000.00 | $24,230.49 |
| 12/28/15 | 10060 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor fees | 3731-000 | | $416.80 | $23,813.69 |
| 12/28/15 | 10061 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $14,458.40 | $9,355.29 |
| 12/28/15 | 10062 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $527.04 | $8,828.25 |
| 01/08/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $34.34 | $8,793.91 |
| 02/05/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $14.48 | $8,779.43 |

Page Subtotals: $105,807.76 $266,863.87

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  10-24238

Case Name:  Svs Holdings, Inc.

Trustee Name:  TOM H. CONNOLLY, TRUSTEE

Bank Name:  First National Bank - Vinita

Account Number/CD#:  XXXXXX5015

Checking Account

Taxpayer ID No:  XX-XXX0120

For Period Ending:  01/04/2018

Blanket Bond (per case limit): $48,104,231.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $10.00 | $8,769.43 |
| 04/07/16 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | $10.00 | $8,759.43 |
| 04/14/16 | 8 | SMARTMATIC | funding agreement payment | 1290-000 | $75,847.48 | | $84,606.91 |
| 04/14/16 | 10063 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor fees | 3731-000 | | $24,423.60 | $60,183.31 |
| 04/14/16 | 10064 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor expenses | 3732-000 | | $2,000.00 | $58,183.31 |
| 04/14/16 | 10065 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $37,928.80 | $20,254.51 |
| 04/14/16 | 10066 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $1,108.90 | $19,145.61 |
| 04/22/16 | 8 | SMARTMATIC | Funding agreement payment | 1290-000 | $85,548.76 | | $104,694.37 |
| 04/26/16 | 10067 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY FEES | 3210-000 | | $43,522.40 | $61,171.97 |
| 04/26/16 | 10068 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000Denver, CO 80202 | ATTORNEY EXPENSE | 3220-000 | | $1,001.56 | $60,170.41 |
| 04/26/16 | 10069 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor fees | 3731-000 | | $40,024.80 | $20,145.61 |
| 04/26/16 | 10070 | FTI CONSULTING, INC. PO Box 418178Boston, MA 02241-8178 | Financial advisor expenses | 3732-000 | | $1,000.00 | $19,145.61 |
| 04/29/16 | 8 | Smartmatic Corporation | Funding agreement payment | 1290-000 | $80,240.04 | | $99,385.65 |
| 05/03/16 | 10071 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor expenses | 3732-000 | | $1,000.00 | $98,385.65 |
| 05/03/16 | 10072 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor fees | 3731-000 | | $37,549.60 | $60,836.05 |

Page Subtotals:                    $241,636.28          $189,579.66

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 10-24238 | Trustee Name: TOM H. CONNOLLY, TRUSTEE |
| Case Name: Svs Holdings, Inc. | Bank Name: First National Bank - Vinita |
| | Account Number/CD#: XXXXXX5015 |
| | Checking Account |
| Taxpayer ID No: XX-XXX0120 | Blanket Bond (per case limit): $48,104,231.00 |
| For Period Ending: 01/04/2018 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/03/16 | 10073 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000 Denver, CO  80202 | Attorney expenses | 3220-000 | | $54.42 | $60,781.63 |
| 05/03/16 | 10074 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000 Denver, CO  80202 | Attorney fees | 3210-000 | | $41,636.02 | $19,145.61 |
| 05/06/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $74.78 | $19,070.83 |
| 05/11/16 | 8 | Smartmatic | Funding agreement payment | 1290-000 | $90,049.92 | | $109,120.75 |
| 05/12/16 | 10075 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000 Denver, CO  80202 | Attorney fees | 3210-000 | | $19,930.40 | $89,190.35 |
| 05/12/16 | 10076 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000 Denver, CO  80202 | Attorney expenses | 3220-000 | | $1,241.10 | $87,949.25 |
| 05/12/16 | 10077 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000 Denver, CO  80202 | Attorney fees | 3210-000 | | $10,744.20 | $77,205.05 |
| 05/12/16 | 10078 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000 Denver, CO  80202 | Attorney fees | 3210-000 | | $58,134.22 | $19,070.83 |
| 05/16/16 | 8 | Smartmatic Corporation | Funding agreement payment | 1290-000 | $214,292.00 | | $233,362.83 |
| 05/17/16 | 8 | Smartmatic Corporation | Funding agreement payment | 1290-000 | $214,292.00 | | $447,654.83 |
| 05/17/16 | 8 | Smartmatic Corporation | Funding agreement payment Reversal Voided to record as incoming wire transfer | 1290-000 | ($214,292.00) | | $233,362.83 |
| 05/17/16 | 10079 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor expenses | 3732-000 | | $1,000.00 | $232,362.83 |
| 05/17/16 | 10080 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor fees | 3731-000 | | $212,072.40 | $20,290.43 |

Page Subtotals:                 $304,341.92        $344,887.54

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  10-24238

Case Name:  Svs Holdings, Inc.

Taxpayer ID No:  XX-XXX0120

For Period Ending:  01/04/2018

Trustee Name:  TOM H. CONNOLLY, TRUSTEE

Bank Name:  First National Bank - Vinita

Account Number/CD#:  XXXXXX5015

Checking Account

Blanket Bond (per case limit): $48,104,231.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/16 | 10081 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor fees | 3731-000 | | $1,219.60 | $19,070.83 |
| 06/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $109.40 | $18,961.43 |
| 06/24/16 | 8 | Smartmatic | Payment per funding agreement | 1290-000 | $280,585.00 | | $299,546.43 |
| 07/05/16 | 10082 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor fees | 3731-000 | | $148.40 | $299,398.03 |
| 07/05/16 | 10083 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor expenses | 3732-000 | | $2,204.20 | $297,193.83 |
| 07/05/16 | 10084 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor fees | 3731-000 | | $278,232.40 | $18,961.43 |
| 07/08/16 | 8 | Smartmatic | Funding agreement payment | 1290-000 | $110,558.27 | | $129,519.70 |
| 07/08/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $86.77 | $129,432.93 |
| 07/12/16 | 10085 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000 Denver, CO  80202 | Attorney expenses | 3220-000 | | $3,525.07 | $125,907.86 |
| 07/12/16 | 10086 | LEWIS ROCA ROTHGERBER LLP 1200 Seventeenth St. Ste. 3000 Denver, CO  80202 | Attorney fees | 3210-000 | | $107,033.20 | $18,874.66 |
| 08/05/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $142.08 | $18,732.58 |
| 08/09/16 | 10087 | FOSTER GRAHAM MILSTEIN & CALISHER L 360 S. Garfield St. 6th Fl. Denver, CO  80209 | Attorney expenses | 3220-000 | | $396.43 | $18,336.15 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals:                                                                                                    $391,143.27          $393,097.55

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  10-24238
Case Name:  Svs Holdings, Inc.

Trustee Name:  TOM H. CONNOLLY, TRUSTEE
Bank Name:  First National Bank - Vinita
Account Number/CD#:  XXXXXX5015
Checking Account

Taxpayer ID No:  XX-XXX0120
For Period Ending:  01/04/2018

Blanket Bond (per case limit): $48,104,231.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/16 | 10088 | FOSTER GRAHAM MILSTEIN & CALISHER L<br>360 S. Garfield St.<br>6th Fl.<br>Denver, CO  80209 | Attorney fees | 3210-000 | | $5,283.00 | $13,053.15 |
| 09/08/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.60 | $13,036.55 |
| 09/14/16 | 8 | Smartmatic | Funding agreement payment | 1290-000 | $126,828.34 | | $139,864.89 |
| 09/16/16 | 10089 | Lewis Roca Rothgerber Christie LLP<br>1200 Seventeenth St., Suite 3000<br>Denver, CO 80202 | Attorney fees | 3210-000 | | $112,442.00 | $27,422.89 |
| 09/16/16 | 10090 | Lewis Roca Rothergerber Christie LLP<br>1200 Seventeenth St., Suite 3000<br>Denver, CO 80202 | Attorney expenses | 3220-000 | | $14,386.34 | $13,036.55 |
| 09/29/16 | 10091 | McAllister Law Office PC<br>36 Steele St.<br>Ste. 200<br>Denver, CO 80206 | Attorney fees | 3210-000 | | $2,021.25 | $11,015.30 |
| 09/29/16 | 10092 | McAllister Law Office PC<br>36 Steele St.<br>Ste. 200<br>Denver, CO 80206 | Attorney expenses | 3220-000 | | $33.12 | $10,982.18 |
| 10/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.52 | $10,916.66 |
| 10/12/16 | 8 | Smartmatic | Funding agreement payment | 1290-000 | $339,986.89 | | $350,903.55 |
| 10/13/16 | 10093 | Lewis Roca Rothgerber Christie<br>1200 Seventeenth St., Suite 3000<br>Denver, CO 80202 | Attorney fees | 3210-000 | | $218,705.20 | $132,198.35 |
| 10/13/16 | 10094 | Lewis Roca Rothgerber Christie<br>1200 Seventeenth St., Suite 3000<br>Denver, CO 80202 | Attorney expenses | 3220-000 | | $11,214.09 | $120,984.26 |
| 10/13/16 | 10095 | FTI CONSULTING, INC.<br>PO Box 418178<br>Boston, MA  02241-8178 | Financial advisor fees | 3731-000 | | $121,705.60 | ($721.34) |

Page Subtotals:          $466,815.23     $485,872.72

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 10-24238 | Trustee Name: TOM H. CONNOLLY, TRUSTEE | Exhibit 9 |
| Case Name: Svs Holdings, Inc. | Bank Name: First National Bank - Vinita | |
| | Account Number/CD#: XXXXXX5015 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX0120 | Blanket Bond (per case limit): $48,104,231.00 | |
| For Period Ending: 01/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/16 | 10093 | Lewis Roca Rothgerber Christie 1200 Seventeenth St., Suite 3000 Denver, CO 80202 | Attorney fees Reversal amount of check was incorrect. | 3210-000 | | ($218,705.20) | $217,983.86 |
| 10/19/16 | 10096 | Lewis Roca Rothgerber Christie 1200 Seventeenth St., Suite 3000 Denver, CO 80202 | Attorney fees | 3210-000 | | $203,947.20 | $14,036.66 |
| 10/20/16 | 8 | Smartmatic | Funding agreement payment | 1290-000 | $277,159.86 | | $291,196.52 |
| 10/21/16 | 10097 | Lewis Roca Rothgerber Christie 1200 Seventeenth St., Suite 3000 Denver, CO 80202 | Attorney expenses | 3220-000 | | $7,435.85 | $283,760.67 |
| 10/21/16 | 10098 | Lewis Roca Rothgerber Christie 1200 Seventeenth St., Suite 3000 Denver, CO 80202 | Attorney fees | 3210-000 | | $100,475.20 | $183,285.47 |
| 10/21/16 | 10099 | FTI CONSULTING, INC. PO Box 418178 Boston, MA 02241-8178 | Financial advisor expenses | 3732-000 | | $4,711.21 | $178,574.26 |
| 10/21/16 | 10100 | FTI CONSULTING, INC. PO Box 418178 Boston, MA 02241-8178 | Financial advisor fees | 3731-000 | | $164,537.60 | $14,036.66 |
| 11/02/16 | 8 | Smartmatic | Funding agreement payment | 1290-000 | $39,896.80 | | $53,933.46 |
| 11/03/16 | 10101 | FTI CONSULTING, INC. PO Box 418178 Boston, MA 02241-8178 | Financial advisor fees | 3731-000 | | $39,896.80 | $14,036.66 |
| 11/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $167.74 | $13,868.92 |
| 12/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.48 | $13,846.44 |
| 01/09/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.70 | $13,831.74 |
| 02/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.69 | $13,817.05 |

Page Subtotals:   $317,056.66   $302,518.27

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No:  10-24238 | | Trustee Name:  TOM H. CONNOLLY, TRUSTEE | **Exhibit 9** |
| Case Name:  Svs Holdings, Inc. | | Bank Name:  First National Bank - Vinita | |
| | | Account Number/CD#:  XXXXXX5015 | |
| | | Checking Account | |
| Taxpayer ID No:  XX-XXX0120 | | Blanket Bond (per case limit): $48,104,231.00 | |
| For Period Ending:  01/04/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/01/17 | 10102 | PATRICK GIEFER 204 Saratoga Vein Ct. Castle Pines, CO  80108 | Accountant fees | 3410-000 | | $2,730.00 | $11,087.05 |
| 03/01/17 | 10103 | PATRICK GIEFER 204 Saratoga Vein Ct. Castle Pines, CO  80108 | Accountant expenses | 3420-000 | | $2,428.00 | $8,659.05 |
| 03/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $13.25 | $8,645.80 |
| 04/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $11.65 | $8,634.15 |
| 04/25/17 | 8 | Smartmatic | Funding agreement payment | 1290-000 | $431,227.37 | | $439,861.52 |
| 04/26/17 | 10104 | Lewis Roca Rothgerber Christie LLP 1200 Seventeenth St., Suite 3000 Denver, CO 80202 | Attorney fees | 3210-000 | | $318,576.03 | $121,285.49 |
| 04/26/17 | 10105 | Lewis Roca Rothgerber Christie LLP 1200 Seventeenth St., Suite 3000 Denver, CO 80202 | Attorney expenses | 3220-000 | | $5,076.20 | $116,209.29 |
| 04/26/17 | 10106 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor fees | 3731-000 | | $104,781.57 | $11,427.72 |
| 04/26/17 | 10107 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor expenses | 3732-000 | | $2,793.57 | $8,634.15 |
| 05/05/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $97.48 | $8,536.67 |
| 05/16/17 | 7 | Smartmatic | Settlement payment | 1241-000 | $1,575,000.00 | | $1,583,536.67 |
| 05/22/17 | | Smartmatic International Holding B.V. Gustav Mahlerplein 25C 1082 Amersterdam The Netherlands | Payment on Administrative Claim Wire was initiated on 5/19/17 | 2990-000 | | $785,625.00 | $797,911.67 |
| 06/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $632.12 | $797,279.55 |

Page Subtotals:    $2,006,227.37    $1,222,764.87

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  10-24238

Case Name:  Svs Holdings, Inc.

Taxpayer ID No:  XX-XXX0120

For Period Ending:  01/04/2018

Trustee Name:  TOM H. CONNOLLY, TRUSTEE

Bank Name:  First National Bank - Vinita

Account Number/CD#:  XXXXXX5015

Checking Account

Blanket Bond (per case limit):  $48,104,231.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/17 | 10108 | Smartmatic USA Corporation | 2nd Payment on Administrative Claim allowed per Order of the Court dated 4/28/17 | 2990-000 | | $426,151.77 | $371,127.78 |
| 07/26/17 | 10109 | Lewis Roca Rothgerber Christie LLP 1200 Seventeenth St., Suite 3000 Denver, CO 80202 | Attorney fees | 3210-000 | | $90,553.30 | $280,574.48 |
| 08/31/17 | 10110 | PATRICK GIEFER 204 Saratoga Vein Ct. Castle Pines, CO  80108 | Accountant fees | 3410-000 | | $5,244.00 | $275,330.48 |
| 08/31/17 | 10111 | PATRICK GIEFER 204 Saratoga Vein Ct. Castle Pines, CO  80108 | Accountant expenses | 3420-000 | | $929.15 | $274,401.33 |
| 08/31/17 | 10112 | McAllister Law Office PC 501 South Cherry St., Suite 480 Denver, CO 80246 | Attorney fees | 3210-000 | | $3,288.50 | $271,112.83 |
| 08/31/17 | 10113 | McAllister Law Office PC 501 South Cherry St., Suite 480 Denver, CO 80246 | Attorney expenses | 3220-000 | | $62.09 | $271,050.74 |
| 09/01/17 | 10114 | CONNOLLY, TOM H. 950 Spruce Street, Suite1C Louisville, CO  80027 | Trustee Compensation | 2100-000 | | $70,375.00 | $200,675.74 |
| 09/01/17 | 10115 | CONNOLLY, TOM H. 950 Spruce Street, Suite1C Louisville, CO  80027 | Trustee Reimbursement of Expenses | 2200-000 | | $982.03 | $199,693.71 |
| 09/12/17 | 10116 | Lewis Roca Rothgerber Christie LLP 1200 Seventeenth St., Suite 3000 Denver, CO 80202 | Attorney fees | 3210-000 | | $45,047.73 | $154,645.98 |
| 09/12/17 | 10117 | LEWIS ROCA ROTHGERBER CHRISTIE 1200 Seventeenth St. Ste. 3000 Denver, CO  80202 | Attorney expenses | 3220-000 | | $53.27 | $154,592.71 |
| 10/04/17 | 10118 | FTI CONSULTING, INC. PO Box 418178 Boston, MA  02241-8178 | Financial advisor fees | 3731-000 | | $100,044.93 | $54,547.78 |
| 10/04/17 | 10119 | FTI CONSULTING, INC. 633 W. 5th St. Suite 1600 Los Angeles, CA  90071-2027 | Financial advisor expenses | 3732-000 | | $4,200.55 | $50,347.23 |

Page Subtotals:                    $0.00        $746,932.32

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | Exhibit 9 |
|---|---|---|
| Case No: 10-24238 | Trustee Name: TOM H. CONNOLLY, TRUSTEE | |
| Case Name: Svs Holdings, Inc. | Bank Name: First National Bank - Vinita | |
| | Account Number/CD#: XXXXXX5015 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX0120 | Blanket Bond (per case limit): $48,104,231.00 | |
| For Period Ending: 01/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/03/17 | 10120 | UNITED STATES TRUSTEE 1961 Stout St. Ste. 12-200 Denver, CO 80294 | Final distribution to claim 11 representing a payment of 100.00 % per court order. | 6990-000 | | $650.00 | $49,697.23 |
| 11/16/17 | 10121 | SMARTMATIC USA CORPORATION c/o Ira S. Greene, Esq. Hogan Lovells US LLP 875 Third Avenue New York, NY  10022 | Final distribution representing a payment of 1.78 % per court order. | 2990-000 | | $49,697.23 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $4,861,746.93 | $4,861,746.93 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $4,861,746.93 | $4,861,746.93 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $4,861,746.93 | $4,861,746.93 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $50,347.23 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5015 - Checking Account | $4,861,746.93 | $4,861,746.93 | $0.00 |
|  | $4,861,746.93 | $4,861,746.93 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,861,746.93 |
| Total Gross Receipts: | $4,861,746.93 |

Page Subtotals:                                        $0.00              $0.00